1  Kathleen L. Wieneke, Bar #011139
   Christina Retts, Bar #023798
2  STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
3  Chandler, Arizona  85226
   Telephone:  (480) 420-1600
4  Fax:  (480) 420-1699
   kwieneke@swlfirm.com
5  cretts@swlfirm.com

6  Attorneys for Defendants Attorneys for
   Defendants City of Phoenix, Phoenix Police
7  Chief Daniel Garcia, Sergeant Mike Wesley,
   Officer Justin Schmidt, Officer Robert
8  Matthews, Officer Kevin Linn, Sergeant
   Christopher Leubkin, Officer Jeremy
9  Hessner, and Lieutenant Stan Hoover

10 **UNITED STATES DISTRICT COURT**

11 **DISTRICT OF ARIZONA**

| | |
|---|---|
| 12  Yolanda Ericson, individually and as personal representative of the Estate of Miguel Ruiz, 13  Canon Ruiz, minor A.R., 14 | NO. _____ **NOTICE OF REMOVAL** |
| 15                                          Plaintiffs, | |
| 16                    v. | |
| 17  City of Phoenix, a public entity; Phoenix Police Chief Daniel Garcia, 18  individually and in his official capacity as Chief of the City of Phoenix Police 19  Department; Sergeant Mike Wesley, individually and in his 20  official capacity as a police officer for the City of Phoenix Police Department; 21  Officer Justin Schmidt, individually and in his official capacity as a police officer for the City 22  of Phoenix Police Department; Officer Robert Mathews, individually and in 23  his official capacity as a police officer for the City of Phoenix Police Department; 24  Officer Abraham Camarillo, individually and in his official capacity as a police officer for 25  the City of Phoenix Police Department; Officer Kevin Linn, individually and in his 26  official capacity as a police officer for the City of Phoenix Police Department; 27  Sergeant Christopher Leubkin, individually and in his official capacity as a police officer 28  for the City of Phoenix Police Department; | |

|||
|---|---|
| Officer Jeremy Hessner, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Lieutenant Stan Hoover, individually and in his official capacity as a police officer for the City of Phoenix Police Department, | |
| Defendants. | |

Defendants City of Phoenix, Officer Justin Schmidt, Sgt. Wesley, Officer Matthews, Officer Linn, Chief Daniel Garcia, Sgt. Leubkin, and Lieutenant Stan Hoover, who have been served with the Complaint referenced below, through counsel and pursuant to 28 U.S.C. §1441(b), hereby notice the removal of the above-captioned case, Maricopa County Superior Court Cause No. CV2014-010032, from the Superior Court of the State of Arizona, County of Maricopa, and in support thereof assert:

1. Plaintiff Yolanda Ericson, individually and as personal representative of the Estate of Miguel Ruiz, Canon Ruiz, and Minor A.R. have in their Complaint asserted claims arising under federal and state law. This Court has original jurisdiction of the federal claims asserted by Plaintiffs—arising under 42 U.S.C. § 1983—and supplemental jurisdiction over the state law claims.

2. Plaintiffs filed their Complaint against Defendants in the Superior Court of the State of Arizona, County of Maricopa under the caption, "*Yolanda Ericson, individually and as personal representative of the Estate of Miguel Ruiz, Canon Ruiz, minor A.R., v. City of Phoenix, a public entity; Phoenix Police Chief Daniel Garcia, individually and in his official capacity as Chief of the City of Phoenix Police Department; Sergeant Mike Wesley, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Officer Justin Schmidt, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Officer Robert Mathews, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Officer Abraham Camarillo, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Officer Kevin Linn, individually and in his official capacity as a police officer for the City of Phoenix Police*

2

1  *Department; Sergeant Christopher Leubkin, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Officer Jeremy Hessner, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Lieutenant Stan Hoover, individually and in his official capacity as a police officer for the City of Phoenix Police Department*," Cause No. CV2014-010032. Plaintiffs filed their Complaint on July 29, 2014.  A copy of the Complaint is attached hereto as **Exhibit 1**.  The above-referenced Defendants received formal notice of this pleading when a copy of the Complaint along with a Summons was served upon them.

      3.     This Notice of Removal is being filed within thirty days after initial service of the Complaint and is thereby timely filed under 28 U.S.C. § 1446(b).

      4.     All Defendants who have been served consent to the removal of this case from the Maricopa County Superior Court to the United States District Court, District of Arizona, Phoenix Division.  This includes Officer Camarillo.  Although not represented by undersigned counsel, Defendants' counsel has confirmed consent to remove with Officer Camarillo's counsel.

      6.     True and correct copies of all remaining pleadings currently on file with the Maricopa County Superior Court are attached as part of **Exhibit 2**.

      7.     A Notice of Filing Notice of Removal, a true and correct copy of which is attached as **Exhibit 3**, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of the above-referenced Defendants.

      8.     Defendants' responsive pleading will be filed within seven days of the filing of this removal.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, County of Maricopa, be removed to this Court.

DATED September 4, 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By ___/s/ Christina Retts___
   Kathleen L. Wieneke
   Christina Retts
   Struck Wieneke & Love, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
   Attorneys for Defendants City of Phoenix, Phoenix Police Chief Daniel Garcia, Sergeant Mike Wesley, Officer Justin Schmidt, Officer Robert Matthews, Officer Kevin Linn, Sergeant Christopher Leubkin, Officer Jeremy Hessner, and Lieutenant Stan Hoover

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 4, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Jocquese L. Blackwell:      jocquese@azjustice.com
                                              jocquese@gmail.com

    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

    N/A

                                            /s/ Christina Retts

2940551.1