John T. Masterson, Bar #007447
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7846
jmasterson@jshfirm.com

Attorneys for Defendant Officer Abraham
Camarillo

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Yolanda Ericson, individually and as personal representative of the Estate of Miguel Ruiz, Canon Ruiz and minor A.R., | NO. 2:14-cv-01942-JAT |
| Plaintiffs, | **DEFENDANT OFFICE ABRAHAM CAMARILLO'S ANSWER TO AMENDED COMPLAINT** |
| v. | |
| City of Phoenix, a public entity; Phoenix Police Chief Daniel Garcia, individually and in his official capacity as Chief of the City of Phoenix Police Department; Sergeant Mike Wesley, individually and in his official capacity as a police officer of the City of Phoenix Police Department; Officer Justin Schmidt, individually and in his official capacity as a police officer of the City of Phoenix Police Department; Officer Robert Mathews, individually and in his official capacity as a police officer of the City of Phoenix Police Department; Officer Abraham Camarillo, individually and in his official capacity as a police officer of the City of Phoenix Police Department; Officer Kevin Linn, individually and in his official capacity as a police officer of the City of Phoenix Police Department; Sergeant Christopher Leubkin individually and in his official capacity as a police officer of the City of Phoenix Police Department; Officer Jerry Hessner, individually and in his official capacity as a police officer of the City of Phoenix Police Department; Lieutenant Stan Hoover, individually and in his official capacity as a police officer of the City of Phoenix Police Department, | **(JURY TRIAL DEMAND)** |
| Defendants. | |

Defendant Abraham Camarillo ("Camarillo"), for his Answer to Plaintiffs' Amended Complaint, admits, denies and alleges as follows:

## INTRODUCTION

Defendant Camarillo denies any and all claims and/or allegations set forth in Plaintiff's Introduction to their Amended Complaint.

## JURISDICTION & VENUE

1. As to paragraph 1 of Plaintiffs' Amended Complaint, Defendant Camarillo admits that Plaintiffs bring their action pursuant to the various statutes cited and the cited Amendments to the United States Constitution. Defendant Camarillo denies that Plaintiffs have stated a cause of action pursuant to those cited statutes and Amendments.

2. As to paragraph 2 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiffs' Amended Complaint and therefore denies same.

3. As to paragraph 3 of Plaintiffs' Amended Complaint, Defendant Camarillo does not dispute the jurisdiction of this Court.

4. As to paragraph 5 of Plaintiffs' Amended Complaint, Defendant Camarillo does not dispute venue.

## PARTIES

5. As to paragraph 5 of Plaintiffs' Amended Complaint, Defendant Camarillo incorporates his responses to paragraphs 1 through 4 above as if fully repeated and set forth herein.

6. As to paragraph 6 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiffs' Amended Complaint and therefore denies same.

7. As to paragraph 7 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiffs' Amended Complaint and therefore denies same.

8. As to paragraph 8 of Plaintiffs' Amended Complaint, Defendant Camarillo

lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 8 of Plaintiffs' Amended Complaint and therefore denies same.

9. As to paragraph 9 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 9 of Plaintiffs' Amended Complaint and therefore denies same.

10. As to paragraph 10 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 10 of Plaintiffs' Amended Complaint and therefore denies same.

11. As to paragraph 11 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 11 of Plaintiffs' Amended Complaint and therefore denies same.

12. As to paragraph 12 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 12 of Plaintiffs' Amended Complaint and therefore denies same.

13. As to paragraph 13 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 13 of Plaintiffs' Amended Complaint and therefore denies same.

14. As to paragraph 14 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 14 of Plaintiffs' Amended Complaint and therefore denies same.

15. As to paragraph 15 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 15 of Plaintiffs' Amended Complaint and therefore denies same.

16. As to paragraph 16 of Plaintiffs' Amended Complaint, Defendant Camarillo admits that at all times pertinent to Plaintiff's Amended Complaint, he was an employee of the City of Phoenix Police Department. As to the reminder of paragraph 16 of Plaintiffs' Amended Complaint Defendant Camarillo admits that it appears Plaintiffs are suing him individually and in his official capacity as a police officer for the City of Phoenix. Defendant Camarillo denies that Plaintiffs have stated a cause of action against him pursuant to the cited statutes.

17. As to paragraph 17 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 17 of Plaintiffs' Amended Complaint and therefore denies same.

18. As to paragraph 18 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 18 of Plaintiffs' Amended Complaint and therefore denies same.

19. As to paragraph 19 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiffs' Amended Complaint and therefore denies same.

20. As to paragraph 20 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 20 of Plaintiffs' Amended Complaint and therefore denies same.

21. As to paragraph 21 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him. Defendant Camarillo admits that Plaintiffs' may move to amend their complaint as permitted by the Federal Rules of Civil Procedure.

22. As to paragraph 22 of Plaintiffs' Amended Complaint, Defendant

Camarillo asserts that this paragraph makes no claims or allegations against him.

## GENERAL ALLEGATIONS

23. In answering 23 of Plaintiffs' Amended Complaint, Defendant Camarillo incorporates his responses to paragraphs 1 through 22 above as if fully repeated and set forth herein.

24. As to paragraph 24 of Plaintiffs' Amended Complaint, Defendant Camarillo admits that he was an employee of the City of Phoenix Police Department at all times pertinent to Plaintiff's Amended Complaint and was acting within the course and scope of his employment and under color of law. Defendant Camarillo denies the remaining allegations contained in paragraph 24 of Plaintiffs' Amended.

25. As to paragraph 25 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiffs' Amended Complaint and therefore denies same.

26. As to paragraph 26 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiffs' Amended Complaint and therefore denies same.

27. As to paragraph 27 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 27 of Plaintiffs' Amended Complaint.

28. As to paragraph 28 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 28 of Plaintiffs' Amended Complaint and therefore denies same.

29. As to paragraph 29 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 29 of Plaintiffs' Amended Complaint and therefore denies same.

30. As to paragraph 30 of Plaintiffs' Amended Complaint, Defendant

Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 39 of Plaintiffs' Amended Complaint and therefore denies same.

31. As to paragraph 31 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 31 of Plaintiffs' Amended Complaint and therefore denies same.

32. As to paragraph 32 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 32 of Plaintiffs' Amended Complaint and therefore denies same.

33. As to paragraph 33 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 33 of Plaintiffs' Amended Complaint.

34. As to paragraph 34 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 34 of Plaintiffs' Amended Complaint.

35. As to paragraph 35 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 35 of Plaintiffs' Amended Complaint and therefore denies same.

36. As to paragraph 36 of Plaintiffs' Amended Complaint, Defendant Camarillo admits that Plaintiffs can collectively refer to anyone they want as anything they want so long as it complies with federal and state law and the Federal Rules of Civil Procedure.

37. As to paragraph 37 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him. Defendant Camarillo admits that Plaintiffs may move to amend their complaint as permitted by the Federal Rules of Civil Procedure.

**FACTUAL BASIS FOR CLAIM FOR RELIEF APPLICABLE TO ALL CLAIMS**

**<u>Introduction</u>**

38.  In answering 38 of Plaintiffs' Amended Complaint, Defendant Camarillo incorporates his responses to paragraphs 1 through 37 above as if fully repeated and set forth herein.

39.  As to paragraph 39 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that he used appropriate and reasonable force in any and all contacts with Miguel Angel Ruiz on July 28, 2013.  Further, Defendant Camarillo denies that Ruiz was choked and tased to death by Defendant Camarillo.    Defendant Camarillo lacks sufficient information to form a belief as to the truth of the remaining allegations contained in paragraph 39 of Plaintiffs' Complaint and therefore denies same.

40.  As to paragraph 40 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 40 of Plaintiffs' Amended Complaint and therefore denies same.

41.  As to paragraph 41 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 41 of Plaintiffs' Amended Complaint and therefore denies same.

42.  As to paragraph 42 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 42 of Plaintiffs' Amended Complaint and therefore denies same.

43.  As to paragraph 43 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore,  he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 43 of Plaintiffs' Amended Complaint and therefore denies same.

44.  As to paragraph 44 of Plaintiffs' Amended Complaint, Defendant

Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 44 of Plaintiffs' Amended Complaint and therefore denies same.

45. As to paragraph 45 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 45 of Plaintiffs' Amended Complaint and therefore denies same.

46. As to paragraph 46 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 46 of Plaintiffs' Amended Complaint and therefore denies same.

47. As to paragraph 47 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 47 of Plaintiffs' Amended Complaint and therefore denies same.

48. As to paragraph 48 of Plaintiffs' Amended Complaint, Defendant Camarillo and Plaintiffs have no foundation for the statements made in paragraph 48 of Plaintiffs' Amended Complaint and therefore Defendant Camarillo denies same.

49. As to paragraph 49 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 49 of Plaintiffs' Amended Complaint and therefore denies same.

50. As to paragraph 50 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and he therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 50 of Plaintiffs' Amended Complaint and therefore denies same.

51. As to paragraph 51 of Plaintiffs' Amended Complaint, Defendant Camarillo and Plaintiffs have no foundation for the statements made in paragraph 51 of

Plaintiffs' Amended Complaint and therefore Defendant Camarillo denies same.

52. As to paragraph 52 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 52 of Plaintiffs' Amended Complaint.

53. As to paragraph 53 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 53 of Plaintiffs' Amended Complaint.

54. As to paragraph 54 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 54 of Plaintiffs' Amended Complaint.

55. As to paragraph 55 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 55 of Plaintiffs' Amended Complaint.

56. As to paragraph 56 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 56 of Plaintiffs' Amended Complaint.

57. As to paragraph 57 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 57 of Plaintiffs' Amended Complaint and therefore denies same. Defendant Camarillo further asserts that he did not utilize a "chokehold" on Ruiz.

58. As to paragraph 58 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 58 of Plaintiffs' Amended Complaint and therefore denies same.

59. As to paragraph 59 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 59 of Plaintiffs' Amended Complaint and therefore denies same.

60. As to paragraph 60 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 60 of Plaintiffs' Amended Complaint.

61. As to paragraph 61 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 61 of Plaintiffs' Amended Complaint and therefore denies same.

62. As to paragraph 62 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 62 of Plaintiffs' Amended Complaint.

63. As to paragraph 63 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 63 of Plaintiffs' Amended Complaint.

64. As to paragraph 64 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 64 of Plaintiffs' Amended Complaint.

65. As to paragraph 65 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 65 of Plaintiffs' Amended Complaint and therefore denies same.

66. As to paragraph 66 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 66 of Plaintiffs' Amended Complaint and therefore denies same.

67. As to paragraph 67 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 67 of Plaintiffs' Amended Complaint and therefore denies same.

68. As to paragraph 68 of Plaintiffs' Amended Complaint, Defendant

Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 68 of Plaintiffs' Amended Complaint and therefore denies same.

69. As to paragraph 69 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 69 of Plaintiffs' Amended Complaint and therefore denies same.

70. As to paragraph 70 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 70 of Plaintiffs' Amended Complaint and therefore denies same.

71. As to paragraph 71 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 71 of Plaintiffs' Amended Complaint and therefore denies same.

72. As to paragraph 72 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 72 of Plaintiffs' Amended Complaint and therefore denies same.

73. As to paragraph 73 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 73 of Plaintiffs' Amended Complaint and therefore denies same.

74. As to paragraph 74 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 74 of Plaintiffs' Amended Complaint and therefore denies same.

75. As to paragraph 75 of Plaintiffs' Amended Complaint, Defendant

3868388.1
9/30/14

Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 75 of Plaintiffs' Amended Complaint and therefore denies same.

## DAMAGES

76. As to paragraph 76 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 76 of Plaintiffs' Amended Complaint.

77. As to paragraph 77 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 77 of Plaintiffs' Amended Complaint.

78. As to paragraph 78 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 78 of Plaintiffs' Amended Complaint..

79. As to paragraph 79 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 79 of Plaintiffs' Amended Complaint.

80. As to paragraph 80 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 80 of Plaintiffs' Amended Complaint.

81. As to paragraph 81 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 81 of Plaintiffs' Amended Complaint.

82. As to paragraph 82 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 82 of Plaintiffs' Amended Complaint.

83. As to paragraph 83 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 83 of Plaintiffs' Amended Complaint.

84. As to paragraph 84 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 84 of Plaintiffs' Amended Complaint.

85. As to paragraph 85 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 85 of Plaintiffs' Amended Complaint.

**FIRST CLAIM FOR RELIEF**
**Negligence – The City, Camarillo and Defendants Were Negligent and Caused the Wrongful Death of Michael**

86. In answering 86 of Plaintiffs' Amended Complaint, Defendant Camarillo incorporates his responses to paragraphs 1 through 85 above as if fully repeated and set forth herein.

87. As to paragraph 87 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 87 of Plaintiffs' Amended Complaint.

88. As to paragraph 88 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 88 of Plaintiffs' Amended Complaint.

89. As to paragraph 89 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 89 of Plaintiffs' Amended Complaint.

90. As to paragraph 90 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 90 of Plaintiffs' Amended Complaint.

91. As to paragraph 91 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 91 of Plaintiffs' Amended Complaint.

92. As to paragraph 92 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 92 of Plaintiffs' Amended

Complaint.

93. As to paragraph 93 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 93 of Plaintiffs' Amended Complaint.

94. As to paragraph 94 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that he lawfully entered the premises purportedly occupied by Ruiz and noted that evidence was present which would provide reasonable suspicion and/or probable cause to arrest Ruiz for violation of criminal law.

95. As to paragraph 95 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 95 of Plaintiffs' Amended Complaint.

96. As to paragraph 96 of Plaintiffs' Amended Complaint, Defendant Camarillo admits that only reasonable force may be utilized by police officers in connection with their duties as law enforcement officers. Defendant Camarillo denies the remaining allegations contained in paragraph 96 of Plaintiffs' Amended Complaint.

97. As to paragraph 97 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 97 of Plaintiffs' Amended Complaint.

98. As to paragraph 98 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 98 of Plaintiffs' Amended Complaint.

99. As to paragraph 99 of Plaintiffs' Amended Complaint, Defendant Camarillo admits that he was acting within the course and scope of his employment with the City of Phoenix Police Department at the time of his contact with Ruiz. Defendant Camarillo denies the remaining allegations contained in paragraph 96 of Plaintiffs' Amended Complaint.

100. As to paragraph 100 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 100 of Plaintiffs' Amended

Complaint.

101. As to paragraph 101 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 101 of Plaintiffs' Amended Complaint

102. As to paragraph 102 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 102 of Plaintiffs' Amended Complaint.

103. As to paragraph 103 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 103 of Plaintiffs' Amended Complaint.

104. As to paragraph 104 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 104 of Plaintiffs' Amended Complaint.

## SECOND CLAIM FOR RELIEF
**(Officer Camarillo and the Defendants Violated Michael's Rights Under the Fourth Amendment and 42 U.S.C. §1983 to be Free Form Unlawful Seizures)**

105. In answering 105 of Plaintiffs' Amended Complaint, Defendant Camarillo incorporates his responses to paragraphs 1 through 104 above as if fully repeated and set forth herein.

106. As to paragraph 106 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 106 of Plaintiffs' Amended Complaint.

107. As to paragraph 107 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 107 of Plaintiffs' Amended Complaint.

108. As to paragraph 108 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 109 of Plaintiffs' Amended Complaint.

109. As to paragraph 109 of Plaintiffs' Amended Complaint, Defendant

Camarillo and Plaintiffs have no foundation for the statements made in paragraph 109 of Plaintiffs' Amended Complaint and therefore Defendant Camarillo denies same.

110. As to paragraph 110 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 110 of Plaintiffs' Amended Complaint.

111. As to paragraph 111 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 111 of Plaintiffs' Amended Complaint.

112. As to paragraph 112 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 112 of Plaintiffs' Amended Complaint.

113. As to paragraph 113 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 113 of Plaintiffs' Amended Complaint.

114. As to paragraph 114 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 114 of Plaintiffs' Amended Complaint.

115. As to paragraph 115 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 115 of Plaintiffs' Amended Complaint.

116. As to paragraph 116 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 116 of Plaintiffs' Amended Complaint.

## <u>THIRD CLAIM FOR RELIEF</u>
**Gross Negligence – City, Camarillo and Defendant Officers were Grossly Negligent and Caused the Wrongful Death of Michael
(A.R.S. §§§ 12-611-613)
(Plaintiff Yolanda Ericson, against all Defendants)**

117. In answering 117 of Plaintiffs' Amended Complaint, Defendant Camarillo incorporates his responses to paragraphs 1 through 116 above as if fully

1   repeated and set forth herein.

2       118. As to paragraph 118 of Plaintiffs' Amended Complaint, Defendant

3   Camarillo denies the allegations contained in paragraph 118 of Plaintiffs' Amended

4   Complaint.

5       119. As to paragraph 119 of Plaintiffs' Amended Complaint, Defendant

6   Camarillo admits that only reasonable force may be utilized by Police Officers in

7   connection with their duties as law enforcement officers.  Defendant Camarillo lacks

8   sufficient information to form a belief as to the truth of the remaining allegations

9   contained in paragraph 119 of Plaintiffs' Amended Complaint and therefore denies same.

10      120. As to paragraph 120 of Plaintiffs' Amended Complaint, Defendant

11  Camarillo denies the allegations contained in paragraph 120 of Plaintiffs' Amended

12  Complaint.

13      121. As to paragraph 121 of Plaintiffs' Amended Complaint, Defendant

14  Camarillo denies the allegations contained in paragraph 121 of Plaintiffs' Amended

15  Complaint.

16      122. As to paragraph 122 of Plaintiffs' Amended Complaint, Defendant

17  Camarillo denies the allegations contained in paragraph 122 of Plaintiffs' Amended

18  Complaint.

19      123. As to paragraph 123 of Plaintiffs' Amended Complaint, Defendant

20  Camarillo denies the allegations contained in paragraph 123 of Plaintiffs' Amended

21  Complaint.

22      124. As to paragraph 124 of Plaintiffs' Amended Complaint, Defendant

23  Camarillo denies the allegations contained in paragraph 124 of Plaintiffs' Amended

24  Complaint.

25      125. As to paragraph 125 of Plaintiffs' Amended Complaint, Defendant

26  Camarillo denies the allegations contained in paragraph 125 of Plaintiffs' Amended

27  Complaint.

28      126. As to paragraph 126 of Plaintiffs' Amended Complaint, Defendant

Camarillo asserts that the Medical Examiner's report says what it says and Defendant Camarillo lacks sufficient information to form a belief as to the truth of the remaining allegations contained in paragraph 126 of Plaintiffs' Amended Complaint and therefore denies same

127. As to paragraph 127 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 127 of Plaintiffs' Amended Complaint and therefore denies same.

128. As to paragraph 128 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 128 of Plaintiffs' Amended Complaint.

129. As to paragraph 129 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 129 of Plaintiffs' Amended Complaint .

130. As to paragraph 130 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 130 of Plaintiffs' Amended Complaint.

131. As to paragraph 131 of Plaintiffs' Amended Complaint, Defendant Camarillo admits that he was acting within the course and scope of his employment with the City of Phoenix Police Department at the time of his contact with Ruiz. Defendant Camarillo denies the remaining allegations contained in paragraph 131 of Plaintiffs' Amended Complaint.

132. As to paragraph 130 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 130 of Plaintiffs' Amended Complaint.

133. As to paragraph 130 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 130 of Plaintiffs' Amended Complaint.

134. As to paragraph 130 of Plaintiffs' Amended Complaint, Defendant

3868388.1
9/30/14

Camarillo denies allegations contained in paragraph 130 of Plaintiffs' Amended Complaint.

135. As to paragraph 135 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 135 of Plaintiffs' Amended Complaint and therefore denies same.

136. As to paragraph 136 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 136 of Plaintiffs' Amended Complaint.

137. As to paragraph 137 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 137 of Plaintiffs' Amended Complaint.

138. As to paragraph 138 of Plaintiffs' Amended Complaint, Defendant Camarillo admits that Plaintiffs assert that they have brought this action pursuant to A.R.S. §§§12-611-613. Defendant Camarillo denies that Plaintiffs have stated a cause of action against him pursuant to the cited statutes.

### FOURTH CLAIM FOR RELIEF
**Officer Camarillo Violated Plaintiff Yolanda's Rights Pursuant to the Fourteenth Amendment of the United States Constitution 42 U.S.C. §1983 To Be Free From Interference With Their Rights To Family Society And Companionship Of Michael**

139. In answering 139 of Plaintiffs' Amended Complaint, Defendant Camarillo incorporates his responses to paragraphs 1 through 138 above as if fully repeated and set forth herein.

140. As to paragraph 140 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 140 of Plaintiffs' Amended Complaint.

141. As to paragraph 141 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 141 of Plaintiffs' Amended Complaint.

3868388.1
9/30/14

142. As to paragraph 142 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 142 of Plaintiffs' Amended Complaint.

## FIFTH CLAIM FOR RELIEF
**Officer Camarillo and Other Defendant Officers Violated Michael's Rights Under the Fourth Amendment of the United States Constitution and 42 U.S.C. §1983 To Be Free From Unreasonable use of Force**

143. In answering 143 of Plaintiffs' Amended Complaint, Defendant Camarillo incorporates his responses to paragraphs 1 through 142 above as if fully repeated and set forth herein.

144. As to paragraph 144 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 144 of Plaintiffs' Amended Complaint.

145. As to paragraph 145 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 145 of Plaintiffs' Amended Complaint and therefore denies same.

146. As to paragraph 146 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 146 of Plaintiffs' Amended Complaint.

147. As to paragraph 147 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 147 of Plaintiffs' Amended Complaint.

148. As to paragraph 148 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 148 of Plaintiffs' Amended Complaint.

149. As to paragraph 149 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 149 of Plaintiffs' Amended Complaint and therefore denies same.

150. As to paragraph 150 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 150 of Plaintiffs' Amended Complaint and therefore denies same.

151. As to paragraph 151 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 151 of Plaintiffs' Amended Complaint and therefore denies same.

152. As to paragraph 152 of Plaintiffs' Amended Complaint, Defendant Camarillo and Plaintiffs have no foundation for the statements made in paragraph 152 of Plaintiffs' Amended Complaint and therefore Defendant Camarillo denies same.

153. As to paragraph 153 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 153 of Plaintiffs' Amended Complaint.

154. As to paragraph 154 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 154 of Plaintiffs' Amended Complaint.

155. As to paragraph 155 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 155 of Plaintiffs' Amended Complaint.

156. As to paragraph 156 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 156 of Plaintiffs' Amended Complaint.

157. As to paragraph 157 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 157 of Plaintiffs' Amended Complaint.

158. As to paragraph 158 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 158 of Plaintiffs' Amended

3868388.1
9/30/14

Complaint.

159. As to paragraph 159 of Plaintiffs' Amended Complaint, Defendant Camarillo lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 159 of Plaintiffs' Amended Complaint and therefore denies same.

160. As to paragraph 160 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 160 of Plaintiffs' Amended Complaint.

161. As to paragraph 161 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that the Medical Examiner's report says what it says and Defendant Camarillo lacks sufficient information to form a belief as to the truth of the remaining allegations contained in paragraph 161 of Plaintiffs' Amended Complaint and therefore denies same.

162. As to paragraph 162 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 162 of Plaintiffs' Amended Complaint.

163. As to paragraph 163 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 163 of Plaintiffs' Amended Complaint and therefore denies same.

164. As to paragraph 164 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 164 of Plaintiffs' Amended Complaint and therefore denies same.

165. As to paragraph 165 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 165 of Plaintiffs' Amended Complaint and therefore denies same.

166. As to paragraph 166 of Plaintiffs' Amended Complaint, Defendant

Camarillo denies the allegations contained in paragraph 166 of Plaintiffs' Amended Complaint.

167. As to paragraph 167 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 167 of Plaintiffs' Amended Complaint.

## SIXTH CAUSE OF ACTION
### *MONELL*
**(The City of Phoenix Violated 42 U.S.C. §1983 for Its Unconstitutional Policies, Customs and Failure to Properly Screen, Hire, Train, Retrain and Supervise its Officers)**

168. In answering 168 of Plaintiffs' Amended Complaint, Defendant Camarillo incorporates his responses to paragraphs 1 through 167 above as if fully repeated and set forth herein.

169. As to paragraph 169 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 169 of Plaintiffs' Amended Complaint and therefore denies same.

170. As to paragraph 170 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 170 of Plaintiffs' Amended Complaint and therefore denies same.

171. As to paragraph 171 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 171 of Plaintiffs' Amended Complaint and therefore denies same.

172. As to paragraph 172 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 172 of Plaintiffs' Amended Complaint and therefore denies same.

173. As to paragraph 173 of Plaintiffs' Amended Complaint, Defendant

Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 173 of Plaintiffs' Amended Complaint and therefore denies same.

174. As to paragraph 174 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 174 of Plaintiffs' Amended Complaint and therefore denies same.

175. As to paragraph 175 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 175 of Plaintiffs' Amended Complaint and therefore denies same.

176. As to paragraph 176 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 176 of Plaintiffs' Amended Complaint and therefore denies same.

177. As to paragraph 177 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 177 of Plaintiffs' Amended Complaint and therefore denies same.

178. As to paragraph 178 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 178 of Plaintiffs' Amended Complaint and therefore denies same.

179. As to paragraph 179 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 179 of Plaintiffs' Amended Complaint and therefore denies same.

180. As to paragraph 180 of Plaintiffs' Amended Complaint, Defendant

3868388.1
9/30/14

Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 180 of Plaintiffs' Amended Complaint and therefore denies same.

181. As to paragraph 181 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 181 of Plaintiffs' Amended Complaint and therefore denies same.

182. As to paragraph 182 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 182 of Plaintiffs' Amended Complaint and therefore denies same.

183. As to paragraph 183 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 183 of Plaintiffs' Amended Complaint and therefore denies same.

184. As to paragraph 184 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 184 of Plaintiffs' Amended Complaint and therefore denies same.

185. As to paragraph 185 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 185 of Plaintiffs' Amended Complaint and therefore denies same.

186. As to paragraph 186 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 186 of Plaintiffs' Amended Complaint and therefore denies same.

187. As to paragraph 187 of Plaintiffs' Amended Complaint, Defendant

Camarillo denies that he applied a carotid control technique for over 4 minutes and Defendant Camarillo lacks sufficient information to form a belief as to the truth of the remaining allegations contained in paragraph 187 of Plaintiffs' Amended Complaint and therefore denies same.

188. As to paragraph 188 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that Operations Order 1.5(G) says what it says and he lacks sufficient information to form a belief as to the truth of the remaining allegations contained in paragraph 188 of Plaintiffs' Amended Complaint and therefore denies same.

189. As to paragraph 189 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 189 of Plaintiffs' Amended Complaint.

190. As to paragraph 190 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 190 of Plaintiffs' Amended Complaint.

191. As to paragraph 191 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 191 of Plaintiffs' Amended Complaint.

192. As to paragraph 192 of Plaintiffs' Amended Complaint, Defendant Camarillo admits that he was not disciplined by the City of Phoenix Police Department for his reasonable use of force upon Ruiz on the day in question.

193. As to paragraph 193 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, he lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 193 of Plaintiffs' Amended Complaint and therefore denies same.

194. As to paragraph 194 of Plaintiffs' Amended Complaint, Defendant Camarillo asserts that this paragraph makes no claims or allegations against him and therefore, lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 194 of Plaintiffs' Amended Complaint and therefore denies  same.

195. As to paragraph 195 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 195 of Plaintiffs' Amended Complaint.

196. As to paragraph 196 of Plaintiffs' Amended Complaint, Defendant Camarillo denies the allegations contained in paragraph 196 of Plaintiffs' Amended Complaint.

## **JURY DEMAND**

Defendant Camarillo requests a trial by jury.

## **AFFIRMATIVE DEFENSES**

1. As and for a separate defense and in the alternative, this answering Defendant alleges that Plaintiffs' Complaint fails to state a claim upon which relief may be granted against him.

2. As and for a separate defense and in the alternative, this answering Defendant alleges that no injuries or damages alleged by Plaintiffs were proximately caused by this Defendant.

3. As and for a separate defense and in the alternative, this answering Defendant alleges they he is entitled to all privileges and immunities extended to governmental employees under federal and state law.

4. As and for a separate defense and in the alternative, this answering Defendant alleges that Plaintiffs and/or Plaintiffs' decedent were contributorily negligent and/or that they assumed the risk of injuries and/or any injuries that Plaintiffs received were the result of an intervening/superseding cause or occurred as a result of the negligence of someone other than this answering Defendant, all of which bars recovery to the Plaintiffs herein from this answering Defendant.

5. As and for a separate defense and in the alternative, this answering Defendant alleges that Plaintiffs and/or Plaintiffs' decedent were negligent, in whole or in part, thereby reducing or eliminating any damages owing by this answering Defendant by way of the doctrine of comparative negligence.

1          6. As and for a separate defense and in the alternative, this answering

2   Defendant alleges that Plaintiffs' injuries were directly or proximately caused in whole or

3   in part by acts or omissions of other parties, named and unnamed, and these Answering

4   Defendants' liability to Plaintiffs, if any, should be apportioned, denied or reduced in

5   accordance with each party's and non-party's degree of fault or responsibility pursuant to

6   A.R.S. section 12-2506.

7          7. As and for a separate defense and in the alternative, this answering

8   Defendant alleges that Plaintiffs' claims may be barred by appropriate statutes of

9   limitation and pursuant to A.R.S. sections 12-821 and 12-821.01.

10          8. As and for a separate defense and in the alternative, this answering

11   Defendant alleges that he is not liable for punitive or exemplary damages for any state law

12   claims pursuant to A.R.S. section 12-820.04.

13          9. As and for a separate defense and in the alternative, this answering

14   Defendant affirmatively asserts that he, at all times pertinent to Plaintiffs' Complaint,

15   acted reasonably and appropriately under the totality of circumstances.

16          10. As and for a separate defense and in the alternative, this answering

17   Defendant alleges that Plaintiffs' decedent may have violated Arizona State Law and/or

18   local ordinances and/or regulations which, therefore, constitute negligence per se, all of

19   which either bars or reduces on a comparative basis, any recovery against this answering

20   Defendant.

21          11. As and for a separate defense and in the alternative, this answering

22   Defendant asserts the privileges and immunities set forth in A.R.S. sections 12-820, et

23   seq.

24          12. As and for a separate defense and in the alternative, this answering

25   Defendant alleges absolute and qualified immunity arising out of all incidents relating to

26   Plaintiffs' Complaint.

27          13. As and for a separate defense and in the alternative, this answering

28   Defendant affirmatively alleges that any investigation and/or attempted arrest of

Plaintiffs' decedent was/were based on reasonable suspicion and/or probable cause which are a defense to Plaintiffs' claims against him.

14. As and for a separate defense and in the alternative, this answering Defendant alleges that he did not act with a purpose to harm Plaintiffs or Plaintiffs' decedent for any reasons unrelated to legitimate law enforcement objectives and that his actions or inactions do not shock the conscience.

15. As and for a separate defense and in the alternative, this answering Defendant alleges that he did not act with deliberate indifference to the constitutional rights of Plaintiffs or Plaintiffs' decedent.

16. As and for a separate defense and in the alternative, this answering Defendant alleges that no constitutional rights of Plaintiffs or Plaintiffs' decedent were violated by this answering Defendant.

17. As and for a separate defense and in the alternative, this answering Defendant alleges that he is entitled to the protections and/or immunities set forth in A.R.S. §§12-712, 12-716, 13-409 and 13-411.

18. As and for a separate defense and in the alternative, this answering Defendant alleges that Plaintiffs' claims constitute harassment, are groundless and not made in good faith. Defendants further allege that Plaintiffs' claims are without substantial justification and are frivolous. Defendants request an award of their taxable costs, reasonable attorney's fees and, if appropriate, double damages, pursuant to A.R.S. §§12-341.01(C), 12-349, 42 U.S.C. §1988 and as otherwise allowed pursuant to Arizona and federal law.

WHEREFORE, having fully answered Plaintiffs' Second Amended Complaint, Defendants pray that Plaintiffs take nothing and that the Second Amended Complaint be dismissed.

3868388.1
9/30/14

DATED this 30th day of September, 2014.

JONES, SKELTON & HOCHULI, P.L.C.


By s/ John T. Masterson
John T. Masterson
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendant Officer Abraham
Camarillo

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2014, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Mary Creed