Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1699
kwieneke@swlfirm.com
cretts@swlfirm.com

Attorneys for Defendants City of Phoenix,
Phoenix Police Chief Daniel Garcia, Sergeant
Mike Wesley, Officer Justin Schmidt, Officer
Robert Mathews, Officer Kevin Linn,
Sergeant Christopher Luebkin, Officer
Jeremy Hessner, and Lieutenant Stan Hoover

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Yolanda Erickson, individually and as personal representative of the Estate of Miguel Ruiz, Canon Ruiz, minor A.R.,<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, a public entity; Phoenix Police Chief Daniel Garcia, individually and in his official capacity as Chief of the City of Phoenix Police Department; Sergeant Mike Wesley, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Officer Justin Schmidt, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Officer Robert Mathews, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Officer Abraham Camarillo, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Officer Kevin Linn, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Sergeant Christopher Leubkin, individually and in his official capacity as a police officer for the City of Phoenix Police Department; Lieutenant Stan Hoover, individually and in | NO. 2:14-cv-01942-JAT<br><br>**STIPULATION TO DISMISS DEFENDANTS SERGEANT MIKE WESLEY, OFFICER JUSTIN SCHMIDT, OFFICER ROBERT MATHEWS, OFFICER KEVIN LINN, SERGEANT CHRISTOPHER LUEBKIN, OFFICER JEREMY HESSNER, AND LIEUTENANT STAN HOOVER *ONLY* WITH PREJUDICE** |

| | |
|---|---|
| his official capacity as a police officer for the City of Phoenix Police Department,<br><br>Defendants. | |

The parties, through their respective counsel, stipulate that all claims filed on behalf of Plaintiff against Defendants Sergeant Mike Wesley, Officer Justin Schmidt, Officer Robert Mathews, Officer Kevin Linn, Sergeant Christopher Luebkin, Officer Jeremy Hessner, and Lieutenant Stan Hoover *only* in the above-entitled action shall be dismissed in their entirety, WITH PREJUDICE, and that each party will bear their own costs in this matter and shall not seek reimbursement of their costs or attorneys' fees from the other party.

This stipulation does not affect the claims against Officer Camarillo, the City of Phoenix based upon a theory of *respondeat* superior for Officer Camarillo's actions, or the City of Phoenix/Chief Garcia based upon a *Monell* theory premised upon alleged use of a carotid hold.

DATED August 10, 2015

                          STRUCK WIENEKE & LOVE, P.L.C.


                          By   /s/ Christina Retts
                              Kathleen L. Wieneke
                              Christina Retts
                              3100 West Ray Road, Suite 300
                              Chandler, Arizona 85226
                              Attorneys for Defendants City of Phoenix, Phoenix Police Chief Daniel Garcia, Sergeant Mike Wesley, Officer Justin Schmidt, Officer Robert Mathews, Officer Kevin Linn, Sergeant Christopher Luebkin, Officer Jeremy Hessner, and Lieutenant Stan Hoover

| | |
|---|---|
| 1 | BLACKWELL LAW OFFICE, PLLC |
| 2 | |
| 3 | By  /s/ Christina Retts (with authority) |
| 4 | Jocquese Blackwell<br>111 W. Monroe Street, Suite 721<br>Phoenix, AZ  85003 |
| 5 | Attorneys for Plaintiff |
| 6 | JONES, SKELTON & HOCHULI, P.L.C. |
| 7 | |
| 8 | By  /s/ Christina Retts (with authority) |
| 9 | John T. Masterson<br>2901 North Central Avenue, Suite 800<br>Phoenix, Arizona 85012 |
| 10 | Attorneys for Defendants Camarillo |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Jocquese L. Blackwell: | jocquese@azjustice.com |
| | jocquese@gmail.com |
| John T Masterson: | jmasterson@jshfirm.com |
| | cmiller@jshfirm.com |
| | mcarroll@jshfirm.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Christina Retts

3081121.1