| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA** |
| Yolanda Erickson, individually and as personal representative of the Estate of Miguel Ruiz, Canon Ruiz, minor A.R.,<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, a public entity;<br>Phoenix Police Chief Daniel Garcia, individually and in his official capacity as Chief of the City of Phoenix Police Department;<br>Sergeant Mike Wesley, individually and in his official capacity as a police officer for the City of Phoenix Police Department;<br>Officer Justin Schmidt, individually and in his official capacity as a police officer for the City of Phoenix Police Department;<br>Officer Robert Mathews, individually and in his official capacity as a police officer for the City of Phoenix Police Department;<br>Officer Abraham Camarillo, individually and in his official capacity as a police officer for the City of Phoenix Police Department;<br>Officer Kevin Linn, individually and in his official capacity as a police officer for the City of Phoenix Police Department;<br>Sergeant Christopher Leubkin, individually and in his official capacity as a police officer for the City of Phoenix Police Department;<br>Lieutenant Stan Hoover, individually and in his official capacity as a police officer for the City of Phoenix Police Department,<br><br>Defendants. | NO. CV 14-01942-PHX-JAT<br><br>**ORDER OF DISMISSAL OF DEFENDANTS SERGEANT MIKE WESLEY, OFFICER JUSTIN SCHMIDT, OFFICER ROBERT MATHEWS, OFFICER KEVIN LINN, SERGEANT CHRISTOPHER LUEBKIN, OFFICER JEREMY HESSNER, AND LIEUTENANT STAN HOOVER *ONLY* WITH PREJUDICE** |

Based on the stipulation of the parties (Doc. 44),

IT IS HEREBY ORDERED that all claims filed on behalf Plaintiff against Defendants Sergeant Mike Wesley, Officer Justin Schmidt, Officer Robert Mathews, Officer Kevin Linn, Sergeant Christopher Luebkin, Officer Jeremy Hessner, and Lieutenant Stan Hoover *only* in the above-entitled action are dismissed in their entirety, with prejudice, each party to bear their own costs and attorneys' fees. Because three Defendants remain in this case, the Clerk of the Court shall not enter judgment at this time.

Dated this 12th day of August, 2015.

James A. Teilborg
Senior United States District Judge