# EXHIBIT A
Excerpts from City Defendant's Defendants'
8th Supplemental Disclosure

Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone: (480) 420-1600
Fax: (480) 420-1699
kwieneke@swlfirm.com
cretts@swlfirm.com

*Attorneys for Defendants City of Phoenix and Phoenix Police Chief Daniel Garcia*

FEB 0 1 2016

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Yolanda Erickson, individually and as personal representative of the Estate of Miguel Ruiz, Canon Ruiz, minor A.R.,, <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al. <br><br> Defendants. | NO. 2:14-cv-01942-JAT <br><br> **EIGHTH SUPPELEMENTAL RULE 26(a)(1) DISCLOSURE STATEMENT OF DEFENDANTS CITY OF PHOENIX AND POLICE CHIEF DANIEL GARCIA** |

Defendants City of Phoenix *and* Phoenix Police Chief Daniel Garcia, Sergeant Mike Wesley, Officer Justin Schmidt, Officer Robert Mathews, Officer Kevin Linn, Sergeant Christopher Leubkin, Officer Jeremy Hessner, and Lieutenant Stan Hoover, through undersigned counsel, submit the following ***Eighth Supplemental*** Disclosure Statement pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. This disclosure is based on the state of discovery in this case at the present time. Defendants reserve the right to supplement and/or amend this disclosure statement as information is discovered. Defendants provide cumulative disclosures with new information appearing in ***bold italics*** and deletions appearing in strikethrough.

/ / /

56. Officer Jeffrey Howell (#5823)
    Phoenix Police Department
    c/o Struck Wieneke & Love

57. Officer James Ray (#5835)
    Phoenix Police Department
    c/o Struck Wieneke & Love

58. Sergeant Seth Jahnke (#6583)
    Phoenix Police Department
    c/o Struck Wieneke & Love

Witnesses 54 through 58 are Phoenix police officers who are expected to testify regarding their knowledge of the arrest of Miguel Ruiz on October 8, 2011 for aggravated assault. They are expected to testify regarding their knowledge of the facts of that incident and their interactions with Miguel Ruiz, including whether they suspected or knew that he was under the influence of illegal drugs. They will also testify consistent with Phoenix Police Departmental Report No. 2011 01740140, which was generated as a result of the incident.

59. *Sergeant Timothy C. Woods*
    *Phoenix Police Department*
    *c/o Struck Wieneke & Love*

*Sergeant Woods is part of the Phoenix Police Department's Tactical Training Unit. Sergeant Woods is expected to testify regarding the training records of Officer Camarillo and the other officers involved in the incident. Sergeant Woods is expected to testify as to his duties as part of the Tactical Training Unit. Sergeant Woods is expected to testify regarding the relevant training courses received by Officer Camarillo and the other involved officers, including, but not limited to, training received on TASER, Arrest Team Tactics, Excited Delirium, Carotid Control and Sudden Custody Death Syndrome. Sergeant Wood's deposition, if taken, supplements this disclosure.*

60. *Sgt. Slade Chestnut #4577*
    *Phoenix Police Department*
    *c/o Struck Wieneke & Love*

*Sgt. Slade Chestnut is part of the Phoenix Police Department's Tactical Training Unit. Sgt. Chestnut is expected to testify regarding the training records of Officer Camarillo and the other officers involved in the incident. Sgt. Chestnut is expected to testify as to his duties as part of the Tactical Training Unit, to include any review or revision of the Carotid Control Technique Lesson Plan. He is expected to testify regarding the training received by Officer Camarillo as it relates to the Carotid Control Technique. He is further expected to testify regarding the process that is used to confirm/certify that the officers receiving the Carotid Control Technique training are proficient in that training.*

61. *Officer John Ferragamo #6568*
*Phoenix Police Department*
*c/o Struck Wieneke & Love*

*Officer John Ferragamo was party of the Phoenix Police Department's Tactical Training Unit during the time frames relevant to this Complaint. Officer Ferragamo is expected to testify regarding the training records of Officer Camarillo and the other officers involved in the incident. Officer Ferragamo is expected to testify as to his duties as part of the Tactical Training Unit, to include any review or revision of the Carotid Control Technique Lesson Plan. He is expected to testify regarding the training received by Officer Camarillo as it relates to the Carotid Control Technique. He is further expected to testify regarding the process that is used to confirm/certify that the officers receiving the Carotid Control Technique training are proficient in that training.*

62. *Custodian of Records*
*Good Samaritan Hospital - Banner Health*
*1111 East McDowell Road*
*Phoenix, Arizona 85006*

*Custodian of Records will be called to authenticate and lay foundation for records produced by Banner Health in response to Defendant's subpoena duces tecum and produced as COP_ERI001590 through COP_ERI001822.*

63.  Kimberlie A. Grame, M.D.
     Good Samaritan Hospital – Banner Health
     1111 East McDowell Road
     Phoenix, Arizona 85006

At all relevant times Dr. Graeme was employed at Good Samaritan Hospital. Dr. Graeme is expected to lay foundation for and testify consistent with her medical records regarding her evaluation of Miguel Ruiz on October 8, 2011 for bath salt toxicity. Dr. Graeme is expected to testify during her medical evaluation of Mr. Ruiz she reviewed his lab toxicology reports indicating Mr. Ruiz had MDPV (bath salts). Dr. Graeme is expected to testify as to her recollection of Mr. Ruiz's actions, appearance and behavior, as well as, her evaluation of Mr. Ruiz on October 8, 2011 as documented the medical records (COP_ERI001590 – 1822].

64.  Laboratory Medical Director E. Smith Collum, M.D.
     St. Joseph's Hospital – Dignity Health
     350 West Thomas Road
     Phoenix, Arizona 85013

At all relevant times Dr. Collum was employed at St. Joseph's Hospital and Medical Center. Dr. Collum is expected to lay foundation for Mr. Ruiz's toxicology screen taken on July 28, 2013 at St. Joseph's Hospital which tested positive for methamphetamine and amphetamines as documented in the medical records (COP_ERI001823 – 2799).

65.  Custodian of Records – St. Joseph's Hospital
     350 West Thomas Road
     Phoenix, Arizona 85013

Custodian of Records will be called to authenticate and lay foundation for records received from St. Joseph's Hospital and Medical Center pursuant to subpoena duces tecum produced as COP_ERI001823 – 2799.

66.  Custodian of Records – Neutron Industries
     7107 North Black Canyon Highway
     Phoenix, Arizona 85021

*Custodian of Records will be called to authenticate and lay foundation for records received from Neutron Industries pursuant to subpoena duces tecum produced as COP_ERI003299 – 3417.*

67. *Marcia Wahlgren*
    *Neutron Industries*
    *7107 North Black Canyon Highway*
    *Phoenix, Arizona 85021*

*At all relevant times Ms. Wahlgren was employed at Neutron Industries. Ms. Wahlgren is expected to testify as to her knowledge of Mr. Ruiz's employment at Neutron Industries, including, but not limited to, Mr. Ruiz's attendance problems and excuses for missing work, as memorialized in Mr. Ruiz's Neutron Industries employment file produced as COP_ERI003217 - 3417. Ms. Wahlgren is expected to testify as to any and all contacts she had with Mr. Ruiz, including, but not limited to, his inability to show up for work and/or his employment at Neutron Industries. Ms. Wahlgren is expected to testify as to her knowledge of Neutron Industries' decision to terminate Mr. Ruiz at Neutron Industries and any other knowledge she may have regarding Mr. Ruiz's employment at Neutron Industries.*

68. *Butch Hughes*
    *District Manager*
    *Neutron Industries*
    *7107 North Black Canyon Highway*
    *Phoenix, Arizona 85021*

*At all relevant times Mr. Hughes was employed with Neutron Industries. Mr. Hughes is expected to testify as to his knowledge of Mr. Ruiz's employment at Neutron Industries, including, but not limited to, Mr. Ruiz's attendance problems and excuses for missing work as memorialized in Mr. Ruiz's employment file produced as COP_ERI003299 – 3417). Mr. Hughes is expected to testify as to any and all contact he may have had with Mr. Ruiz, including, but not limited to, his inability to show up for work and/or his employment at Neutron Industries. Mr. Hughes is expected to testify as to his knowledge of Neutron Industries decision to terminate Mr. Ruiz's at*

*Neutron Industries and any other knowledge he may have regarding Mr. Ruiz's employment at Neutron Industries.*

69. **Lisa Christian**
    **Neutron Industries**
    **7107 North Black Canyon Highway**
    **Phoenix, Arizona 85021**

*At all relevant times Ms. Christian was employed at Neutron Industries. Ms. Christian is expected to testify as to her knowledge of Mr. Ruiz's employment at Neutron Industries, including, but not limited to, Mr. Ruiz's attendance problems and excuses for missing work, as memorialized in Mr. Ruiz's Neutron Industries employment file produced as COP_ERI003217 - 3417. Ms. Christian is expected to testify as to any and all contacts she had with Mr. Ruiz, including, but not limited to, his inability to show up for work and/or his employment at Neutron Industries. Ms. Christian is expected to testify as to her knowledge of Neutron Industries' decision to terminate Mr. Ruiz at Neutron Industries and any other knowledge she may have regarding Mr. Ruiz's employment at Neutron Industries.*

70. Any and all foundational witnesses, including custodians of records to lay foundation for listed exhibits.

71. Any non-objectionable witness listed by a party to the matter.

72. Any non-objectionable mental health, medical, and/or addiction treatment witness relative to records/treatment relating to Plaintiffs or the decedent.

Defendants reserve the right to supplement this list of potential witnesses as discovery continues in this matter.

II. **A COPY OR DESCRIPTION BY CATEGORY OR LOCATION OF ALL DOCUMENTS OR TANGIBLE THINGS THAT THE DISCLOSING PARTY HAS IN ITS POSSESSION AND MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES**

1. Departmental Report 2013-01333264 [COP_ERI00001 – 154].

2. Medical Examiner's File, including autopsy report and toxicological report [COP_ERI00155 – 287]

60. Document received from Gold's Gym pursuant to subpoena duces tecum [COP_ERI003531 – COP_ERI003593]

61. Documents received from Sierra Sky Dental pursuant to subpoena duces tecum [COP_ERI003594 – COP_ERI003610]

62. Documents received from Specialty Graphics pursuant to subpoena duces tecum [COP_ERI003611 – COP_ERI003650]

63. Documents received from New Solutions pursuant to subpoena duces tecum [COP_ERI003651 – COP_ERI003654]

64. Documents received from Ruth Downing pursuant to subpoena duces tecum [COP_ERI003655 – COP_ERI004012]

65. Expert Report of Greg Meyer [COP_ERI004013 – COP_ERI004228]

66. Greg Meyer's CV [COP_ERI004229 – COP_ERI004261]

67. Expert Report of Dr. Gary Vilke [COP_ERI004262 – COP_ERI004361]

68. Dr. Gary Vilke's CV [COP_ERI004362 – COP_ER004435]

69. Expert Report of Dr. Mace Beckson [COP_ERI004436 – COP_ERI004528]

70. Dr. Mace Beckson's CV [COP_ERI004529 – COP_ERI004540]

71. Expert Report of Dr. Charles Wetli [COP_ERI004541 – COP_ERI004544]

72. Dr. Charles Wetli's CV [COP_ERI004545 – COP_ERI004571]

73. Dr. Charles Wetli's Fee Schedule [COP_ERI004572]

74. Dr. Charles Wetli's Testimony List [COP_ERI004573 – COP_ERI004595]

75. Employment records received from L.A. Fitness pursuant to subpoena duces tecum [COP_ERI004596 – COP_ERI004649]

76. Medical records received from Phoenix Baptist Hospital pursuant to subpoena duces tecum [COP_ERI004650 – COP_ERI004702]

77. *Lesson Plan – Arrest Team Tactics [COP_ERI004703 through COP_ERI004710]*

78. *Camarillo personnel documents [COP_ERI004711 through COP_ERI004715]*

79. Demonstrative exhibits prepared by Defendants as needed for trial in this matter.

80. All deposition transcripts, including any and all deposition exhibits, from testimony provided in this matter unless objected to.

81. All non-objectionable discovery by the parties and responses to same, including all documents and/or tangible items or evidence produced in response to any and all discovery responses, including Requests for Admission, Interrogatories, and Requests for Production by any party in this action.

82. All reports and CVs prepared by Defendants' expert witnesses in this matter.

83. Without waiving any objections, any and all exhibits identified by any other parties, even if later withdrawn.

Defendants anticipate that additional documents and/or tangible evidence will be identified as discovery continues and will supplement this list at that time.

### III. COMPUTATION OF DAMAGES

Not applicable to City Defendants.

### IV. INSURANCE AGREEMENTS

The City of Phoenix is self-insured up to $7,500,000.

### V. EXPERT WITNESSES

1. Greg Meyer
   1917 Crestshire Drive
   Glendale, California 92108

Mr. Meyer is an expert in police procedures and has prepared a report and analysis regarding the reasonableness of the actions of Phoenix Police Officers. Mr. Meyer's testimony will be consistent with the information contained in his report, which is attached as Exhibit 65. Mr. Meyer's C.V. is attached to his report and is

See Fed.R.Civ.P. 26(A)(2)(B). As Dr. Poulos has not been retained by the Defendants, Defendants are not required to produce a 26(A)(2)(B) Report for Dr. Poulos. Although Dr. Poulos is not a retained expert, he is the Medical Examiner for the Maricopa County Office of the Medical Examiner who prepared a "Medical Examiner Report" for Miguel A. Ruiz. Dr. Poulos' testimony will be consistent with the "Medical Examiner Report" he authored and all of the opinions contained therein. Dr. Poulos' "Medical Examiner Report" was previously disclosed by Defendants [COP_ERI000176 – COP_ERI000185].

DATED January 29th, 2016.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Kathleen L. Wieneke
Kathleen L. Wieneke
Christina Retts
Struck Wieneke & Love, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Attorneys for Defendants City of Phoenix
and Phoenix Police Chief Daniel Garcia

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, I mailed the original of the foregoing to:

Jocquese L. Blackwell
BLACKWELL LAW OFFICE, PLLC
420 W. Roosevelt Street, Suite 106
Phoenix, AZ 85003
*Attorney for Plaintiffs*

with a copy to:

John T. Masterson
Jones, Skelton & Hochuli
2901 N Central Ave, Suite 800
Phoenix, AZ 85012
*Attorney for Defendant Camarillo*

_____

3140989