# EXHIBIT 5

## Case Information

| | |
|---|---|
| Case Number: | CR060930 |
| File Date: | 3/27/1998 |
| Caption: | STATE OF ARIZONA VS. MICHAEL ANGEL |
| Judge: | LESLIE MILLER |

## Party Listing

| Party Full Name | Party Role | Name Type | . |
|---|---|---|---|
| STATE OF ARIZONA | State | True | |
| MICHAEL ANGEL RUIZ | Defendant | True | |
| JOSEPH LEWIS HILL | Defendant | Also Known As (AKA) | |
| DANNY VALENTINO | Defendant | Also Known As (AKA) | |

## Document Index Listing

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Receipt | All Money Receipts | RESTITUTION 623000 | 4/27/2004 | Available |
| Receipt | All Money Receipts | RESTITUTION | 5/29/2003 | Available |
| Receipt | All Money Receipts | RESTITUTION | 11/20/2002 | Available |
| Confidential Documents | Confidential Criminal History | Confidential Documents | 11/8/2000 | Available |
| Misc | Miscellaneous Filing | Miscellaneous Filing | 10/17/2000 | Available |
| ME | Minute Entry | Minute Entry | 8/31/2000 | Available |
| Psr | Pre-Sentence Report | Pre-Sentence Report | 8/29/2000 | Available |
| Sentence | Sentencing Document In Criminal Case | Sentencing Document in Criminal Case | 8/29/2000 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 8/29/2000 | Available |
| ME | Minute Entry | Minute Entry | 8/14/2000 | Available |

COP__ERI002803

| Release | Any Type Of Release | Any type of Release | 8/11/2000 | Available |
|---|---|---|---|---|
| Misc | Miscellaneous Filing | Miscellaneous Filing | 8/11/2000 | Available |
| Petmisc | Miscellaneous Petitions | Miscellaneous Petitions | 8/10/2000 | Available |
| Disporpt | Disposition Report Criminal | Disposition Report Criminal | 6/1/2000 | Available |
| ME | Minute Entry | Minute Entry | 5/11/2000 | Available |
| Order | Signed Order Of The Court | Signed Order of the Court | 5/9/2000 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 5/9/2000 | Available |
| Order | Signed Order Of The Court | Signed Order of the Court | 5/9/2000 | Available |
| Psr | Pre-Sentence Report | Pre-Sentence Report | 5/9/2000 | Available |
| ME | Minute Entry | Minute Entry | 4/25/2000 | Available |
| Disporpt | Disposition Report Criminal | Disposition Report Criminal | 4/17/2000 | Available |
| Warrant | Warrant | Warrant | 4/12/2000 | Available |
| Release | Any Type Of Release | Any type of Release | 4/11/2000 | Available |
| ME | Minute Entry | Minute Entry | 4/11/2000 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 4/10/2000 | Available |
| Mail | Cert Recpt, Return Mail, Letter In/Out | Cert Recpt, Return Mail, Letter IN/OUT | 2/2/1999 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 1/25/1999 | Available |
| Warrant | Warrant | Warrant | 1/22/1999 | Available |
| Petition | Petition In Any Case | Petition in Any Case | 1/21/1999 | Available |
| Warrant | Warrant | Warrant | 10/7/1998 | Available |
| Receipt | Fee, Fine, Bond, Restitution, Service | Fee, Fine, Bond, Restitution, Service | 10/1/1998 | Available |
| ME | Minute Entry | Minute Entry | 9/10/1998 | Available |
| ME | Minute Entry | Minute Entry | 9/2/1998 | Available |
| ME | Minute Entry | Minute Entry | 8/31/1998 | Available |
| Petition | Petition In Any Case | Petition in Any Case | 8/29/1998 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 8/27/1998 | Available |

COP__ERI002804

| Warrant | Warrant | Warrant | 8/24/1998 | Available |
|---|---|---|---|---|
| Cover Sheet | Transcript Or Pre Sentence Information | Transcript or Pre Sentence Information | 8/7/1998 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 8/4/1998 | Available |
| Order | Signed Order Of The Court | Signed Order of the Court | 8/4/1998 | Available |
| Release | Any Type Of Release | Any type of Release | 8/4/1998 | Available |
| Sentence | Sentencing Document In Criminal Case | Sentencing Document in Criminal Case | 8/4/1998 | Available |
| Misc | Miscellaneous Filing | Miscellaneous Filing | 8/4/1998 | Available |
| Psr | Pre-Sentence Report | Pre-Sentence Report | 8/4/1998 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 7/8/1998 | Available |
| ME | Minute Entry | Minute Entry | 7/7/1998 | Available |
| Pleaagre | Plea Agreement | Plea Agreement | 7/7/1998 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 7/7/1998 | Available |
| Misc | Miscellaneous Filing | Miscellaneous Filing | 7/7/1998 | Available |
| Release | Any Type Of Release | Any type of Release | 7/7/1998 | Available |
| Recommen | Recommendation From County Attorney | Recommendation from County Attorney | 7/7/1998 | Available |
| Misc | Miscellaneous Filing | Miscellaneous Filing | 7/6/1998 | Available |
| Warrant | Warrant | Warrant | 7/6/1998 | Available |
| Mail | Cert Recpt, Return Mail, Letter In/Out | Cert Recpt, Return Mail, Letter IN/OUT | 6/15/1998 | Available |
| Warrant | Warrant | Warrant | 6/5/1998 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 6/3/1998 | Available |
| ME | Minute Entry | Minute Entry | 6/1/1998 | Available |
| ME | Minute Entry | Minute Entry | 5/22/1998 | Available |
| Cover Sheet | Transcript Or Pre Sentence Information | Transcript or Pre Sentence Information | 4/16/1998 | Available |
| Mail | Cert Recpt, Return Mail, Letter In/Out | Cert Recpt, Return Mail, Letter IN/OUT | 4/8/1998 | Available |
| Mail | Cert Recpt, Return Mail, Letter In/Out | Cert Recpt, Return Mail, Letter IN/OUT | 4/8/1998 | Available |
| Order | Signed Order Of The Court | Signed Order of the Court | 4/6/1998 | Available |

COP__ERI002805

| Order | Signed Order Of The Court | Signed Order of the Court | 4/6/1998 | Available |
|---|---|---|---|---|
| ME | Minute Entry | Minute Entry | 4/6/1998 | Available |
| Misc | Miscellaneous Filing | Miscellaneous Filing | 4/6/1998 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 4/3/1998 | Available |
| Booking | Booking Form In Criminal | Booking Form in Criminal | 4/3/1998 | Available |
| Recommen | Recommendation From County Attorney | Recommendation from County Attorney | 4/3/1998 | Available |
| Orrecoun | Order Re: Court Appointed Counsel | Order re: Court Appointed Counsel | 4/3/1998 | Available |
| Release | Any Type Of Release | Any type of Release | 4/3/1998 | Available |
| Release | Any Type Of Release | Any type of Release | 4/3/1998 | Available |
| Interimc | Interim Complaint Criminal | Interim Complaint Criminal | 4/3/1998 | Available |
| Transmit | Transmittal Form In Criminal Case | Transmittal Form in Criminal Case | 4/3/1998 | Available |
| Mail | Cert Recpt, Return Mail, Letter In/Out | Cert Recpt, Return Mail, Letter IN/OUT | 3/30/1998 | Available |
| Notice | Service, Appeal, Hearing, Depo, Change | Service, Appeal, Hearing, Depo, Change | 3/27/1998 | Available |
| Open | Opening Document In Case J1 | Opening Document in Case J1 | 3/27/1998 | Available |
| ME | Minute Entry | Minute Entry | 3/27/1998 | Available |

COP__ERI002806

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

| | | |
|---|---|---|
| STATE OF ARIZONA, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. **CR60930** |
| | ) | |
| vs. | ) | INDICTMENT |
| | ) | |
| MICHAEL ANGEL RUIZ, | ) | 144-GJ-384 |
| | ) | |
| Defendant. | ) | |

The grand jurors of the County of Pima, in the name of the State of Arizona, and by its authority accuse MICHAEL ANGEL RUIZ and charge that in Pima County:

COUNT ONE: (UNLAWFUL POSSESSION OF A DANGEROUS DRUG FOR SALE, A CLASS TWO FELONY)

On or about the 7th day of March, 1998, MICHAEL ANGEL RUIZ unlawfully possessed a dangerous drug for sale, to wit: testosterone, in violation of A.R.S. §§ 13-3407 (A) (2) and (B) (2), (D) and (F), 13-3418, 13-603, 13-701, 13-702, 13-801, 13-804 and 13-811.

COUNT TWO: (UNLAWFUL POSSESSION OF A DANGEROUS DRUG FOR SALE, A CLASS TWO FELONY)

On or about the 7th day of March, 1998, MICHAEL ANGEL RUIZ unlawfully possessed a dangerous drug for sale, to wit: fluoxymesterone, in violation of A.R.S. §§ 13-3407 (A) (2) and (B) (2), (D) and (F), 13-3418, 13-603, 13-701, 13-702, 13-801, 13-804 and 13-811.

COUNT THREE: (UNLAWFUL POSSESSION OF A DANGEROUS DRUG FOR SALE, A CLASS TWO FELONY)

On or about the 7th day of March, 1998, MICHAEL ANGEL RUIZ unlawfully possessed a dangerous drug for sale, to wit: mesterolone, in violation of A.R.S. §§ 13-3407 (A) (2) and (B) (2), (D) and (F), 13-3418, 13-603, 13-701, 13-702, 13-801, 13-804 and 13-811.

COUNT FOUR: (UNLAWFUL TRANSPORTATION OF A DANGEROUS DRUG FOR SALE, A CLASS TWO FELONY)

On or about the 7th day of March, 1998, MICHAEL ANGEL RUIZ unlawfully transported a dangerous drug for sale, to wit: testosterone, in violation of A.R.S. §§ 13-3407(A) (7), (B) (7), (D) and (F), 13-3418, 13-603, 13-701, 13-702, 13-801, 13-804 and 13-811.

**M-A**

MICHAEL ANGEL RUIZ          INDICTMENT          CR60930 CAUSE NO.

COUNT FIVE: (UNLAWFUL TRANSPORTATION OF A DANGEROUS DRUG FOR SALE, A CLASS TWO FELONY)

On or about the 7th day of March, 1998, MICHAEL ANGEL RUIZ unlawfully transported a dangerous drug for sale, to wit: fluoxymesterone, in violation of A.R.S. §§ 13-3407(A) (7), (B) (7), (D) and (F), 13-3418, 13-603, 13-701, 13-702, 13-801, 13-804 and 13-811.

COUNT SIX: (UNLAWFUL TRANSPORTATION OF A DANGEROUS DRUG FOR SALE, A CLASS TWO FELONY)

On or about the 7th day of March, 1998, MICHAEL ANGEL RUIZ unlawfully transported a dangerous drug for sale, to wit: mesterolone, in violation of A.R.S. §§ 13-3407(A) (7), (B) (7), (D) and (F), 13-3418, 13-603, 13-701, 13-702, 13-801, 13-804 and 13-811.

TPD 9803078015

MIS: Known AKA's:   JOSEPH LEWIS HILL (Name Booked Under), DANNY VALENTINO

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By _____

Dated __3-27-98__

_____ A True Bill sf

_____
Foreperson of the Grand Jury

M-A

COP__ERI002808

**PRESENTENCE REPORT**
**THE ADULT PROBATION DEPARTMENT OF**
**THE SUPERIOR COURT IN PIMA COUNTY**

Probation Officer: Timothy Wells, Jr.
Case No: CR-60930

Sentencing Judge: Leslie B. Miller
Sentencing Date: 8/4/98      Div: 7

## PERSONAL DATA

| | | | | |
|---|---|---|---|---|
| Name | RUIZ, Michael Angel | Ethnic | M | Ht 5'8" |
| Address | 2644 E. Warwick Vista | Gender | M | Wt 228 |
| | Tucson, AZ 85713 | Eyes | Brown | Hair Brown |
| Phone | 795-5853    Msg   None | DOB | 3/20/69 | Age 29 |
| AKA | Joseph Lewis Hill; Joseph Hill; Danny | Citizen of | USA | |
| | Valentino | Birthplace | Los Angeles, CA | |
| ID Marks | None | | | |

Military History       None
  Branch
  Entry Date
  Discharge Date/Type

Employer     Self-employed
Occupation   Personal trainer

Marital      Single
Children     1
Education    12

## ARREST DATA

| | | | |
|---|---|---|---|
| Arrest Date | 3/7/98, 7/2/98 | Indictment Date | 3/27/98 |
| Incar. Date | 3/8/98 | Information Date | None |
| Juv Transfer | None | Rel. Date/Status | 3/8/98 OR, In Custody |
| Arrest Agency | TPD | Days Jail This Arrest | 1 + 34 = 35 |
| Agency # | 9803078015 | Guilty By/Date | Plea 7/7/98 |
| | | Defense Atty | Michael Mussman, PD, No fee |
| Codefendants/Dispositions - None | | Prosecutor | Jim Goodwin |

## FAMILY DATA

Spouse/Relatives/Children

| Name | Relation | Age | Address | Phone |
|---|---|---|---|---|
| Rick Erickson | Father | 55 | 2361 Palermo Ave., Upland, CA | 909-985-1131 |
| Yolanda Erickson | Mother | 45 | " | 626-369-0799 |
| Susan Cimbalo | G/Friend | 28 | Hacienda Heights, CA | 526-907-9596 |
| Ivo Ortiz | Cousin | 35 | 2644 E. Warrick, Tucson, AZ | 795-5853 |
| Steve Ruiz | Brother | 31 | La Brea, CA | Unknown |

**M-E**

tw

*SEE ADDITIONAL PAGE(S) OF FACE SHEET

COP__ERI002809

## FACE SHEET PAGE 2

Defendant: RUIZ, Michael Angel
Case No: CR-60930

Sentencing Judge: Leslie B. Miller
Sentencing Date: 8/4/98

| CASE NO. | DATE | OFFENSE/ARS CODE | CLASS | NCIC |
|---|---|---|---|---|
| CR-60930 | 3/7/98 | Solicitation to Unlawfully Possess a Dangerous Drug for Sale. Nondangerous; Nonrepetitive. ARS 13-1002; 13-3407 (A) (2) and (B) (2), (D) and (F) | F4 | 3596 |

PENALTY:

- Up to 4 years probation available,

**or**
**• PRISON RANGE**

| N/A substant mit | N/A mitigated | 2.5 presumptive | 3 aggravated | 3.75 substant agg |
|---|---|---|---|---|

**and consecutive**
**• COMMUNITY SUPERVISION**

| N/A months | N/A months | 4 months | 5 months | 6 months |
|---|---|---|---|---|

**and**
- Up to $150,000 fine (plus 60% surcharge) available
- $20 fee for time payments

PLEA AGREEMENT:

Count One, Unlawful Possession of a Dangerous Drug for Sale (F2); Count Two, Unlawful Possession of a Dangerous Drug for Sale (F2); Count Three, Unlawful Possession of a Dangerous Drug for Sale (F2); Count Four, Unlawful Transportation of a Dangerous Drug for Sale (F2); Count Five, Unlawful Transportation of a Dangerous Drug for Sale (F2); Count Six Unlawful Transportation of a Dangerous Drug For Sale (F2) are dismissed.

The defendant will be required to pay a fine in the amount of $2,000 plus surcharges to the State Narcotic Enforcement Account pursuant to ARS 41-2402.

The defendant shall not be eligible for the mitigated or substantially mitigated sentences.

**M-E**

tw

*SEE ADDITIONAL PAGE(S) OF FACE SHEET

COP__ERI002810

## PRESENTENCE REPORT - PART ONE

STATEMENT OF OFFENSE:

Background: The victim of the uncharged offense met the defendant on February 22, 1998, in front of a restaurant located on East Tanque Verde Road. They befriended each other and the defendant accompanied the victim to her home to drink some beer. A male friend of the victim was at her home and he joined them in their activity. According to the victim, the defendant wore a fanny pack and did not remove it while in the home of the victim. While drinking, the defendant mentioned how he regularly travels to Mexico to acquire steroids, Valium and other drugs. This information alarmed the victim and she came to the conclusion she did not want anything to do with this person. She then transported the defendant back to his parked car at the restaurant.

A few days later the defendant telephoned the victim and accused her of stealing approximately $80 from his fanny pack. Not only did he accuse her of stealing from him, he also threatened her with bodily harm if she did not promptly repay him.

Offense: On the evening of March 6, 1998, the victim returned home to find at least two threatening notes from the defendant. One note said: "If you don't page me ASAP I'd be looking to dodge some bullets!!" The phone number was the defendant's voice-mail number and the note was signed with the letter M for Mike.

On March 7, 1998, at approximately 2:00 p.m., the defendant went to the victim's home and demanded money from her. He had a female companion and threatened to "cap" the victim. With a glazed look in his eyes, he told the victim to have his money by 6:30 p.m. She handed over $20 just to get him away from her.

When the defendant returned to the victim's home at 4:30 p.m. the Tucson Police Department (TPD) was waiting for him. The victim believed the defendant had a gun so his vehicle and person were searched. TPD found a duffle bag that contained several plastic bags full of pills and liquid containers. A records check revealed the defendant had a suspended driver's license.

The various pills and liquids were laboratory tested and the results are as follows:

Item1CRD: Eight (8) boxes labeled "Sten Solucion injectable Testosterona" with two (2) ampules each and one (1) box labeled the same with one ampule and one broken, ampule. This product contains testosterone, a dangerous drug, anabolic steroid.

**M-E**

COP__ERI002811

Item 2CRD: Four (4) boxes labeled "Stenox Fluoximesterona Comprimidos," each with an unbroken foil packet containing twenty (20) tablets. These tablets contain fluoxymesterone, a dangerous drug, anabolic steroid.

Item 3CRD: One gold blister pack labeled "Stenox Fluoximesterona, " containing sixteen (16) tablets and one gold blister pack similarly containing eight (8) tablets. These tablets contain fluoxymesterone, a dangerous drug, anabolic steroid.

Item 7CRD: One blister pack labeled "Proviron Mesterolona tabletas" with six (6) white tablets. These tablets contain mesterolone, an anabolic steroid, dangerous drug.

The defendant was arrested and booked into the Pima County Jail.

Defendant's Statement: The defendant agrees with the statement of offense. He regrets his behavior and admits he was out of control at the time. The defendant was a personal trainer who believed he had to set an example for his client. Whenever he looked in t Thus, he indulged in a regular regimen of anabolic steroid use that would add muscle to his frame at a tremendous rate. he mirror he was always too small, never big enough. During his waking hours he either taught his clients or worked out. Every muscle in his body was isolated and called upon to respond to his endless demands. He eventually packed 230 pounds onto his five foot, eight inch frame, but this was not enough.

He maintained the victim had ripped him off and "I was feeling pretty ballsy." The steroids had affected his mood, but he could not see this. While he has been in jail he has conquered his addiction to these drugs, but feels frustrated because he has been accused of selling these drugs to others. He maintained he possessed these drugs only for his personal use.

SOCIAL HISTORY:

The defendant was born and raised in Los Angeles, California. He has a brother who is two years older. His parents divorced when he was 12 years old, but his father stayed in their lives to provide discipline until his mother remarried when the defendant was 15 years old. His stepfather had two sons who were approximately the same ages of the defendant and his brother. Initially, this new arrangement felt awkward, but in a relatively short period of time everyone involved adjusted well to the new family composition. His new father earned their respect and they eventually came to love each other.

COP__ERI002812

The defendant and his brother did not have criminal legal problems, but the older brother became addicted to crack cocaine for a few years. Eventually, he kicked the addiction and has not relapsed.

After the defendant graduated from high school he left home to be with the mother of his son. His parents were against him leaving home because he did not appear mature enough to do so. However, the defendant felt compelled to take responsibility for his son. In a relatively short period of time his relationship with his sweetheart soured and he returned to his parent's home.

The defendant relocated to Tucson in 1993, after attending Citrus College in California for almost two years. He reports he needs to complete only a few credit hours to complete his associate's degree.

Current Life Situation: He is in custody, awaiting sentencing.

INFORMATION NOT FOR DISCLOSURE:

Additional identifying information and/or criminal history may be contained in PART TWO of this report and is for disclosure only to the Court, the prosecutor, the defense attorney, and other authorized criminal justice agencies.

EVALUATION:

Evaluative Summary: The defendant stands before the Court facing his first felony conviction. He vehemently denies selling the drugs he had in his possession, but if this is the case why were they in his car? If they were for personal use only then he only needed to have a small amount on his person. The defendant may require more jail time to ponder this interesting position he has.

The defendant was not evaluated for Project LEARN.

Third Party Risk Assessment: In consideration of the instant offense and the defendant's prior record, it appears he may pose a reasonably foreseeable risk to recidivate.

Aggravation and Mitigation: There may be no aggravating factors.

Mitigating factors may include no previous felony conviction.

**M-E**

COP__ERI002813

### FINANCIAL STATEMENT

MONTHLY INCOME

| | |
|---|---|
| Wages | $ 2,200 |
| Public Assistance | $_____ |
| Other: _____ | $_____ |

ASSETS

| | |
|---|---|
| Savings/Investments | $ 750 |
| Value of Property Owned | $ 10,000 |

EXPENSES

| | |
|---|---|
| Rent/Mortgage | $ 150 |
| Car Payment | $_____ |
| Installment Payments | $_____ |
| Other: _Child support_____ | $ 700 |

### ASSESSMENTS

| | |
|---|---|
| ARS 12-116 $20 for time payment | $ 20 |
| PROBATION FEE $ 40 per month | $ 40 |
| FINE (including surcharge) | $ 3,200 |
| INITIAL ATTORNEY FEE | $_____ |
| ADDITIONAL ATTORNEY FEE | $_____ |
| INTERSTATE TRANSFER FEE $200 | $_____ |
| $500 DNA TESTING FEE | $_____ |
| ____$10 LAB FEE; ____$35 SURCHARGE; ____$40 SURCHARGE | $_____ |
| OTHER: _____ | $_____ |
| COMMUNITY SERVICE HOURS | _____ HOURS |

* * * * *

 M-E

COP__ERI002814

**RESTITUTION** - None

Respectfully submitted,

APPROVED BY:

*[signature]*

William G. Stead, Unit Supervisor
Assessment Center Services

*[signature]* Timothy Wells, Jr., Deputy
Assessment Center Services

July 30, 1998
tw
Sentencing Date: 8/4/98

M-E

COP__ERI002815

16/

FILED
Aug 4 19 98
JAMES N. CORBETT, Clerk
alhid /Deputy

[ James N. Corbett ]

## SUPERIOR COURT OF ARIZONA

### PIMA COUNTY

### TUCSON, AZ

| 7 | August 4, 1998 | Hon. Leslie Miller | Ann Valdez |
|---|---|---|---|
| Div | Date | Judge | Deputy |

NO.   **CR-6 0 9 3 0**

STATE OF ARIZONA

Kerry Muehlenbeck for Jim Goodwin

VS

MICHAEL ANGEL RUIZ aka JOSEPH LEWIS
HILL, JOSEPH HILL, DANNY VALENTINO

Michael Mussman

DATE(S) OF BIRTH: 3/20/69

## SENTENCE OF PROBATION

The State is represented by the above named Deputy County Attorney; the defendant is present with counsel named above.

COURT REPORTER: Jean Smith

The defendant is advised of the charge and the determination of guilt, and all parties are given the opportunity to speak.

Pursuant to A.R.S. Section 13-607, the Court finds as follows:

**WAIVER OF TRIAL** The defendant knowingly and voluntarily waived his/her right to a trial with or without a jury, his/her right to confront and cross examine witnesses, his/her right to testify or remain silent, his/her right to present evidence and call his/her own witnesses, and his/her right to appeal after having been advised of these rights. The determination of guilt was based upon a plea of guilty.

DATE 8·7·98  BY  lu lina
DEPUTY

5663    810

M-D

Page 1

NO.   CR-6 0 9 3 0

STATE VS. MICHAEL ANGEL RUIZ aka JOSEPH LEWIS HILL, JOSEPH HILL, DANNY VALENTINO

Having found no legal cause to delay rendition of judgment and pronouncement of sentence, the Court enters the following judgment and sentence.

IT IS THE JUDGMENT OF THE COURT that the defendant is guilty of the crime of SOLICITATION TO UNLAWFULLY POSSESS A DANGEROUS DRUG FOR SALE, a Class 4 felony, nondangerous and nonrepetitive offense, in violation of A.R.S. 13-1002, 13-3407(A)(2) and (B)(2)(D) and (F) committed on March 7, 1998.

Upon consideration of the offense, and the facts, law and circumstances involved in this case,

THE COURT FINDS that the Defendant is eligible for probation.

IT IS ORDERED suspending imposition of sentence and placing the Defendant on probation for a period of 4 year(s) commencing August 4, 1998 under the supervision of the Adult Probation Department of this Court, in accordance with the formal Judgment and Order suspending sentence and imposing terms of probation signed by the Court.

THE COURT FINDS that, but for the Community Punishment Program, the defendant would be required to serve additional time in the Pima County Jail, therefore, in accordance with A.R.S. 12-299,

IT IS ORDERED that the defendant shall participate in the DIRECT program under the additional and special conditions as follows: The defendant shall participate in substance abuse counseling, perform 85 hours of community service, abide by curfew and/or approved schedule, submit to drug/alcohol tests, consume no alcohol, and participate in a life/social skills program.

As a condition of probation,

IT IS ORDERED that the Defendant pay a monthly probation services fee to the Clerk of the Superior Court of Pima County at a rate of $40.00.

ADDITIONAL CONDITIONS OF PROBATION:    

1. Pay a fine in the amount of $3200.00 which equals $2,000.00 plus $1200.00 surcharge.
2. Pay $150.00 attorney's fees (not in addition to those previously ordered).    

Page 2

5663    8 1 1

COP__ERI002817

NO. **CR-6 0 9 3 0**

STATE VS. MICHAEL ANGEL RUIZ aka JOSEPH LEWIS HILL, JOSEPH HILL, DANNY VALENTINO

    3. Pay $20.00 under A.R.S. 12-116(b).

    4. Maintain full time employment.

    5. Participate in substance abuse counseling and monitoring as directed by the probation officer.

    6. Subject to up to 90 days electronic monitoring at the discretion of the probation officer.

    7. Pay extradition costs in the amount of $432.47.

    The written terms and conditions of probation are handed to the defendant for explanation, acceptance, and signature. Defendant agrees to the stated waiver of right of extradition. The defendant is advised concerning the consequences of failure to abide by the conditions of probation.

    The defendant is advised concerning rights of review and written notice of those rights is provided.

    IT IS ORDERED granting the State's Motion to Dismiss all other charges/allegations in this case number.

    IT IS ORDERED that the defendant be released from custody as to this cause only.

    The defendant is directed to report to the probation department tomorrow.

    ISSUED: Order of Release

    FILED: Conditions of Probation and Notice of Right of Review, both signed by the defendant and copies provided to the defendant; Presentence Report--Part One.

    Let the record reflect that the defendant's fingerprint is permanently affixed to the signature page of this sentencing order in open Court.

HON. LESLIE MILLER

(See page 4 for distribution.)



Page 3

5663    812

| _7_ | August 4, 1998 | Hon. Leslie Miller | Ann Valdez |
|-----|----------------|--------------------|------------|
| Div | Date | Judge | Deputy |

NO.  **CR-6 0 9 3 0**

STATE VS. MICHAEL ANGEL RUIZ aka JOSEPH LEWIS HILL, JOSEPH HILL, DANNY VALENTINO

cc:   Hon. Leslie Miller
      Criminal Calendaring
      County Attorney - Goodwin (2)
      County Attorney - Victim Notification
      Public Defender - Mussman
      Adult Probation Dept. (2) (1 cert)
      Clerk of Court - Collections (2644 E. Warwick Vista, Tucson, AZ 85713) #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
      Clerk of Court - Appeals
      Sheriff - released



Page 4

5663    8|3

COP__ERI002819

# EXHIBIT  6

citation which contains general information and options available for resolving the citation. If you do not receive a courtesy notice in advance of your citation appearance date, contact the court as failure to receive a courtesy notice is not a legal excuse for failing to take care of the citation. When submitting payments and/or documents by mail, allow 10 days for delivery and processing.

Este programa de búsqueda está disponible solamente en inglés. Ingrese su número de caso o su nombre y fecha de nacimiento. Su número OC Pay se indica al lado del número de su caso.

Chương trình tìm kiếm chỉ có bằng Anh ngữ. Đánh vào máy số vụ kiện hoặc Tên và Ngày Sinh của quý vị. Số Trả Tiền OC sẽ hiện lên bên cạnh số vụ kiện của quý vị.

## Case Search

### Case Info:

Case Number: [                    ]

Enter the code as it is shown below (required):

[                    ]

[Search]  [Clear]

**Search by Person or Business Name: click here**
## Calendar Search

## Tutorial

# Search Results

- This case has been transferred to the South East Superior Court located at 12720 Norwalk Blvd., Room #101, Norwalk, CA 90650 in Los Angeles County pursuant to the provisions of Penal Code 1203.9. Please contact the court listed for any information regarding this case.

One item found.1

| Case Number | OC Pay Number | Last Name | First Name | Middle Name | Enterprise Name |
|---|---|---|---|---|---|
| 04SF1090 | 2825387 | Ruiz | Michael | Angel | |

© 2014 Superior Court of Orange County

COP__ERI002848

1

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE, HARBOR JUSTICE CENTER
LAGUNA NIGUEL FACILITY

2

3

*S. WESTER*

4   THE PEOPLE OF THE STATE OF CALIFORNIA, )   FELONY COMPLAINT

5                                          )
                            Plaintiff,     )   VA092034
6                                          )

7                                          )
              vs.                          )   No. 045F1090
8                                          )   OCSO 04-212127
9   MICHAEL ANGEL RUIZ JR        03/20/69  )
      C5667120                             )
10    AKA MICHAEL ANGEL RUIZ                )
                                           )   VA092034
11        JOSEPH LEWIS HILL                 )
                                           )
12  _____Defendant(s))  )

13

14  The Orange County District Attorney charges that in Orange
    County, California, the law was violated as follows:

15

16  COUNT 1: On or about October 14, 2004, in violation of Section
    11377(a) of the Health and Safety Code (POSSESSION OF A
17  CONTROLLED SUBSTANCE), a FELONY, MICHAEL ANGEL RUIZ JR did
    unlawfully possess methamphetamine, a controlled substance.

18

19  COUNT 2: On or about October 14, 2004, in violation of Section
    4140 of the Business and Professions Code (UNAUTHORIZED
20  POSSESSION OF HYPODERMIC NEEDLE OR SYRINGE), a MISDEMEANOR,
    MICHAEL ANGEL RUIZ JR did unlawfully have in his/her possession
21  and under his/her control a hypodermic needle and syringe.

22

23  COUNT 3: On or about October 14, 2004, in violation of Section
    148.9(a) of the Penal Code (FALSE REPRESENTATION TO PEACE
24  OFFICER), a MISDEMEANOR, MICHAEL ANGEL RUIZ JR did unlawfully
    falsely represent and identify himself/herself as another person
25  and a fictitious person to DEPUTY K. MORGAN , a peace officer,
    upon a lawful detention and arrest, in order to evade the
26  process of the court and to evade proper identification by the
    investigating officer.

27

28
    /
    /

# FILED

LOS ANGELES SUPERIOR COURT

OCT 2 4 2005

*FELONY COMPLAINT 10/18/2004*

JOHN A. CLARKE, CLERK

BY ~Marilyn Rhaburn~

MARILYN RHABURN, DEPUTY

COP__ERI002849

1

2   I declare under penalty of perjury, on information and belief,
    that the foregoing is true and correct.

3

4   Dated 10/18/04 at Orange County, California.
         TJ/LM 04F11459

5

6   TONY RACKAUCKAS, DISTRICT ATTORNEY

7   by_____ Deputy

8      Complainant

9

10  RESTITUTION CLAIMED

11  [  ] None           PROP 36    ELIGIBLE/INELIGIBLE/PENDING
    [  ] $_____      PC 1000    ELIGIBLE/INELIGIBLE/PENDING
12  [ X ] To be determined

13

14  NOTICE TO DEFENDANT AND ATTORNEYS FOR THE DEFENSE:
    The People request that defendant and counsel disclose, within
15  15 days, all of the materials and information described in Penal
    Code Section 1054.3, and continue to provide and later-acquired
16  materials and information subject to disclosure, promptly, and
    without further request or order.
17

18

19

20

21

22

23

24

25

26

27

28

*FELONY COMPLAINT 10/18/2004*

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. VA092034                                    PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.    CURRENT DATE 09/17/14
DEFENDANT 01:  MICHAEL ANGEL RUIZ
LAW ENFORCEMENT AGENCY EFFECTING ARREST: SHERIFF'S - ORANGE COUNTY

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY   REGISTER
      DATE        OF BAIL   POSTED   BOND NO.                     NUMBER

CASE FILED ON 10/24/05.
 MISCELLANEOUS FILING FOR TRACKING PURPOSES
OFFENSE(S):
   COUNT 01: 11377(A) H&S FEL
   COUNT 02: 4140 B&P MISD
   COUNT 03: 148.9 PC MISD
COMMITTED ON OR ABOUT 10/14/04 IN THE COUNTY OF LOS ANGELES
NEXT SCHEDULED EVENT:
   PROBATION IN EFFECT


ON 10/18/06 AT  830 AM :

   PURSUANT TO REQUEST FROM PROBATION DEPT., MATTER IS SET ON
   CALENDAR FOR 10-31-06 AT 8:30 A.M. IN DEPT.  SEM    .
   DEFENDANT NOTIFIED BY MAIL THIS DATE.
NEXT SCHEDULED EVENT:
   10/31/06   830 AM  POSSIBLE VIOL. OF PROBATION   DIST SOUTHEAST DISTRICT DEPT
     SEM


ON 10/31/06 AT  830 AM  IN SOUTHEAST DISTRICT DEPT SEM

CASE CALLED FOR POSSIBLE VIOL. OF PROBATION
PARTIES: COMMSR MICHAEL L. SCHUUR  (JUDGE)  CHERYL BRADY  (CLERK)
                  LORI E. LILLIENFELD       (REP)  SEAN D. COEN  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHELLE PAFFILE DEPUTY
 PUBLIC DEFENDER
STIPULATED THAT A TEMPORARY JUDGE MAY HEAR THE CASE
PROBATION REPORT FILED

   ****THIS IS AN ORANGE COUNTY TRANSFER CASE****
   .
   THE COURT HAS READ, CONSIDERED AND FILED THE PROBATION OFFICER'S
   REPORT, SEQUENCE #2.
   .
   DEFENDANT IS ORDERED TO COMPLETE A LIVE-IN PROGRAM AS DIRECTED
   BY THE PROBATION DEPARTMENT.
   .
   THE DEFENDANT IS ADVISED OF RIGHTS RE HEARING ON VIOLATION AND
   WAIVES RIGHTS TO A REVOCATION HEARING.
   .
   DEFENDANT AND COUNSEL ADMIT TO VIOLATION OF PROBATION IN OPEN
   COURT.
   .
   COURT FINDS DEFENDANT IN VIOLATION OF PROBATION.
                                 .

COP__ERI002851

.
PROBATION IS REVOKED, REINSTATED AND MODIFIED AS LISTED ABOVE.
COURT ORDERS AND FINDINGS:
-DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN  24 HOURS.
NEXT SCHEDULED EVENT:
PROBATION IN EFFECT

CUSTODY STATUS: ON PROBATION


ON 09/14/07 AT  830 AM :

  PURSUANT TO REQUEST FROM PROBATION DEPT., MATTER IS SET ON
  CALENDAR FOR 09-27-07 AT 8:30 AM IN DEPT SEM.
  DEFENDANT NOTIFIED BY MAIL THIS DATE.
NEXT SCHEDULED EVENT:
  09/27/07   830 AM  POSSIBLE VIOL. OF PROBATION   DIST SOUTHEAST DISTRICT DEPT
    SEM



ON 09/27/07 AT  830 AM  IN SOUTHEAST DISTRICT DEPT SEM

CASE CALLED FOR POSSIBLE VIOL. OF PROBATION
PARTIES: COMMSR MICHAEL L. SCHUUR  (JUDGE)  CHERYL BRADY  (CLERK)
                LORI E. LILLIENFELD      (REP)  DONNA MCCLAY  (DDA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MARK A. DISABATINO DEPUTY
  PUBLIC DEFENDER
STIPULATED THAT A TEMPORARY JUDGE MAY HEAR THE CASE
PROBATION REPORT FILED
  ****THIS IS AN ORANGE COUNTY TRANSFER CASE****

.
THE COURT HAS READ, CONSIDERED AND FILED THE PROBATION OFFICER'S
REPORT, SEQUENCE #4.

.
THE DEFENDANT IS ADVISED OF RIGHTS RE HEARING ON VIOLATION AND
WAIVES RIGHTS TO A REVOCATION HEARING.

.
DEFENDANT AND COUNSEL ADMIT TO VIOLATION OF PROBATION IN OPEN

  COURT.

.
COURT FINDS THE DEFENDANT IN VIOLATION OF PROBATION.

.
THE COURT ORDERS PROBATION REVOKED, REINSTATED AND MODIFIED AS
FOLLOWS:

.
DEFENDANT IS ORDERED TO COMPLETE THE GRANDVIEW LIVE-IN PROGRAM
AND IS ORDERED NOT TO LEAVE SAID PROGRAM WITHOUT PRIOR
PERMISSION OF THE COURT, PROGRAM AND/OR THE PROBATION DEPARTMENT
COURT ORDERS AND FINDINGS:
-DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN  24 HOURS.
-OTHER TERMS AND CONDITIONS OF PROBATION TO REMAIN IN FULL FORCE
  AND EFFECT.
NEXT SCHEDULED EVENT:

COP__ERI002852

PROBATION IN EFFECT

CUSTODY STATUS: ON PROBATION.

COP__ERI002853

# EXHIBIT 7

not receive a courtesy notice in advance of your citation appearance date, contact the court as failure to receive a courtesy notice is not a legal excuse for failing to take care of the citation. When submitting payments and/or documents by mail, allow 10 days for delivery and processing.

Case Search | Calendar | Tutorial

# Case Detail

**Case Number:** 07NM01143
**OC Pay Number:** 4153877
**Originating Court:** North

Printable Version 🖨

**Defendant:** Ruiz, Michael Angel
⊡ Demographics...
⊡ Names...

**Case Status:** Closed
⊓ Details...

| Case Stage: - | Release Status: - | **DMV Hold:** N |
|---|---|---|
| **Charging Document:** Complaint | **Mandatory Appearance:** Y | **Amendment #:** 0 |

## Case Info

**Counts**
2 counts found, displaying all counts.1

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Dispo Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 10/25/2006 | 11550(a) HS | M | Under the influence of a controlled substance | GUILTY | 11/02/2007 | Pled Guilty | 11/02/2007 |
| 2 | 0 | 10/25/2006 | 23152(a) VC | M | Driving Under the Influence of Alcohol or Drugs | GUILTY | 11/02/2007 | Pled Guilty | 11/02/2007 |

**Co Defendants**
No co-defendants found for this case

**Participants**
9 professionals found, displaying all professionals.1

COP__ERI002854

| Role | Badge | Name |
|---|---|---|
| Public Defender | | Deputy Public Defender, |
| Public Defender | | Singh, Sonya |
| District Attorney | | Moore, Jeff |
| District Attorney | | Harvey, Matthew J |
| District Attorney | | Guirguis, Mena |
| District Attorney | | Williams, Tamika |
| Public Defender | | Bell, Michele |
| Public Defender | | Doddridge, Joshua |
| Public Defender | | Patel, Nina Anil |

## Hearing Info

**Scheduled Hearings**
No scheduled hearings found for this case

**Heard Hearings**
34 hearings found, displaying 1 to 20.[First/Prev] 1, 2 [Next/Last]

| Date | Time | Hearing Type - Reason | Courtroom | Hearing Status |
|---|---|---|---|---|
| 02/23/2007 | 08:30 AM | Arraignment - | N8 | Cancel |
| 02/23/2007 | 08:30 AM | Arraignment - | N11 | Heard |
| 09/12/2007 | 09:00 AM | Chambers Work - | N16 | Heard |
| 10/19/2007 | 11:30 AM | Arraignment - | N11 | Heard |
| 11/02/2007 | 08:30 AM | Pre Trial - | N8 | Cancel |
| 11/02/2007 | 08:30 AM | Pre Trial - | N5 | Heard |
| 11/15/2007 | 08:30 AM | Jury Trial - | N7 | Cancel |
| 02/04/2008 | 08:00 AM | Hearing - | N5 | Cancel |
| 02/05/2008 | 08:00 AM | Hearing - | N5 | Heard |
| 05/02/2008 | 08:00 AM | Hearing Proof of completion | NJA | Cancel |
| 08/28/2008 | 08:30 AM | Probation Violation Arraignment - In Custody | N8 | Heard |
| 09/05/2008 | 08:30 AM | Probation Violation Disposition and Reset | N8 | Cancel |
| 09/05/2008 | 08:30 AM | Probation Violation Disposition and Reset | N4 | Cancel |
| 09/05/2008 | 08:30 AM | Probation Violation Disposition and Reset | N9 | Heard |
| 09/16/2008 | 08:30 AM | Miscellaneous - | NJA | Heard |
| 09/16/2008 | 11:00 AM | Miscellaneous - | NJA | Heard |
| 09/18/2008 | 08:30 AM | Probation Violation Formal Hearing | N7 | Cancel |
| 09/19/2008 | 08:00 AM | Hearing Proof of enrollment | NJA | Cancel |
| 09/23/2008 | 08:30 AM | Sentencing Modification | N6 | Cancel |
| 09/23/2008 | 08:30 AM | Sentencing Modification | N5 | Heard |

COP__ERI002855

## Release Info

**Bail**
No cash bail found for this case

**Bonds**
No bond bail found for this case

## Sentencing

**Sentences**
6 sentences found, displaying all sentences.1

| Count | Sentence Date | Sentence |
|-------|---------------|----------|
| 1,2 | 11/02/2007 | 3 years Probation |
| 2 | 11/02/2007 | $390.00 Fines |
| 2 | 11/02/2007 | 56 hours Service in lieu of fine |
| 1 | 11/02/2007 | 120 days Jail |
| 2 | 11/02/2007 | 3 months First Offender Alcohol Program |
| 1 | 09/05/2008 | 15 days Jail |

**State Institutions**
No institution records found for this case

**Probation**
One probation found.1

| Sent Seq # | Type | Term | End Date | Status |
|------------|------|------|----------|--------|
| 1 | INFORMAL | 3 years | 06/08/2011 | ⊡ History... |

© 2014 Superior Court of Orange County
Locations Telephone Numbers Employment Sitemap RSS Privacy Policy Webmaster

COP__ERI002856

U.A. ISSUED
JAN 24 2007

FILED
SUPERIOR COURT OF CAL.
COUNTY OF ORANGE
NORTH JUSTICE CENTER

JAN 2 4 2007

ALAN SLATER, Clerk of the Court
D. HANDERON
DEPUTY

1  SUPERIOR COURT OF CALIFORNIA
2  COUNTY OF ORANGE, NORTH JUSTICE CENTER

3

4  _____

THE PEOPLE OF THE STATE OF CALIFORNIA, )   COMPLAINT
5                                       )
                            Plaintiff,  )
6                                       )
7                                       )
                  vs.                   )   No. 07NM01143
8                                       )   LHPD 06-7392
9  MICHAEL ANGEL RUIZ        03/20/69   )
      C5667120                          )
10    AKA MICHAEL ANGEL RUIZ JR         )
11       JOSEPH LEWIS HILL              )
                                        )
12                        Defendant(s)  )
   _____

13

14  The Orange County District Attorney charges that in Orange
    County, California, the law was violated as follows:

15

16  COUNT 1: On or about October 25, 2006, in violation of Section
    11550(a) of the Health and Safety Code (UNDER THE INFLUENCE OF A
17  CONTROLLED SUBSTANCE), a MISDEMEANOR, MICHAEL ANGEL RUIZ did
    unlawfully use and was under the influence of a controlled
18  substance known as METHAMPHETAMINE.

19

20  COUNT 2: On or about October 25, 2006, in violation of Section
    23152(a) of the Vehicle Code (DRIVING UNDER THE INFLUENCE OF
21  ALCOHOL/DRUGS), a MISDEMEANOR, MICHAEL ANGEL RUIZ did unlawfully
    drive a vehicle while under the influence of an alcoholic
22  beverage, a drug(s) and under the combined influence of
    alcoholic beverage and drug(s).
23

24

25  COMPLAINT SUPERSEDES CITATION NUMBER(s) LH 391266.

26  /
    /
27  /
    /
28  /
    /
    /

*MISDEMEANOR CITATION E-FILED (DA CASE# 06N10946) 02-23-2007*

COP__ERI002857

1

2  I declare under penalty of perjury, on information and belief,
   that the foregoing is true and correct.

3

4  Dated 01/08/07 at Orange County, California.
        JM/RM 06N10946

5

6  TONY RACKAUCKAS, DISTRICT ATTORNEY

7

8  by _____ Deputy
      Complainant

9

10 RESTITUTION CLAIMED

11 [  ] None
   [  ] $_____
12 [ X ] To be determined

13

14 NOTICES:

15 The People request that defendant and counsel disclose, within
   15 days, all of the materials and information described in Penal
16 Code section 1054.3, and continue to provide any later-acquired
17 materials and information subject to disclosure, and without
   further request or order.

18

19 Pursuant to Penal Code Section 296.1, defendant is required to
   provide DNA samples and thumb and palm prints.

20

21

22

23

24

25

26

27

28

COP__ERI002858

# SUPERIOR COURT, COUNTY OF ORANGE
## VEHICLE CODE MISDEMEANOR GUILTY PLEA FORM

CASE NO. 07nmo1143    PEOPLE vs. Michael Ruiz

1. My true full name is Michael Angel Ruiz

2. I understand that I am pleading guilty or no contest and admitting the following offenses, prior convictions and special punishment allegations, with the maximum punishment indicated below:

| CT | CHARGE | PRIORS | ALLEGATIONS | MAX SENTENCE JAIL/FINES |
|----|--------|--------|-------------|-------------------------|
| 1 | 11550(a) | (Date) | | 1 yr $1000 |
| 2 | 23152(a) | | | Comes $1000 |
| | | | | |
| | | | | |

3. I understand I am also charged with a violation of probation in Case No. _____

## RIGHTS AND WAIVERS

4. I understand I have the following **constitutional rights,** which I understand I am waiving and giving up by entering this plea of guilty, or no contest, and, if applicable, by my admission of a probation violation.    | 4 |MR |

   4a. I understand I have the right **to be represented by an attorney** at all stages of the proceedings until the case is terminated. If I cannot afford an attorney, one will be appointed to represent me free of charge. **(For Defendants Without an Attorney: I give up my right to an attorney and choose to represent myself).**    | 4a |MR |

   4b. I understand I have the **right to a speedy and public trial by a jury or a judge, and if charged with a probation violation, the right to a hearing before a judge. I waive and give up this right.**    | 4b |MR |

   4c. I understand I have the **right to confront the witnesses against me** and to cross examine them. **I waive and give up this right.**    | 4c |MR |

   4d. I understand I have the right to testify on my own behalf but that **I cannot be compelled to be a witness against myself** and may remain silent if I choose. **I waive and give up this right.**    | 4d |MR |

   4e. I understand I have the **right to present evidence** and have the Court issue subpoenas to bring into Court all witnesses and evidence favorable to me, at no cost to me. **I waive and give up this right.**    | 4e |MR |

   4f. I understand that under the Fourth and Fourteenth Amendments to the United States Constitution, I have a right to be free from unreasonable searches. **I waive and give up this right.** If I am granted probation, I agree to submit my person and property, including any residence, premises, container, or vehicle under my control to search and seizure at any time of the day or night by any law enforcement or probation officer with or without a warrant, and with or without reasonable cause or reasonable suspicion.    | 4f |MR |

5. I understand I have the right to appeal an adverse ruling on a Penal Code section 1538.5 Motion (Suppression Motion). **I give up this right.**    | 5 |MR |

6. I understand that I have the right to have a delay in pronouncement of my sentence of not less than six hours and not more than five days after my plea. **I give up this right and agree to be sentenced at this time.**    | 6 |MR |

1084 Rev 4/27/07

1

COP__ERI002859

7. I understand I have the right to reject probation and **I hereby waive and give up that right and accept probation** on the terms and conditions ☐ *as imposed by the court*, or ☐ as contained in the attached Sentence Recommendation form.

    7a. I also understand if the judge does not wish to follow the District Attorney's sentence recommendation, I may withdraw my plea of guilty or no contest.

    7b. I also understand that if I violate any of the terms of probation, I may be returned to court and sentenced up to the maximum punishment as indicated in 2 above.

8. I have been advised that being under the influence of alcohol or drugs, or both, impairs your ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If I continue to drive while under the influence of alcohol or drugs, or both, and as a result of that driving someone is killed, I can be charged with murder.

## CONSEQUENCES

9. I understand the possible **consequences** of my guilty plea or plea of no contest, and admissions are as follows:

    9a. I have read the attached punishment chart and understand the minimum and maximum penalties and consequences listed therein.

    9b. I understand there will be State penalty assessments (tax) added to any fines imposed by the court.

    9c. I understand I will be ordered to pay a minimum of $100 and a maximum of $1,000 to the State Restitution Fund unless the court makes a finding of "compelling and extraordinary reasons" for waiving this fine.

    9d. I understand I will be ordered to pay a minimum of $100 and a maximum of $1,000 Probation Revocation Restitution Fine pursuant to Penal Code section 1202.44 and that the Restitution Fine will be stayed and become effective upon final revocation of Probation.

    9e. I understand that if I am not a citizen of the United States the conviction for the offense charged may have the consequence of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.

    9f. I understand that if I am charged and convicted of a similar offense in the future, my plea of guilty or no contest today may be used to increase my punishment for the new offense.

    9g. I understand that if I am presently on probation or parole for any previous conviction, my plea of guilty or no contest today may cause me to be in violation of that probation or parole and result in additional penalties and/or punishment.

    9h. If I am convicted of driving under the influence and I was **UNDER 21 at time of arrest:** I understand that my driver's license will be suspended for one year. If I do not have a license, DMV will delay issuing a license for one year after I become eligible to drive.

    9i. If I am convicted of driving under the influence and it involved a **REFUSAL OR BA OVER .20:** I understand I will be required to attend a first offender program of at least nine months duration.

    9j. **IGNITION INTERLOCK:** For second and subsequent offenses I understand DMV may require the installation of an ignition interlock device as a condition of a restricted driver's license.

       For driving on a suspended license under Vehicle Code section 14601.2, I understand this court must order the installation of an ignition interlock device on any vehicle owned or operated by me for up to a three year period or until DMV reinstates my driving privilege.

1084 Rev 4/27/07

COP__ERI002860

# SUPERIOR COURT, COUNTY OF ORANGE
## VEHICLE CODE MISDEMEANOR GUILTY PLEA FORM

9k. I understand DMV may restrict or suspend my driver's license separate from any action by this court.

9l. I understand if the court determines that it would be unsafe for me to operate a motor vehicle during a suspension period, the court may prohibit the issuance of a restricted driver license.

9m. For a conviction of Vehicle Code section 23152 or 23153: I understand DMV will require completion of an alcohol/drug program in order to have my driving privilege reinstated, even if the court did not order such a program.

9n. I understand my driving privilege may not be restored until I provide DMV satisfactory proof of successful completion of a licensed DUI program of the appropriate length required by law.

10. I understand that if I am the registered owner of the vehicle used in the offense and the offense is:

10a. For a first conviction of Vehicle Code section 23152 or 23153, the court may IMPOUND my vehicle up to 30 days at my expense.

10b. For a second conviction or more of Vehicle Code section 23152 or 23153, the court may IMPOUND my vehicle up to 90 days at my expense and the court may declare the vehicle to be a NUISANCE and order it SOLD after a hearing.

10c. Driving on a suspended license (Vehicle Code section 14601) or without a license (Vehicle Code section 12500), my vehicle will be subject to IMPOUNDMENT by the police and court for 6 months up to one year, and may be subject to FORFEITURE as a nuisance.

11. I understand I have the right to enter my plea before, and be sentenced by a judge. I give up this right and agree to enter my plea before, and be sentenced by, a commissioner or temporary judge.
_____. (enter name of commissioner or temporary judge).

## PLEA

12. I offer my plea of GUILTY or NO CONTEST, and admit the listed priors and allegations freely, and voluntarily. No one has made any threats, used any force against me or my family or loved ones, no one has made any promises to me other than as set out as on the Sentence Recommendation form.

13. My plea of GUILTY or NO CONTEST, is made with a full understanding of all the matters set forth in the Complaint and in this form, which I declare under penalty of perjury under the laws of the State of California that I have read, understood, and that I have personally initialed each item herein. I further declare that everything on this form is true and correct, and understand that the signing and filing of this form is Conclusive Evidence that I have pleaded guilty or no contest to the charges set forth.

Factual basis: On or about 10/26/06 in OC, I was unlawfully under the influence of a controlled substance, methamphetamine & I drove a vehicle.

EXECUTED at _____Fullerton_____, California,

DATED: ___11/2/07___   SIGNED X _____
(DEFENDANT)

COP__ERI002861

## SUPERIOR COURT, COUNTY OF ORANGE
## VEHICLE CODE MISDEMEANOR GUILTY PLEA FORM

**DEFENDANT'S ATTORNEY:** I am the attorney of record for the defendant. I have explained each of the above rights to the defendant and answered all of the defendant's questions with regard to the plea. I have discussed the facts of the defendant's case with the defendant and explained the consequences of this plea, the elements of the offense(s), the possible defenses, and the sentence to be imposed. I concur in this plea and in the defendant's decision to waive his/her constitutional rights.

DATED: _11/2/07_

SIGNED _____
(ATTORNEY OF RECORD)

**INTERPRETER'S STATEMENT:** Having been sworn to having a written oath on file, I certify that I translated this form to the defendant in the _____language. The defendant stated that (s)he understood the contents of this form and then (s)he initialed and signed the form.

DATED: _11/2/07_

SIGNED_____
(COURT INTERPRETER)

**FOR THE PEOPLE:**

DATED: _11/2/07_

SIGNED _____

_____
(BAILIFF'S SIGNATURE AND BADGE #)

Right Thumb Print

1084 Rev 4/27/07

4

COP__ERI002862

SENTENCE RECOMMENDATION FORM – VEHICLE CODE

PEOPLE VS **Ruiz**

CASE NO. **07NM01143**

## TERMS:
- [X] I.S.S., **3** years **informal** PROBATION.
  (Count(s) **1 & 2** )
- [X] Violate no laws  [X] Obey all orders of Court
- [X] Obey all rules of Prob. Dept, Court & Jail.
- [ ] Do not drive with a measurable amount of alcohol in blood system.
- [X] Submit to a chemical test on demand of any peace officer or probation officer.
- [X] Do not drive without a valid California Drivers License.
- [X] Do not drive without valid insurance.
- [X] Submit to search and seizure
- [X] Use TRUE NAME and D.O.B. at all times.
- [X] Cooperate with Prob. Dept. in any program of counseling or treatment.
- [X] Disclose probation terms upon request of Peace Officer. [X] Register pursuant to H&S 11590

## FINES AND FEES
- [X] Pay a fine of $ **390** +P.A. on count **2** .
- [ ] Pay a fine of $ _____ +P.A. on count ___.
- [ ] Commit on fine on count ___ for ___ days.
- [X] Pay $100.00 State Restitution Fine
- [X] Pay $100 Probation Revocation Restitution Fine pursuant to PC1202.44 Restitution fine stayed to become effective upon final revocation of probation.
- [X] Pay $50.00 Alcohol Abuse Education Fee
- [X] Pay $37.00 Testing Fee   $ 5-2
- [ ] Pay $100.00 Alcohol Assessment Fee
- [ ] Pay $50.00 Lab Fee
- [X] Pay $20.00 security fee (This is per convicted count with the date of violation on/or after 3/24/06)
- [ ] Pay COSTS OF FORMAL PROBATION as directed by Probation Officer.

## JAIL
- [X] Serve **20** days OCJ on Count **1**
- [ ] Serve ___ days OCJ on Count ___
- [ ] Serve 48 hours in jail (no license to restrict)
- [X] Credit for **2** actual + ___ conduct = total **2** .
- [ ] Sentence(s) to run ___ to **each other**
- [ ] To be served in State Prison concurrently
- [ ] JAIL STAYED to _____ at _____ **p.m.**.
- [ ] Jail stayed pending _____
- [ ] No work release  [ ] No County Parole
- [ ] No Electronic Confinement  [ ] No CWP

Revised 12/13/06

## PROGRAMS:
- [X] ALCOHOL PROGRAMS / LICENSE
  - [X] Complete 1st Offender Program
    - [ ] Level I (3 month program)
    - [ ] Level II  [ ]6 month  [ ]9 month program
  - [ ] Complete Multiple Offender Program
  - [ ] Attend MADD Victim Panel.
  - [ ] Court designates defendant a Habitual Offender.
  - [ ] Defendant is under the age of 21. Driving privilege is suspended for 1 year.
  - [ ] Complete Youthful Alcohol & Drug Deterrence Program and show proof by _____.
  - [ ] I.I.D. to be installed on all vehicles defendant owns or has access to.
  - [ ] Obey all rules of program and do not leave program without court approval.

## COMMUNITY SERVICE
- [X] Complete **56 hours** / days of **Community Service**
  - [X] In lieu of fines (PRSLF) [ ] In lieu of jail
- [ ] Cal Trans as Physical Labor   5-2

## ADDITIONAL TERMS & CONDITIONS
- [ ] Make Restitution in the amount of $ _____ or as determined through:
  - [ ] Victim Witness   [ ] Probation
- [ ] Defendant is required to submit a new financial disclosure form if money is still owing on a restitution order or fine 120 days before the scheduled release from probation. Defendant is required to file the form with the court at least 90 days before the scheduled release from probation.
- [ ] Additional _____ terms and conditions per attachment.
- [ ] Probation to terminate / be modified to Informal status upon _____
- [ ] Other: _____

Defendant's Signature X _____
D.A. C.A. Signature _____

↳ no day for day credit

additional

↳ Jail cost stayed pending successful completion of 4

COP__ERI002863

# MINUTES

**Case :** 07NM01143 M A

**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 01/24/07 | 1 | FLDOC | **Original Complaint filed on 01/24/2007 by Orange County District Attorney.** |
| | 2 | FLNAM | Name filed: Ruiz, Michael Angel JR |
| | 3 | FLCNT | MISDEMEANOR charge of 11550(a) HS filed as count 1. Date of violation: 10/25/2006. |
| | 4 | FLCNT | MISDEMEANOR charge of 23152(a) VC filed as count 2. Date of violation: 10/25/2006. |
| | 5 | FIFCI | Arraignment Letter filed. |
| | 6 | FIFCI | Notice to Appear filed. |
| | 7 | FIFCI | Declaration/Affidavit in Support of Arrest filed. |
| | 8 | TXBKF | Request for booking fees received. |
| | 9 | CLADD | **Case calendared on 02/23/2007 at 08:30 AM in N8 for ARGN.** |
| 02/07/07 | 1 | FLNAM | Name filed: Ruiz, Michael Angel |
| 02/16/07 | 1 | CLTRAN | **Calendar Line for ARGN transferred from N8 on 02/23/2007 at 08:30 AM to N11 on 02/23/2007 at 08:30 AM.** |
| 02/23/07 | 1 | HHELD | **Hearing held on 02/23/2007 at 08:30:00 AM in Department N11 for Arraignment.** |
| | 2 | OFJUD | Officiating Judge: Sheila Hanson, Judge |
| | 3 | OFJA | Clerk: R. Cervantes |
| | 4 | OFBAL | Bailiff: M. Shaw |
| | 5 | APDDA | People represented by Jeff Moore, Deputy District Attorney, present. |
| | 6 | APDNC | Defendant not present in court. |
| | 7 | CODSW | Court orders case referred to Arresting Agency for Declaration in Support of Warrant. |
| 02/27/07 | 1 | CPGTO | Copy of Prosecuting Attorney Notice requesting narrative police report forwarded to District Attorney office. |
| 09/11/07 | 1 | FIFCI | Police/Arrest Report filed. |
| | 2 | TXRFR | Case referred to N16-Judge Luesebrink for review. |
| | 3 | TEXT | Refer for arrest warrant |
| 09/12/07 | 1 | HHELD | **Hearing held on 09/12/2007 at 09:00:00 AM in Department N16 for Chambers Work.** |

COP__ERI002864

# MINUTES

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 09/12/07 | 2 | OFJUD | Officiating Judge: Richard W. Luesebrink, Judge |
| | 3 | OFJA | Clerk: C. M. Valko |
| | 4 | WAISD | Warrant of Arrest warrant ordered issued for defendant. Bail set at $3, 500. 00, Mandatory Appearance. |
| | 5 | WAWSD | Warrant of Arrest warrant signed by Richard W. Luesebrink and issued for defendant. Bail set at $3, 500. 00, Mandatory Appearance. |
| 09/19/07 | 1 | WFNBR | Warrant File Number 03080229 sent from AWSS for Warrant # 2380664. |
| 10/19/07 | 1 | CLCST | **Arraignment set on 10/19/2007 at 11:30 AM in Department N11.** |
| | 2 | NTCWI | Prosecutor advised of appearance for ARGN-Failure to appear. Clerk's office telephonically notified prosecutor on this date. |
| | 3 | HHELD | **Hearing held on 10/19/2007 at 11:30:00 AM in Department N11 for Arraignment.** |
| | 4 | OFJUD | Officiating Judge: George Berenson, Commissioner |
| | 5 | OFJA | Clerk: R. Peace |
| | 6 | OFBAL | Bailiff: K. Gonzales |
| | 7 | APDDA | People represented by Tamika Williams, Deputy District Attorney, present. |
| | 8 | APDPP | Defendant present in Court in propria persona. |
| | 9 | APDPD | Court appoints Public Defender to represent Defendant. |
| | 10 | ADWRA | Defendant waives reading and advisements of legal and constitutional rights. |
| | 11 | PLNGA | **To the Original Complaint defendant pleads NOT GUILTY to all counts.** |
| | 12 | CLSET | **Pre Trial set on 11/02/2007 at 08:30 AM in Department N8.** |
| | 13 | CLSET | **Jury Trial set on 11/15/2007 at 08:30 AM in Department N7.** |
| | 14 | DFOTR | Defendant ordered to appear. |
| | 15 | DSROR | Court orders defendant released on own recognizance. |
| | 18 | WAREC | Warrant issued on 09/12/2007 ordered recalled for defendant. |

COP__ERI002865

# MINUTES

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 10/19/07 | 19 | DFRPT | Defendant ordered to report to 1440 Harbor Blvd., 4th Floor, Fullerton, CA. 92835, (714) 626-3700. |
| | 20 | NTPRT | Defense Attorney Notice printed. |
| 10/23/07 | 1 | FICOR | Correspondence from Defendant filed. |
| 10/31/07 | 1 | CLTRAN | **Calendar Line for PT transferred from N8 on 11/02/2007 at 08:30 AM to N5 on 11/02/2007 at 08:30 AM.** |
| 11/02/07 | 1 | HHELD | **Hearing held on 11/02/2007 at 08:30:00 AM in Department N5 for Pre Trial.** |
| | 2 | OFJUD | Officiating Judge: Ronald Klar, Commissioner |
| | 3 | OFJA | Clerk: A. Cecil |
| | 4 | OFBAL | Bailiff: J. Chevalier |
| | 5 | OFREP | Court Reporter: None |
| | 6 | OFMEC | Minutes entered by J. Catania. |
| | 7 | APDDA | People represented by Tamika Williams, Deputy District Attorney, present. |
| | 8 | APDWPD | Defendant present in Court with counsel Sonya Singh, Public Defender. |
| | 9 | WVRAA | Defendant waives reading and advisement of the Original Complaint. |
| | 10 | DFSTC | All Parties being advised of their right to have this matter heard by a Judge of the court have stipulated that the matter be heard by Commissioner Ronald Klar. |
| | 11 | PLNGG | **Defendant's motion to withdraw plea of NOT GUILTY and enter plea of Guilty as to count(s) 1, 2 of the Original Complaint granted.** |
| | 12 | TEXT | ***COURT OFFER*** |
| | 13 | FIWWR | Defendant's written waiver of legal and constitutional rights for guilty plea received and ordered filed. |
| | 14 | PLFWR | Court finds defendant intelligently and voluntarily waives legal and constitutional rights to jury trial, confront and examine witnesses, and to remain silent. |
| | 15 | PLFBA | Court finds factual basis and accepts plea. |
| | 16 | PLCJN | Counsel joins in waivers and plea. |
| | 17 | PLRIS | Defendant requests immediate sentencing. |

COP__ERI002866

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 11/02/07 | 18 | PRISS | No legal cause why judgment should not be pronounced and defendant having Pled Guilty to count(s) 1, 2, Imposition of sentence is suspended and defendant is placed on 3 Year(s) INFORMAL PROBATION on the following terms and conditions: |
| | 19 | PRVNL | Violate no law. |
| | 20 | PROBY | Obey all laws, orders, rules, and regulations of the Court and Jail. |
| | 21 | PRSCT | Submit to a chemical test of blood, breath, or urine as directed by the Probation Officer or any other peace officer. |
| | 22 | PRVDL | Do not drive without a valid driver's license in your possession. |
| | 23 | PRINS | Do not drive without proof of valid auto liability insurance or financial responsibility as required by law. |
| | 24 | PRSAS | Submit your person and property including any residence, premises, container, or vehicle under your control to search and seizure at any time of the day or night by any law enforcement or probation officer with or without a warrant, and with or without reasonable cause or reasonable suspicion. |
| | 25 | PRTNO | Use true name and date of birth only at all times. |
| | 26 | PRPSY2 | Cooperate in any plan for psychiatric, psychological, alcohol and/or drug treatment or counseling. |
| | 27 | PRDTC | Disclose terms and conditions of probation when asked by any law enforcement or probation officer. |
| | 28 | PRREG | Register pursuant to Health & Safety Code 11590. |
| | 29 | PRFIN | Pay FINE of $390.00 plus penalty assessments as to count(s) 2. |
| | 30 | PRSLF | Complete 56 Hours Community Service in lieu of fine(s) as directed by the Court as to count(s) 2. |
| | 31 | CLPRF | **Hearing re: Proof of completion set on 05/02/2008 at 08:00 AM in Judicial Assistant - North for Community Service.** |
| | 32 | DFRPT2 | Defendant ordered to report to Volunteer Services, room 470 forthwith. |
| | 33 | PRSRF | Pay $100.00 Restitution Fine pursuant to Penal Code 1202.4 or Penal Code 1202.4(b). |

COP__ERI002867

# MINUTES

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 11/02/07 | 34 | PRRFS | Pay $100.00 Probation Revocation Restitution Fine pursuant to Penal Code 1202.44. Restitution fine stayed, to become effective only upon final revocation of probation. |
| | 35 | PRFBP | Pay $37.00 DUI Lab/Blood Alcohol FEE pursuant to Penal Code 1463.14B7. |
| | 36 | PRFAA | Pay $50.00 Alcohol Abuse Education FEE pursuant to Penal Code 1463.25. |
| | 37 | SESEC | Pay Security Fee(s) pursuant to Penal Code 1465.8 totaling $40.00. |
| | 38 | STFEE | Payment of fee(s) stayed to 05/02/2008. |
| | 39 | PRJAL | **Serve 120 Day(s) Orange County Jail as to count(s) 1.** |
| | 40 | DMABS | DD1-GJC sent to DMV. Return Code: 800 |
| | 40 | JLCTS | **Credit for time served: 2 actual, 0 conduct, totaling 2 days.** |
| | 41 | JLSTP | **120 days Jail sentenced on 11/02/2007 and stayed as to count(s) 1 stayed pending completion of successful completion of 4 months of a probation approved out patient drug/alcohol program.** |
| | 42 | PRTXT | Defendant must complete total of 6 months in drug/alcohol program. He has done 2 months now thus far. |
| | 43 | CLSET | **Hearing set on 02/04/2008 at 08:00 AM in Department N5.** |
| | 44 | PRTXT | For progress review in drug/alcohol program. |
| | 45 | PRAP1 | Attend and complete 3 month Level 1 First Offender Alcohol Program as to count(s) 2. |
| | 46 | DFRPT2 | Defendant ordered to report to Alcohol Services, room 450 forthwith. |
| | 47 | PRATC | Defendant accepts terms and conditions of probation. |
| | 48 | FIBKF | The Court grants request for booking fees. Request form filed. |
| | 49 | SEFBK | Pay $125.00 booking fees to City of La Habra Police Department. |
| | 50 | CLVAC | **Jury Trial vacated for 11/15/2007 at 08:30 AM in N7.** |

COP__ERI002868

# MINUTES

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 11/03/07 | 1 | DOJABS | DOJ Initial Abstract sent. |
| 02/05/08 | 1 | CLTRAN | **Calendar Line for HRG transferred from N5 on 02/04/2008 at 08:00 AM to N5 on 02/05/2008 at 08:00 AM.** |
| | 2 | HHELD | **Hearing held on 02/05/2008 at 08:00:00 AM in Department N5 for Hearing.** |
| | 3 | OFJUD | Officiating Judge: Ronald Klar, Commissioner |
| | 4 | OFJA | Clerk: A. Cecil |
| | 5 | OFBAL | Bailiff: J. Chevalier |
| | 6 | OFREP | Court Reporter: None |
| | 7 | DFSTC | All Parties being advised of their right to have this matter heard by a Judge of the court have stipulated that the matter be heard by Commissioner Ronald Klar. |
| | 8 | APNDA | District Attorney not present in Court. |
| | 9 | APDNC | Defendant not present in court. |
| | 10 | TEXT | Per Commissioner Klar: Defendant failed to appear 02/04/08. Defendant was specifically ordered to appear on 02/04/08, back on 11/02/07. Probation Revoked, Bench Warrant issue $10, 000. |
| | 11 | PBREV2 | Probation ordered revoked as to count(s) 1, 2 based on the following: Failed to appear to show progress in alcohol program. |
| | 12 | COPIT | **Pending Items are: Fines/fees due 05/02/08. Completion of Community Service in lieu of fine (fees remain due 05/02/08)** |
| | 13 | STALL | Payment of all monies due to remain due on 05/02/2008. |
| | 14 | CLVAC2 | **Hearing re: Proof of completion vacated for 05/02/2008 at 08:00 AM in NJA.** |
| | 15 | WAISD | Probation Violation warrant ordered issued for defendant. Bail set at $10, 000.00, Mandatory Appearance. |
| | 16 | WAWSD | Probation Violation warrant signed by Ronald Klar and issued for defendant. Bail set at $10, 000.00, Mandatory Appearance. |
| 02/12/08 | 1 | WFNBR | Warrant File Number 03111901 sent from AWSS for Warrant # 2413781. |

COP__ERI002869

**Case :** 07NM01143 M A

**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 08/23/08 | 1 | WASVD | Warrant 03111901 for Michael A. Ruiz DEFENDANT served by Orange County Sheriff Department on 08/23/2008. |
| 08/28/08 | 1 | CLCST2 | **Probation Violation re: Arraignment - In Custody set on 08/28/2008 at 08:30 AM in Department N8.** |
| | 2 | HHELD | **Hearing held on 08/28/2008 at 08:30:00 AM in Department N8 for Probation Violation Arraignment - In Custody.** |
| | 3 | OFJUD | Officiating Judge: Donald Gaffney, Judge |
| | 4 | OFJA | Clerk: S. Moreno |
| | 5 | OFBAL | Bailiff: A. Kino |
| | 6 | WAREC | Warrant issued on 02/05/2008 ordered recalled for defendant. |
| | 7 | APDDA | People represented by Mena Guirguis, Deputy District Attorney, present. |
| | 8 | APDPP | Defendant present in Court in propria persona. |
| | 9 | DFTNC | Defendant states true name and date of birth are correct as shown on the complaint. |
| | 10 | ADLCR | Defendant advised of legal and constitutional rights. |
| | 11 | FIRST | Written explanation of rights signed by defendant and filed. |
| | 12 | APDPD | Court appoints Public Defender to represent Defendant. |
| | 13 | APDWPD | Defendant present in Court with counsel Joshua Doddridge, Public Defender. |
| | 14 | PBDNV | Defendant denies violation of probation as to count(s) 1, 2. |
| | 15 | CLSET2 | **Probation Violation re: Disposition and Reset set on 09/05/2008 at 08:30 AM in Department N8.** |
| | 16 | DFOTR | Defendant ordered to appear. |
| | 17 | CLSET2 | **Probation Violation re: Formal Hearing set on 09/18/2008 at 08:30 AM in Department N7.** |
| | 18 | DFOTR | Defendant ordered to appear. |
| | 19 | BLSET | Court orders bail set in the amount of $15, 000.00. |
| | 20 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 21 | NTJAL | **Notice to Sheriff issued.** |

COP__ERI002870

## SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTES

**Case :** 07NM01143 M A

**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 09/03/08 | 1 | CLTRAN | **Calendar Line for PV DR transferred from N8 on 09/05/2008 at 08:30 AM to N4 on 09/05/2008 at 08:30 AM.** |
| 09/04/08 | 1 | CLTRAN | **Calendar Line for PV DR transferred from N4 on 09/05/2008 at 08:30 AM to N9 on 09/05/2008 at 08:30 AM.** |
| 09/05/08 | 1 | HHELD | **Hearing held on 09/05/2008 at 08:30:00 AM in Department N9 for Probation Violation Disposition and Reset.** |
| | 2 | OFJUD | Officiating Judge: Donald Gaffney, Judge |
| | 3 | OFJA | Clerk: J. K. Franco |
| | 4 | OFBAL | Bailiff: C. Geeslin |
| | 5 | APDDA | People represented by Mena Guirguis, Deputy District Attorney, present. |
| | 6 | APDWPD | Defendant present in Court with counsel Michele Bell, Public Defender. |
| | 7 | FITXT | Community Service proof of completion received by Court and filed. |
| | 8 | CLVAC2 | **Probation Violation re: Formal Hearing vacated for 09/18/2008 at 08:30 AM in N7.** |
| | 9 | PBADV | Defendant waives right to probation hearing. Defendant admits violation of probation as to count(s) 1, 2. |
| | 10 | PBRSM | Court orders probation reinstated and modified as to count(s) 1, 2 as follows: |
| | 11 | PRJAL | **Serve 15 Day(s) Orange County Jail as to count(s) 1.** |
| | 12 | JLCTS | **Credit for time served: 11 actual, 4 conduct, totaling 15 days.** |
| | 13 | NTRCO | Defendant released on this case only. Release issued. |
| | 14 | NTJAL | **Notice to Sheriff issued.** |
| | 15 | FSBDS | Court orders balance of fees/fines Suspended. |
| | 16 | PRRAP | Defendant ordered reinstated in Level 1 Alcohol Program. |
| | 17 | DFRPT | Defendant ordered to report to Alcohol Services, room 450, immediately upon release from custody. |

COP__ERI002871

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 09/05/08 | 18 | CLPRF | **Hearing re: Proof of enrollment set on 09/19/2008 at 08:00 AM in Judicial Assistant - North for First Offender Alcohol Program.** |
| | 19 | PBTCR | All terms and conditions of probation are to remain the same. |
| 09/07/08 | 1 | DOJABS | DOJ Subsequent Abstract sent. |
| 09/16/08 | 1 | CLADD | **Case calendared on 09/16/08 at 08:30 AM in NJA for MISC.** |
| | 2 | HHELD | **Hearing held on 09/16/2008 at 08:30:00 AM in Judicial Assistant - North for Miscellaneous.** |
| | 3 | OFJAS | Judicial Assistant: Denise King. |
| | 4 | APDPP | Defendant present in Court in propria persona. |
| | 5 | TEXT | NO ACTION TODAY, AB541 ENROLLMENT DUE 9-19-08, NJA, REMAINS. |
| | 6 | CLTRM2 | **Hearing re: Proof of enrollment for 09/19/2008 at 08:00 AM in NJA to remain.** |
| | 7 | TEXT | CASE HELD IN NJA TIL 9-19-08. |
| | 8 | HHELD | **Hearing held on 09/16/2008 at 11:00 AM in Judicial Assistant - North for Miscellaneous.** |
| | 9 | OFJAS | Judicial Assistant: Denise King. |
| | 10 | APDNC | Defendant not present in court. |
| | 11 | TEXT | ATTORNEY N. TASSAN, PD, PRESENT. |
| | 12 | CLSET2 | **Sentencing re: Modification set on 09/23/2008 at 08:30 AM in Department N6.** |
| | 13 | NTCWI | Prosecutor advised of pending hearing for AB541 ENROLLMENT DUE 9-19-08. Clerk's office served notice to prosecutor on this date. |
| | 14 | CLVAC2 | **Hearing re: Proof of enrollment vacated for 09/19/2008 at 08:00 AM in NJA.** |
| 09/23/08 | 1 | CLTRAN | **Calendar Line for SENT MOD transferred from N6 on 09/23/2008 at 08:30 AM to N5 on 09/23/2008 at 08:30 AM.** |
| | 2 | HHELD | **Hearing held on 09/23/2008 at 08:30:00 AM in Department N5 for Sentencing Modification.** |
| | 3 | OFJUD | Officiating Judge: Ronald Klar, Commissioner |

COP__ERI002872

# MINUTES

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 09/23/08 | 4 | OFJA | Clerk: A. Cecil |
| | 5 | OFBAL | Bailiff: J. Chevalier |
| | 6 | APDNC | Defendant not present in court. |
| | 7 | APTXT | No appearances made by Defendant or Attorney, 3:41 p.m. |
| | 8 | CLOFF | Case placed off calendar, no action taken. |
| | 9 | TEXT | ***Later, Public Defender appearing by telephone call to the Clerk in N5: |
| | 10 | APSPC | Michele Bell makes a special appearance for June Woo Chung, Public Defender. Defendant not present. |
| | 11 | STPRF | First Offender Alcohol Program further stayed to 11/06/2008 for proof of enrollment. |
| | 12 | CLPRF | **Hearing re: Proof of enrollment set on 11/06/2008 at 08:00 AM in Judicial Assistant - North for First Offender Alcohol Program.** |
| | 13 | CLTXT | **For 1) AB541 2) Progress in Salvation Army** |
| | 14 | DSROR | Court orders defendant released on own recognizance. |
| 11/06/08 | 1 | HHELD | **Hearing held on 11/06/2008 at 08:00:00 AM in Judicial Assistant - North for Hearing Proof of enrollment.** |
| | 2 | OFJAS | Judicial Assistant: Michele D. Medina. |
| | 3 | APDNC | Defendant not present in court. |
| | 4 | TXRFR | Case referred to Dept N11 Judge Thompson for review. |
| 12/05/08 | 1 | HHELD | **Hearing held on 12/05/2008 at 09:00:00 AM in Department N11 for Chambers Work.** |
| | 2 | OFJUD | Officiating Judge: Nicholas S Thompson, Judge |
| | 3 | OFJA | Clerk: T. Tico |
| | 4 | OFBAL | Bailiff: K. A. Stansfield |
| | 5 | APDDA | People represented by Matthew J Harvey, Deputy District Attorney, present. |
| | 6 | APNDC | Defendant not present in Court represented by Michele Bell, Public Defender. |
| | 7 | WVDFP | Defendant's presence is waived Per Penal Code 977(a). |

COP__ERI002873

# MINUTES

**Case :** 07NM01143 M A

**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 12/05/08 | 8 | WAIHD | Bench warrant ordered issued and held for the defendant to 12/17/2008, for Probation Violation re: Arraignment at 08:30 AM in Department N8. Bail set at $10, 000.00, Mandatory Appearance. |
| 12/17/08 | 1 | HHELD | **Hearing held on 12/17/2008 at 08:30:00 AM in Department N8 for Probation Violation Arraignment.** |
| | 2 | OFJUD | Officiating Judge: Douglas Hatchimonji, Judge |
| | 3 | OFJA | Clerk: L. Cuevas |
| | 4 | OFBAL | Bailiff: A. Kino |
| | 5 | APDNC | Defendant not present in court. |
| | 6 | TEXT | Actual file not in court, see court notes 12-23-08. |
| 12/23/08 | 1 | HHELD | **Hearing held on 12/23/2008 at 09:00:00 AM in Department N8 for Chambers Work.** |
| | 2 | OFJUD | Officiating Judge: Douglas Hatchimonji, Judge |
| | 3 | OFJA | Clerk: L. Cuevas |
| | 4 | APDNC | Defendant not present in court. |
| | 5 | TEXT | Defendant having failed to appear 12-17-07, warrant to be issued. |
| | 6 | WAWTH | Warrant issued on 12/05/2008 withdrawn for defendant. |
| | 7 | PBREV2 | Probation ordered revoked as to count(s) 1, 2 based on the following: Failure to show proof of AB541 enrollment 11-06-08. |
| | 8 | WAISD | Bench warrant ordered issued for defendant. Bail set at $15, 000.00, Mandatory Appearance. |
| | 9 | WAWSD | Bench warrant signed by Douglas Hatchimonji and issued for defendant. Bail set at $15, 000.00, Mandatory Appearance. |
| 12/27/08 | 1 | WFNBR | Warrant File Number 03185622 sent from AWSS for Warrant # 2492233. |
| 12/29/08 | 1 | CLCST2 | **Probation Violation re: Arraignment set on 12/29/2008 at 09:10 AM in Department N9.** |
| | 2 | NTCWI | Prosecutor advised of appearance for PVA-failed to show proof of enrollment of AB541 and failed to show progress review in Salvation Army. Clerk's office telephonically notified prosecutor on this date. |

COP__ERI002874

# SUPERIOR COURT OF THE STATE OF CALIFORNIA,
## COUNTY OF ORANGE
# MINUTES

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 12/29/08 | 3 | HHELD | **Hearing held on 12/29/2008 at 09:10:00 AM in Department N9 for Probation Violation Arraignment.** |
| | 4 | OFJUD | Officiating Judge: Glenn Mahler, Judge |
| | 5 | OFJA | Clerk: G. Lange |
| | 6 | OFBAL | Bailiff: T. Malenofski |
| | 7 | APNDC | Defendant not present in Court represented by Nina Anil Patel, Public Defender. |
| | 8 | WVDFP | Defendant's presence is waived pursuant to PC 977(a). |
| | 9 | WAREC | Warrant issued on 12/23/2008 ordered recalled for defendant. |
| | 10 | PBRSM | Court orders probation reinstated and modified as to count(s) 1, 2 as follows: |
| | 11 | FITXT | Proof of enrollment in Salvation Army program dated 12/16/08 filed. |
| | 12 | CLSET2 | **Hearing re: Progress Review set on 03/18/2009 at 08:30 AM in Department N6.** |
| | 13 | PBTCR | All terms and conditions of probation are to remain the same. |
| 01/03/09 | 1 | DOJABS | DOJ Subsequent Abstract sent. |
| 03/18/09 | 1 | HHELD | **Hearing held on 03/18/2009 at 08:30:00 AM in Department N6 for Hearing Progress Review.** |
| | 2 | OFJUD | Officiating Judge: Nicholas S Thompson, Judge |
| | 3 | OFJA | Clerk: M. Suchy |
| | 4 | OFBAL | Bailiff: K. A. Stansfield |
| | 5 | APNDC | Defendant not present in Court represented by Nina Anil Patel, Public Defender. |
| | 6 | WVDFP | Defendant's presence is waived 977 PC. |
| | 7 | CLPRG | **Hearing RE: Progress Review for Salvation Army, Adult Rehabilitation Program Other Program set for 04/02/2009 at 08:30 AM in Department N6.** |
| 04/02/09 | 1 | HHELD | **Hearing held on 04/02/2009 at 08:30:00 AM in Department N6 for Hearing Progress Review.** |
| | 2 | OFJUD | Officiating Judge: Nicholas S Thompson, Judge |
| | 3 | OFJA | Clerk: E. Garciacano |
| | 4 | OFBAL | Bailiff: K. A. Stansfield |

COP__ERI002875

Case : 07NM01143 M A
Name : Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 04/02/09 | 5 | APDWC | Defendant present in Court with counsel Nina Anil Patel, Public Defender. |
| | 6 | ADLCR | Defendant advised of legal and constitutional rights. |
| | 7 | FIPRG | Proof of completion from Salvation Army, Adult Rehabilitation Program Other Program filed. |
| | 8 | FDNVP | Court finds defendant not in violation of probation. |
| | 9 | JLDDC | Defendant to be given day for day credit in program. If defendant fails to complete program, no day for day credit to be given. |
| | 10 | JLCTS | **Credit for time served: 120 actual, 0 conduct, totaling 120 days.** |
| | 11 | STPRF2 | Proof of AB541 enrollment stayed to 08/03/2009. |
| | 12 | CLPRF | **Hearing re: Proof of enrollment set on 08/03/2009 at 08:30 AM in Judicial Assistant - North for First Offender Alcohol Program.** |
| | 13 | DFRPT | Defendant ordered to report to Room 450, Alcohol Liason forthwith. |
| | 14 | PBTCR | All terms and conditions of probation are to remain the same. |
| | 15 | DSROR | Court orders defendant released on own recognizance. |
| 08/03/09 | 1 | HHELD | **Hearing held on 08/03/2009 at 08:30:00 AM in Judicial Assistant - North for Hearing Proof of enrollment.** |
| | 2 | OFJAS | Judicial Assistant: Michele D. Medina. |
| | 3 | APDNC | Defendant not present in court. |
| | 4 | TXRFR | Case referred to Dept N8 Commissioner Klar for review. |
| 08/05/09 | 1 | HHELD | **Hearing held on 08/05/2009 at 09:00:00 AM in Department N8 for Chambers Work.** |
| | 2 | OFJUD | Officiating Judge: Ronald Klar, Commissioner |
| | 3 | OFJA | Clerk: A. Cecil |
| | 4 | OFBAL | Bailiff: A. Kino |
| | 5 | OFREP | Court Reporter: None |
| | 6 | APDNC | Defendant not present in court. |

COP__ERI002876

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 08/05/09 | 7 | PBREV2 | Probation ordered revoked as to count(s) 1, 2 based on the following: Failed to show proof reinstatement/enrollment AB541(3) program 08/03/09. |
| | 8 | WAISD | Probation Violation warrant ordered issued for defendant. Bail set at $5, 500.00, Mandatory Appearance. |
| | 9 | WAWSD | Probation Violation warrant signed by Ronald Klar and issued for defendant. Bail set at $5, 500.00, Mandatory Appearance. |
| | 10 | TXKPW | Keep with companion cases(s) 04WM07784. |
| 08/12/09 | 1 | WFNBR | Warrant File Number 03235213 sent from AWSS for Warrant # 2544703. |
| 08/21/09 | 1 | CLADD | **Case calendared on 08/21/09 at 08:30 AM in N5 for PV.** |
| | 2 | NTCWI | Prosecutor advised of appearance for FTA - alcohol program enrollment / reinstatement. Clerk's office served notice to prosecutor on this date. |
| | 3 | HHELD | **Hearing held on 08/21/2009 at 08:30:00 AM in Department N5 for Probation Violation.** |
| | 4 | OFJUD | Officiating Judge: Craig L Griffin, Judge |
| | 5 | OFJA | Clerk: J. K. Franco |
| | 6 | OFBAL | Bailiff: J. Blackston |
| | 7 | OFREP | Court Reporter: None |
| | 8 | WAREC | Warrant issued on 08/05/2009 ordered recalled for defendant. |
| | 9 | APDPP | Defendant present in Court in propria persona. |
| | 10 | DFTNC | Defendant states true name and date of birth are correct as shown on the complaint. |
| | 11 | FDNVP | Court finds defendant not in violation of probation. |
| | 12 | PBRSM | Court orders probation reinstated and modified as to count(s) 1, 2 as follows: |
| | 13 | PRRAP | Defendant ordered reinstated in Level 1 Alcohol Program. |
| | 14 | DFRPT | Defendant ordered to report to Alcohol Services, room 450, forthwith. |
| | 15 | CLPRF | **Hearing re: Proof of enrollment set on 10/28/2009 at 08:00 AM in Judicial Assistant - North for First Offender Alcohol Program.** |

COP__ERI002877

# MINUTES

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 08/21/09 | 16 | DFOTR | Defendant ordered to appear. |
| | 17 | DSROR | Court orders defendant released on own recognizance. |
| 08/22/09 | 1 | DOJABS | DOJ Subsequent Abstract sent. |
| 10/28/09 | 1 | HHELD | **Hearing held on 10/28/2009 at 08:00:00 AM in Judicial Assistant - North for Hearing Proof of enrollment.** |
| | 2 | OFJAS | Judicial Assistant: Michele D. Medina. |
| | 3 | APDNC | Defendant not present in court. |
| | 4 | TEXT | Later today at 4:02 p.m. |
| | 5 | OFJAS | Judicial Assistant: Michele D. Medina. |
| | 6 | APDPP | Defendant present in Court in propria persona. |
| | 7 | FIPRF | Proof of enrollment from First Offender Alcohol Program filed. |
| 11/24/09 | 1 | CLCST2 | **Sentencing re: Modification set on 12/07/2009 at 08:30 AM in Duty Judge - North.** |
| | 2 | NTCWI | Prosecutor advised of pending hearing for Defendant appearing regarding reinstatment into the Alcohol program. Clerk's office served notice to prosecutor on this date. |
| 12/02/09 | 1 | CLTRAN | **Calendar Line for SENT MOD transferred from NDTY on 12/07/2009 at 08:30 AM to N4 on 12/07/2009 at 08:30 AM.** |
| 12/07/09 | 1 | HHELD | **Hearing held on 12/07/2009 at 08:30:00 AM in Department N4 for Sentencing Modification.** |
| | 2 | OFJUD | Officiating Judge: Jonathan Fish, Judge |
| | 3 | OFJA | Clerk: M. Suchy |
| | 4 | OFBAL | Bailiff: D. Rosa |
| | 5 | APDPP | Defendant present in Court in propria persona. |
| | 6 | DFTNC | Defendant states true name and date of birth are correct as shown on the complaint. |
| | 7 | ADLCR | Defendant advised of legal and constitutional rights. |
| | 8 | PBMOD | Probation modified as follows: |
| | 9 | PRRAP | Defendant ordered reinstated in Level 1 Alcohol Program. |
| | 10 | CLPRF | **Hearing re: Proof of enrollment set on 12/14/2009 at 08:00 AM in Judicial Assistant - North for First Offender Alcohol Program.** |

COP__ERI002878

**Case :** 07NM01143 M A
**Name :** Ruiz, Michael Angel

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 12/07/09 | 11 | DFRPT2 | Defendant ordered to report to Alcohol liason room 450 forthwith. |
| | 12 | DFOTR | Defendant ordered to appear. |
| | 13 | NTPRT | Alcohol Program Notice printed. |
| 12/14/09 | 1 | HHELD | Hearing held on 12/14/2009 at 08:00:00 AM in Judicial Assistant - North for Hearing Proof of enrollment. |
| | 2 | OFJAS | Judicial Assistant: Denise King. |
| | 3 | APDPP | Defendant present in Court in propria persona. |
| | 4 | TEXT | FILE NOT IN NJA TODAY. |
| | 5 | FIPRF | Proof of enrollment from First Offender Alcohol Program filed. |
| 03/29/10 | 1 | FIPRF | Proof of completion from First Offender Alcohol Program filed. |
| 05/07/10 | 1 | FXPBED | Probation end date on sentence sequence # 1 should reflect 06/08/2011. |
| 06/08/11 | 1 | PBCMP | Case evaluated for expired probation(s). Probation updated for applicable grant(s) of probation. |
| | 2 | CSCLS | Case closed. |
| 11/03/13 | 1 | CSCLS | Case closed. |

COP__ERI002879

# EXHIBIT 8

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br> Plaintiff, <br> v. <br> **MICHAEL ANGEL RUIZ  (03/20/1969)** <br> Defendant(s). | **CASE NO.** 8WW05806 <br><br> *MISDEMEANOR COMPLAINT* |

The undersigned is informed and believes that:

### COUNT 1

On or about August 22, 2008, in the County of Los Angeles, the crime of UNDER INFLUENCE OF A CONTROLLED SUBSTANCE, in violation of HEALTH & SAFETY CODE SECTION 11550(a), a Misdemeanor, was committed by MICHAEL ANGEL RUIZ, who did unlawfully use and be under the influence of a controlled substance, to wit, AMPHETAMINES.

"NOTICE: Conviction of this offense will require you to register pursuant to Health and Safety Code section 11590. Failure to do so is a crime pursuant to Health and Safety Code section 11594."

\* \* \* \* \*

### COUNT 2

On or about August 22, 2008, in the County of Los Angeles, the crime of POSSESSION OF SMOKING DEVICE, in violation of HEALTH & SAFETY CODE SECTION 11364(a), a Misdemeanor, was committed by MICHAEL ANGEL RUIZ, who did unlawfully possess a device, contrivance, instrument, and paraphernalia used for smoking a controlled substance.

\* \* \* \* \*

COP__ERI002880

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1 if the defendant has suffered a prior felony conviction. Willful refusal to provide the samples and impressions is a crime.

NOTICE: The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* 2007 U.S. LEXIS 1324.

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) MICHAEL ANGEL RUIZ for the above-listed crimes.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

Executed at WHITTIER, County of Los Angeles, on September 23, 2008.

*Gerald S. Kent*

DECLARANT AND COMPLAINANT

GEORGIA HUERTA, DEPUTY

| AGENCY: | LASD - PICO RIVERA PATROL | I/O: | | ID NO.: | | PHONE : |
|---------|--------|------|---|---------|---|---------|
| DR NO.: | 408080331575183 | OPERATOR: JRS | | | | |

| DEFENDANT RUIZ, MICHAEL ANGEL | CII NO. 009485426 | BOOKING NO. 1595930 | CITATION NO. R483030 | CUSTODY R'TN DATE 10/27/2008 |
|---|---|---|---|---|

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

COP__ERI002881

**FILED**
LOS ANGELES SUPERIOR COURT

SEP 2 5 2006

John A. Clarke, Clerk
BY_____
_____Deputy

COP__ERI002882

**Shaw Clifton**
General

**Philip Swyers**
Territorial Commander

# The Salvation Army



**Man-Hee Chang**
ARC Commander

**Aldo Accinelli**
Business Administrator

**Adult Rehabilitation Center**
1300 S. Lewis Street Anaheim, California 92805
(714) 758-0414 Fax (714) 758-0171

November 19, 2008

Attn: Commissioner Loren M. DiFrank

NOV 20 2008

Re: Mr. Michael Ruiz- DOB: 3/20/1969 Case #8WW05806

Mr. Ruiz voluntarily entered The Salvation Army Adult Rehabilitation Program on September 17th 2008. The six-level (30 days per level), Christian based program is designed to address issues related to substance abuse and alcohol addiction.

All beneficiaries receive weekly individual and group counseling. All residents participate in a work therapy program, attend a minimum of 5-AA, NA & 12-Step meetings weekly. They also attend in-house groups that deal with Recovery Education, and Smoking Cessation. Specialty groups include Relapse Prevention, Coping Skills, Parenting, Assertiveness Training, "Big Book study Workshop" & Anger Management classes. Also available are Family & Couples Counseling, groups that address men's issues and a Phase II program, that prepares men for re-entry into the work force. Phase II provides for Resume Writing, Job Search and Interviewing, as well as teaching skills necessary for finding suitable housing and developing clear plans for re-entry into the community. Attendance at Morning Devotions and Chapel Services are a program requirement. Bible classes and Spiritual Counseling are also offered.

**During the first level (30 days) of our program, all Beneficiaries are restricted to the premises as part of their recovery. After their restriction they are only allowed to appear on court cases pertaining to progress in this program. If Court, Probation or Parole appointments are required, they must have verification submitted (faxed) in 10 days prior to the court or probation appointment date. Please note: The request may or may not be approved through case conference. All other issues we request that they be postponed until after they have graduated, due to the demands of this program.**

Mr. Ruiz is expected to graduate on March 18th, 2009.

Sincerely,

*Tammy Carlson*
Tammy Carlson
Intake Secretary

COP__ERI002883

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. 8WW05806
THE PEOPLE OF THE STATE OF CALIFORNIA       VS.          PAGE NO.  1
DEFENDANT 01:  MICHAEL ANGEL RUIZ                         CURRENT DATE 11/07/14
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LASD - PICO RIVERA STATION

BAIL: APPEARANCE  AMOUNT     DATE      RECEIPT OR  SURETY COMPANY   REGISTER
         DATE     OF BAIL   POSTED     BOND NO.                     NUMBER

CASE FILED ON 09/25/08.
  COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 08/22/08 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 11550(A) H&S MISD
    COUNT 02: 11364(A) H&S MISD
NEXT SCHEDULED EVENT:
  10/27/08   830 AM  ARRAIGNMENT   DIST WHITTIER COURTHOUSE DEPT 004


ON 10/27/08 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 004

CASE CALLED FOR ARRAIGNMENT
PARTIES: SAMANTHA P. JESSNER (JUDGE)  LORENA ALBINO  (CLERK)
                NONE       (REP)  JOHN SUH-HO CHANG  (DA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND NOT REPRESENTED BY
  COUNSEL
  DEFENDANT FAILS TO APPEAR THIS DAY.
  THE COURT ORDERS A BENCH WARRANT ISSUED IN THE
  AMOUNT OF $30000.00
  COURT REPORTER: KELLY ROBERTS CSR #8874.
NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED

10/27/08 BENCH WARRANT IN THE AMOUNT OF $30,000.00 BY ORDER OF JUDGE SAMANTHA
  P. JESSNER ISSUED. (10/27/08).

11/14/08 BENCH WARRANT IN THE AMOUNT OF $30,000.00   RECALLED. (11/14/08).


ON 11/17/08 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 001

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: COMR. LOREN N. DIFRANK (JUDGE)  MIRIAM AYALA  (CLERK)
                MONIQUE CALO       (REP)  DAVID G. DIXON  (DA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY LAUREL MEND DEPUTY
  PUBLIC DEFENDER
  BENCH WARRANT RECALLED.

  DEFENSE COUNSEL INFORMS THE COURT DEFENDANT IS IN SALVATION ARMY
  RESIDENTIAL DRUG TREATMENT PROGRAM.

  THE COURT ORDERS BENCH ISSUED HELD TO 12-17-08 AT 8:30 A.M. IN
  DEPARTMENT 1.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

NEXT SCHEDULED EVENT:
  12/17/08   830 AM  BENCH WARRANT HEARING   DIST WHITTIER COURTHOUSE DEPT 001

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 11/20/08 AT  130 PM  IN WHITTIER COURTHOUSE DEPT CLK

CASE CALLED FOR PROOF OF ENROLLMENT
PARTIES: NONE (JUDGE)  NONE  (CLERK)
               NONE        (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  RECEIVED THRU FAX PROOF OF ENROLLMENT IN A RESIDENTIAL DRUG
  TREATMENT PROGRAM - THRU THE SALVATION ARMY
NEXT SCHEDULED EVENT:
BENCH WARRANT HEARING


ON 12/17/08 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 001

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: COMR. LOREN M. DIFRANK (JUDGE)  EMILIA M. PIMENTEL  (CLERK)
               MONIQUE CALO       (REP)  DAVID G. DIXON  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY LAUREL MEND DEPUTY PUBLIC
  DEFENDER
  MATTER CONTINUED TO 03-27-09 AT 08:30 A.M. IN DEPARTMENT 001 FOR
  PROGRESS REPORT RE: SALVATION ARMY REHABILITATION PROGRAM.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  03/27/09   830 AM  PROGRESS REPORT   DIST WHITTIER COURTHOUSE DEPT 001

CUSTODY STATUS: ON PROBATION


ON 03/27/09 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 001

CASE CALLED FOR PROGRESS REPORT

PARTIES: COMR. LOREN M. DIFRANK (JUDGE)  MIRIAM AYALA  (CLERK)
               MONIQUE CALO       (REP)  GEORGIA S. HUERTA  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  PROOF OF COMPLETION AT SALVATION ARMY FILED.

  DEFENDANT ORDERED AFTERCARE AT SALVATION ARMY.

  DEFENDANT RE-REFERRED TO CASC #19, REFERRAL FORM GIVEN.

  MATTER CONTINUED TO 06-29-09 AT 8:30 A.M. IN DEPARTMENT 001 FOR
  PROOF OF COMPLETION OF AFTERCARE AT SALVATION ARMY AND FINAL
  PROBATION REPORT REGARDING DISMISSAL.

  COURT ORDERS PROBATION TO PREPARE TERMINATION REPORT FOR NEXT
  COURT DATE RE:  PROBATION FEES PAID/DISMISSAL RECOMMENDATION PER

CASE NO. 8WW05806                          PAGE NO.    3
DEF NO.   01                               DATE PRINTED 11/07/14

   PENAL CODE 1210.

   COPY OF MINUTE ORDER IS SENT VIA COUNTY MESSENGER TO PROBATION
   DEPARTMENT.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   06/29/09   830 AM  PROGRESS REPORT    DIST WHITTIER COURTHOUSE DEPT 001
NEXT SCHEDULED EVENT:
   PROP 36 TERMINATION AND DISMIS

CUSTODY STATUS: ON PROBATION


ON 06/29/09 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 001

CASE CALLED FOR PROGRESS REPORT
PARTIES: COMR. LOREN M. DIFRANK (JUDGE)  MIRIAM AYALA  (CLERK)

                MONIQUE CALO        (REP)  KELLY M. KELLEY  (DA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND NOT REPRESENTED BY
   COUNSEL
   DEFENDANT FAILED TO APPEAR FOR ARRAIGNMENT. THE COURT ORDERS
   A BENCH WARRANT ISSUED FORTHWITH, BAIL SET AT $50,000.
NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED

06/29/09 BENCH WARRANT IN THE AMOUNT OF $50,000.00 BY ORDER OF JUDGE COMR.
   LOREN M. DIFRANK ISSUED. (06/29/09).


ON 08/21/09 AT  800 AM :

   CASE WILL BE HEARD IN DEPARTMENT 4 AT 8:30 AM.
NEXT SCHEDULED EVENT:
   08/21/09   830 AM  BENCH WARRANT HEARING   DIST WHITTIER COURTHOUSE DEPT 004


ON 08/21/09 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 004

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: LAUREN WEIS BIRNSTEIN (JUDGE)  SUSAN MUELLER  (CLERK)
                HEIDI FOX        (REP)  MARLON DUKE POWERS  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   PROOF OF COMPLETION OF PROP 36 PROGRAM FILED.
   DEFENDANT MAY COMPLETE 3 DAYS COMMUNITY SERVICE IN LIEU OF VRF/
   FEES, SHOW PROOF 12/21/09. CASE CONTINUED FOR TERMINATION AND
   DISMISSAL 12/21/09 DEPT 4. MAY COMPLETE SERVICE WITH SALVATION
   ARMY.

   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:

COP__ERI002886

12/21/09   830 AM  PROP 36 TERMINATION AND DISMIS   DIST WHITTIER COURTHOUSE
   DEPT 004

08/21/09 BENCH WARRANT IN THE AMOUNT OF $50,000.00   RECALLED. (08/21/09).


ON 10/02/09 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 004

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: LAUREN WEIS BIRNSTEIN (JUDGE)  SUSAN MUELLER  (CLERK)
          RAQUEL LOPEZ  (REP)     MARLON DUKE POWERS  (DA)
PUBLIC DEFENDER APPOINTED.  TERRI G FOSTER - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY TERRI G FOSTER DEPUTY PUBLIC
   DEFENDER
COUNT (01) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
COUNT (02) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
  CASE ADVANCED. DATE OF 12/21/09 VACATED. PROOF OF COMPLETION

   OF PROGRAM P-36 FILED. PROOF OF COMPLETION OF COMMUNITY SERVICE
   FILED.
   PLEA NEVER ENTERED ON THIS CASE.
   PEOPLE'S MOTION TO DISMISS GRANTED. CASE DISMISSED.

NEXT SCHEDULED EVENT:
   PROCEEDINGS TERMINATED

10/09/09  ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF
          JUSTICE

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 10/02/09

------------------------------------------------------------------------

CASE NO. 8WW05806

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01: MICHAEL ANGEL RUIZ

------------------------------------------------------------------------

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR   SURETY COMPANY   REGISTER
        DATE      OF BAIL   POSTED   BOND NO.                       NUMBER

CASE FILED ON 09/25/08.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 08/22/08 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 11550(A) H&S MISD
COUNT 02: 11364(A) H&S MISD

08/21/09 BENCH WARRANT IN THE AMOUNT OF $50,000.00   RECALLED. (08/21/09).

ON 10/02/09 AT  330 AM  IN WHITTIER COURTHOUSE DEPT 004

CASE CALLED FOR FURTHER PROCEEDINGS

PARTIES: LAUREN WEIS BIRNSTEIN (JUDGE)  SUSAN MUELLER  (CLERK)

         RAQUEL SANDOVAL  (REP)     MARLON D. POWERS  (DA)

PUBLIC DEFENDER APPOINTED.  TERRI G FOSTER - P.D.

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY TERRI G FOSTER DEPUTY PUBLIC
DEFENDER

COUNT (01) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
COUNT (02) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC

CASE ADVANCED. DATE OF 12/21/09 VACATED. PROOF OF COMPLETION
OF PROGRAM P-36 FILED. PROOF OF COMPLETION OF COMMUNITY SERVICE
FILED.
PLEA NEVER ENTERED ON THIS CASE.
PEOPLE'S MOTION TO DISMISS GRANTED. CASE DISMISSED.

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

                                    FURTHER PROCEEDINGS
                 PAGE NO.   1       HEARING DATE: 10/02/09

COP__ERI002888

# EXHIBIT  9

LA*C*ourtONLINE
## Index of Defendants in Criminal Cases   ( Help )   (Logout)
**This site is best viewed using Internet Explorer 5 or higher.**
**This site will not be available between 08/27/2014 06:00 PM and
08/27/2014 07:00 PM.**

**Disclaimer:**

The Los Angeles Superior Court and the County of Los Angeles declare that information provided by
and obtained from this site, intended for use on a case-by-case basis, does not constitute the
official record of the Court and cannot be used as evidence.

Any user of the information and data is hereby advised that they are being provided "as-is" without
warranty of any kind, and that they may be subject to errors or omissions. To the extent permitted
by applicable law, the Los Angeles Superior Court disclaims all warranties, including, without
limitation, any implied warranties of merchantability, accuracy and fitness for a particular purpose,
and non-infringement. The user acknowledges and agrees that neither the Los Angeles Superior
Court nor the County of Los Angeles is liable in any way whatsoever for the accuracy or validity of
the information provided.

**The following list might contain records of different people of the same name, and it may
not contain records of the person for whom you are searching.**

**Result of query on Wednesday, August 27, 2014   10:25:32 AM**
**Last Name:**    Ruiz*(Exact Match)*
**First Name:**    Michael*(Exact Match)*
(A Date of Birth was provided for this search)

```
Print this page
```

**Name: RUIZ , MICHAEL  ANGEL**

**Case Number** WH8WW05806-01        **Filed At** Whittier Courthouse (Closed)

**Filing Date** 09/25/2008        Limited Jurisdiction

| Count | Charge Section | Charge Statute | Disposition | Disposition Date |
|-------|----------------|----------------|-------------|------------------|
| 01 | 11550(A) | Health & Safety Code | Dismissed or Not Prosecuted | 10/02/2009 |
| 02 | 11364(A) | Health & Safety Code | Dismissed or Not Prosecuted | 10/02/2009 |
| If the Charge Statute link is available, click on it to search for the Charge description. | | | | |

**Name: RUIZ , MICHAEL  ANGEL**

**Case Number** POM90M06170-01        **Filed At** Pomona Courthouse North

**Filing Date** 07/26/1990        Limited Jurisdiction

| Count | Charge Section | Charge Statute | Disposition | Disposition Date |
|-------|----------------|----------------|-------------|------------------|
| 01 | 14601.1(A) | Vehicle Code | Guilty/Convicted | 07/06/1992 |

COP__ERI002889

NO. 8WW05806                                        PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.       CURRENT DATE 09/12/14
DEFENDANT 01:  MICHAEL ANGEL RUIZ
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LASD - PICO RIVERA STATION

BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR   SURETY COMPANY    REGISTER
      DATE        OF BAIL   POSTED    BOND NO.                       NUMBER

CASE FILED ON 09/25/08.
  COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 08/22/08 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
  COUNT 01: 11550(A) H&S MISD
  COUNT 02: 11364(A) H&S MISD
NEXT SCHEDULED EVENT:
  10/27/08   830 AM  ARRAIGNMENT   DIST WHITTIER COURTHOUSE DEPT 004


ON 10/27/08 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 004

CASE CALLED FOR ARRAIGNMENT
PARTIES: SAMANTHA P. JESSNER (JUDGE)  LORENA ALBINO  (CLERK)
               NONE       (REP)  JOHN SUH-HO CHANG  (DA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND NOT REPRESENTED BY
  COUNSEL
  DEFENDANT FAILS TO APPEAR THIS DAY.
  THE COURT ORDERS A BENCH WARRANT ISSUED IN THE
  AMOUNT OF $30000.00
  COURT REPORTER: KELLY ROBERTS CSR #8874.
NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED

10/27/08 BENCH WARRANT IN THE AMOUNT OF $30,000.00 BY ORDER OF JUDGE SAMANTHA
    P. JESSNER ISSUED. (10/27/08).

11/14/08 BENCH WARRANT IN THE AMOUNT OF $30,000.00   RECALLED. (11/14/08).


ON 11/17/08 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 001

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: COMR. LOREN M. DIFRANK (JUDGE)  MIRIAM AYALA  (CLERK)
               MONIQUE CALO       (REP)  DAVID G. DIXON  (DA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY LAUREL MEND DEPUTY
  PUBLIC DEFENDER
  BENCH WARRANT RECALLED.
  .
  DEFENSE COUNSEL INFORMS THE COURT DEFENDANT IS IN SALVATION ARMY
  RESIDENTIAL DRUG TREATMENT PROGRAM.
  .
  THE COURT ORDERS BENCH ISSUED HELD TO 12-17-08 AT 8:30 A.M. IN
  DEPARTMENT 1.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

COP__ERI002890

NEXT SCHEDULED EVENT:
  12/17/08   830 AM  BENCH WARRANT HEARING    DIST WHITTIER COURTHOUSE DEPT 001

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 11/20/08 AT  130 PM  IN WHITTIER COURTHOUSE DEPT CLK

CASE CALLED FOR PROOF OF ENROLLMENT
PARTIES: NONE (JUDGE)  NONE  (CLERK)
                 NONE      (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  RECEIVED THRU FAX PROOF OF ENROLLMENT IN A RESIDENTIAL DRUG
  TREATMENT PROGRAM - THRU THE SALVATION ARMY
NEXT SCHEDULED EVENT:
BENCH WARRANT HEARING



ON 12/17/08 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 001

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: COMR. LOREN M. DIFRANK (JUDGE)  EMILIA M. PIMENTEL  (CLERK)
                 MONIQUE CALO      (REP)  DAVID G. DIXON  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY LAUREL MEND DEPUTY PUBLIC
  DEFENDER
  MATTER CONTINUED TO 03-27-09 AT 08:30 A.M. IN DEPARTMENT 001 FOR
  PROGRESS REPORT RE: SALVATION ARMY REHABILITATION PROGRAM.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  03/27/09   830 AM  PROGRESS REPORT    DIST WHITTIER COURTHOUSE DEPT 001

CUSTODY STATUS: ON PROBATION


ON 03/27/09 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 001

CASE CALLED FOR PROGRESS REPORT

PARTIES: COMR. LOREN M. DIFRANK (JUDGE)  MIRIAM AYALA  (CLERK)
                 MONIQUE CALO      (REP)  GEORGIA S. HUERTA  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  PROOF OF COMPLETION AT SALVATION ARMY FILED.
  .
DEFENDANT ORDERED AFTERCARE AT SALVATION ARMY.
  .
DEFENDANT RE-REFERRED TO CASC #19, REFERRAL FORM GIVEN.
  .
MATTER CONTINUED TO 06-29-09 AT 8:30 A.M. IN DEPARTMENT 001 FOR
PROOF OF COMPLETION OF AFTERCARE AT SALVATION ARMY AND FINAL
PROBATION REPORT REGARDING DISMISSAL.
  .
COURT ORDERS PROBATION TO PREPARE TERMINATION REPORT FOR NEXT
COURT DATE RE:  PROBATION FEES PAID/DISMISSAL RECOMMENDATION PER

COP__ERI002891

  PENAL CODE 1210.
  .
  COPY OF MINUTE ORDER IS SENT VIA COUNTY MESSENGER TO PROBATION
  DEPARTMENT.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  06/29/09   830 AM  PROGRESS REPORT   DIST WHITTIER COURTHOUSE DEPT 001
NEXT SCHEDULED EVENT:
  PROP 36 TERMINATION AND DISMIS

CUSTODY STATUS: ON PROBATION


ON 06/29/09 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 001

CASE CALLED FOR PROGRESS REPORT
PARTIES: COMR. LOREN M. DIFRANK (JUDGE)  MIRIAM AYALA  (CLERK)

            MONIQUE CALO        (REP)  KELLY M. KELLEY  (DA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND NOT REPRESENTED BY
  COUNSEL
  DEFENDANT FAILED TO APPEAR FOR ARRAIGNMENT. THE COURT ORDERS
  A BENCH WARRANT ISSUED FORTHWITH, BAIL SET AT $50,000.
NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED

06/29/09 BENCH WARRANT IN THE AMOUNT OF $50,000.00 BY ORDER OF JUDGE COMR.
    LOREN M. DIFRANK ISSUED. (06/29/09).


ON 08/21/09 AT  800 AM :

  CASE WILL BE HEARD IN DEPARTMENT 4 AT 8:30 AM.
NEXT SCHEDULED EVENT:
  08/21/09   830 AM  BENCH WARRANT HEARING   DIST WHITTIER COURTHOUSE DEPT 004


ON 08/21/09 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 004

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: LAUREN WEIS BIRNSTEIN (JUDGE)  SUSAN MUELLER  (CLERK)
            HEIDI FOX        (REP)  MARLON DUKE POWERS  (DA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  DEFENDANT APPEARS IN PRO PER
  PROOF OF COMPLETION OF PROP 36 PROGRAM FILED.
  DEFENDANT MAY COMPLETE 3 DAYS COMMUNITY SERVICE IN LIEU OF VRF/
  FEES, SHOW PROOF 12/21/09. CASE CONTINUED FOR TERMINATION AND
  DISMISSAL 12/21/09 DEPT 4. MAY COMPLETE SERVICE WITH SALVATION
  ARMY.
  .
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:

   12/21/09   830 AM  PROP 36 TERMINATION AND DISMIS   DIST WHITTIER COURTHOUSE
     DEPT 004

08/21/09 BENCH WARRANT IN THE AMOUNT OF $50,000.00   RECALLED.  (08/21/09).


ON 10/02/09 AT  830 AM  IN WHITTIER COURTHOUSE DEPT 004

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: LAUREN WEIS BIRNSTEIN (JUDGE)   SUSAN MUELLER  (CLERK)
                  RAQUEL LOPEZ  (REP)       MARLON DUKE POWERS  (DA)
PUBLIC DEFENDER APPOINTED.   TERRI G FOSTER - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY TERRI G FOSTER DEPUTY PUBLIC
  DEFENDER
COUNT (01) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
COUNT (02) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
  CASE ADVANCED. DATE OF 12/21/09 VACATED. PROOF OF COMPLETION

  OF PROGRAM P-36 FILED. PROOF OF COMPLETION OF COMMUNITY SERVICE
  FILED.
  PLEA NEVER ENTERED ON THIS CASE.
  PEOPLE'S MOTION TO DISMISS GRANTED. CASE DISMISSED.
  .
NEXT SCHEDULED EVENT:
  PROCEEDINGS TERMINATED


10/09/09  ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF
          JUSTICE

COP__ERI002893

# EXHIBIT 10

# LA*Court*ONLINE

## Index of Defendants in Criminal Cases      ( Help )   ( Logout )

**This site is best viewed using Internet Explorer 5 or higher.**

**This site will not be available between 08/27/2014 06:00 PM and 08/27/2014 07:00 PM.**

**Disclaimer:**

The Los Angeles Superior Court and the County of Los Angeles declare that information provided by and obtained from this site, intended for use on a case-by-case basis, does not constitute the official record of the Court and cannot be used as evidence.

Any user of the information and data is hereby advised that they are being provided "as-is" without warranty of any kind, and that they may be subject to errors or omissions. To the extent permitted by applicable law, the Los Angeles Superior Court disclaims all warranties, including, without limitation, any implied warranties of merchantability, accuracy and fitness for a particular purpose, and non-infringement. The user acknowledges and agrees that neither the Los Angeles Superior Court nor the County of Los Angeles is liable in any way whatsoever for the accuracy or validity of the information provided.

**The following list might contain records of different people of the same name, and it may not contain records of the person for whom you are searching.**

**Result of query on Wednesday, August 27, 2014   10:34:36 AM**

**Last Name:**      Ruiz*(Exact Match)*
**First Name:**     Miguel*(Exact Match)*
(A Date of Birth was provided for this search)

[ Print this page ]

**Name: RUIZ , MIGUEL  ANGEL**

**Case Number** ELA1EA03701-01            **Filed At** East Los Angeles Courthouse

**Filing Date** 04/20/2011                 Limited Jurisdiction

| Count | Charge Section | Charge Statute | Disposition | Disposition Date |
|-------|----------------|----------------|-------------|------------------|
| 01 | 11550(A) | Health & Safety Code | Case Pending | Case Pending |
| If the Charge Statute link is available, click on it to search for the Charge description. | | | | |

[ Print this page ]

COP__ERI002894

24

<span style="text-align:right">lct 4-28-11</span>

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

**1EA03701**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br><br>v.<br><br>**MIGUEL ANGEL RUIZ  (03/20/1969)**<br><br>Defendant(s). | CASE NO.<br><br><br>*MISDEMEANOR COMPLAINT* |

The undersigned is informed and believes that:

## COUNT 1

On or about February 28, 2011, in the County of Los Angeles, the crime of UNDER INFLUENCE OF A CONTROLLED SUBSTANCE, in violation of HEALTH & SAFETY CODE SECTION 11550(a), a Misdemeanor, was committed by MIGUEL ANGEL RUIZ, who did unlawfully use and be under the influence of a controlled substance, to wit, METHAMPHETAMINE.

"NOTICE:  Conviction of this offense will require you to register pursuant to Health and Safety Code section 11590.  Failure to do so is a crime pursuant to Health and Safety Code section 11594."

* * * * *

COP__ERI002895

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1 if the defendant has suffered a prior felony conviction. Willful refusal to provide the samples and impressions is a crime.

NOTICE: The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270.

NOTICE: A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint. Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR.

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) MIGUEL ANGEL RUIZ for the above-listed crimes.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 1 COUNT(S).

Executed at LOS ANGELES, County of Los Angeles, on April 20, 2011.

ESQUER
DECLARANT AND COMPLAINANT

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
ROBERT S. NISHINAKA, DEPUTY

AGENCY: LASD - ELA PATROL          I/O: ESQUER          ID NO.: 209518     PHONE: (323) 264-4151

DR NO.: 911028470278183          OPERATOR: MP

| | CII NO. | BOOKING NO. | CITATION NO. | CUSTODY R'TN DATE |
|---|---|---|---|---|
| DEFENDANT RUIZ, MIGUEL ANGEL | 009485426 | 2657588 | Y166913 | 04/28/2011 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

COP__ERI002896

NO. 1EA03701
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.         CURRENT DATE 09/15/14
DEFENDANT 01:  MIGUEL ANGEL RUIZ
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LASD - EAST L.A. STATION

BAIL: APPEARANCE  AMOUNT    DATE    RECEIPT OR  SURETY COMPANY    REGISTER
         DATE     OF BAIL   POSTED   BOND NO.                     NUMBER

CASE FILED ON 04/20/11.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 02/28/11 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
  COUNT 01: 11550(A) H&S MISD
NEXT SCHEDULED EVENT:
  04/28/11   830 AM  ARRAIGNMENT   DIST EAST LOS ANGELES CTHOUS DEPT 002


ON 04/28/11 AT  830 AM  IN EAST LOS ANGELES CTHOUS DEPT 002


CASE CALLED FOR ARRAIGNMENT
PARTIES: MARK A. YOUNG (JUDGE)  CHRISTINE LEIJA  (CLERK)
              SALLY HENRY-SMITH  (REP)      ROSE MARIE CARRION  (DA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND NOT REPRESENTED BY
   COUNSEL
NEXT SCHEDULED EVENT:
  BENCH/WARRANT ISSUED

04/28/11 BENCH WARRANT IN THE AMOUNT OF $15,000.00 BY ORDER OF JUDGE MARK A.
    YOUNG ISSUED. (04/28/11).


ON 06/13/11 AT  800 AM :

  BENCH WARRANT WALK-IN
NEXT SCHEDULED EVENT:
  06/13/11   830 AM  BENCH WARRANT HEARING   DIST EAST LOS ANGELES CTHOUS DEPT
  002


ON 06/13/11 AT  900 AM  IN EAST LOS ANGELES CTHOUS DEPT 002

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: MARK A. YOUNG (JUDGE)  LOTHARE MCCLAIN  (CLERK)
              SALLY HENRY-SMITH  (REP)      ROSE MARIE CARRION  (DA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  YVONNE RODRIGUEZ - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY YVONNE RODRIGUEZ DEPUTY
   PUBLIC DEFENDER
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
   CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 11550(A) H&S.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

COP__ERI002897

BENCH WARRANT IS ORDERED RECALLED AND QUASHED.

PRETRIAL HEARING IS SET FOR DATE AND TIME INDICATED BELOW.

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
07/14/11   830 AM  PRETRIAL HEARING   DIST EAST LOS ANGELES CTHOUS DEPT 002
DAY 00 OF 30

06/13/11 BENCH WARRANT IN THE AMOUNT OF $15,000.00  RECALLED. (06/13/11).

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE

ON 07/14/11 AT  830 AM  IN EAST LOS ANGELES CTHOUS DEPT 002

CASE CALLED FOR PRETRIAL HEARING

PARTIES: MARK A. YOUNG (JUDGE)  CHRISTINE LEIJA  (CLERK)
                SALLY HENRY-SMITH        (REP)  BRIAN KANG  (DA)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND NOT REPRESENTED BY
   COUNSEL
NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED

07/14/11 BENCH WARRANT IN THE AMOUNT OF $20,000.00 BY ORDER OF JUDGE MARK A.
    YOUNG ORDERED/ISSUED. (07/14/11).

COP__ERI002898

# EXHIBIT 11

Skip To Main Content

## The Judicial Branch of Arizona, Maricopa County

| | Search |

Criminal Court Case Information - Case History

**Case Information**

Case Type: Criminal          Location:          Downtown

**Party Information**

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | County Attorney, Maricopa | | |
| Michael Angel Ruiz - (2) | Defendant | M | Zabor, Adam | Z Unassigned | CR2011-152520-001 |
| Clerk Of The Court - (3) | In The Matter Of | N/A | To Be Determined | | |

**Disposition Information**

| Party Name | ARSCode | Description | Crime Date | Disposition Code | Disposition | Date |
|---|---|---|---|---|---|---|
| Michael Angel Ruiz | 13-1202 (M1) | THREAT-INTIMIDATE | 10/8/2011 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 11/21/2011 |
| Michael Angel Ruiz | 13-1204 (F4) | AGGRAVATED ASSAULT | 10/8/2011 | Pled Guilty As Charged | Pled Guilty As Charged | 10/17/2011 |
| Michael Angel Ruiz | 13-2508 (F6) | RESISTING ARREST | 10/8/2011 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 11/21/2011 |
| Michael Angel Ruiz | 13-1602 (M2) | CRIMINAL DAMAGE | 10/8/2011 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 11/21/2011 |

**Case Documents**

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 10/7/2013 | 049 - ME: Judgment Signed - Party (001) | 10/7/2013 | |
| 10/4/2013 | CRR - Criminal Restitution Order - Party (001) | 10/7/2013 | |
| 10/4/2013 | OOP - Order of Discharge of Probation - Party (001) | 10/7/2013 | |
| | NOTE: COUNT 1 | | |
| 10/4/2013 | PTP - Petition Early Termination Probation Order - Party (001) | 10/7/2013 | |
| | NOTE: COUNT 1 | | |
| 7/16/2013 | PMP - Petition to Modify Condition of Probation/Order - Party (001) | 7/19/2013 | |
| 2/4/2013 | MPL - Modification of Probation Level - Party (001) | 2/5/2013 | |
| 11/16/2012 | RSD - Request to Establish Start Date of Restitution, Probation Service Fees, Fines - Party (001) | 11/27/2012 | |
| 9/5/2012 | 023 - ME: Order Entered By Court - Party (001) | 9/5/2012 | |
| 9/4/2012 | MOT - Motion - Party (001) | 9/11/2012 | |
| | NOTE: OT RESPONSE TO MOTION FRO TWO FOR ONES, EARLY RELEASE AND REDUCE IPS TO STANDARD PROBATION | | |
| 8/14/2012 | PPM () Pro Per Motion/Notice/Mail - Party (001) | 8/20/2012 | Defendant (2) |
| | NOTE: MOTIO FOR TWO FOR ONES, EARLY RELEASE AND REDUCE IPS TO STANDARD PROBATION | | |
| 12/5/2011 | DRE - Disposition Report - Party (001) | 12/6/2011 | |
| 11/23/2011 | 109 - ME: Sentence - Probation - Party (001) | 11/23/2011 | |
| 11/21/2011 | NRR - Notice Of Rights Of Review - Party (001) | 11/23/2011 | |
| 11/21/2011 | PSR - Presentence Report - Party (001) | 11/23/2011 | |
| 11/21/2011 | TCP - Terms & Conditions of Probation/Money Ordered - Party (001) | 11/25/2011 | |
| 10/27/2011 | 098 - ME: Substitution Of Counsel - Party (001) | 10/27/2011 | |
| 10/25/2011 | ORD - Order - Party (001) | 11/1/2011 | |
| | NOTE: TRANSFERRING CASE FROM THE OFFICE OF THE PUBLIC DEFENDER TO THE OFFICE OF LEGAL ADVOCATE | | |
| 10/21/2011 | IAD - Initial Appearance Document - Party (001) | 10/24/2011 | |
| 10/18/2011 | 102 - ME: Waiver Prelim Hrg/Plea - Party (001) | 10/18/2011 | |
| 10/17/2011 | INF - Information - Party (001) | 10/18/2011 | |
| 10/17/2011 | WWP - Waiver With a Plea - Party (001) | 10/20/2011 | |
| 10/12/2011 | DCO - Direct Complaint - Party (001) | 10/12/2011 | |

**Case Calendar**

| Date | Time | Event |
|---|---|---|
| 10/17/2011 | 8:30 | Status Conference |
| 10/17/2011 | 8:31 | Original Arraignment Hearing |
| 10/19/2011 | 8:30 | Preliminary Hearing |
| 11/21/2011 | 8:30 | Acceptance Of Plea/Snt |

COP__ERI002907

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

Ryan Green
Deputy County Attorney
Bar Id #: 021102
301 West Jefferson, 6th Floor
Phoenix, AZ 85003
Telephone: (602) 506-7577
Mcaomjc1@mcao.Maricopa.Gov
MCAO Firm #: 00032000
Attorney for Plaintiff

10/17
MICHAEL K. JEANES. CLERK
BY V. Clark DEP
FILED

11 OCT 12 PM 4: 27

DR 201101740140 - Phoenix Police Department
DOWNTOWN JUSTICE COURT

CA2011041351

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF MARICOPA, RCC - Downtown

| | |
|---|---|
| THE STATE OF ARIZONA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL ANGEL RUIZ, | ) CR2011-152520-001 |
| Defendant. | ) DIRECT COMPLAINT |
| | ) **COUNT 1:** AGGRAVATED ASSAULT, A CLASS 4 FELONY (MICHAEL ANGEL RUIZ) |
| | ) **COUNT 2:** RESISTING ARREST, A CLASS 6 FELONY (MICHAEL ANGEL RUIZ) |
| | ) **COUNT 3:** THREATENING OR INTIMIDATING, A CLASS 1 MISDEMEANOR (MICHAEL ANGEL RUIZ) |
| | ) **COUNT 4:** CRIMINAL DAMAGE, A CLASS 2 MISDEMEANOR (MICHAEL ANGEL RUIZ) |
| | ) **IN CUSTODY** |

The complainant herein personally appears and, being duly sworn, complains on information and belief against MICHAEL ANGEL RUIZ, charging that in Maricopa County, Arizona:

**COUNT 1:**

MICHAEL ANGEL RUIZ, on or about the 8th day of October, 2011, knowing, or having reason to know, that OFFICER JEFFREY HOWELL was a peace officer, or a person summoned and directed by

**DCO**

a peace officer engaged in the execution of any official duties, intentionally, knowingly or recklessly caused physical injury to OFFICER JEFFREY HOWELL, a peace officer engaged in official duties, in violation of A.R.S. §§ 13-1203, 13-1204, 13-701, 13-702, and 13-801.

**COUNT 2:**

MICHAEL ANGEL RUIZ, on or about the 8th day of October, 2011, intentionally prevented or attempted to prevent OFFICER LUCERO AND/OR OFFICER BILLY BERRY AND/OR OFFICER JEFFREY HOWELL, a person reasonably known to him to be a peace officer, acting under color of his official authority, from effecting an arrest by using or threatening to use physical force against the peace officer, in violation of A.R.S. §§ 13-2508, 13-701, 13-702, and 13-801.

**COUNT 3:**

MICHAEL ANGEL RUIZ, on or about the 8th day of October, 2011, threatened or intimidated by word or conduct to cause physical injury to OFFICER BILLY BERRY, or to cause serious damage to the property of OFFICER BILLY BERRY, in violation of A.R.S. §§ 13-1202, 13-707, and 13-802.

**COUNT 4:**

MICHAEL ANGEL RUIZ, on or about the 8th day of October, 2011, recklessly defaced or damaged property, to-wit: Asphalt (street), of City of Phoenix, causing damage in an amount of $250 or less, in violation of A.R.S. §§ 13-1602, 13-1601, 13-707, and 13-802.

/s/
/s/ Ryan Green
Deputy County Attorney

IN CUSTODY

Agency: Phoenix Police Department

Complainant

Subscribed and sworn upon information and belief this __ day of October, 2011.

RG/nn/OK

2

## COURT INFORMATION SHEET (CIS)

### STATE v. MICHAEL ANGEL RUIZ

Defendant's
Last Known Address:
**IN CUSTODY**
2293 Brookfield Drive
Bullhead City, AZ  86442

Defendant's
Employer Address:
UNKNOWN

Defendant's Attorney:

**DEFENDANT'S DESCRIPTION:**

| Race: | H | Sex: | M | Hair: | BRO | Eyes: | HAZ | Hgt: | 509 |
|---|---|---|---|---|---|---|---|---|---|
| Wgt: | 200 | DOB: | 3/20/1969 | Soc Sec #: | 561430568 | | | | |

SID #: 09670114   FBI #: 212941MA4   Old LEJIS #:  Unknown
JMS Booking #: P809431   JMS LEJIS #: Unknown

### FILING STATUS:

Direct Complaint CR #: <u>CR2011152520001</u>_____ (Court Use Only)

Direct Complaint Date Filed: _____
  Court Designation:        RCC - Downtown
  Justice Court Precinct:   DOWNTOWN JUSTICE COURT

**ATTORNEY**: RYAN GREEN   **Bar ID:** 021102   **Location:**      Downtown

### PRELIMINARY HEARING/GRAND JURY CHARGES:

**COUNT 1:** AGGRAVATED ASSAULT, A CLASS 4 FELONY (MICHAEL ANGEL RUIZ)
**COUNT 2:** RESISTING ARREST, A CLASS 6 FELONY (MICHAEL ANGEL RUIZ)
**COUNT 3:** THREATENING OR INTIMIDATING, A CLASS 1 MISDEMEANOR (MICHAEL ANGEL RUIZ)
**COUNT 4:** CRIMINAL DAMAGE, A CLASS 2 MISDEMEANOR (MICHAEL ANGEL RUIZ)

| Count | ARS | ARS Literal | Date of Crime | PCN |
|---|---|---|---|---|
| 1 | 13-1204 | 13-1204A8A | 10/8/2011 | 2111178115 |
| 2 | 13-2508 | 13-2508A1 | 10/8/2011 | |
| 3 | 13-1202 | 13-1202A1 | 10/8/2011 | 2111178115 |
| 4 | 13-1602 | 13-1602A1 | 10/8/2011 | |

### DEPARTMENTAL REPORTS:

DR 201101740140 - Phoenix Police Department

### EXTRADITE: OK

**DWL**

****FINAL****          RELEASE QUESTIONNAIRE

---

DEFENDANT'S NAME MICHAEL ANGEL RUIZ          DOB 1969-03-20 BOOKING NO. P809431

ALIAS(ES) _____          CASE NO. PF2011152520001

## A. GENERAL INFORMATION

**Charges**
1 Cts. 13-1204A8A AGG ASLT-OFFICER F4
1 Cts. 13-2508A2 RESIST ARREST-RISK PHYS INJ F6
1 Cts. 13-1202A1 THREAT-INTIM W/INJ-DMGE PROP M1

Pursuant to A.R.S. §41-1750 ten-print fingerprints were taken of the arrested person?   ☐ Yes   ☒ No
If yes, PCN, if known, = _____

Pursuant to A.R.S. §13-610 one or more of the above charges requires the arresting agency to secure a DNA sample from the arrested person?   ☒ Yes   ☐ No

If yes, does the defendant have a valid DNA sample on file with AZDPS?   ☐ Yes   ☐ No   ☒ Unknown

If no, Arresting Agency has taken required sample?   ☐ Yes   ☒ No

Offense Location: See Addendum (Page 3)
Offense Date: 2011-10-08
Arrest Location: 1111 E MCDOWELL RD PHOENIX AZ
Date: 2011-10-09 Time: 10:50

## B. PROBABLE CAUSE STATEMENT

1. Please summarize and include the facts which establish probable cause for the arrest:
ON 100811, AT APPROX 1150 HRS, THIS DEFENDANT AP-PROACHED UNIFORMED OFF-DUTY OFFICER WORKING A REPAV-ING JOB FOR THE CITY OF PHOENIX AT 100 W FILLMORE AVE. HE MADE HIS APPROACH SO THE OFFICER COULD NOT SEE HIM, CITY WORKING HAD TO YELL TO GET OFFICERS ATTENTION THAT SUBJECT WAS DIRECTLY BEHIND HIM. THIS DEFENDANT WAS MAKING "FINGER GUN" GESTURES RE-PEATLY TOWARDS OFFICER THAT HE WAS GOING TO SHOOT HIM. ALSO, HE MADE INDICATION THAT HE COULD HAVE A WEAPON UNDER OR IN HIS PANTS POCKETS AND QUICKLY REACH IN AND THEN PULLED HIS HAND OUT. OFFICER BERRY TOOK THIS VERY SERIOUSLY AND CALLED FOR BACKUP. DEFENDANT IS CONTACTED BY ADDITIONAL OF-FICERS FURTHER WEST OF INCIDENT AND REPEATS GESTURES WITH NEW OFFICER. THIS OFFICER HAS TO ACTUALLY DRAW HIS WEAPON. SUBJECT HAD WALKED THROUGH NEW REPAVING ASPHALT JOB AND DAMGED THE STREET, PLUS VIOLATED ARS TRAFFIC CODE CROSSING MIDBLOCK. OFFICERS WENT TO DETAIN SUBJECT REFERENCE POSSIBLE CRIMINAL DAMAGE AND FIGHT WAS ON. TOOK SIX POLICE OFFICER AND TASER, 5-7 MINUTES TO HANDCUFF INDIVIDUAL. OFFICER HOWELL WAS STRUCK IN THE FACE BY DEFENDANT AND RE-CEIVED 1/2 BLEEDING ABRASION TO LEFT FOREARM. DE-FENDANT STIFFENED ARMS AND BODY TO AVOID HANDCUFF-ING, AS WELL AS, TUCKED ARMS AND INTERLOCKED FINGERS UNDER HIS CHEST ONCE HE WAS ON THE GROUND SO HIS ARMS COULD NOT BE PULLED BACK FOR THE HANDCUFFING. SUBJECT TRANSPORTED TO GOOD SAM BECAUSE OF TASEING, ER URINE SAMPLE SHOWED DEFENDANT UNDER THE INFLU-ENCE OF MDPV DRUG (AKA BATH SALT).

## C. OTHER INFORMATION (Check if applicable)

1. ☐ Defendant is presently on probation, parole or any other form of release involving other charges or convictions: Explain:

2. List any prior:
Arrests? CRIMINAL DAMAGE, CONTEMPT OF COURT WARRANT

Convictions? CIVIL CONTEMPT TO PAY FINES/BULLHEAD CITY

F.T.A.'s?

3. Is there any indication the defendant is:

☐ An Alcoholic?          ☐ An Addict?

☒ Mentally disturbed?          ☐ Physically Ill?

4. ☐ Defendant is currently employed
With whom

How long:
5. Where does the defendant currently reside? 2293 BROOK-FIELD DRIVE   BULLHEAD CITY, AZ 86442
With whom FAMILY
How long: _____ years _____ months _____ days
6. What facts indicate the defendant will flee if released? Explain: AGGRAVATED ASSAULT ON POLICE OFFICER

7. What facts does the state have to oppose an unsecured release? Explain: AGGRAVATED ASSAULT ON POLICE OFFICER

## D. CIRCUMSTANCES OF THE OFFENSE (Check if applicable)

1. ☐ Firearm or other weapon was used
Type:

☒ Someone was injured by the defendant

☒ Medical attention was necessary

Nature of injuries: CUT TO LEFT ARM AND BRUISED UPPER LEFT LIP

2. ☒ Someone was threatened by the defendant
Nature and extent of threats: GESTURES "FINGER GUN" TO SHOOT OFFICER

3. If property offense, value of property taken or damaged:

☐ Property was recovered
4. Name(s) of co-defendant(s):

COP__ERI002911

**E. CRIMES OF VIOLENCE**

1. Relationship of defendant to victim:

   ☐ Victim(s) and defendant reside together

2. How was the situation brought to the attention of the police?
   ☒ Victim   ☐ Third Party   ☒ Officer observed

3. ☐ There are previous incidents involving these same parties
   Explain:

4. Is defendant currently the subject of:
   ☐ An order of protection   ☐ Any other court order

   ☐ Injunction against harassment

   Explain:

**F. DOMESTIC VIOLENCE ISSUES (Check if applicable)**
Defendant's actions

☐ Threats of homicide/suicide/bodily harm

☐ Control/ownership/jealousy issues   ☐ Crime occurs in public

☐ Prior history of DV   ☐ Kidnapping

☐ Frequency/intensity of DV increasing   ☐ Depression

☐ Access to or use of weapons   ☐ Stalking behavior

☐ Violence against children/animals

☐ Multiple violations of court orders

**G. CIRCUMSTANCES OF THE ARREST (Check if applicable)**

1. Did the defendant attempt to:

   ☒ Avoid arrest   ☒ Resist arrest   ☐ Self Surrender

   Explain: PHYSICALLY- FOUGHT BEING TAKEN INTO CUSTODY

   TRIED TO BREAK OFFICERS HOLD, LAID ON ARMS TO AVOID CUFFING

2. ☐ Defendant was armed when arrested
   Type:

3. ☐ Evidence of the offense was found in the defendant's possession
   Explain:

4. Was the defendant under the influence of alcohol or drugs at the time of the offense?
   ☒ Yes   ☐ No   ☐ Unk

**H. DRUG OFFENSES**

1. If the defendant is considered to be a drug dealer, please state the supporting facts:

2. What quantities and types of illegal drugs are directly involved in the offense?

☐ Drug field test completed

☐ Defendant admission of drug type
Approximate monetary value: $
3. Was any money seized?
   ☐ Yes   ☐ No
   Amount: $

JUDICIAL OFFICER REVIEW
OF PROBABLE CAUSE
STATEMENT AND COMPLAINT
ON OATH OR AFFIRMATION

☐ Complaint review

☐ Witness sworn

☐ Reviewed Form IV

☐ Other source

☐ PC determined

Pursuant to AO 2003-046, the oath has been administered pursuant to the law and required procedures. ___ VC

**If a fugitive arrest, a form IVA must also be completed**

I certify that the information presented is true to the best of my knowledge.

| RUSHING, LAMAR/5641 | AZ0072300/602-534-6432 | 2011-10-09 |
|---|---|---|
| ARRESTING OFFICER/SERIAL NUMBER | ARREST AGENCY/DUTY PHONE NUMBER | DATE |
| 201101740140/AZ0072300 | | |
| DEPARTMENTAL REPORT NO. | DEPARTMENTAL REPORT NO. | DEPARTMENTAL REPORT NO. |

COP__ERI002912

## ADDENDUM

A. Offense Location
100 W FILLMORE STREET, 250 W FILLMORE STREET

COP__ERI002913

## PRESENTENCE INVESTIGATION

State of Arizona v. **Michael Angel Ruiz, CR2011-152520-001-DT**

Superior Court Criminal Division **RCC DT**

Sentencing Date: **November 21, 2011**

---

| Sentencing Judge: **Cynthia Bailey** | Prosecutor: | **Kevin Pollak, DCA** |
|---|---|---|
| PSI Officer: **Rhoda Williams-Alexander** | Defense Counsel: | **Adam Zabor, DPD** |

**Present Offense:**

The following information is summarized from Phoenix Police Departmental Report #201101740140:

On October 8, 2011 officers responded to the area of 100 West Fillmore Street to assist an off duty Phoenix Police Officer. The defendant allegedly made threatening gestures toward the off duty officer while he was working. The defendant had come up from behind the officer and made several "finger gun" gestures as if he was going to shoot him. The off duty officer confronts the defendant but he continues the behavior. The defendant made a more overt gesture by placing his hand in his pocket and drawing his hand out of the pocket as if pulling out a gun. Again, the officer told the defendant to leave the area. The defendant leaves the area walking westbound across Fillmore disregarding the closed street signs, and walking across and damaging the asphalt which required repairs.

Officers located the defendant in an apartment complex at 250 West Fillmore Street. The first officer on the scene had his weapon drawn in response to the defendant holding up his tee shirt as if to expose a weapon. Bases on the defendant's actions officers attempted to arrest the defendant. The defendant freed himself from the officer's hold and walked directly at Officer Lucero. The defendant is then grabbed and officers attempted to pull him to the ground. He resisted arrest and additional officers were called to assist. The defendant was tased several times and the defendant continued to not comply with officer's directions. The defendant then grabbed an officer's shirt and it took several officers five to seven minutes to extract his hands from the shirt. The defendant was finally taken into custody and taken to the hospital due to taser strikes. He continued to be combative at the hospital.

**Defendant's Statement:**

The defendant stated that he was under the influence of a methamphetamine type drug during the current offense. He stated that he ate and snorted bath salts on that day. He further stated that he still has some loss of cognitive function from the use of the drug. He did not expect that the drug would affect him as long as it did. He would like to go into an inpatient program to deal with his substance abuse issues, having been in and out of treatment since 2003. He looks forward to probation and the possibility to get into a drug treatment program.

COP__ERI002914

**The Superior Court of Arizona in Maricopa County – Adult Probation Department**
*Chief Probation Officer Barbara A. Broderick*

State of Arizona v. **Michael Angel Ruiz, CR2011-152520-001-DT**

## Risk/Needs Assessment:

Based on the Offender Screening Tool (OST), the following is an assessment of the defendant's risk to re-offend and criminogenic needs. Domains with scores above 60%, or Mental Health score above 50%, significantly contribute to the overall assessed Risk/Needs level and <u>must be</u> addressed when developing supervision strategies. Domains below 60% and above 0% may contribute to the overall assessed Risk/Needs level and may require intervention. Domains with 0% do not contribute to the overall assessed Risk/Needs level and <u>do not</u> require intervention. The OST is a standardized statewide tool that has been validated and approved by the Administrative Office of the Courts (AOC). A copy of the OST score results in a graph format is attached to this report.

### OVERALL RISK/NEEDS LEVEL
### (Male Risk/Needs Range)

| | | | 22 |
|---|---|---|---|
| Low (0-5) | Medium-Low (6-10) | Medium-High (11-17) | High (18-42) |

### DOMAINS THAT DO NOT CONTRIBUTE TO OVERALL RISK/NEED LEVEL

| DOMAIN | SCORE | | SUMMARY |
|---|---|---|---|
| Attitude | 0/7 | 0% | • The defendant has no attitudes supportive of crime<br>• He feels the conviction was fair<br>• The defendant wants drug treatment |

### DOMAINS THAT MAY CONTRIBUTE TO OVERALL RISK/NEED LEVEL

| DOMAIN | SCORE | | SUMMARY |
|---|---|---|---|
| Family and Social Relationships | 4/8 | 50% | • Defendant's mother had many abusive boyfriends before she married step father<br>• Stepfather was retired LAPD<br>• Defendant is divorced<br>• Relationship involved domestic violence<br>• Has seven year old daughter |
| Residential | 1/2 | 50% | • Lives in a temporary situation at the Salvation Army<br>• Felt the arrangement was positive<br>• Also lived at the Hayward Halfway House |
| Alcohol Use | 1/3 | 33% | • First consumed alcohol at the age of 13 years old |

PAGE 2

COP__ERI002915

The Superior Court of Arizona in Maricopa County – Adult Probation Department
*Chief Probation Officer Barbara A. Broderick*

State of Arizona v. **Michael Angel Ruiz, CR2011-152520-001-DT**

| | | | |
|---|---|---|---|
| | | | • Drank to the point of intoxication |
| **Education** | 1/3 | 33% | • Some higher education |
| | | | • Suspended from school for vandalism |

## DOMAINS THAT SIGNIFICANTLY CONTRIBUTE TO OVERALL RISK/NEED LEVEL

| DOMAIN | SCORE | | SUMMARY |
|---|---|---|---|
| **Drug Abuse** | 3/3 | 100% | • First smoked marijuana at the age of 15, cocaine at the age of 18, methamphetamine at the age of 23 years old, bath salts at the age of 42<br>• Had drug treatment one time<br>• Current offense involved drug use |
| **Criminal Behavior** | 8/9 | 89% | • First arrested at age 16<br>• Approximately 15 prior criminal convictions<br>• Two past felonies<br>• Has past incarcerations<br>• Previous convictions would be considered violent<br>• DUI, DV assault, fraud and controlled substance possession |
| **Vocational** | 3/5 | 60% | • Currently unemployed<br>• Arrest resulted in loss of his job<br>• Worked as a personal trainer in Gold's Gym, LA fitness, and Bullhead Health Club |
| **Mental Health** | 1/3 | 50% | • See the confidential section of the criminal history |

**Financial Assessment:**

The defendant was working at a telemarketer one month prior to his current offense. It was commission based and therefore the defendant had earned no income at that point. His ability to pay any court ordered financial fees is limited. But he is an able bodied young man who can be gainfully employed and therefore the court ordered fees are reasonable.

**Discussion and Evaluation:**

The defendant has two previous felony convictions and several misdemeanor convictions. The defendant committed the current offense while under the influence of drugs and admits to having a drug problem which is need of addressing. Case assessment indicated that the

PAGE 3

COP__ERI002916

**The Superior Court of Arizona in Maricopa County – Adult Probation Department**
*Chief Probation Officer Barbara A. Broderick*

State of Arizona v. **Michael Angel Ruiz, CR2011-152520-001-DT**

defendant is a high risk to reoffend. The most significant domains that contribute to his risk to reoffend are his drug abuse, behavior and his lack of stable employment. Although the defendant has been under community supervision before, he was not successful in a community setting due to his behavior. The defendant is adamant that he is willing to do what ever he can to turn his life around and it would appear that those opportunities are becoming fewer as he continues to offend. The defendant may be able to succeed if he is able to address his treatment issues. Therefore it is respectfully recommended that the defendant be sentenced to supervised probation for three years with the special addendum of Intensive Supervision.

**Identification Status:**

Due to his incarceration, the defendant does not have access to documents to verify his identity.

**Recommendation:**

It is respectfully recommended that the defendant be granted three year(s) supervised probation to begin on December 30, 1899. Abide by the following additional conditions:

Condition #15    I will be financially responsible by paying all restitution, fines, and fees in my case as imposed by the Court. I understand, if I do not pay restitution in full, the Court may extend my probation.

        15b.    Probation Service Fee of $75.00 per month
        15p.    Probation Surcharge in the total amount of $20.00
        15q.    Time Payment Fee of $20.00.

Condition #18    I will serve 12 month(s), in the county jail beginning November 21, 2011.
        I will report to the APD within 72 hours of release from jail.
        I will comply with all program rules.

Condition #21    I will abide by the attached special conditions of probation:
        Intensive Probation
        Drug Treatment

COP__ERI002917

State of Arizona v. **Michael Angel Ruiz, CR2011-152520-001-DT**

Reviewed by:

Judge: _____

Date: _____ 11/18/11

Respectfully submitted by:

Rhoda Williams-Alexander,
Cell: 602 619-1531/ Office: 602 506-3143
November 14, 2011
mailto:ralexand@apd.maricopa.gov
Don Warrington, Supervisor
Phone: 602 506-8070, 602 526-4201

COP__ERI002918

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

RECEIVED DT
ASSIGNMENTS
OCT 18 2011

THE STATE OF ARIZONA,

        Plaintiff,

vs.

MICHAEL ANGEL RUIZ,
DOB: 3/20/1969
Booking #: P809431

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CR2011-152520-001

WAIVER OF PRELIMINARY HEARING
WITH PLEA AGREEMENT

DECLARATION by defendant as follows.
Defendant is represented by Adam Zabor ☐ ⱬ ⱬ 7 7 J⁻

☐    I hereby voluntarily waive my right to a preliminary hearing understanding that I will be held to answer and an
information will be filed charging me with having committed:

    **COUNT 1:** AGGRAVATED ASSAULT, A CLASS 4 FELONY,
    **COUNT 2:** RESISTING ARREST, A CLASS 6 FELONY,
    **COUNT 3:** THREATENING OR INTIMIDATING, A CLASS 1 MISDEMEANOR, and
    **COUNT 4:** CRIMINAL DAMAGE, A CLASS 2 MISDEMEANOR, all committed on 10/8/2011.

☐    I understand and acknowledge that:
    A.    I have a right to a preliminary hearing.
    B.    I am represented by an attorney now. Further, I know I have a right to an attorney for all further
        proceedings in this case. If I cannot afford one, then one will be appointed to represent me at this
        preliminary hearing as well as in the Superior Court for all purposes including trial, free of charge.
    C.    I am giving up the right to confront and cross-examine witnesses.
    D.    I am giving up the right to present evidence in my behalf and that I am giving up the right to have the
        magistrate determine if there is sufficient evidence against me to establish probable cause to hold me to
        answer in the Superior Court on the above stated charges, as well as the right to a dismissal of charges
        against me if the evidence is insufficient.

The State of Arizona and the Defendant hereby agree to the following disposition of this case:

    Plea:     The Defendant agrees to plead **GUILTY** to:

    <u>**Count 1: AGGRAVATED ASSAULT (RESULTING IN PHYSICAL INJURY), A CLASS 4 FELONY, in violation of**</u>
    <u>**A.R.S. §§ 13-1203, 13-1204, 13-701, 13-702, 13-801, and 13-901.03, committed on 10/8/2011.**</u>

This is a **non-dangerous, non-repetitive** offense under the criminal code.

Terms: On the following understandings, terms and conditions:

☐   1.    The crime carries a presumptive sentence of 2.5 years; a minimum sentence of 1.5 years; a mitigated sentence of 1
year; a maximum sentence of 3 years; and an aggravated sentence of 3.75 years. Probation is available. Restitution
of economic loss to the victim and waiver of extradition for probation revocation procedures are required. The
maximum fine that can be imposed is $150,000.00 plus an 84% surcharge plus $20.00 pursuant to A.R.S. § 12-
269 plus a $13.00 assessment pursuant to A.R.S. § 12-116.04. If the Defendant is sentenced to prison, the
Defendant shall also be sentenced to serve a term of community supervision equal to one-seventh of the prison term
to be served consecutively to the actual period of imprisonment. If the Defendant fails to abide by the conditions of
community supervision, the Defendant can be required to serve the remaining term of community supervision in
prison. Within 30 days of being sentenced, pursuant to A.R.S. § 13-610, the defendant shall provide a sufficient
sample of blood or other bodily substance for deoxyribonucleic acid (DNA) testing and extraction to be used for law

COP__ERI002919

enforcement identification purposes and/or for use in a criminal prosecution and/or for use in a proceeding under title 36, chapter 37. Special conditions regarding the sentence imposed by statute (if any) are: **None.**

2. The parties stipulate to the following additional terms, subject to court approval at the time of sentencing as set forth in paragraph 7: **There are no agreements as to sentencing, except that if the defendant is granted probation, then he will serve an initial term of one flat year in jail beginning on the date of sentencing with no credit for time served and no eligibility for work furlough or work release or any other form of release; however, if granted probation, the defendant shall be eligible for release from jail after serving eight months if he successfully completes the ALPHA program. The defendant shall pay restitution in an amount not to exceed $50,000 to all persons, businesses, their insurance providers, and/or the MCAO's Victim Compensation Program for all economic losses resulting from criminal conduct described in Phoenix Police Department Report No. 2011-01740140, including losses related to dismissed counts and regardless of whether the defendant personally caused such losses. The defendant shall have no contact with the victim and shall not return to the scene of the crime.**

3. The following charges are dismissed, or if not yet filed, shall not be brought against the Defendant by the Maricopa County Attorney's Office: **Counts 2 – 4.**

4. This agreement serves to amend the complaint, indictment, or information, to charge the offense to which the Defendant pleads, without the filing of any additional pleading. However, if the plea is rejected by the court or withdrawn by either party, or if the conviction is subsequently reversed, the original charges and any charges that are dismissed by reason of this plea agreement are automatically reinstated.

5. If the Defendant is charged with a felony, he hereby waives and gives up his rights to a preliminary hearing or other probable cause determination on the charges to which he pleads. The Defendant agrees that this agreement shall not be binding on the State should the Defendant be charged with or commit a crime between the time of this agreement and the time for sentencing in this cause; nor shall this agreement be binding on the State until the State confirms all representations made by the Defendant and his attorney, to-wit: **The defendant avows that in any jurisdiction under any name: 1) he has two, and only two, prior felony convictions, 2) he was not on probation for conviction of a felony offense or parole, work furlough, community supervision, or any other release or escape from confinement for conviction of a felony offense at the time of the offense in Count 1, and 3) he has no other pending felony cases.** If the Defendant fails to appear for sentencing, the court may disregard the stipulated sentence and impose any lawful sentence which is the same as or exceeds the stipulated sentence in the plea agreement. In the event the court rejects the plea, or either the State or the Defendant withdraws the plea, the Defendant hereby waives and gives up his right to a preliminary hearing or other probable cause determination on the original charges.

6. Unless this plea is rejected by the court or withdrawn by either party, the Defendant hereby waives and gives up any and all motions, defenses, objections, or requests which he has made or raised, or could assert hereafter, to the court's entry of judgment against him and imposition of a sentence upon him consistent with this agreement. By entering this agreement, the Defendant further waives and gives up the right to appeal.

7. The parties hereto fully and completely understand and agree that by entering into a plea agreement, the defendant consents to judicial fact finding by preponderance of the evidence as to any aspect or enhancement of sentence, including aggravating circumstances and matters dismissed or not filed, without formal or written allegation. Moreover, the parties agree that any sentence either stipulated to or recommended herein in paragraph two is not binding on the court. In making the sentencing determination, the court is not bound by the rules of evidence. If after accepting this plea the court concludes that any of the plea agreement's provisions regarding the sentence or the term and conditions of probation are inappropriate, it can reject the plea. If the court decides to reject the plea agreement provisions regarding sentencing, it must give both the state and the Defendant an opportunity to withdraw from the plea agreement. In case this plea agreement is withdrawn, all original charges will automatically be reinstated. The Defendant in such case waives and gives up his right to a probable cause determination on the original charges.

8. If the court decides to reject the plea agreement provisions regarding sentencing and neither the State nor the Defendant elects to withdraw the plea agreement, then any sentence either stipulated to or recommended herein

2

in paragraph 2 is not binding upon the court, and the court is bound only by the sentencing limits set forth in paragraph 1 and the applicable statutes.

☐ 9. This plea agreement in no way affects any forfeiture proceedings pursuant to A.R.S. § 13-4301 et seq., § 13-2314, or § 32-1993, if applicable, nor does the plea agreement in any way compromise or abrogate any civil actions, including actions pursuant to A.R.S. § 13-2301 et seq. or § 13-4301 et seq., or the provisions of A.R.S. § 13-2314 or A.R.S. § 13-4310.

☐ 10. I understand that if I am not a citizen of the United States that my decision to go to trial or enter into a plea agreement may have immigration consequences. Specifically, I understand that pleading guilty or no contest to a crime may affect my immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. My plea or admission of guilt could result in my deportation or removal, could prevent me from ever being able to get legal status in the United States, or could prevent me from becoming a United States citizen. I understand that I am not required to disclose my legal status in the United States to the court.

☐ 11. I have read and understand the provisions of pages one, two, and three of this agreement. I have discussed the case and my constitutional rights with my lawyer. My lawyer has explained the nature of the charge(s) and the elements of the crime(s) to which I am pleading. I understand that by pleading **GUILTY** I will be waiving and giving up my right to a determination of probable cause, to a trial by jury to determine guilt and to determine any fact used to impose a sentence within the range stated above in paragraph one, to confront, cross-examine, compel the attendance of witnesses, to present evidence in my behalf, my right to remain silent, my privilege against self-incrimination, presumption of innocence and right to appeal. I agree to enter my plea as indicated above on the terms and conditions set forth herein. I fully understand that if, as part of this plea agreement, I am granted probation by the court, the terms and conditions thereof are subject to modification at any time during the period of probation. I understand that if I violate any of the written conditions of my probation, my probation may be terminated and I can be sentenced to any term or terms stated above in paragraph one, without limitation.

I have personally and voluntarily placed my initials in each of the above boxes and signed the signature line below to indicate I read and approved all of the previous paragraphs in this agreement, both individually and as a total binding agreement.

Date: 10-17-11          Defendant _____
                                        MICHAEL ANGEL RUIZ

I have discussed this case with my client in detail and advised him of his constitutional rights and all possible defenses. I have also explained the nature of the charge(s) and the elements of the crime(s). I believe that the plea and disposition set forth herein are appropriate under the facts of this case. I concur in the entry of the plea as indicated above and on the terms and conditions set forth herein.

Date: 10-17-11          Defense Counsel _____
                                        ADAM ZABOR    022775

I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

Date: 10/17/2011          Prosecutor _____
                                        KEVIN A. POLLAK, #022648

3

COP__ERI002921

Enclosed is the Criminal History information portion of the Pre-sentence Report. Dissemination is restricted to Criminal Justice Agencies **only**. Secondary dissemination to non-criminal Justice Agencies is **prohibited**.

LOCATION ONLY
See Discovery & Confidential Materials

COP__ERI002922

Michael K. Jeanes, Clerk of Court
*** Filed ***

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

11/23/11 @ 8:00 am.

CR2011-152520-001 DT                                11/21/2011

CLERK OF THE COURT
HONORABLE JAY L. DAVIS                              J. Porter
                                                   Deputy

STATE OF ARIZONA                                   SURI GUNTAKA REDDY

v.

MICHAEL ANGEL RUIZ (001)                           ADAM MATTHEW ZABOR
DOB: 03/20/1969

                                                   APO-SENTENCINGS-CCC
                                                   APPEALS-CCC
                                                   DISPOSITION CLERK-CSC
                                                   RFR
                                                   VICTIM SERVICES DIV-CA-CCC

SUSPENSION OF SENTENCE - INTENSIVE PROBATION

8:55 a.m.

Courtroom CCB LL 4

State's Attorney:        John Walker on behalf of Kevin Pollak
Defendant's Attorney:    Adam Zabor
Defendant:               Present

A record of the proceedings is made by audio and/or videotape in lieu of a court reporter.

The plea is accepted.

Count(s) 1: WAIVER OF TRIAL: The Defendant knowingly, intelligently and voluntarily waived all pertinent constitutional and appellate rights and entered a plea of guilty.

IT IS THE JUDGMENT of the Court Defendant is guilty of the following:

Docket Code 109              Form R109B-10                         Page 1

COP__ERI002923

CR2011-152520-001 DT                                                11/21/2011

OFFENSE: Count 1 Aggravated Assault
Class 4 felony
A.R.S. § 13-1203, 1204, 701, 702, 801 and 901.03
Date of Offense: 10/08/2011
Non Dangerous - Non Repetitive

The Court is suspending imposition or execution of sentence and, under the supervision of the Adult Probation Department (APD), placing the defendant on probation for:

Count 1 Probation Term: 4 years

To begin 11/21/2011.

Condition 6: Report to the APD within 72 hours of sentencing, absolute discharge from prison, release from incarceration, or residential treatment and continue to report as directed. Keep APD advised of progress toward case plan goals and comply with any written directive of the APD to enforce compliance with the conditions of probation. Provide DNA testing if required by law.

Condition 8 - Request and obtain written permission of the APD prior to leaving the state.

Condition 15: Restitution, Fines and Fees:

PROBATION SERVICE FEE: Count 1 - $75.00 per month, beginning one month after release from jail.

PROBATION SURCHARGE: Count 1 - $20.00 payable on one month after release from jail.

Count 1: Time payment fee pursuant to A.R.S. § 12-116 in the amount of $20.00, payable on one month after release from jail.

All amounts payable through the Clerk of the Superior Court.

Condition 16 - Not consume or possess any substances containing alcohol.

Condition 18 - Count 1: Be incarcerated in the county jail for 12 month(s), beginning 11/21/2011 with credit for zero day(s) served.

COP__ERI002924

CR2011-152520-001 DT                                    11/21/2011

Not to be released until 11/21/2012.

Report to the APD within 72 hours of release from jail. Comply with all program rules.

Defendant is eligible for early release from jail upon successful completion of the ALPHA program.

Condition 21 - Abide by the special conditions of probation as noted on the attachment to the Uniform Conditions of Supervised Probation as follows:

Intensive Probation

Condition 22: Other - Defendant is eligible for early release after 8 months incarceration if the Defendant completes ALPHA. No victim contact and do not return to the scene of the crime without Adult Probation Department approval.

IT IS ORDERED granting the Motion To Dismiss the following:   Counts 2 through 4.

Count(s) 1: IT IS ORDERED remanding Defendant to the custody of the Maricopa County Sheriff.

IT IS FURTHER ORDERED that Defendant must submit to DNA testing for law enforcement identification purposes and pay the applicable fee for the cost of that testing in accordance with A.R.S. § 13-610.

The presentence investigation report is filed under this same cause number.

9:10 a.m. Matter concludes.

COP__ERI002925

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

HONORABLE JAY L. DAVIS

Date: 11/21/2011

No. CR 2011-152520-001

STATE v. MICHAEL ANGEL RUIZ

CLERK OF THE COURT
J. Porter
Deputy

Let the record reflect that the Defendant's right index fingerprint is permanently affixed to this sentencing order in open court.

(rig          nt)

_____
HONORABLE JAY L. DAVIS
JUDICIAL OFFICER OF THE SUPERIOR COURT

Page 4

COP__ERI002926

MICHAEL.K. JEANES. CLERK
BY
S. Keinon
FILED
DEP.

12 AUG 14 PM 4:07

NAME Michael Angel Ruiz        BK# P809431

Facility Address 4th Ave Jail 2015 4th Ave Phoenix AZ 85003

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA.

State of Arizona        Plaintiff.

v.

Michael A Ruiz    Defendant

CR 2011152520-001 DT

MOTION FOR Two for ONES
EARLY release. And reduce IPS to Standard probation

Comes Now the Defendant Michael A Ruiz in propria persona, and hereby request this court to Allow two for one early release.

And or Reduce Sentence

For the following Reasons Sentence is Excessive. I did not receive a chance to enroll in Alpha program Based on classification. Attorney knew.

Wherefore, Defendant respectfully request that Honorable Judge Jay L. Davis grant the relief Requested M de Ruiz,

cc:
Commissioner Jay L. Davis - Superior Court State of Arizona / maricopa County
D. Attorney in Phoenix - maricopa county
Attorney Advocate in Phoenix A3. maricopa county.

COP__ERI002927

**MAILING LIST**

Copies to be forwarded to the following:

Judge _Commissioner Jay L Davis_

County Attorney _CR 2011152520-001 DT_

Public Defender/Advisory Counsel _CR 2011152520-001 DT_

To be filed with your motion to the court.

_Signature_

_Aug 1. 2012_
Date

COP__ERI002928

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **8/14/12** _____

√   I delivered the attached original for filing to the Clerk of the Superior Court, Maricopa County, State. of Arizona.

___   I filed the attached original with the Clerk of the Superior Court, Maricopa County, State of Arizona.

I further certify that copies of the original have been forwarded to:

√   Judge/Comm _____ **J. DAVIS** _____ Superior Court, Maricopa County, State of Arizona.

√   County Attorney, Maricopa County, State of Arizona _____ **S. REDDY** _____

___   Public Defender, Maricopa County, State of Arizona _____

___   Advisory Counsel _____

___   Probation Officer _____

___   Adult Probation Department, Maricopa County, State of Arizona _____

___   Legal Defender _____

√   Legal Advocate _____ **A. ZABOR** _____

___   Attorney _____

_____

INMATE LEGAL SERVICES
Maricopa County, Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert 05/15/2012

COP__ERI002929


SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2011-152520-001 DT                           09/04/2012


JUDGE PRO TEM JAY L. DAVIS           CLERK OF THE COURT
                                                   A. Fabian
                                                    Deputy


STATE OF ARIZONA                     MARICOPA COUNTY ATTORNEY

v.

MICHAEL ANGEL RUIZ (001)             MICHAEL ANGEL RUIZ
                                     P809431
                                     4TH AVE JAIL
                                     MCSO INMATE MAIL -- 00000

                                     INMATE LEGAL SERVICES


MINUTE ENTRY


On October 17, 2011, the defendant entered a plea of guilty to Count 1, Aggravated Assault (Resulting in Physical Injury), a Class 4 Felony committed on October 8, 2011. The plea was accepted and the defendant was sentenced according to the stipulations in his plea agreement on November 21, 2011.

The defendant now petitions the Court to significantly alter the terms of his plea. His stipulations state, in part ". . . if the defendant is granted probation, then he will serve an initial term of one flat year in jail beginning on the date of sentencing with no credit for time served and no eligibility for work furlough or work release or any other form of release; however, if granted probation, the defendant shall be eligible for release from jail after serving eight months if he successful (sic) completes the ALPHA program."

The defendant was in fact granted probation at sentencing. He apparently did not qualify for the ALPHA program (an in-jail drug rehabilitation program) due to his inmate classification. This is unfortunate but does not alter the requirement of his stipulated agreement to serve one year "flat" in the county jail with no credit for time served. Hence, his request for "two for one" credit (and hence possible early release) is in direct contravention of the terms of his plea. The

Docket Code 023              Form R000A                       Page 1

COP__ERI002930

CR2011-152520-001 DT                              09/04/2012

defendant also requested his order for Intensive Probation (IPS) be changed to Supervised Probation. The Court had the option of sentencing the defendant to the Department of Corrections but elected, in lieu of prison, to offer the defendant IPS as (in the Court's view) the only effective method of supervising this offender in a probationary status. Accordingly, no good cause appearing,

IT IS ORDERED that the defendant's, motions are denied

COP__ERI002931

# SUPERIOR COURT OF THE STATE OF ARIZONA
## MARICOPA COUNTY

FILED

MICHAEL K JEANES, Clerk

By

T. HENNINGER, Deputy

Division **CJR20**
Pros Atty **DCA**
APO **Michelle Olney, Choose One**

*THE STATE OF ARIZONA*
    vs.
**MICHAEL ANGEL RUIZ**

  **DOB: 03/20/1969**

*Case Number:* **CR2011-152520-001-DT**

## ORDER OF DISCHARGE FROM PROBATION

The defendant was formally judged guilty of the crime of **COUNT 1: AGGRAVATED ASSAULT, A CLASS 4 FELONY.**

| | | | | |
|---|---|---|---|---|
| Probation Start | Date: 11/21/2011 | Prob. Length: Four (4) year(s) | | Intensive |
| Modified | Date: 07/16/2013 | Prob. Length: Four (4) year(s) | from: 07/16/2013 | Standard |

Please see attached Petition for Early Termination of Probation.

Dated this _23_ day of _August_ , 20_13_

MO:me/08/22/2013

Probation Officer Michelle Olney    Phone 602.526.6461

**IT IS ORDERED** pursuant to Rule 27.4(A) that the defendant is hereby discharged from probation in this case effective _8/0/3/2013_

☐ **THE COURT NOTES** the defendant failed to comply with conditions _____

☐ ~~IT IS ORDERED the undesignated offense: ☐ REMAIN UNDESIGNATED*; ☐ Be Designated a MISDEMEANOR~~
*Notice: The defendant may request misdemeanor designation for an undesignated offense; see A.R.S. 13-604. All requests must be submitted to the Court in writing and provide detailed reasons to support the request.

Dated this _3rd_ day of _October_ , 20_13_

Judge of the Superior Court

**Judge Joseph C. Welty**

## ORDER OF DISCHARGE FROM PROBATION

cc: Court (Original)    APD File    Defendant    Pros Atty.

Rev. 07/19/2011

**APD Macros**

COP__ERI002932

# SUPERIOR COURT OF THE STATE OF ARIZONA
## MARICOPA COUNTY

F I L E D
10-4-13 11:38
MICHAEL K JEANES, Clerk
By J. Henninger
T. HENNINGER, Deputy

| | |
|---|---|
| Division | **CJR20** |
| Pros Atty: | **DCA** |
| APO | **Michelle Olney, BCB** |

THE STATE OF ARIZONA

vs.

**MICHAEL ANGEL RUIZ**
**DOB: 03/20/1969**

Case Number: **CR2011-152520-001-DT**

**PETITION FOR EARLY TERMINATION OF
PROBATION OR UNSUPERVISED PROBATION**

The defendant was formally judged guilty of the crime of **COUNT 1: AGGRAVATED ASSAULT, A CLASS 4 FELONY.**

| | | | |
|---|---|---|---|
| Probation Start | Date: 11/21/2011 | Prob. Length: Four (4) year(s) | Intensive |
| Modified | Date: 07/16/2013 | Prob. Length: Four (4) year(s)    from: 07/16/2013 | Standard |

**It is respectfully recommended that the defendant's probation be terminated for the following reasons:**
On August 2, 2013, this officer was made aware by previous supervising Intensive Probation Supervision (IPS) officer that the probationer passed away on August 2, 2013. This probationer's death certificate was requested by the Department. Upon receipt this officer reviewed the probationer's death certificate and evidenced a raised seal on the death certificate, it appears valid. Therefore, it is respectfully requested that this probationer be provided early termination of probation.

~~A Criminal~~ Restitution Order for monies outstanding is attached.

Victim Status: There is no victim involved in this case.

Dated this 22 day of August , 2013

MO:me/08/22/2013

Probation Officer Michelle Olney          Phone 602.526.6461

~~☑ IT IS ORDERED that the foregoing petition for early termination will be granted by this court 30 days from this date unless written objection thereto is filed not less than 72 hours before said date. A copy of this petition is herewith transmitted to the prosecuting attorney.~~

☐ **IT IS ORDERED** denying the petition for early termination. It is further ordered that the defendant be placed on unsupervised probation, deleting all conditions except Condition #1 and continue to pay Probation Service Fees as previously ordered by the Court. If the defendant obeys all laws it is ordered that unsupervised probation be automatically terminated on _____. This expiration date reflects granted Earned Time Credit.

☐ **IT IS ORDERED** _____

Dated this 3RD day of October , 2013 _____

Judge of the Superior Court

Judge Joseph C. Welty

## PETITION FOR EARLY TERMINATION OF PROBATION OR UNSUPERVISED PROBATION

| cc: | | | |
|---|---|---|---|
| | APD File | Court (Original) | Pros Atty. |

**APD Macros**

Rev. 07/19/2011

COP__ERI002933