# EXHIBIT 20

1    Kathleen L. Wieneke, Bar #011139
     Christina Retts, Bar #023798
2    STRUCK WIENEKE & LOVE, P.L.C.
     3100 West Ray Road, Suite 300
3    Chandler, Arizona 85226
     Telephone: (480) 420-1600
4    Fax: (480) 420-1699
     kwieneke@swlfirm.com
5    cretts@swlfirm.com

6    Attorneys for Defendants City of Phoenix
     and Phoenix Police Chief Daniel Garcia

7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF ARIZONA**

9

| | |
|---|---|
| 10   Yolanda Erickson, individually and as personal representative of the Estate of Miguel Ruiz, | NO. 2:14-cv-01942-JAT |
| 11   Canon Ruiz, minor A.R., | **AFFIDAVIT OF GARY M. VILKE, M.D., FACEP, FAAEM** |
| 12                 Plaintiffs, | |
| 13      v. | |
| 14   City of Phoenix, et al. | |
| 15                 Defendants. | |

16

17   STATE OF CALIFORNIA )
                       ) ss.
18   County of San Diego     )

19       GARY M. VILKE, M.D., FACEP, FAAEM, being first duly sworn, upon his oath

20   deposes and states:

21       1.     I am over the age of 18 years and competent to testify to the matters set

22   forth in this Affidavit.

23       2.     I have prepared a Rule 26(a)(2)(B) expert witness report in the matter of

24   *Yolanda Erickson, et al v. City of Phoenix, et al.*, Case No. 2:14-cv-01942-JAT, attached

25   hereto as Exhibit A.

26       3.     The opinions expressed therein are stated to a reasonable degree of

27   probability within my field of expertise as a board certified emergency department

28

physician with substantial experience in anoxic brain injuries, sudden cardiac arrest, and sudden cardiac death. My CV is attached to my report.

4.  I declare under penalty of perjury that the opinions in Exhibit A are true to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Gary M. Vilke, M.D., FACEP, FAAEM

SUBSCRIBED AND SWORN before me this 23th day of March ,

2016 by Gary M. Vilke, M.D., FACEP, FAAEM.

_____
Notary Public

My Commission Expires:

August 2, 2016
_____

3148793.1

MATILDA HERNANDEZ
Commission No. 1986913
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires August 2, 2016

# EXHIBIT  A

*Gary M. Vilke, M.D., FACEP, FAAEM*
*11279 Breckenridge Way*
*San Diego, California 92131*
*(619) 666-8643*

October 12, 2015

Kathleen Wieneke
Struck Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

RE:     Erickson v City of Phoenix, et al
        Case No. 2:14-cv-01942

### Introduction

I am a board-certified emergency department physician with substantial experience in sudden cardiac arrest and sudden cardiac death, including my service as the Medical Director of the American Heart Association Training Center at the University of California, San Diego Center for Resuscitation Science for the past seven years.  I am also an independent researcher on the effects of TASER electronic control devices (ECD's) on human physiology, excited delirium syndrome and in-custody cardiac arrest and deaths.  I also published in the field of neck holds.

I have been retained as an expert to review relevant materials and provide expert opinion on this matter, including the state of the medical and scientific literature as of the date of the incident, July 28, 2013, and today, and to consider and render expert opinion on whether the neck hold or the use of the TASER ECD were contributory to Mr. Miguel (Michael) Ruiz's cardiac arrest.  After careful review, it is my opinion to a reasonable degree of medical certainty that Mr. Ruiz's cardiac arrest was not caused by the neck hold nor the TASER ECD utilized by the officers, but rather from ExDS secondary to his methamphetamine use.  These opinions and related opinions are set forth in the expert report.

COP_ERI004262

**Materials Reviewed**

I have reviewed extensive materials pertaining to the above referenced case. This includes, but is not limited to:

**A.      Medical and Scientific Literature**

Bozeman WP, Barnes DG Jr, Winslow JE 3rd, Johnson JC 3rd, Phillips CH, Alson R. Immediate cardiovascular effects of the Taser X26 conducted electrical weapon. Emerg Med J. 2009 Aug;26(8):567-70.

Dawes DM, Ho JD, Johnson MA, Lundin E, Janchar TA, Miner JR. 15-Second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. Forensic Sci Int. 2008 Apr 7;176(2-3):253-7. Epub 2007 Nov 5.

Ho JD, Dawes DM, Bultman LL, Moscati RM, Janchar TA, Miner JR. Prolonged TASER use on exhausted humans does not worsen markers of acidosis. Am J Emerg Med. 2009 May;27(4):413-8.

Ho JD, Dawes DM, Cole JB, Hottinger JC, Overton KG, Miner JR. Lactate and pH evaluation in exhausted humans with prolonged TASER X26 exposure or continued exertion. Forensic Sci Int. 2009 Sep 10;190(1-3):80-6. Epub 2009 Jun 17.

Ho JD, Dawes DM, Heegaard WG, Calkins HG, Moscati RM, Miner JR. Absence of electrocardiographic change after prolonged application of a conducted electrical weapon in physically exhausted adults. J Emerg Med. 2009 May 12.

Ho JD, Dawes DM, Reardon RF, Lapine AL, Dolan BJ, Lundin EJ, Miner JR. Echocardiographic evaluation of a TASER-X26 application in the ideal human cardiac axis. Acad Emerg Med. 2008 Sep;15(9):838-44.

Ho JD, Dawes DM, Bultman LL, et al. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. Acad Emerg Med.2007; 14:197–201

Ho JD, Miner JR, Lakireddy DR, Bultman LL, Heegaard WG. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. Acad Emerg Med. 2006 Jun;13(6):589-95. Epub 2006 Mar 21.

Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007 Aug;33(2):113-7. Epub 2007 Jun 13.

Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum troponin I measurement of subjects exposed to the Taser X-26. J Emerg Med. 2008 Jul;35(1):29-32. Epub 2008 Mar 4.

COP_ERI004263

Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic effects of the TASER after exercise. Acad Emerg Med. 2009 Aug;16(8):704-10.

Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26. Am J Emerg Med. 2008 Jan;26(1):1-4.

Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological effects of a conducted electrical weapon on human subjects. Ann Emerg Med. 2007 Nov;50(5):569-75. Epub 2007 Aug 24.

Vilke GM, Bozeman WP, Chan TC.  Emergency Department Evaluation after Conducted Energy Weapon Use:  Review of the Literature for the Clinician.  J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

Vilke GM, Payne-James J, Karsch SB.  Excited Delirium Syndrome (ExDS):  Redefining an Old Diagnosis.  J Forens Legal Med. 2012;19:7-11.

Vilke, GM, Bozeman WP, Dawes DM, DeMers, G, Wilson MP.  Excited delirium syndrome (ExDS): Treatment options and considerations.  J Forens Legal Med. [Epub 2012 Jan 24]

Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature.  J Emerg Med. [Epub 2011 Mar 24]

Rossen R, Kabat H, Anderson JP.  Acute arrest of cerebral circulation in man. Arch NeurPsych1943;50(5):510-28.

Iserson K. Strangulation: a review of ligature, manual and postural compression injuries.  Annotated Emerg Med 1984;13:179-185.

Koiwai EK. Deaths allegedly caused by the use of "choke holds" (shime-waza). J Forens Sci 1987;32:419-432.

Koiwai EK. Fatalities associate with judo. Physic and Sports Med 1981;9:61-66.

Kornblum RN. Medical analysis of police choke holds and general neck trauma (part 2) Trauma 1986;28:13-64.

Kornblum RN. Medical analysis of police choke holds and general neck trauma (part 1) Trauma 1986;27:7-60.

Reay DT, Eisele JW. Death from law enforcement neck holds. Am J Forens Med Path 1982;3:253-258.

Tezuka M. Physiological studies of the Ochi (unconsciousness) resulting from shime-waza (strangle-hold) in judo.  Bull Assoc Sci Stud Judo, Kodokan, Tokyo, 1978 Report V:71-73.

COP_ERI004264

## B. Case-Specific Materials.

1. Plaintiff's Notice of Claim

2. Plaintiff's Complaint

3. Phoenix Police Department report

4. Records of Office of the Medical Examiner

5. Incident video and photos taken by Sgt. Chris Luebkin

6. Incident video and photos taken by Elisabeth Brown

7. Incident video taken by Jose Segundo

8. Incident video taken by Kheylon Cunningham

9. Incident video taken by Wilbert Barnes

10. Phoenix Police Departmental Report 2011 01740140

11. Photos from Departmental Report 2011 01740140

12. Phoenix Fire Department Incident Report 13-233040

13. Professional Standards Bureau Report 13-0068

14. Audio files from Professional Standards Bureau Report 13-0068

15. Phoenix Police Department training records for Sergeant Mike Wesley

16. Phoenix Police Department training records for Officer Justin Schmidt

17. Phoenix Police Department training records for Officer Robert Matthews

18. Phoenix Police Department training records for Officer Abraham Camarillo

19. Phoenix Police Department training records for Officer Kevin Linn

20. Phoenix Police Department training records for Sergeant Christopher Luebkin

21. Phoenix Police Department training records for Lieutenant Stan Hoover

22. Phoenix Police Department training lesson plan on Carotid Control Technique

23. Phoenix Police Department training lesson plan on Excited Delirium

24. Phoenix Police Department training lesson plan on Sudden Custody Death Syndrome

25. Phoenix Police Department training lesson plan on Taser X2 Operator

26. Defendants' First Set of Requests for Admission to Plaintiffs

27. Defendant City of Phoenix's Second Supplemental Disclosure Statement

28. Plaintiff's Initial Disclosure Statement

29. Defendant Camarillo's Amended Initial Disclosure Statement

30. Plaintiff's Responses to Defendants' First Request for Admission

31. Plaintiff's Responses to Defendants' First Non-Uniform Interrogatories

COP_ERI004265

32. Plaintiff's Responses to Defendants' Third Non-Uniform Interrogatories

33. Plaintiff's First Supplemental Responses to Defendants' First Requests for Admission

34. Plaintiff's First Supplemental Responses to Defendants' First Non-Uniform Interrogatories

35. Plaintiff's First Supplemental Responses to Defendants' Third Non-Uniform Interrogatories

36. Medical Examiner's Report (produced by Plaintiff in response to Defendants' Third Non-Uniform Interrogatories)

37. Medical Examiner's hand-written notes (produced by Plaintiff in response to Defendants' Third Non-Uniform Interrogatories)

38. Maricopa County Correctional Health Services file for Miguel ("Michael") Angel Ruiz (Inmate No. P809431)

39. Maricopa County Sheriff's Office's inmate-file for Miguel ("Michael") Angel Ruiz (Inmate No. P809431)

40. Medical records received from Banner Good Samaritan Hospital pursuant to subpoena duces tecum

41. Medical records received from St. Joseph's Hospital pursuant to subpoena duces tecum

42. Court file from Los Angeles County Superior Court regarding Case No. 93M10327

43. Court file from Pima County Superior Court regarding Case No. CR060930

44. Court file from Tucson Municipal Court regarding Case No. M-1041-CR-98221071

45. Court file from Tucson Municipal Court regarding Case No. M-1041-TR-98278710

46. Court file from Bullhead City Municipal Court regarding Case No. M-0842-CR-200301911

47. Court file from Bullhead City Municipal Court regarding Case No. M-0842-CR-200300869

48. Court file from Bullhead City Municipal Court regarding Case No. J-0802-FR-20030542

49. Court file from Orange County Superior Court regarding Case No. SH00CF0878

50. Court file from Orange County Superior Court regarding Case No. 04SF1090

51. Court file from Orange County Superior Court regarding Case No. 07NM01143

52. Court file from Los Angeles County Superior Court regarding Case No. 8WW05806

53. Court File from Los Angeles County Superior Court regarding Case No. 8WW05806

54. Court file from Los Angeles County Superior Court regarding Case No. 1EA03701

55. Court File from Bullhead City Justice Court regarding Case No. J-0802-FR-20090440

56. Court File from Maricopa County Superior Court regarding Case No. CR2011-152520

57. Court File from Maricopa County Superior Court regarding Case No. SW2013-007005

58. Court file from Maricopa County Superior Court regarding Case No. PB2013-001983

59. Expert Report of Ruth Downing

COP_ERI004266

60. CV of Ruth Downing
61. Order Dismissing Individual City Defendants Sergeant Wesley, Officer Schmidt, Officer Mathews, Officer Linn, Sergeant Luebkin, Officer Hessner and Lieutenant Hoover
62. Arizona Department of Corrections records relating to decedent Michael Ruiz

## Overview of Opinions
### (all opinions within this report are to a reasonable degree of medical or scientific certainty and probability)

An overview of my opinions is as follows with more description of each below:

*1.*      *The TASER X26 ECD utilized on Mr. Ruiz did not cause or contribute to his cardiac arrest.*

*2.*      *The placement of a lateral vascular neck restraint (LVNR) carotid hold did not cause or contribute to the cardiac arrest or ultimately the death of Mr. Ruiz.*

*3.*      *Mr. Ruiz was suffering signs and symptoms consistent with excited delirium syndrome due his methamphetamine use, which in and of itself can cause sudden cardiac arrest.*

*4.*      *I disagree with the opinion and the reasons for the opinion supplied by nurse Ruth Downing regarding the "choke hold."*

## Analysis

After reviewing the above listed materials, it appears that on July 28, 2013, Michael Ruiz was acting in a bizarre behavior up on the roof of an apartment complex. He was seen pacing on the roof as well as standing on top of an air conditioning unit. Police were called. He was reported to be acting in a paranoid and unpredictable behavior. Mr. Ruiz was 44 years of age at the time, was 5'8" and weighed 218 lbs. He was approached by police officers who attempted to take him into custody by coaxing him into a bucket lift operated by the fire department. Once near the

COP_ERI004267

bucket, he changed direction started moving away and at that time, a TASER electronic control device (ECD) was deployed in probe mode, striking him in the right shoulder and finger. Based on the reports by police and demonstrated in the video, the activation did not have the desired effect of neuromuscular incapacitation. Mr. Ruiz continued to walk away and shortly thereafter, intentionally dropped himself from the roof to a stairwell landing a floor below.

Once on the landing, officers attempted to take Mr. Ruiz into custody. He was reported to be sweating profusely and exhibiting incredible strength, described as superhuman. Officers were trying to get him handcuffed while Officer Camarillo was behind him holding him in place with his arm around Mr. Ruiz's neck, trying to keep him from standing up.

Officer Matthews deployed his TASER ECD from approximately two feet away in probe mode with the probes striking him into the chest and abdomen. It was reported that the activation was ineffective. The abdominal probe was then reportedly pulled out by Mr. Ruiz. Officer Matthews deployed another probe mode attempt, but apparently the probes missed Mr. Ruiz and did not impact him. Two officers were each able to place a handcuff on each wrist, but were unable to control his arms. Officer Camarillo reported that he then attempted to render Mr. Ruiz unconscious by implementing a carotid hold for an estimated 10-15 seconds. He reported that this was not successful in rendering him unconscious. Officer Matthews then utilized the TASER ECD in drive stun mode to Mr. Ruiz over his thigh. The TASER ECD use did not appear effective to officers. To gain compliance, Sgt. Wesley delivered one knee strike to the left side of Mr. Ruiz's chest, but this did not appear effective to the officer.

A rip restraint was placed around Mr. Ruiz's ankles and his legs were straightened out. At this point, Mr. Ruiz appeared to start to calm down. Officer Matthews reported that Mr. Ruiz's face turned blue and then he went limp. The officers were then able to get his hands cuffed and he was carried down the stairs to where paramedics were waiting.

COP_ERI004268

The paramedics found him in cardiac arrest. He was resuscitated and had his pulse restored and was transported to the hospital. He had a complicated hospital course and ultimately died several days later on August 2, 2013.

Given this history, there are a number of issues that need to be addressed in more detail below. All opinions given are to a reasonable, or higher, degree of medical or scientific certainty or probability based on the information currently available.

## Detailed discussion and basis of opinions

1. *The TASER X26 ECD utilized on Mr. Ruiz did not cause or contribute to his cardiac arrest.*

There are no peer-reviewed published scientific or medical literature that concludes that TASER ECDs cause cardiac dysrhythmias or cardiac arrest in humans utilized in the probe mode away from the chest transcardiac axis or in drive stun mode. More than 1.5 million volunteer subjects have undergone TASER ECD activations, and none have ever been reported to develop sudden cardiac arrest or die. Just because a TASER ECD was being used in proximity to his cardiac arrest, does not imply causation.

There is a great deal of unwarranted concern of electrocution based on lay misunderstanding of the reported 50,000 volts (V) peak open arcing voltage used by TASER handheld ECDs. TASER handheld ECDs deliver only a fraction of the 50,000 V to the body. In the case of the TASER X26 ECD, the mean delivered pulse voltage is 580 V.

However, it is not the voltage, but the delivered electrical charge, that actually creates a risk for cardiac effects. For example, the static electricity from walking across a carpet can generate 30,000 to 100,000 V. However, the average, aggregate, and actual delivered electrical current of the TASER X26 ECD is only about 1.9 milliamperes (mA) (or, 0.0019 amperes (A)) and the peak

COP_ERI004269

current is only about 3 A. By way of comparison, a TASER M26™ ECD has a peak current of about 17 A; an International Electrotechnical Commission (IEC) Level IV static electricity shock has a peak current of 30 A; a Christmas tree light string will have on average current of 0.4 A or 400 mA, which is about 200 times the average (or actual or aggregate) delivered current of the TASER X26 ECD.

The stored energy in the TASER X26 ECD is about 0.36 joules (J) per pulse (J/pulse), and the delivered energy is about 0.1 J/pulse, with the comparison of an automatic external cardiac defibrillator (AED) used many times per day by paramedics using 360 J, over 3000 times greater than the X26 ECD. Or, if one thinks about it, this limited amount of delivered electrical energy able to be transferred to a person makes sense as the TASER X26 ECD is only powered by a battery of two 3 V cells (Duracell® CR123s), commonly used in some small digital cameras (such as the Nikon F6), not an electrical outlet or power generator. It is the TASER ECD's rapid cycling that can cause the subjects' muscles to contract at about 19 times a second that can offer the painful compliance in drive-stun mode, while still offering a significant safety margin from electrical injury. Once the energy from an ECD is turned off, the subject is back to his physical baseline.

In order for an ECD to deliver a charge to the person the electrical circuit must be completed and maintained. In drive stun deployment, if the ECD is not in good contact or does not remain in contact with the subject during a drive-stun deployment attempt, there will be an X26 ECD download recording of the discharge, despite there not being any actual delivered charge being applied to the subject. Thus, just because the TASER ECD download recorded a trigger pull, does not mean that the TASER ECD was indeed in contact with the subject and delivering the electrical stimulus. The same is true for probe mode deployment in that the circuit must be intact.

In the case of Mr. Ruiz, the TASER X26 ECD data download from Officer Matthews' TASER ECD shows five trigger pulls of five seconds each. The total time from the trigger pulls

COP_ERI004270

was 25 seconds of activation time from that device. Additionally, the download of TASER ECD on the roof also recorded a single 5-second activation. As noted previously, in order for an ECD to deliver a charge to the person the electrical circuit must be completed and maintained. Thus, as a point of clarification, just because the TASER ECD download recorded 30 seconds of total activation time from the two TASER ECDs, does not mean that the TASER ECDs were indeed in contact with the subject and delivering the electrical stimulus for that amount of time. Often with moving, squirming, rolling and kicking, probes can become dislodged or wires broken.

In this case, the first 5-second activation was in probe mode on the roof did not demonstrate effectiveness as Mr. Ruiz continued to walk away. The first two activations by Officer Matthews were attempted in probe mode, with the first with probes to the anterior torso with questionable effectiveness and the second activation reportedly missing Mr. Ruiz altogether. The next three activations were in the drive stun mode to the lower extremities.

Even well after the final TASER ECD activation, Mr. Ruiz was reported and on the video seen to still be struggling and resisting. If the TASER ECD had "electrocuted" Mr. Ruiz, his heart would have gone into a ventricular fibrillation (VF) at the time the electricity was being delivered and he would have immediately lost consciousness at the time that the TASER ECD was firing or within 1-2 seconds after stopping. Subjects in VF cannot fight or struggle, let alone remain conscious as the blood flow to the brain ceases immediately.

This time of struggle that Mr. Ruiz had after the last TASER ECD activation supports and essentially confirms that the TASER ECD did not cause the heart to go into cardiac arrest. This conclusion is also supported in that the first rhythm reported by the paramedics shortly after he went into cardiac arrest recorded the first rhythm as Pulseless Electrical Activity (PEA), a cardiac rhythm with no palpable pulse. PEA is not a rhythm caused by electricity, VF is. And finally, once again, in the medical and scientific literature, there has never been a cardiac arrest or sudden death

COP_ERI004271

reported to have occurred as caused by a TASER ECD that did not involve the probes being located over the transcardiac (across the heart) axis.  All of the published scientific data as well as the objective evidence available in this case confirms that the use of the TASER ECD was non-contributory to the cardiac arrest and death of Mr. Ruiz.

**2.**  ***The placement of a lateral vascular neck restraint (LVNR) carotid hold did not  cause or contribute to the cardiac arrest or ultimately the death of Mr. Ruiz.***

The pathophysiology, and thus the safety, of the LVNR or neck hold (also called a carotid restraint), are relatively straightforward and well delineated in many texts.  The purpose is to place the arm around the neck of the subject to be controlled.  The crook of the elbow is placed at the anterior (front) region of the neck and the forearm and upper arm come around the sides and are used to place pressure on the lateral aspects of the neck where the carotid arteries are located.  Pressure placed on the arteries diminishes blood flow to the brain, quickly rendering the subject unconscious.

The elbow being at the location of the anterior portion of the neck prevents pressure being placed on the airway itself.  It is just a fulcrum, not a pressure point.  Thus the term "choking out" of a person really is not accurate as there is no choking involved.  That term was originally coined when in the past when a true choke-hold was being utilized: where the forearm crossed the anterior neck in a "bar-like" hold and there was truly choking and airway obstruction involved.  This does not occur in a properly placed carotid restraint.  And when the restraint is immediately released after rendering the subject unconscious, the procedure is safe without significant short or long-term effects.

The history, video and autopsy do not reflect that any ongoing inappropriate placement of the neck hold occurred. Mr. Ruiz was moving and shifting, occasionally changing the position of his head when being held, but based on the video and the report of Officer Camarillo, there did not

COP_ERI004272

appear to be any ongoing or constant pressure across his airway.   Officer Camarillo reports using the position of his arm to keep Mr. Ruiz from getting up, but only placed pressure onto the neck for short periods of time to try to render him unconscious with the carotid restraint after other methods to subdue him failed.   Mr. Ruiz was less resistant but was reported not to go completely limp during the hold, and thus the hold really could not have been placed too long to cause brain injury. Research applying pressure across the carotid arteries for 100 seconds did cause loss of consciousness but did not demonstrate any adverse outcomes including notable brain damage, cardiac arrest or sudden death.

Additionally, the findings in the autopsy report support that the hold was appropriately placed with an appropriate use of pressure as the hyoid bone was intact as were the laryngeal cartilages.  There was minor soft tissue injury to one of the neck muscles, the right sternocleidomastoid, but this is not out of the ordinary for the pressure hold to the neck as well as struggling and moving the neck around when being held.  There was also noted a fracture of the right cornu of the thyroid cartilage with associated local bleeding.  This is a small, fragile piece of cartilage noted in the figure below that is easily damaged and does not imply significant force or trauma.  The use of the carotid restraint did not contribute to the death of Mr. Ruiz.



COP_ERI004273

### 3. *Mr. Ruiz was suffering signs and symptoms consistent with excited delirium syndrome due his methamphetamine use, which in and of itself can cause sudden cardiac arrest.*

Excited Delirium Syndrome (ExDS) is a syndrome most commonly caused by use of stimulant drugs like cocaine, methamphetamine or PCP and presents typically with aggressive and often paranoid behavior, but can also be caused by uncontrolled and untreated psychiatric illnesses, particularly schizophrenia. In fact, the original description of ExDS symptoms was in psychiatric patients. And in the days before there were medications to treat these patients, the mortality rate was reported at 75%. Currently, the majority of cases occurs in subjects using illicit drugs and is a significant cause of sudden cardiac arrest.

Classically, people suffering from ExDS are delusional often hallucinating or paranoid, are hyperactive, may be violent despite threats or overwhelming force, fight inappropriately, may be inappropriately dressed for the conditions or take off their clothes or do actions to cool themselves down, may be sweaty, have elevated body temperatures, and are often breathing fast. They are also often destructive and described as having superhuman strength. Some have reported an attraction to glass or mirrors. The subjects who tend to suffer sudden death are commonly noted to have elevated body temperatures.

The actual pathophysiology of ExDS is complex and not well understood. Anatomic and molecular evaluation of ExDS patients who die has focused primarily on postmortem brain examinations. Results demonstrate a characteristic loss of the dopamine transporter in the striatum of chronic drug abusers who die with clinical presentations consistent with and a diagnosis of ExDS. This suggests that one potential pathway for the development of ExDS is excessive dopamine stimulation in the striatum.

Even more supportive of central dopamine stimulation as a pathway is the fact that

- 13 -

COP_ERI004274

hypothalamic dopamine receptors are responsible for thermoregulation. These disturbances of dopamine neurotransmission may help explain the profound elevated temperatures reported in many ExDS patients as well as elevated levels of heat shock proteins, which are found in nearly every cell and act to protect cell proteins from a variety of stressors. The central dopamine hypothesis also provides a link to psychiatric etiologies and the delirious presentation in patients with ExDS.

ExDS places the individual at increased risk for sudden death syndrome, felt by most experts to be caused by an irregular or stoppage of the heartbeat, caused by the increased stress and work on the heart by the excited, over-stimulated, agitated physical state. There are data that this state is caused by a central brain effect and changes in neurotransmitter receptors. Once the heart goes into an irregular beat or stops, blood flow through the body ceases and shortly thereafter, the subject will lose consciousness due to lack of blood flow to the brain and stops breathing. Often, law enforcement officers will notice that the subject has quieted down, thinking that he has finally calmed down and given up the fight. Then a short time later is when someone will identify that the subject is suddenly in cardiac arrest.

Mr. Ruiz demonstrated many of the signs of ExDS. He was agitated, not following commands and kept on fighting despite being held. He was also described as having significant "superhuman" strength requiring multiple officers to get him restrained. He was not wearing a shirt and was noted to be very sweaty. He also kept on trying to fight and kick and resisting despite multiple uses of the TASER ECD, demonstrating tolerance to pain.

The body temperature of Mr. Ruiz in the emergency department was 101.0 degrees within an hour after the altercation. Patients who go into cardiac arrest and undergo resuscitation tend to have temperatures that are low because of the lack of blood flow and the exposure for the CPR. In this case, Mr. Ruiz had an elevated temperature despite the cardiac arrest with CPR and the exposure. His core body temperature was more likely than not even higher initially. This is also

COP_ERI004275

consistent with ExDS.  Not all people suffering from ExDS go into cardiac arrest and die, but when they do, they commonly have an elevated body temperature. Finally, the initial cardiac rhythm of PEA is also classic for ExDS. Overall, this clinical presentation by Mr. Ruiz is consistent with ExDS.

Finally, to conclude that a person was actually suffering from ExDS and make the diagnosis, there needs to be inciting etiology, a cause.  The two main recognized etiologies are active drug use of a stimulant drug, like cocaine, or an untreated or under treated psychiatric disorder like schizophrenia or bipolar disorder.  Mr. Ruiz had methamphetamine noted in his drug screen.   Mr. Ruiz was demonstrating the classic presentation of ExDS caused by his methamphetamine use, and this drug-induced ExDS is the probable cause of his sudden cardiac arrest.

**4.   *I disagree with the opinion and the reasons for the opinion supplied by nurse Ruth Downing regarding the "choke hold."***

Nurse Ruth Downing wrote, "The choke hold lasted 4 minutes and appeared continuous prior to loss of consciousness. This could potentially result in the anoxic brain injury as described in the medical examiner's report. The thyroid cartilage fracture with associated hemorrhage, as described in the medical examiner's report is most likely the result of the choke hold which closed off the airway and caused bleeding of the surrounding tissues."  First, based on the video and the report by Officer Camarillo, though his arm was around the shoulders, reports he was not placing pressure or attempting to render Mr. Ruiz unconscious for four minutes as noted by Ms. Downing.  Additionally, even if he was, Mr. Ruiz was talking and yelling and growling, demonstrating that the arterial blood was getting to his brain, otherwise he would have lost consciousness earlier.  As long as he is awake and blood is flowing to his brain, he would not be developing an anoxic brain injury, a possibility noted by Ms. Downing in her opinions.  The more common cause and likely cause of anoxic brain injury is the cardiac arrest in the face of acute methamphetamine intoxication.

COP_ERI004276

The second disagreement I have is that "…the choke hold which closed off the airway and caused bleeding of the surrounding tissues." There is no evidence on the video that the carotid restraint was not correctly placed during implementation and caused an airway obstruction. Additionally there was no noted difficulty placing an endotracheal tube by the paramedics, implying a patent and open airway, where the breathing tube must pass through the trachea. If it has been closed off, they would not have been able to pass the tube easily. Additionally, there was not any evidence of a "closed off" airway noted on direct laryngoscopy, CT scan of the cervical spine, or on autopsy.

## Background

My background is that I am a full time faculty member in the department of emergency medicine at the University of California, San Diego Medical Center. I am residency trained and board certified in Emergency Medicine. I work full time as a practicing clinician in the Emergency Department of a busy urban hospital. I also work for the medical center as the Director of Custody Services for the San Diego County Sheriff's Department Jail Medical Service where I oversee direct patient care, interface between the jail clinical staff and the hospital staff, and have been involved in the process of utilization review. I currently serve as the Medical Director for Risk Management for the UC San Diego Health System. I also serve as the UCSD Medical Center's Medical Risk Management Committee Chair and Medical Center Allocation Committee Chair, as well as previously having served as the Chair of the Patient Care and Peer Review Committee, all of which are charged with the task of reviewing medical records and making determinations of standard of care. I am also the former Chief of Staff for the UCSD Medical Center.

As a physician working at an urban-based emergency department, I have evaluated thousands of patients over the last 20 years who have had a TASER ECD used, a neck restraint implemented, used methamphetamine or went into cardiac arrest.

I am knowledgeable of peer-reviewed medical and scientific research on TASER ECDs

COP_ERI004277

conducted by others.  In fact, I was the lead author on work requested by the American Academy of Emergency Medicine (AAEM) to review the totality of the peer reviewed published medical literature on humans and come to conclusions regarding the necessary emergency department evaluation of patients being seen after receiving an ECD activation.  I have performed extensive clinical research on human subjects who have received TASER ECD applications (articles included in my curriculum vitae) which includes having been involved with over 200 TASER ECD activations and have personally received multiple applications of the device.

I am knowledgeable of peer-reviewed medical and scientific research on neck holds.  I have written several peer reviewed papers and textbook chapters on this topic and have been invited to lecture on this topic.  I am trained as a second-degree black belt in tae kwon do and have been trained in neck holds and have even been personally "choked out" to the point of unconsciousness. Given my own interests in this area, I regularly perform a complete review of the literature regarding neck restraint use.

I was also the lead author on work requested by the American College of Emergency Physicians (ACEP) to review the totality of the body of literature on the topic of Excited Delirium Syndrome (ExDS) and wrote up the findings of the expert consensus panel's white paper.  I have published several papers on the topic, have been grant funded by the National Institute of Justice to study patients with ExDS and invited to write chapters on the topic of ExDS.  I have also been invited to lecture nationally and internationally on the topics of Excited Delirium Syndrome.

Given my own research interests, I regularly perform a complete review of the literature regarding neck holds, TASER ECDs, ExDS, and sudden death in custody.

As per Rule 26 formatting, Appendix A is a copy of my current Curriculum Vitae, which includes a list of all publications authored by me.  Appendix B is a list of all cases in which I have testified as an expert in trial or deposition within the preceding four years.  Appendix C is my fee

COP_ERI004278

schedule. The knowledge base that I utilize has been developed over time from my years of clinical practice, reading and research, including specifically those articles that I have published myself in Appendix A. Under penalty of perjury, I hereby swear that the opinions stated above are true and correct within a reasonable degree of medical probability.

Respectfully submitted,

Gary M. Vilke, M.D., FACEP, FAAEM
Professor of Clinical Emergency Medicine
Director, Clinical Research for Emergency Medicine
University of California, San Diego Medical Center

COP_ERI004279

**APPENDIX A**

*CURRICULUM VITAE*

*GARY MICHAEL VILKE, M.D., FACEP, FAAEM*

HOME ADDRESS:

11279 Breckenridge Way
San Diego, CA  92131
Phone:  (619) 666-8643
Pager:  (619) 290-9149

OFFICE ADDRESS:

Department of Emergency Medicine
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA  92103-8676
Phone:  (619) 543-6210
Fax:      (619) 543-3115
E-mail:  gmvilke@ucsd.edu

PERSONAL:   Born September 12, 1966 in Cleveland, Ohio
            Marital Status:  Married, two children

EDUCATION:

| | |
|---|---|
| Academic:<br>1983-88 | B.S. in Zoology, University of California, Berkeley<br>Berkeley, California |
| Medical School:<br>1988-92 | M.D., University of California, San Diego School of Medicine<br>La Jolla, California |
| Internship:<br>1992-93 | Department of Surgery<br>University of California, San Diego Medical Center<br>San Diego, California |
| Residency:<br>1993-96 | Department of Emergency Medicine<br>University of California, San Diego Medical Center<br>San Diego, California     (Chief Resident: 1995-96) |
| Physician Leadership<br>Academy:<br>2007-09 | University of California, San Diego Medical Center<br>San Diego, California |

LICENSURE:   California Medical License Number G-78057

BOARD CERTIFICATIONS:

National Board of Medical Examiners, 1993

American Board of Emergency Medicine, 1997, renewed 2007

COP_ERI004280

APPOINTMENTS:

| | |
|---|---|
| 9/11 - Present | Professor of Clinical Emergency Medicine and Medicine, University of California, San Diego (UCSD) School of Medicine |
| 2/14- Present | Assistant Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 7/13 - Present | Chief, Division of Custody Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 3/13 – Present | Medical Director, AviaMedix Air Ambulance Service |
| 1/13 – Present | Medical Director, Carlsbad Fire Department |
| 7/12 – Present | Medical Director, Risk Management, UC San Diego Health System |
| 6/12 – Present | Associate Director, Department of Emergency Medicine Behavioral Emergencies Research (DEMBER) Lab |
| 10/09 – Present | UCSD Department of Emergency Medicine Clinical Research Scholar Fellowship Director |
| 4/07 – Present | Medical Director of the American Heart Association Training Center at the UCSD Center for Resuscitation Science |
| 2/06 - Present | Chief, Division of Clinical Research, UCSD Medical Center, Department of Emergency Medicine |
| 4/99 - Present | Director, Custody Services, UCSD Medical Center (Co-Director 1999-2013) |
| 7/96 - Present | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/94 - Present | Base Hospital Physician, University of California Medical Center |

COP_ERI004281

## PREVIOUS  EXPERIENCE/APPOINTMENTS:

| | |
|---|---|
| 10/11- 2/14 | Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/12 – 3/13 | Medical Director, Aeromedevac Air Ambulance Service |
| 7/09 – 6/12 | Chief of Staff, UCSD Medical Center |
| 7/07 - 6/09 | Vice Chief of Staff UCSD Medical Center |
| 7/04 – 6/09 | EMS/Disaster Medicine Fellowship Director, Department of Emergency Medicine. |
| 3/02 - 2/06 | Medical Director, San Diego County Emergency Medical Services |
| 3/03 - 12/05 | Medical Consultant, San Diego Chapter Red Cross Disaster Health Services |
| 6/04 - 2/05 | Interim Chief, San Diego County Emergency Medical Services |
| 1/01 - 2/04 | Medical Director, Southwestern College Paramedic Training Program |
| 7/00 - 2/04 | Medical Director, Palomar College Paramedic Training Program |
| 7/97 - 1/03 | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - 1/03 | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/96 - 1/03 | Medical Director, Mercy Air Medical Transport Service, San Diego, California |
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service |

## PREVIOUS ACADEMIC APPOINTMENTS

| | |
|---|---|
| 7/05 – 9/11 | Professor of Clinical Medicine, UCSD School of Medicine |
| 7/01 - 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |

COP_ERI004282

<u>HONORS AND AWARDS</u>:

1990    Random House Medical Student Award

1996    American College of Emergency Physicians, California Chapter Challenge
        Bowl Winner

1996    Council of Residency Directors (CORD) Resident Academic Achievement Award

1996    Outstanding Emergency Medicine Resident

1996    UCSD Emergency Department Staff Support Award

1996    *Journal of Emergency Medicine* Outstanding Contribution Award

1999    "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency
        Graduating Class of 1999

2000    Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000

2000    Best Research Poster Presentation, California Chapter of the American College of
        Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California

2000    Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency
        Medical Services for Children Conference, San Diego, California, November 2000

2001    Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California

2004    Academy of Clinician Scholars, University of California San Diego

2004    Top Doctor in San Diego County, San Diego Magazine

2004    Top Peer Reviewer, *Annals of Emergency Medicine*

2005    Top Doctor in San Diego County, San Diego Magazine

2005    Clinical Investigation Institute, University of California San Diego

2006    Top Doctor in San Diego County, San Diego Magazine

2007    Finalist San Diego Business Journal Health Care Champion Award

2007    Top Doctor in San Diego County, San Diego Magazine

2007    Top Peer Reviewer, *Annals of Emergency Medicine*

2008    Top Doctor in San Diego County, San Diego Magazine

2008    UCSD Undergraduate Campus Outstanding Faculty Mentor of the Year

2009    Clinical and Translational Research Institute, Charter member

2009    Top Doctor in San Diego County, San Diego Magazine

2010    Top Doctor in San Diego County, San Diego Magazine

2011    Top Doctor in San Diego County, San Diego Magazine

COP_ERI004283

HONORS AND AWARDS, continued:

    2012 Top Doctor in San Diego County, San Diego Magazine

    2013 Top Doctor in San Diego County, San Diego Magazine

    2014 Top Doctor in San Diego County, San Diego Magazine


CERTIFICATIONS:

    Basic Cardiac Life Support Instructor

    Pediatric Advanced Life Support Provider

    Advanced Cardiac Life Support Instructor

    Hazardous Material Training, Level I

    Advanced HAZMAT Life Support Provider


PROFESSIONAL SOCIETY MEMBERSHIPS:

    American Medical Association, 1988-97

    California Alumni Association, 1988

    American College of Emergency Physicians, 1991-2000

    Fellow, American College of Emergency Physicians, 2000

    California Chapter of the American College of Emergency Physicians, 1991

    Society for Academic Emergency Medicine, 1995

    National Association of EMS Physicians, 1998

    Fellow, American Academy of Emergency Medicine, 2000

    California Chapter of the American Academy of Emergency Medicine, 2000

    American Association of University Professors, 2002

    California Conference of the American Association of University Professors, 2002

    San Diego Faculty Association, 2002

    San Diego County Medical Society, 2003

    California Medical Association, 2003

    American Association of Emergency Psychiatry, 2014

COP_ERI004284

PATENTS:

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# US 2010/011966 A2: Medication Delivery System (January 28, 2010)

# US 2010/0022987 A1: Medication Delivery System (January 28, 2010)

# US 61476836 Medication Delivery Apparatus (April 19, 2011)


CURRENT ACTIVITIES:

Objective Structured Clinical Examiner, Introduction to Clinical Medicine, UCSD School of Medicine, 1997

UCSD Alumni Preceptor, UCSD School of Medicine, 1997

Physician Member, San Diego County Metropolitan Medical Strike Team, 1998

Quality Assurance Reviewer, Department of Emergency Medicine, UCSD Medical Center, 1999

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000

Tactical EMS Care Provider for San Diego Sheriff's Special Enforcement Detail (SED), 2007

San Diego State Pre-Med Preceptor, SDSU, 2008

Phi Delta Epsilon Faculty Mentor, UCSD, 2008

LIFESHARING, A Donate Life Organization Advisory Board, 2010

COP_ERI004285

Journals

Editor-in-Chief, *Advances in Legal Medicine*, Longdom Publishing, 2014.

Senior Associate Editor/Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2013 (Associate Editor since 2007, Editorial board since 2000; reviewer since 1994)

Editorial Board, *Prehospital Emergency Care,* Taylor & Francis Group, 2006 (Reviewer since 2004)

Editorial Board, *Journal of Forensic and Legal Medicine*, Elsevier Science, Inc. 2012 (Reviewer since 2011)

Editorial Board, *Emergency Medicine and Healthcare*, Herbert Publications, 2013

Senior Reviewer, *Annals of Emergency Medicine*, Mosby, 2007 (Reviewer since 1998)

Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

Reviewer, *Western Journal of Emergency Medicine*, 2001

Reviewer, *American Journal of Emergency Medicine*, Elsevier Science, Inc., 2005

Reviewer, *Emergency Medicine Journal*, BMA House, 2006

Reviewer, *Forensic Science International*, 2007

Reviewer, *California Journal of Emergency Medicine*, 2007

Reviewer, *Journal of the American Medical Association (JAMA)*, 2009

Reviewer, *BioMedical Engineering OnLine*, 2009

Reviewer, *Bioelectromagnetics*, 2010

Reviewer, *Forensic Science, Medicine and Pathology*, 2010

Reviewer, *Psychology Research and Behavior Management*, 2010

Reviewer, *Academic Emergency Medicine*, 2010

Reviewer, *Medicina*, 2012

Reviewer, *Injury Prevention*, 2013

Reviewer, *Therapeutics and Clinical Risk Management*, 2013

Reviewer, *Pediatrics,* 2013

Reviewer, *Journal of Forensic Toxicology and Pharmacology*, 2014

Reviewer, *Journal of Injury and Violence Research*, 2014

COP_ERI004286

<u>Content Expert</u>

Reviewer, Practical Summaries in Acute Care, Thomson American Health Consultants, 2006

Expert Editorial Advisor, *Managing the Ankylosing Spondylitis Patient in an Emergency Setting for the* Spondylitis Association of America (SAA).  2008

Content Expert for Cable News Network (CNN), 2009

Content Expert for ABC News, 2011

COP_ERI004287

<u>PREVIOUS ACTIVITIES</u>:

Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95

Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95

Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95

Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support

Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996-2003

Member, San Diego County 911 Dispatch Quality Review Board, 1997-98

Co-Director, University of California, San Diego School of Medicine, Course SOM 224I,

Pediatric Advanced Life Support Course Director, 1997-2002

Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997-2003

Sponsor, Palomar College Emergency Medical Education Department Paramedic Training,

1997-2003

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998

Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99

Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99

Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999

Co-editor, Pearls from PAC Newsletter, 1998-2000

Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999

EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999

Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01

Member, San Diego County Bio-Terrorism Planning Group, 1999-2003

Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000

Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000

Affiliate Faculty, Southwestern College Paramedic Training Program, 2000-03

COP_ERI004288

Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000-03

San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

Member, Board of Directors, CAL/ACEP, 2001-03

Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001-03

Santa Clara County/Regional Medical Center Trauma Designation Review Committee, 2004

San Diego County Health Services Capacity Issues Task Force, 2002-06

San Diego Regional Safety Consortium Inter-facility Transfer Protocol Task Force, 2004-06

San Diego Regional Fire Prevention Emergency Preparedness Task Force, 2004-2006

San Diego County Task Force on Fire Prevention, 2004-06

President-Elect, EMS Medical Director's Association of California, 2005-06

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998-2008

American College of Emergency Physicians (ACEP) Task Force on Excited Delirium Syndrome 2009-10

National Institute of Justice Task Force on Excited Delirium, 2011

Member, Disaster Medical Assistance Team (CA-4), 1994-2011

Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998-2010

COP_ERI004289

<u>CURRENT UCSD COMMITTEE MEMBERSHIPS</u>:

Research Committee, Department of Emergency Medicine, 1997

UCSD Faculty Association, 2002

Quality Improvement/Peer Review Committee, Department of Emergency Medicine, 2002

UCSD Academy of Clinician Scholars Executive Committee, 2005

UCSD Medical Staff Executive Committee, 2007

Chair, UCSD Medical Risk Management Committee, 2012

UCSD Allocation Committee, 2012

UCSD Significant Events Committee, 2012

Rady Children's Root Cause Analysis Committee, Ad hoc, 2012

UCSD/Rady Children's Joint Risk Management Committee (JRMC), 2013

UCSD Department of Emergency Medicine Academic Affairs Committee, 2013

UCSD Patient Experience Executive Committee, 2013

UCSD Faculty Leadership Group, 2014

Patient Advocacy Reporting System (PARS) Oversight Team, 2014

<u>PREVIOUS UCSD COMMITTEE MEMBERSHIPS</u>:

President, UCSD Academy of Clinician Scholars, 2013-15

UCSD Board of Governor's Committee, 2013-15

UCSD Academic Senate Representative Assembly, Alternate, 2011-13

UCSD Sheriff Managed Care Oversight Committee

Ladder Rank Recruitment Committee, UCSD Department of Emergency Medicine, 2013

UCSD Medical Staff Bylaws Work Group, 2014

Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

Hospital Infection Control Committee, 1994-95

Emergency Medicine Housestaff Association Representative, 1994-96

Emergency Department Clinical Practices Committee, 1994-96

Emergency Department Peer Review/Quality Assurance Committee, 1995-96

Emergency Department Critical Care Room Process Action Team, 1996

Paramedic/Emergency Department Interface Task Force, 1998-99

Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

Credentials Committee, 1997-2000

Faculty Search Committee, Department of Emergency Medicine, 1999, 2000, 2002

COP_ERI004290

Medical Director's Group, 1997-2002

Patient Care Review Committee, 2003

Medical Risk Management Committee, 2002-07

Patient Improvement and Outcome Committee, 2003-05

Medical Staff Executive Committee Reorganization Ad Hoc Committee, 2005-2006

UCSD Phasing Strategy Ad Hoc Committee, 2005-06

Clinical Representative, Trauma Quality Assurance Program, 1998-2006

Vice Chief of Staff, UCSD Medical Center, 2007-2009

UCSD/San Diego Sheriff Security Working Group, 2003-10

Chief of Staff, UCSD Medical Center, 2009-2012

Vice-Chair, Quality Council Committee, 2009-2012 (member since 2003)

Chair, Medical Staff Executive Committee, 2009-2012

UCSD Governance Advisory Committee, 2009-2012

UCSD Department of Medicine Clinical Operations Redesign Enterprise (CORE) Initiative Team, 2009-2012

Director of Risk Management Selection Committee, 2007

Chair, Medical Risk Management Committee, 2003-07 (member since 2002)

Medical Risk Management Executive Committee, 2003-07

UCSD Medical Center Allocation Committee 2005-07

Patient Safety Committee, 2003-07

Vice Chair, Medical Staff Executive Committee, 2007-09

Chair, Patient Care and Peer Review Committee, 2007-09 (member since 2005)

Trauma Multidisciplinary Committee, 2000-09

Department of Medicine Committee on Advancement and Promotions (DOMCAP), 2007-09

Vice Chair, Quality Council Committee, 2009-2012

UCSD Medical Center Syncope Task Force, 2010-11

UCSD Director of Risk Management Selection Committee, 2012

Secretary-Treasurer, UCSD Academy of Clinician Scholars, 2005-12

UCSD Root Cause Analysis Committee, 2013

UCSD Department of Emergency Medicine Chair Selection Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Coverage Committee, 2012-13

UCSD Integrated Delivery Network Design Team, 2012-13

UCSD Department of Emergency Medicine Patient Satisfaction Committee, 2012-13

COP_ERI004291

CURRENT COMMITTEE MEMBERSHIPS:

American Academy of Emergency Physicians, Clinical Practice Committee, 2011

Carlsbad Fire Department EMS Oversight Committee, 2013

San Diego County Base Station Physicians' Committee, 2013

Resuscitative Outcomes Consortium (ROC) Executive Committee, 2014

Resuscitative Outcomes Consortium (ROC) EMS Operations Committee, 2014

Resuscitative Outcomes Consortium (ROC) Management Committee, 2014

Resuscitative Outcomes Consortium (ROC) Hospital Practices Cardiac Committee, 2014

Resuscitative Outcomes Consortium (ROC) Publications Committee, 2014

Resuscitative Outcomes Consortium (ROC) Cardiac Committee, 2014

Resuscitative Outcomes Consortium (ROC) Trauma Committee, 2014

COP_ERI004292

<u>PREVIOUS COMMITTEE MEMBERSHIPS</u>:

Practice Management Committee, CAL/ACEP, 1994-95

Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998

Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99

Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99

Chair, San Diego County Prehospital Audit Committee, 1998-2000

San Diego County Pediatric CPR Task Force, 1999-2000

San Diego Sheriff's Source Selection Committee, 2000

Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001

Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)

Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001

EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001

San Diego Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001

San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01

Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998-2002

San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02

Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02

Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02

Co-Chair, EMS Committee, CAL/ACEP, 2001-02

Policy Committee, CAL/ACEP, 2001-02

Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000-02

Governmental Affairs Committee, CAL/ACEP, 2001-02

Didactic Subcommittee, SAEM Program Committee, 2001-02

Program Mgmt Committee, San Diego County Metropolitan Medical Strike Team, 2001-03

Air Medical Transport Section, American College of Emergency Physicians, 2001-03

San Diego County Sheriff's Mortality Review Committee, 2001-03

San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001-03

City of San Diego EMS Physicians' Advisory Committee, 1998-2006

City of San Diego Prehospital Cardiac Advisory Committee, 1998-2006

Education Committee, CAL/ACEP, 2000-03

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

COP_ERI004293

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Police Executive Research Forum Task Force on Conductive Energy Weapons Use, 2005

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Member-at-large, EMDAC Officer Board, 2004-05

San Diego County Fire Chief's Association, 2004-06

San Diego County Sheriff's Helicopter Program Ad Hoc Advisory Committee, 2004-06

Chair, San Diego County HRSA Work Group, 2004-06

San Diego County Regional Helicopter Advisory Committee, 2004-06

San Diego County HRSA Executive Steering Committee, 2004-06

San Diego County Critical Care Transport Working Group, 2005-06

San Diego County Prehospital Patient Record IT Steering Committee, 2005-06

San Diego County Cardiac Advisory Committee, 2005-06

San Diego County Stroke Advisory Committee, 2005-06

San Diego County Emergency Medical Care Committee, 2006

Co-Chair, San Diego County Medical Society EMS Medical Oversight Committee, 2002-2006

Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000-06

EMS Medical Director's Association of California, 2002-06

San Diego County Trauma Administrators Committee, 2002-06

Chair, San Diego County EMS Research Committee, 2002-06

Chair, San Diego County Paramedic Protocol Revision Committee, 2002-06

San Diego County Public Health Services Physicians Group, 2003-06

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

San Diego County Healthcare Advisory Committee on Terrorism, 2003-06

San Diego County Paramedic Training Joint Advisory Committee, 2000-06

San Diego County Public Health Preparedness Team, 2001-06

EMS Section, American College of Emergency Physicians, 2001-06

Chair, San Diego County Aeromedical Protocol Committee, 1998-2006

San Diego County Committee on Pediatric Emergency Medicine, 1998-2006

COP_ERI004294

<u>PREVIOUS COMMITTEE MEMBERSHIPS, continued</u>:

San Diego County Base Hospital Physicians Committee, 1997-2006

San Diego County Trauma Audit Committee, 1997-2006

San Diego County Prehospital Audit Committee, 1997-2006

EMS Medical Director's Association of California, 2002-06

SAEM Program Committee, 2001-2007

Chair, Photography Subcommittee, SAEM Program Committee, 2002-2007

Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-09

San Diego BEACON/EMS Hub Technical Committee, 2012-13

San Diego Central Jail Quality Assurance Committee, 1999-2013

San Diego Central Jail Medical Oversight Committee, 1999-2013

COP_ERI004295

CURRENT FUNDED RESEARCH:

1.  Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 7/1/14 to 12/31/15. U01 HL077908-09. Amount: $1,389,389

2.  Principal Investigator (PI) for study entitled, "EXCITATION Study: Unexplained In-Custody Deaths: Evaluating Biomarkers of Stress and Agitation." Study funded by the National Institute of Justice, U.S. Department of Justice, 11/1/2012 to 10/31/2015. USDOJ Federal Award # 2012-R2-CX-K006. Amount: $ 431,943

3.  Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Protocol -ALPS", funded by the NIH, 7/1/13 to 12/31/15. 5U01HL077863-11 subaward 758500. Amount: $289,003

PREVIOUS FUNDED RESEARCH:

1.  Co-Investigator with Tom Neuman (PI) for evaluation of positional asphyxia in the hobble restraint position, funded by the County of San Diego, 1995--$33,900

2.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 1997--$10,000

3.  Co-Investigator with John Eisele (PI) for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, funded by the American Academy of Forensic Sciences, 1998--$2,500

4.  Co-Investigator, with Theodore Chan (PI), for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. Amount: $128,176

5.  Principle Investigator (PI) for study entitled "Evaluation of Hurricaine anesthetic in patients with dyspepsia" funded by Beutlich Pharmaceuticals for, 2001. Amount: $1,500

6.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 2003. Amount: $12,000

7.  Co-Investigator, with David Hoyt (PI) for the Resuscitation Outcomes Consortium: UCSD / San Diego Resuscitation Research Center, funded by the NIH, 9/1/04 to 6/30/09. UO1 HL077908. Amount: $2,250,522

8.  Co-Principal Investigator (Co-PI), with Theodore Chan, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects." Study funded by the National Institute of Justice, U.S. Department of Justice, 10/1/2005 to 9/30/2007. UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079. Amount: $213,941.4

COP_ERI004296

9.  Co-Investigator, with Daniel Davis (PI) for the study entitled, "ROC Interventional Trials: Hypertonic Resuscitation for Traumatic Injury, Trauma Epistry, PRIMED", funded by the NIH, 7/1/06 to 6/30/08. UO1 HL077863. Amount: $331,320

10. Co-Investigator, with Daniel Davis (PI) for the, "ROC Cardiac Epistry", funded by the AHA, 7/1/06 to 6/30/08. Amount: $133,427

11. Co-Investigator, with Theodore Chan (PI) for study entitled, "Multi-Center Study of the Impact of Nurse-Patient Ratios on Emergency Department Overcrowding." funded by the Emergency Medicine Foundation, 7/1/07 to 6/30/08. Amount: $50,000

12. Principal Investigator (PI) for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/07 to 12/31/07. Amount: $11,658

13. Co-Investigator, with Edward Castillo (PI) for study entitled, "California ED Diversion Project Evaluation." funded by the California Healthcare Foundation, 5/15/08 to 10/15/08. Amount: $50,990

14. Principal Investigator (PI) for study entitled, "Ventilatory Effects of Prone Restraint on Obese Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/09 to 12/31/09. Amount: $13,423

15. Principal Investigator (PI) for study entitled, "FAST TRAC: Finding ACS with Serial Troponin Testing for Rapid Assessment." Funded by the Nanosphere, Inc. 2/1/09 to 2/1/11. Amount: $85,000

16. Principal Investigator (PI) for study entitled, "CHOPIN: Copentin Helps in the Early Detection of Patients with Acute Myocardial Infarction." Funded by Brahms AG, 8/1/09 to 8/1/12. Amount: $103,950

17. Co-Investigator, with Christine Hall for the study titled, "RESTRAINT - Risk of dEath in Subjects That Resisted: Assessment of Incidence and Nature of faTal events", funded by the Vancouer Island Health Authority. 7/1/09 to 6/30/11. Amount $50,000

18. Co-Investigator for study titled "STAT MERCURY: Studying the Treatment of Acute HyperTension: A Multicenter EmeRgency Department Clevidipine Utilization RestrY" funded by the Medicines Company, 7/27/10 to 11/1/11. Amount $1400

19. Co-Investigator for study titled "A Phase II, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Safety and Efficacy of MN-221 when Administered Intravenously as an Adjunct to Standard Therapy to Adults with an Acute Exacerbation of Asthma." Study funded by MediciNova, Inc. 1/1/11 to 1/31/12. Amount $50,000

20. Principle Investigator for study titled "AKINESIS: Acute Kidney Injury N-gal Evaluation of Symptomatic heart failure." Study funded by Alere and Abbott, 4/1/11 to 6/30/12. Amount $32,000

COP_ERI004297

21. Principle Investigator for study titled "Evaluation of Ecallantide (DX-88) for the Acute Treatment of Angiotensin Converting Enzyme Inhibitor Induced Angioedema, a Phase II, double-blind study. Study funded by Dyax Corporation. 4/1/11 to 6/30/12. Amount $20,000

22. Principle Investigator for study titled "REAL: Rapid Evaluation of Acute Kidney Injury with NGAL in Acutely Ill Patients in the ICU." Study funded by Alere, 5/1/11 to 6/30/12. Amount $74,435

23. Principle Investigator for study titled "A Mulit-Center, Open-Label, Surveillance Trial to Evaluate the Safety and Efficacy of a Shortened Infusion Time of Intravenous Ibuprofen Protocol CPI-CL-015." Study funded by Cumberland Pharmaceuticals, Inc., 6/1/11 to 6/30/12. Amount $50,000

24. Co-Investigator, with Edward Castillo (PI) for the study titled, "Restraint Chair Literature Review and Policy Gap Analysis", funded by the Ontario Ministry of Community Safety and Correctional Services, 7/1/13 to 9/30/13. COS-0010. Amount: $15,000

25. Co-Investigator, with Daniel Davis (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 3/1/10 to 6/30/14. U01 HL077908-09. Amount: $1,389,389

COP_ERI004298

Texts/Books

1.  Atlas of Emergency Procedures.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.);
    St. Louis: Mosby, Inc., 2001.

2.  Atlas of Emergency Procedures. (Edition translated into Spanish) Rosen P, Chan TC, Vilke
    GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2005.

Book Chapters

1.  Vilke GM:  Head Trauma, Blunt.  In: The 5 Minute Emergency Medicine Consult.
    Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
    Williams & Wilkins, 1999, pp 472-473.

2.  Vilke GM:  Head Trauma, Penetrating.  In: The 5 Minute Emergency Medicine Consult.
    Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
    Williams & Wilkins, 1999, 474-475.

3.  Vilke GM:  Urethral Catheterization.  In: Atlas of Emergency Procedures.  Rosen P,
    Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 124-127.

4.  Vilke GM:  Cystostomy.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 128-129.

5.  Vilke GM:  Bladder Aspiration.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 130-131.

6.  Vilke GM:  Dorsal Slit in Phimosis.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 132-133.

7.  Vilke GM:  Manual Paraphimosis Reduction.  In: Atlas of Emergency Procedures.  Rosen P,
    Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 134-135.

8.  Vilke GM:  Zipper Removal.  In: Atlas of Emergency Procedures.  Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 136-137.

9.  Hayden SR, Silfvast T, Deakin CD, Vilke GM:  Surgical Procedures.  In: Prehospital Trauma
    Care.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

10. Hayden SR, Thierbach A, Vilke GM, Sugrue M:  Patient Turnover: Arriving and Interacting
    in the Emergency Department.  In: Prehospital Trauma Care.  Soreide E, Grande CM (Eds.);
    New York: Marcel Dekker, Inc., 2001, pp 737-751.

11. Vilke GM:  Cervical Spine Injury, Adult.  In: Rosen and Barkin's 5-Minute Emergency
    Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P
    (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1048-1049.

COP_ERI004299

Book Chapters

12.   Vilke GM:  Extremity Trauma, Penetrating.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 394-395.

13.   Vilke GM:  Head Trauma, Blunt.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 476-477.

14.   Vilke GM:  Head Trauma, Penetrating.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 478-479.

15.   Vilke GM:  Ring/Constricting Band Removal.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 980-981.

16.   Vilke GM:  Warts.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1222-1223.

17.   Vilke GM:  Fournier's Gangrene.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 430-431.

18.   Vilke GM:  Variants of Normal.  In: <u>ECG in Emergency Medicine and Acute Care.</u>  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 12-15.

19.   Vilke GM:  Keloid Formation. In: <u>Greenberg's Text-Atlas of Emergency Medicine</u>.  Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 684.

20.   Vilke GM:  Distal Digital Amputation. In: <u>Greenberg's Text-Atlas of Emergency Medicine</u>.  Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 685.

21.   Vilke GM:  Painful Syndromes of the Hand and Wrist.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> fourth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2005, pp 536-540.

22.   Vilke GM:  Neck Holds.  In: <u>Sudden Deaths in Custody</u>.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 15-38.

COP_ERI004300

Book Chapters

23.   Sloane C, Vilke GM:  Riot Control Agents, Tasers and Other Less Lethal Weapons.
      In: Sudden Deaths in Custody.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006,
      pp 113-138.

25.   Vilke GM:  *Clostridium botulinum* Toxin (Botulism) Attack.  In: Disaster Medicine.
      Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 701-704.

26.   Vilke GM:  Viral Agents (Section 10, Part 2).  Section Editor.  In: Disaster Medicine.
      Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 661-697.

27.   Patel R, Reynoso J, Vilke GM:  Genitourinary Trauma. In:  Emergency Medicine Handbook.
      Clinical Concepts for Clinical Practice.  Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.);
      Philadelphia: Elsevier Mosby, 2007, pp 164-173.

28.   Vilke GM:  Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency
      Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P
      (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 392-393.

29.   Vilke GM:  Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine
      Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.);
      Philadelphia: Lippincott Williams & Wilkins, 2007, pp 428-429.

30.   Vilke GM:  Head Trauma, Blunt. In: Rosen & Barkin's 5-Minute Emergency Medicine
      Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.);
      Philadelphia: Lippincott Williams & Wilkins, 2007, pp 474-475.

31.   Vilke GM:  Head Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine
      Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.);
      Philadelphia: Lippincott Williams & Wilkins, 2007, pp 476-477.

32.   Vilke GM:  Spine Injury: Cervical, Adult. In: Rosen & Barkin's 5-Minute Emergency
      Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P
      (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1040-1041.

33.   Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third
      edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia:
      Lippincott Williams & Wilkins, 2007, pp 1224-1225.

34.   Vilke GM, Sloane CM, Chan TC.  Accelerated Triage for Medical Evaluations Following
      CED Activations.  In:  Critical Issues in Policing Series:  Strategies for Resolving Conflict and
      Minimizing Use of Force.  Ederheimer JA (Ed); Washington DC, Police Executive Research
      Forum, 2007, pp 108-109.

COP_ERI004301

Book Chapters

35.  Christensen EF, Deakin C, Vilke GM: Prehospital Care and Trauma Systems.  In: <u>Trauma: Emergency Resuscitation, Perioperative Anesthesia, Surgical Management, Volume I</u>. Wilson WC, Grande CM, Hoyt DB (Eds.); New York: Informa Healthcare USA, Inc, 2007, pp 43-58.

36   Chan TC, Vilke GM.  In: <u>TASER® Conducted Electrical Weapons:  Physiology, Pathology, and Law</u>.  Kroll MW, Ho JD (Eds.); New York: Springer, 2009, pp 109-118.

37.  Vilke GM:  Hand and Wrist Pain.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> fifth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2010, pp 711-714.

38.  Wilson MP, Vilke GM. Not all ear pain is acute otitis media…and not all require antibiotics! In:  <u>Avoiding Common Errors in the Emergency Department</u>. Mattu A, Chanmugam AS, Swadron SP, Tibbles CD, Woolridge DP (Eds) Philadelphia: Lippincott Williams and Wilkins, 2010, pp 520-522.

39.  Oyama LC, Vilke GM. In:  <u>Emergency Medicine Review Preparing for the Boards</u>.  Harrigan RA, Ufberg JW, Tripp ML (Eds) St. Louis: Elsevier Saunders, 2010, pp 303-315.

40.  Vilke GM:  Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 392-393.

41.  Vilke GM:  Fournier's Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 428-429.

42.  Vilke GM:  Head Trauma, Blunt. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 476-477.

43.  Vilke GM:  Head Trauma, Penetrating. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 478-479.

44.  Vilke GM:  Spine Injury: Cervical, Adult. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1044-1045.

COP_ERI004302

Book Chapters

45.   Vilke GM:  Warts. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1226-1227.

46.   Heegaard WG, Vilke GM: Factitious Conducted Electrical Weapons Wounds: Injuries and Considerations. In: <u>Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis.</u> Ho JD, Dawes DM, Kroll MW (Eds.)  New York: Springer, 2012, pp 131-142.

47.   Wilson MP, Vilke GM. The patient with excited delirium in the emergency department. In Zun LS, Chepenik LG, Mallory MNS editors. <u>Behavioral Emergencies: A handbook for emergency physicians</u>. Cambridge: Cambridge University Press; 2013.

48.   Vilke GM:  Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 398-399.

49.   Vilke GM:  Fournier Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 434-435.

50.   Vilke GM:  Head Trauma, Blunt. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 486-487.

51.   Vilke GM:  Head Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 488-489.

52.   Vilke GM:  Spine Injury: Cervical, Adult. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult </u>(fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1054-1055.

53.   Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1240-1241.

54.   Vilke GM:  Hand and Wrist Pain.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> sixth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2015, pp 707-710.

COP_ERI004303

PUBLICATIONS, continued:

Book Chapters

55.  Vilke GM: The Question of Positional and Compression Asphyxia. In: The Thin Blue Line. Ellis Amdur and John Hutchings (eds.) Edgework, 2015, pp 287-290.

56.  Wilson MP, Vilke GM. Mental Illness and Substance Abuse. In: Cooney D. EMS Medicine. New York: McGraw-Hill, In press.

57.  DeMers G, Vilke GM. International Deployment. In: Cooney D. EMS Medicine. New York: McGraw-Hill, In press.


VIDEO:

1.  Vilke GM, Davis DP, Robinson A: "Glasgow Coma Scale and the Field Neurological Exam" Instructional Video, San Diego County Emergency Medical Services, Copyright 1997.

2.  Vilke GM, Chan TC: "Excited Delirium" Instructional Video, San Diego County Sheriff's Department, 2007.

3.  Morris B, Vilke GM: "Ankylosing Spondylitis" Educational Video. Bill Morris Production Group for the Ankyslosing Spondylitis Association of America, 2009.

COP_ERI004304

PUBLICATIONS, continued:

Articles

1.  Vilke GM, Hoyt DB, Epperson M, Fortlage D, Hutton KC, Rosen P: Intubation techniques in the helicopter. J Emerg Med 1994;12(2):217-224.

2.  Rockwell E, Jackson E, Vilke G, Jeste DV: A study of delusions in a large cohort of Alzheimer's disease patients. Am J Geriatric Psychiatry 1994;2(2):157-164.

3.  Chan T, Vilke GM, Williams S: Bi-directional ventricular tachycardia in a patient with digoxin toxicity. J Emerg Med 1995;13(1):89.

4.  Vilke GM: Misplaced intravascular catheters in a patient with acute renal failure. J Emerg Med 1995;13(3):379.

5.  Vilke GM, Vilke TS, Rosen P: The completeness of MEDLINE for papers published in the *Journal of Emergency Medicine*. J Emerg Med 1995;13(4):457-460.

6.  Bauman BH, Vilke G, Chan T: Dexamethasone use in croup. West J Med 1996;164(1):66.

7.  Vilke GM, Hayden SR: Intraorbital air in a patient status post-facial trauma. J Emerg Med 1996;14(1):77.

8.  Vilke GM, Jacoby I, Manoguerra AS, Clark R: Disaster preparedness of poison control centers. Clin Toxicol 1996;34(1):53-58.

9.  Vilke GM: "No worries." J Emerg Med 1996;14(5):641-642.

10. Vilke GM, Honingford EA: Cervical spine epidural abscess in a patient with no predisposing risk factors. Ann Emerg Med 1996;27(6):777-780.

11. Vilke GM, Honingford EA: Diabetes and neck pain (Letter to the editor). Ann Emerg Med 1996;28(6):731.

12. Vilke GM, Wulfert EA: Case reports of two patients presenting with pneumothorax following acupuncture. J Emerg Med 1997;15(2):155-157.

13. Vilke GM: Chest pain in an elderly patient. J Emerg Med 1997;15(4):523.

14. Chan TC, Vilke GM, Neuman T, Clausen JL: Restraint position and positional asphyxia. Ann Emerg Med 1997;30(5):578-586.

15. Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM: Outcome study of prehospital patients signed out against medical advice by field paramedics. Ann Emerg Med 1998; 31(2):247-250.

COP_ERI004305

Articles

16.  Chan TC, Vilke GM, Neuman T:  Reexamination of custody restraint position and positional asphyxia.  Am J Forensic Med Pathol 1998;19(3):201-205.

17.  Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J:  Positional asphyxia (Reply to letter to the editor).  Ann Emerg Med 1998;32(1):117-118.

18.  Vilke GM, Mahoney G, Chan TC:  Postpartum coronary artery dissection.  Ann Emerg Med 1998;32(2):260-262.

19.  Rosa CM, Schwartz BL, Vilke GM:  The prehospital electrocardiogram:  Future standard of care?  Top Emerg Med 1998;20(3):23-29.

20.  Davis DP, Bramwell KJ, Vilke GM, Cardall TY, Yoshida E, Rosen P:  Cricothyrotomy technique:  Standard versus the rapid four-step technique.  J Emerg Med 1999;17(1):17-21.

21.  Davis DP, Stephen KAC, Vilke GM:  Inaccuracy in endotracheal tube verification using a Toomey syringe.  J Emerg Med 1999;17(1):35-38.

22.  Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P:  Emergency department airway management before and after an emergency medicine residency.  J Emerg Med 1999;17(3):427-431.

23.  Bramwell KJ, Davis DP, Cardall TY, Yoshida E, Vilke GM, Rosen P:  Use of the Trousseau dilator in cricothyrotomy.  J Emerg Med 1999;17(3):433-436.

24.  Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I.  J Emerg Med 1999;17(3): 479-489.

25.  Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P:  Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II.  J Emerg Med 1999;17(4): 697-709.

26.  Vilke GM, Buchanan J, Dunford JV, Chan TC:  Are heroin overdose deaths related to patient release after prehospital treatment with naloxone?  Prehosp Emerg Care 1999;3(3):183-186.

27.  Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P:  Nasotracheal intubation in the emergency department, revisited.  J Emerg Med 1999;17(5):791-799.

28.  Vilke GM:  FOOSH injury with snuff box tenderness.  J Emerg Med 1999;17(5):899-900.

29.  Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF:  Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor).  Acad Emerg Med 1999;6(10):1075-1076.

COP_ERI004306

Articles

30.	Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P: Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique. J Emerg Med 1999;17(6):957-962.

31.	Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T: Restraint position and positional asphyxia (Reply to letter to the editor). Am J Forensic Med Pathol 2000; 21(1):93.

32.	Vilke GM, Chan TC, Guss DA: Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury. Am J Emerg Med 2000;18(2): 159-163.

33.	Sloane CM, Vilke G: The other olive associated with vomiting. J Emerg Med 2000; 18(3):375.

34.	Vilke GM, Chan TC, Neuman T, Clausen JL: Spirometry in normal subjects in sitting, prone, and supine positions. Respir Care 2000;45(4):407-410.

35.	Ma G, Vilke GM: Amoebic abscess. J Emerg Med 2000;18(4):465-466.

36.	Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw. J Emerg Med 2000;19(2):125-129.

37.	Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P: Rapid sequence intubation in the field versus hospital in trauma patients. J Emerg Med 2000;19(3):259-264.

38.	Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation. Ann Emerg Med 2000;36(4):293-300.

39.	Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J: Successful prehospital airway management by EMT-Ds using the Combitube. Prehosp Emerg Care 2000;4(4):333-337.

40.	Vilke GM, Marino A, Iskander J, Chan TC: Emergency department patient knowledge of medications. J Emerg Med 2000;19(4):327-330.

41.	Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report. NCJ 182433. Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

42.	Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation. J Emerg Med 2001;20(1):1-5.

COP_ERI004307

Articles

43.  Vilke GM, Chan TC:  Physician effect on out of hospital patients signing out against medical advice.  Pre-hospital Immediate Care 2001;5(1):38-40.

44.  Davis DP, Kimbro TA, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg Care 2001;5(2):163-168.

45.  Patel RJ, Vilke GM, Chan TC:  The prehospital electrocardiogram.  J Emerg Med 2001; 21(1):35-39.

46.  Davis DP, Videen JS, Marino A, Vilke GM, Dunford JV, Van Camp SP, Maharam LG:  Exercise-induced hyponatremia in marathon runners: A two-year experience.  J Emerg Med 2001;21(1):47-57.

47.  Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV:  Outcome study of minors after parental refusal of paramedic transport.  Prehosp Emerg Care 2001;5(3):278-283.

48.  Vilke GM, Marino A, Fisher R, Chan TC:  Estimation of pediatric patient weight by EMT-Ps.  J Emerg Med 2001;21(2):125-128.

49.  Chan TC, Vilke GM, Pollack M, Brady WJ:  Electrocardiographic manifestations: Pulmonary embolism.  J Emerg Med 2001;21(3):263-270.

50.  Morgan J / Sloane C, Vilke GM:  Rapid sequence intubation in the field versus hospital in trauma patients (Reply to letter to the editor).  J Emerg Med 2001;21(4):443-444.

51.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001.  Washington, DC: United States Department of Justice, National Institute of Justice.

52.  Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  J Emerg Med 2002;22(1):71-74.

53.  Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T:  The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function.  J Forensic Sci 2002; 47(2):299-304.

54.  Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC:  Midazolam for the treatment of out-of-hospital pediatric seizures.  Prehosp Emerg Care 2002;6(2):215-217.

55.  Vilke GM, Chan TC:  Agitated delirium and sudden death (Letter to the editor).  Prehosp Emerg Care 2002;6(2):259-260.

COP_ERI004308

Articles

56. Vilke GM, Fisher R, Chan TC: An evaluation of the risk for latex allergy in prehospital EMS providers. J Emerg Med 2002;22(4):345-348.

57. Vilke GM: Food-dependent exercise-induced anaphylaxis. Prehosp Emerg Care 2002; 6(3):348-350.

58. Vilke GM, Snyder B: High pressure paint spray gun injury. J Emerg Med 2002;23(2): 203-204.

59. Chew GS, Vilke GM, Davis DP, Chan TC: Toomey$^{TM}$ syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation. J Emerg Med 2002;23(4): 337-340.

60. Vilke GM: Aeromedical Emergencies: Intro to the section. J Emerg Med 2002;23(1):49.

61. Vilke GM, Sardar W, Fisher R, Dunford JD, Chan TC: Follow-up of elderly patients who refuse transport after accessing 9-1-1. Prehosp Emerg Care 2002;6(4):391-395.

62. Vilke GM: Great toe pain. J Emerg Med 2003;24(1):59-60.

63. Davis JM, Vilke GM: An elderly patient with intussusception. J Emerg Med 2003;24(2):221.

64. Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC: Safety and effectiveness of methohexital for procedural sedation in the emergency department. J Emerg Med 2003;24(3):315-318.

65. Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV: Impact of an after-hours on-call emergency physician on ambulance transports from a county jail. Prehosp Emerg Care 2003; 7(3):327-331.

66. Vilke GM, Chan TC, Neuman T: Patient Restraint in EMS: Prehosp Emerg Care 2003; 7(3):417.

67. Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM: The use of etomidate for prehospital rapid-sequence intubation. Prehosp Emerg Care 2003;7(3):380-383.

68. Vilke GM, Sloane C, Smith AM, Chan TC: Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport. Acad Emerg Med 2003; 10(8):893-896.

69. Davis DP, Valentine C, Ochs M, Vilke GM, Hoyt DB: The Combitube as a salvage airway device for paramedic rapid sequence intubation. Ann Emerg Med 2003;42(5):697-704.

70. Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM: Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose. Emerg Med J 2003;20:483-486.

COP_ERI004309

Articles

71. Vilke GM, Brown L, Skogland P, Simmons C, Guss DA:  Approach to decreasing emergency department ambulance diversion hours.  J Emerg Med 2004;26(2):189-192.

72. Vilke GM, Smith AM, Chan TC:  Leaving against medical advice after out-of-hospital naloxone:  a closer look is needed.  Acad Emerg Med 2004;11(3):323-324.

73. Vilke GM, Harrigan RA, Ufberg JW, Chan TC:  Emergency evaluation and treatment of priapism.  J Emerg Med 2004;26(3):325-329.

74. Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM:  The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess.  J Emerg Med 2004;26(3):285-291.

75. Vilke GM, Harrigan RA, Ufberg JW:  Technical Tips: Intro to the section.  J Emerg Med 2004;26(3):323.

76. Doney MK, Vilke GM:  Large osteosarcoma not apparent on conventional radiography. J Emerg Med 2004;26(3):351-352.

76. Chan TC, Ufberg J, Harrigan RA, Vilke GM:  Nasal foreign body removal.  J Emerg Med 2004;26(4):441-445.

77. Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC:  Airway obstruction in children aged less than 5 years: The prehospital experience.  Prehosp Emerg Care 2004; 8(2):196-199.

78. Vilke GM, Jin A, Davis DP, Chan TC:  Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia.  J Emerg Med 2004;27(1):7-9.

80. Poste JC, Davis DP, Ochs M, Vilke GM, Castillo EM, Stern J, Hoyt DB:  Air medical transport of severely head-injured patients undergoing paramedic rapid sequence intubation. Air Medical Journal 2004;23(4):36-40.

81. Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM:  Weight force during prone restraint and respiratory function.  Am J Forensic Med Pathol 2004;25(3):185-189.

82. Ufberg JW, Vilke GM, Chan TC, Harrigan RA:  Anterior shoulder dislocations: Beyond traction-countertraction.  J Emerg Med 2004;27(3):301-306.

83. Vilke, GM:  San Diego County wildfires: Perspective of county officials.  Disaster Manag Response 2004 Oct-Dec;2(4):99.

COP_ERI004310

Articles

84. Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC: Community trial to decrease ambulance diversion hours: The San Diego County patient destination trial. Ann Emerg Med 2004;44(4):295-303.

85. Vilke GM, Stepanski BM, Ray LU, Lutz MW, Murrin PA, Chan TC: 9-1-1 responses for shopping cart and stroller injuries. Pediatr Emerg Care 2004;20(10):660-663.

86. Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC: Evaluation of pediatric glucose monitoring and hypoglycemic therapy in the field. Pediatr Emerg Care 2005;21(1):1-5.

87. Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Resuscitation 2005;64(3):341-346.

88. Davis DP, Peay J, Sise MJ, Vilke GM, Kennedy F, Eastman AB, Velky T, Hoyt DB: The impact of prehospital endotracheal intubation on outcome in moderate to severe traumatic brain injury. J Trauma 2005;58(5):933-939.

89. Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC: The inadvertent administration of anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection. Am J Emerg Med 2005;23(4):439-442.

90. Davis DP, Pettit K, Rom CD, Poste JC, Sise MJ, Hoyt DB, Vilke GM: The safety and efficacy of prehospital needle and tube thoracostomy by aeromedical personnel. Prehosp Emerg Care 2005;9(2):191-197.

91. Davis DP, Peay J, Serrano JA, Buono C, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB: The impact of aeromedical response to patients with moderate to severe traumatic brain injury. Ann Emerg Med 2005;46(2):115-122.

92. Davis DP, Vadeboncoeur TF, Ochs M, Poste JC, Vilke GM, Hoyt DB: The association between field glasgow coma scale score and outcome in patients undergoing paramedic rapid sequence intubation. J Emerg Med 2005;29(4):391-397.

93. Davis DP, Wiesner C, Chan TC, Vilke GM: The efficacy of nebulized albuterol/ipratropium bromide versus albuterol alone in the prehospital treatment of suspected reactive airways disease. Prehosp Emerg Care 2005;9(4):386-390.

94. Davis DP, Douglas DJ, Smith W, Sise MJ, Vilke GM, Holbrook TL, Kennedy F, Eastman AB, Velky T, Hoyt DB: Traumatic brain injury outcomes in pre- and post-menopausal females versus age-matched males. J Neurotrauma 2006;23(2):140-148.

COP_ERI004311

Articles

95.   Davis DP, Idris AH, Sise MJ, Kennedy F, Brent Eastman A, Velky T, Vilke GM, Hoyt DB:
      Early ventilation and outcome in patients with moderate to severe traumatic brain injury.
      Crit Care Med 2006;34(4):1202-1208.

96.   Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP:  Impact of the San
      Diego Serial Inebriate Program on use of emergency medical resources.  Ann Emerg Med
      2006;47(4):328-336.

97.   Vadeboncoeur T,  Davis DP, Ochs M, Poste JC, Hoyt DB, Vilke GM:  The ability of
      paramedics to predict aspiration in patients undergoing prehospital rapid sequence intubation.
      J Emerg Med 2006;30(2):131-136.

98.   Davis DP, Serrano JA, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB:
      The predictive value of field versus arrival Glasgow Coma Scale Score and TRISS calculations
      in moderate-to-severe traumatic brain injury.  J Trauma 2006;60(5):985-990.

99.   Ramanujam P, Vilke GM:  Prehospital management of the difficult airway.  Clinical
      Foundations 2006;7-11.

100.  Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D,
      Anderson M, Murrin PA, Davis DP, Harley J:  Paramedic self-reported medication errors.
      Prehosp Emerg Care 2006;10(4):457-462.

101.  Goldstein EH, Hradecky G, Vilke GM, Chan TC:  Impact of a standardized protocol to address
      methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system.
      J Correctional Health Care 2006;12(3):181-188.

102.  Chappell S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW:  Peripheral venous cutdown.
      J Emerg Med 2006;31(4):411-416.

103.  Lev R, Vilke G, Dunford J. San Diego Regional STEMI Summit. San Diego Physician.
      2006;4:11-13.

104.  Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC.
      Impact of the San Diego County firestorm on Emergency Medical Services.  Prehosp Dis Med
      2006;21(5):353-358.

105.  Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM.
      Adult foreign body airway obstruction in the prehospital setting.  Prehosp Emerg Care. 2007
      Jan-Mar;11(1):25-9.

106.  Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW.  Ventilatory
      and metabolic demands during aggressive physical restraint in healthy adults.  J Forensic Sci
      2007;52(1):171-175.

COP_ERI004312

Articles

107. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J:  Paramedic self-reported medication errors. Prehosp Emerg Care 2007;11(1):80-84.

108. Dolkas L, Stanley C, Smith AM, Vilke GM. Deaths associated with choking in San Diego county.  J Forensic Sci. 2007;52(1):176-9.

109. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW.  Temporary transvenous pacemaker placement in the Emergency Department.  J Emerg Med 2007;32(1):105-111.

110. Davis DP, Kene M, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB. Head-Injured Patients Who "Talk and Die": The San Diego Perspective.  J Trauma. 2007 Feb;62(2):277-281.

111. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR.  The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model.  J Emerg Med  2007;32(4):405-414.

112. Davis DP, Fisher R, Aguilar S, Metz M, Ochs G, McCallum-Brown L, Ramanujam P, Buono C, Vilke GM, Chan TC, Dunford JV. The feasibility of a regional cardiac arrest receiving system.  Resuscitation. 2007;74(1):44-51.

113. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007;33(2):113-7.

114. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM. Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies? J Emerg Med. 2007;33(2):119-22.

115. Khaleghi M, Loh A, Vroman D, Chan TC, Vilke GM. The effects of minimizing ambulance diversion hours on emergency departments. J Emerg Med. 2007;33(2):155-9.

116. Davis DP, Graydon C, Stein R, Wilson S, Buesch B, Berthiaume S, Lee D, Rivas J, Vilke GM, Leahy DR.  The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead electrocardiogram.  Prehosp Emerg Care 2007;11(4):399-402.

117. Vilke GM, Chan TC. Less lethal technology: medical issues. Policing 2007;30(3):341-357.

118. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan T Physiological Effects of a Conducted Electrical Weapon on Human Subjects. Ann Emerg Med. 2007:.50(5):569-75.

COP_ERI004313

Articles

119. Conroy C, Eastman AB, Stanley C, Vilke GM, Vaughan T, Hoyt DB, Pacyna S. Fatal Positional Asphyxia Associated With Rollover Crashes. Am J Forensic Med Pathol. 2007;28(4):330-332.

120. Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26.Am J Emerg Med. 2008;26(1):1-4.

121. Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER Activation. J Emerg Med. 2008;34(3):283-5.

122. Sloane C, Vilke GM. Death by Tasercution Rare. *Emergency Medicine News*. 2008;30(3):7.

123. Chan TC, Harrigan RA, Ufberg J, Vilke GM. Mandibular Reduction. J Emerg Med. 2008;34(4):435-40.

124. Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the emergency department. J Emerg Med. 2009 May;36(4):333-7. Epub 2008 Feb 14.

125. Vilke GM, Ufberg JW, Harrigan RA, Chan TC. Evaluation and Treatment of Acute Urinary Retention. J Emerg Med. 2008;35(2):193-8.

126. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum Troponin I Measurement of Subjects Exposed to the Taser X-26(R). J Emerg Med. 2008;35(1):29-32

127. Tornabene S, Vilke GM. Gradenigo's Syndrome. J Emerg Med. 2010;38(4):449-51. Epub 2008 Feb 23.

128. Vilke GM, Sloane CM, Neuman T, Castillo EM, Chan TC, Kolkhorst F. In reply to Taser safety remains unclear. Ann Emerg Med. 2008 Jul;52(1):85-86.

129. Sloane CM, Vilke GM. Medical Aspects of Less-Lethal Weapons. Law Enforcement Executive Forum. 2008;8(4):81-94.

130. Conroy C, Stanley C, Eastman AB, Vaughn T, Vilke GM, Hoyt DB, Pacyna S, Smith A. Asphyxia: A Rare Cause of Death for Motor Vehicle Crash Occupants. Am J Forensic Med Pathol. 2008;29:14-18.

131. Ramanujam P, Castillo E, Patel E, Vilke G, Wilson MP, Dunford JV. Prehospital transport time intervals for acute stroke patients. J Emerg Med. 2009 Jul;37(1):40-5. Epub 2008 Aug 23.

Articles

132. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA, Feinberg R, Friedman, L. Impact of an Internet-Based Emergency Department Appointment System to Access Primary Care at Safety Net Community Clinics. Ann Emerg Med 2009;54(2):279-84. Dec. Epub 2008 Dec 13.

133. Vilke GM, Johnson WD 3rd, Castillo EM, Sloane C, Chan TC. Tactical and subject considerations of in-custody deaths proximal to use of conductive energy devices. Am J Forensic Med Pathol. 2009;Mar;30(1):23-5.

134. Firestone DN, Band RA, Hollander JE, Castillo E, Vilke GM. Use of a Urine Dipstick and Brief Clinical Questionnaire to Predict an Abnormal Serum Creatinine in the Emergency Department. Acad Emerg Med. 2009;16(8):699-703.

135. Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic Effects of the TASER After Exercise. Acad Emerg Med. 2009;16(8):704-710.

136. Vilke GM, Wilson MP. Agitation: What every emergency physician should know. EM Reports. 2009 30(19):1-8.

137. Doney MK, Vilke GM. Case Report: Aortoenteric Fistula Presenting as Repeated Hematochezia. J Emerg Med. 2012;43(3):431-34. Epub 2010 Jan 23.

138. Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the Ventilatory Effects of a Restraint Chair on Human Subjects. J Emerg Med. 2011;40(6):714-8. Epub 2010 Jan 13.

139. Chan TC, Killeen JP, Vilke GM, Marshall JB, Castillo EM. Effect of Mandated Nurse–Patient Ratios on Patient Wait Time and Care Time in the Emergency Department. Acad Emerg Med. 2010; 17:545–552

140. Vilke GM, Chan TC. Evaluation and Management for Carotid Dissection in Patients Presenting after Choking or Strangulation. J Emerg Med. 2011;40(3):355-8. Epub 2010 Apr 2.

141. Wilson, MP, MacDonald KS, Vilke GM, Feifel D. Potential complications of combining intramuscular olanzapine with benzodiazepines in emergency department patients. J Emerg Med. 2012;43(5):889-96 Epub 2010 Jun 12.

142. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to Decrease Ambulance Diversion: The California Emergency Department Diversion Project. J Emerg Med. 2011;40(3):300-7. Epub 2010 Apr 10.

COP_ERI004315

Articles

143. Hostler D, Thomas EG, Emerson SS, Christenson J, Stiell IG, Rittenberger JC, Gorman KR, Bigham BL, Callaway CW, Vilke GM, Beaudoin T, Cheskes S, Craig A, Davis DP, Reed A, Idris A, Nichol G; The Resuscitation Outcomes Consortium Investigators. Increased survival after EMS witnessed cardiac arrest. Observations from the Resuscitation Outcomes Consortium (ROC) Epistry-Cardiac arrest. Resuscitation. 2010 Jul;81(7):826-30. Epub 2010 Apr 18.

144. Macdonald K, Wilson MP, Minassian A, Vilke GM, Perez R, Cobb P, Tallian K, Becker O, Feifel D. A retrospective analysis of intramuscular haloperidol and intramuscular olanzapine in the treatment of agitation in drug- and alcohol-using patients. Gen Hosp Psychiatry. 2010 July - August;32(4):443-445. Epub 2010 Jun 12.

145. Schranz CI, Castillo EM, Vilke GM. The 2007 San Diego wildfire impact on the emergency department of the University of California, San Diego Hospital system. Prehosp Disaster Med. 2010 Sep-Oct;25(5):472-6.

146. Vilke GM, Bozeman WP, Chan TC. Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician. J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

147. Vilke GM, Douglas DJ, Shipp H, Stepanski B, Smith A, Ray LU, Castillo EM. Pedatric poisonings in children younger than five years responded to by paramedics. J Emerg Med. 2011;41(3):265-9 Epub 2011 Jan 5.

148. Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature. J Emerg Med. 2012;43(5):897-905. Epub 2011 Mar 24.

149. Davis DP, Salazar A, Chan TC, Vilke GM. Prospective evaluation of a clinical decision guideline to diagnose spinal epidural abscess in patients who present to the emergency department with spine pain. J Neurosurg Spine. 2011;14(6):765-70. Epub 2011 Mar 18.

150. Vilke GM. Pathophysiologic changes due to TASER devices versus excited delirium: Potential relevance to deaths-in-custody? J Forens and Legal Med. 2011:18(6):291. Epub 2011 May 24.

151. Wilson MP, Macdonald K, Vilke GM, Feifel D. A Comparison of the Safety of Olanzapine and Haloperidol in Combination with Benzodiazepines in Emergency Department Patients with Acute Agitation. J Emerg Med. 2012;43(5):790-7. Epub 2011 May 19.

COP_ERI004316

Articles

152. Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya MR, Wang HE, Morrison LJ, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirallo RG, Vilke GM, Sopko G, Weisfeldt M. Early versus Later Rhythm Analysis in Patients with Out-of-Hospital Cardiac Arrest. N Eng J Med 2011;365(9):787-97.

153. Wilson MP, Vilke GM, Ramanujam P, Itagaki MW. Emergency physicians research commonly encountered patient-oriented problems in the proportion with which they are encountered in the emergency department. West J Emerg Med. 2012 Sep;13(4):344-50. Epub 2012 Feb 6.

154. DeMers G, Lynch C, Vilke GM. Retail store-related traumatic injuries in paediatric and elderly populations. J of Paramed Pract 2012;3(11):632-636.

155. Vilke GM, Payne-James J, Karsch SB. Excited Delirium Syndrome (ExDS): Redefining an Old Diagnosis. J Forens Legal Med. 2012;19:7-11. Epub 2011 Nov 2.

156. Vilke GM, Bozeman WP, Dawes DM, DeMers, G, Wilson MP. Excited delirium syndrome (ExDS): Treatment options and considerations. J Forens Legal Med. 2012;19:117-121. Epub 2012 Jan 24.

157. Kroening-Roche JC, Soroudi A, Castillo EM, Vilke GM. Antibiotic and Bronchodilator Prescribing for Acute Bronchitis in the Emergency Department. J Emerg Med. 2012;43(2):221-7. Epub 2012 Feb 16.

158. Nordt SP, Vilke GM, Clark RF, Lee Cantrell F, Chan TC, Galinato M, Nguyen V, Castillo EM. Energy Drink Use and Adverse Effects Among Emergency Department Patients. J Community Health. 2012: Oct;37(5):976-81. Epub 2012 Feb 25.

159. Vilke GM, Sloane CM, Chan TC. Funding source and author affiliation in TASER research are strongly associated with a conclusion of device safety. Am Heart J. 2012 Mar;163(3):e5. Epub 2012 Feb 2.

160. Vilke GM, Sloane CM, Chan TC. Clarification of Funding Sources in "Electronic Control Device Exposures: A Review of Morbidity and Mortality". Ann Emerg Med 2012;59(4):336.

161. Gault TI, Gray SM, Vilke GM, Wilson MP. Are oral medications effective in the management of acute agitation? J Emerg Med. 2012;43(5):854-9. Epub 2012 Apr 26.

COP_ERI004317

Articles

162. Macdonald KS, Wilson MP, Minassian A, Vilke GM, Becker O, Tallian K, Cobb P, Perez R, Galangue B, Feifel D. A naturalistic study of intramuscular haloperidol versus intramuscular olanzapine for the management of acute agitation. J Clin Psychopharm. 2012;32(3):317-22. Epub 2012 Apr 26.

163. Repanshek ZD, Ufberg JW, Vilke GM, Chan TC, Harrigan RA. Alternative treatments of pneumothorax.  J Emerg Med 2013;44(2):457-66. Epub 2012 May 21.

164. Wilson MP, Chen N, Vilke GM, Castillo EM, Macdonald KS, Minassian A.  Olanzapine in ED patients: differential effects on oxygenation in patients with alcohol intoxication.  Am J Emerg Med 2012;30(7):1196-201. Epub 2012 May 23.

165. Almazroua FY, Vilke GM.  The captain morgan technique for the reduction of the dislocated hip.  Ann Emerg Med 2012;60(1):135-6.

166. Hall CA, Kader AS, McHale AMD, Stewart L, Fick GH, Vilke GM.  Frequency of signs of excited delirium syndrome in subjects undergoing police use of force: Descriptive evaluation of a prospective, consecutive cohort.  J Foresn and Leg Med 2013;20:102-7. Epub 2012 June 22.

167. Perkins J, Perkins K, Vilke GM, Almazroua FY.  Is culture-positive urinary tract infection in febrile children accurately identified by urine dipstick or microanalysis?  J Emerg Med 2012;43(6):1155-9. Epub 2012 July 13.

168. Demers G, Meurer WJ, Shih R, Rosenbaum, S, Vilke GM.  Tissue plasminogen activator and stroke: Review of the literature for the clinician.  J Emerg Med 2012;43(6):1149-54. Epub 2012 July 18

169. Wilson MP, Vilke GM, Govindarajan P, Itagaki MW.  Emergency physicians research common problems in proportion to their frequency. West J Emerg Med 2012;13(4):344-50.

170. Ronquillo L, Minassian A, Vilke GM, Wilson MP.  Literature-based Recommendations for Suicde Assessment in the Emergency Department:  A Review.  J Emerg Med. 2012;43(5):836-42. Epub 2012 Oct 2.

171. Vilke GM, Chan TC, Karch S. Letter by Vilke et al Regarding Article, "Sudden cardiac arrest and death following application of shocks from a TASER electronic control device". Circulation. 2013 Jan 1;127(1):e258. Epub 2013 Jan 1.

172. Wilson MP, Vilke GM. Why all the yelling and screaming? Dealing with agitation in the ED setting. Cyberounds. 2013 Feb 09.

COP_ERI004318

Articles

173.   Ali SS, Wilson MP, Castillo EM, Witucki P, Simmons TT, Vilke GM.  Common hand sanitizer may distort readings of breathalyzer tests in the absence of acute intoxication.  Acad Emerg Med 2013; 20(2):212-5.

174.   Maisel A, Mueller C, Neath SX, Christenson RH, Morgenthaler NG, Nowak RM, Vilke G, Daniels LB, Hollander JE, Apple FS, Cannon C, Nagurney JT, Schreiber D, Defilippi C, Hogan C, Diercks DB, Stein JC, Headden G, Limkakeng AT Jr, Anand I, Wu AH, Papassotiriou J, Hartmann O, Ebmeyer S, Clopton P, Jaffe AS, Frank Peacock W.  Copeptin Helps "Copeptin Helps in the Early Detection of Patients with Acute Myocardial Infarction": the primary results of the CHOPIN Trial.  J Am Coll Cardiol.2013; 62(2):150-30. Epub 2013 Apr 30.

175.   Minassian A, Vilke GM, Wilson MP.  Frequent Emergency Department Visits are More Prevalent in Psychiatric, Alcohol Abuse, and Dual Diagnosis Conditions than in Chronic Viral Illnesses Such as Hepatitis and Human Immunodeficiency Virus.  J Emerg Med. 2013;45(4):520-5. Epub 2013 Jul 8.

176.   Darracq MA, Clark RF, Jacoby I, Vilke GM, Demers G, Cantrell FL.  Disaster Preparedness of Poison Control Centers in the USA: A 15-year Follow-up Study.  J Med Toxicol. 2014;10(1):29-25. Epub 2013 Jul 12.

177.   Winters ME, Rosenbaum S, Vilke GM, Almazroua FY.  Emergency Department Management of Patients with ACE-Inhibitor Angioedema.  J Emerg Med 2013;45(5):775-80. Epub 2013 Aug 26.

178.   Savaser DJ, Campbell C, Castillo EM, Vilke GM, Sloane C, Neuman T, Hansen AV, Shah S, Chan TC.  The effect of the prone maximal restrained position with and without weight force on cardiac output and other hemodynamic measures.  J Forens Leg Med. 2013 Nov;20(8):991-5. Epub 2013 Aug 30.

179.   Wilson MP, Macdonald K, Vilke GM, Ronquillo L, Feifel D. Intramuscular Ziprasidone: Influence of alcohol and benzodiazepines on vital signs in the emergency setting.  J Emerg Med 2013:45(6):901-8. Epub 2013 Sep 24.

180.   Perkins J, McCurdy MT, Vilke GM, Al-Marshad AA.  Telemetry Bed Usage for Patients with Low-risk Chest Pain: Review of the Literature for the Clinician.  J Emerg Med 2014;46(2):273-7. Epub 2013 Nov 22.

181.   Del Portal DA, Horn AE, Vilke GM, Chan TC, Ufberg JW.  Emergency department management of shoulder dystocia. J Emerg Med 2014;46(3):378-82. Epub 2013 Dec 18.

COP_ERI004319

Articles

182. Vilke GM, Bozeman WP, Chan TC.  Re: Emergency Department Evaluation of Conducted Energy Weapon (CEW)-Injured Patients. J Emerg Med 2014;46(4):533-4. Epub 2014 Jan 9.

183. Jalali N, Vilke GM, Korenevsky M, Castillo EM, Wilson MP.  The Tooth, the Whole Tooth, and Nothing But the Tooth: Can Dental Pain Ever Be the Sole Presenting Symptom of a Myocardial Infarction? A Systematic Review.  J Emerg Med. 2014;[Epub 2014 Jan 25].

184. Sloane C, Chan TC, Kolkhorst F, Neuman T, Castillo EM, Vilke GM.  Evaluation of the Ventilatory Effects of the Prone Maximum Restraint Position (PMR) on Obese Human Subjects. Forens Sci Int 2014;237:86-9. Epub 2014;46(6):865-72. Epub 2014 Feb 14.

185. Wilson MP, Minassian A, Bahramzi M, Campillo A, Vilke GM. Despite expert recommendations, second-generation antipsychotics are not often prescribed in the emergency department. J Emerg Med. 2014;46(6):808-83. Epub 2014 Mar 19.

186. Vilke GM, Chan TC, Savaser D, Neuman T.  Response to letter by Michaud Regarding Article, "Hemodynamic consequences of restraints in the prone position in excited delirium syndrome" J Forens Legal Med 2014;27:82-4.

187. Davis DP, Aguilar SA, Smith K, Husa RD, Minokadeh A, Vilke G, Sell R, Fisher R, Brainard C, Dunford JV.  Preliminary Report of a Mathematical Model of Ventilation and Intrathoracic Pressure Applied to Prehospital Patients with Severe Traumatic Brain Injury. Prehosp Emerg Care. 2014 Oct 7. [Epub ahead of print]

188. Wilson MP, Minassian A, Ronquillo L, Vilke GM.  Wilson reply to Ryan.  J Emerg Med. 2014 Nov 20 [Epub ahead of print]

189. Rowh AD, Ufberg JW, Chan TC, Vilke GM, Harrigan RA. Lateral Canthotomy and Cantholysis: Emergency Management of Orbital Compartment Syndrome. J Emerg Med. 2014 Dec 15 [Epub ahead of print]

190. Hall C, Votova K, Heyd C, Walker M, MacDonald S, Eramian D, Vilke GM, Restraint in police use of force events: Examining sudden in custody death for prone and not-prone positions, J Forens Legal Med. 2015;31:29-35. Epub Jan 5

191. Wilson MP, Brennan JJ, Modesti L, Deen J, Anderson L, Vilke GM, Castillo EM. Lengths of stay for involuntarily held psychiatric patients in the ED are affected by both patient characteristics and medication use. Am J Emerg Med. 2015 Jan 20. [Epub ahead of print]

192. Warren SA, Prince DK, Huszti E, Rea TD, Fitzpatrick AL, Andrusiek DL, Darling S, Morrison LJ, Vilke GM, Nichol G; the ROC Investigators.  Volume versus Outcome: More Emergency Medical Services Personnel On-scene and Increased Survival after Out-of-Hospital Cardiac Arrest. Resuscitation. 2015 Feb 24. [Epub ahead of print]

COP_ERI004320

PUBLICATIONS, continued:

Articles

193.  Nakajima Y, Vilke GM. Editorial: Ambulance Diversion: the Con Perspective. Am J Emerg Med. 2015 Mar 10. Epub ahead of print]

194.  Perkins J, Ho JD, Vilke GM, DeMers G. Safety of Droperidol Use in the Emergency Department. J Emerg Med. 2015 Mar 30. [Epub ahead of print]

195.  Hopper AB, Vilke GM, Castillo EM, Campillo A, Davie T,  Wilson MP. Ketamine Use for Acute Agitation in the Emergency Department. J Emerg Med. 2015 Apr 2. [Epub ahead of print]

196.  Vilke GM, DeMers G, Patel N, Castillo EM. Safety and Efficacy of Milk and Molasses Enemas in the Emergency Department. J Emerg Med. 2015 Apr 4. [Epub ahead of print]

197.  Shah KS, Marston NA, Mueller C, Neath SX, Christenson RH, McCord J, Nowak RM, Vilke GM, Daniels LB, Hollander JE, Apple FS, Cannon CM, Nagurney J, Schreiber D, deFilippi C, Hogan CJ, Diercks DB, Limkakeng A, Anand IS, Wu AH, Clopton P, Jaffe AS, Peacock WF, Maisel AS.  Midregional Proadrenomedullin Predicts Mortality and Major Adverse Cardiac Events in Patients Presenting With Chest Pain: Results From the CHOPIN Trial.  Acad Emerg Med. 2015 Apr 23. [Epub ahead of print]

198.  Shi E, Vilke GM, Coyne CJ, Oyama LC, Castillo EM.  Clinical outcomes of ED patients with bandemia. Am J Emerg Med. 2015 Mar 18. [Epub ahead of print]

199.  Castillo EM, Coyne CJ, Chan TC, Hall CA, Vilke GM.  Review of the medical and legal literature on restraint chairs.  J Forens Legal Med.  2015;33:91-97.

200.  Vilke GM, Kass P. Retroperitoneal Hematoma After Femoral Arterial Catheterization. J Emerg Med. 2015 July 4. [Epub ahead of print]

COP_ERI004321

Consortium Publications

1.    Davis DP, Garberson LA, Andrusiek DL, Hostler D, Daya M, Pirrallo R, Craig A, Stephens
       S, Larsen J, Drum AF, Fowler R, and the Resuscitation Outcomes Consortium Investigators.
       A Descriptive Analysis of Emergency Medical Service Systems Participating in the
       Resuscitation Outcomes Consortium (ROC) Prehospital Research Network. Prehospital
       Emergency Care 11:369-382, 2007. (role: site investigator)

2.    J Christenson, D Andrusiek, S Everson-Stewart, P Kudenchuk, D Hostler, J Powell, CW
       Callaway, D Bishop, C Vaillancourt, D Davis, TP Aufderheide, A Idris, J Stouffer, I Stiell, R
       Berg, and the ROC investigators. Chest Compression Fraction Determines Survival in
       Patients with Out-of-hospital Ventricular Fibrillation. Circulation 120(13):1241-7, 2009.
       (role: site investigator)

3.    Newgard CD, Koprowicz K, Wang H, Monnig A, Kerby JD, Sears GK, Davis DP, Bulger E,
       Stephens SW, Daya MR; ROC Investigators. Variation in the type, rate, and selection of
       patients for out-of-hospital airway procedures among injured children and adults. Acad
       Emerg Med. 2009 Dec;16(12):1269-76. (role: site investigator)

4.    Bulger EM, May S, Brasel KJ, Schreiber M, Kerby JD, Tisherman SA, Newgard C, Slutsky
       A, Coimbra R, Emerson S, Minei JP, Bardarson B, Kudenchuk P, Baker A, Christenson J,
       Idris A, Davis D, Fabian TC, Aufderheide TP, Callaway C, Williams C, Banek J,
       Vaillancourt C, van Heest R, Sopko G, Hata JS, Hoyt DB; ROC Investigators. Out-of-
       Hospital Hypertonic Resuscitation Following Severe Traumatic Brain Injury: A randomized
       Controlled Trial. JAMA 304(13):1455-1464, 2010 (role: site investigator)

5.    Newgard CD, Rudser K, Atkins DL, Berg R, Osmond MH, Bulger EM, Davis DP, Schreiber
       MA, Warden C, Rea TD, Emerson S; ROC Investigators. The availability and use of out-of-
       hospital physiologic information to identify high-risk injured children in a multisite,
       population based cohort. Prehosp Emerg Care. 2009 Oct-Dec;13(4):420-31. (role: site
       investigator)

6.    Rea TD, Cook AJ, Stiell IG, Powell J, Bigham B, Callaway CW, Chugh S, Aufderheide TP,
       Morrison L, Terndrup TE, Beaudoin T, Wittwer L, Davis D, Idris A, Nichol G; Resuscitation
       Outcomes Consortium Investigators. Predicting survival after out-of-hospital cardiac arrest:
       role of the Utstein data elements. Ann Emerg Med. 2010 Mar;55(3):249-57. (role: site
       investigator)

7.    Newgard CD, Schmicker RH, Hedges JR, Trickett JP, Davis DP, Bulger EM, Aufderheide
       TP, Minei JP, Hata JS, Gubler KD, Brown TB, Yelle JD, Bardarson B, Nichol G;
       Resuscitation Outcomes Consortium Investigators. Emergency medical services intervals
       and survival in trauma: assessment of the "golden hour" in a North American prospective
       cohort. Ann Emerg Med. 2010 Mar;55(3):235-246.e4. Epub 2009 Sep 23. (role: site
       investigator)

COP_ERI004322

8.  Newgard CD, Rudser K, Hedges JR, Kerby JD, Stiell IG, Davis DP, Morrison LJ, Bulger E, Terndrup T, Minei JP, Bardarson B, Emerson S; ROC Investigators. A critical assessment of the out-of-hospital trauma triage guidelines for physiologic abnormality. J Trauma. 2010 Feb;68(2):452-62. (role: site investigator)

9.  Brooks SC, Schmicker RH, Rea TD, Aufderheide TP, Davis DP, Morrison LJ, Sahni R, Sears GK, Griffiths DE, Sopko G, Emerson SS, Dorian P; ROC Investigators. Out-of-hospital cardiac arrest frequency and survival: evidence for temporal variability. Resuscitation. 2010 Feb;81(2):175-81. (role: site investigator)

10. Weisfeldt ML, Sitlani CM, Ornato JP, Rea T, Aufderheide TP, Davis D, Dreyer J, Hess EP, Jui J, Maloney J, Sopko G, Powell J, Nichol G, Morrison LJ; ROC Investigators. Survival after application of automatic external defibrillators before arrival of the emergency medical system: evaluation in the resuscitation outcomes consortium population of 21 million. J Am Coll Cardiol. 2010 Apr 20;55(16):1713-20. (role: site investigator)

11. Hostler D, Everson-Stewart S, Rea TD, Stiell IG, Callaway CW, Kudenchuk PJ, Sears GK, Emerson SS, Nichol G, and the Resuscitation Outcomes Consortium Investigators. A prospective cluster-randomized trial of real-time CPR feedback during out-of-hospital cardiac arrest resuscitation. BMJ 2011;342:d512 (role: site investigator)

12. Aufderheide TP, Nichol G, Rea TD, Brown SP, Leroux BG, Pepe PE, Kudenchuk PJ, Christenson J, Daya MR, Dorian P, Callaway CW, Idris AH, Andrusiek D, Stephens SW, Hostler D, Davis DP, Dunford JV, Pirrallo RG, Stiell IG, Clement CM, Craig A, Van Ottingham L, Schmidt TA, Wang HE, Weisfeldt ML, Ornato JP, Sopko G, and the Resuscitation Outcomes Consortium (ROC) Investigators. A Trial of an Impedance Threshold Device in Out-of-Hospital Cardiac Arrest. New England Journal of Medicine. 365:798-806, 2011 (role: site investigator)

13. Reinier K, Thomas E, Andrusiek DL, Aufderheide TP, Brooks SC, Callaway CW, Pepe PE, Rea TD, Schmicker RH, Vaillancourt C, Chugh SS; Resuscitation Outcomes Consortium Investigators. Socioeconomic status and incidence of sudden cardiac arrest. CMAJ. 2011 Oct 18;183(15):1705-12. Epub 2011 Sep 12 (role: site investigator)

14. Wang HE, Devlin SM, Sears GK, Vaillancourt C, Morrison LJ, Weisfeldt M, Callaway CW; ROC Investigators. Regional variations in early and late survival after out-of-hospital cardiac arrest. Resuscitation. 2012 Nov;83(11):1343-8. (role: site investigator)

15. Kudenchuk PJ, Brown SP, Daya M, Morrison LJ, Grunau BE, Rea T, Aufderheide T, Powell J, Leroux B, Vaillancourt C, Larsen J, Wittwer L, Colella MR, Stephens SW, Gamber M, Egan D, Dorian P; Resuscitation Outcomes Consortium Investigators. Resuscitation Outcomes Consortium-Amiodarone, Lidocaine or Placebo Study (ROC-ALPS): Rationale and methodology behind an out-of-hospital cardiac arrest antiarrhythmic drug trial. Am Heart J. 2014 May;167(5):653-9. (role: site investigator)

COP_ERI004323

16.    Ian G. Stiell, Siobhan P. Brown, Graham Nichol, Sheldon Cheskes, Christian Vaillancourt, Clifton W. Callaway, Laurie J. Morrison, James Christenson, Tom P. Aufderheide, Daniel P. Davis, Cliff Free, Dave Hostler, John A. Stouffer and Ahamed H. Idris and the Resuscitation Outcomes Consortium Investigators  What Is the Optimal Chest Compression Depth During Out-of-Hospital Cardiac Arrest Resuscitation of Adult Patients?  Circulation 2014;130:1962-1970; epub 2014 Sep 24. (role: site investigator)

17.    Idris AH, Guffey D, Pepe PE, Brown SP, Brooks SC, Callaway CW, Christenson J, Davis DP, Daya MR, Gray R, Kudenchuk PJ, Larsen J, Lin S, Menegazzi JJ, Sheehan K, Sopko G, Stiell I, Nichol G, Aufderheide TP; Resuscitation Outcomes Consortium Investigators. Chest Compression Rates and Survival Following Out-of-Hospital Cardiac Arrest. Crit Care Med. 2015 Apr;43(4):840-8. (role: site investigator)

COP_ERI004324

Abstracts

1.  Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

2.  Moss ST, Vilke GM, Chan TC, Dunford JD:  Outcomes study of out-of-hospital patients signed out against medical advice by field paramedics.  Acad Emerg Med 1997;4(5):413.

3.  Chan TC, Vilke GM, Neuman TS, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

4.  Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  Acad Emerg Med 1997;4(5):459.

5.  Davis DP, Bramwell KJ, Vilke GM, Rosen P:  Cricothyrotomy technique: Standard technique versus the rapid four-step technique.  Acad Emerg Med 1997;4(5):488.

6.  Bramwell K, Vilke G, Davis D, Rosen P:  Cricothyrotomy technique: Use of the Trousseau dilator for initial widening and subsequent stabilization of the opening during endotracheal tube passage.  Ann Emerg Med 1997;30(3):419.

7.  Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

8.  Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medical technician-Is using the Combitube.  Acad Emerg Med 1998;5(5):388.

9.  Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and cervical spinal immobilization on laryngoscopy in a cadaver model of intubation.  Acad Emerg Med 1998;5(5):397.

10.  Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

11.  Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  Acad Emerg Med 1998;5(5):444.

12.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  Acad Emerg Med 1998;5(5):483.

13.  Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  Acad Emerg Med 1998;5(5):502.

COP_ERI004325

Abstracts

14.   Chan TC, Vilke GM, Buchanan J, Anderson M:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  Prehospital Emerg Care 1998;2(3):223.

15.   Marino AT, Vilke GM, Chan TC, Buchanan J:  Precision of prehospital diazepam dosing for children in status epilepticus.  Prehospital Emerg Care 1998;2(3):232.

16.   Marino AT, Vilke GM, Chan TC, Buchanan J:  Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures.  Prehospital Emerg Care 1998;2(3):233.

17.   Vilke GM, Chan TC, Buchanan J, Dunford JV:  Are opiate overdose deaths related to patient release after prehospital naloxone?  Prehospital Emerg Care 1998;2(3):236.

18.   Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  Ann Emerg Med 1998;32(3)Part 2:S6.

19.   Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR:  Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation.  Ann Emerg Med 1998;32(3)Part 2:S13.

20.   Marino AT, Chan TC, Buchanan J, Vilke GM:  Precision of prehospital diazepam dosing for children in status epilepticus.  Ann Emerg Med 1998;32(3)Part 2:S30.

21.   Marino AT, Vilke GM, Buchanan J, Chan TC:  Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures.  Ann Emerg Med 1998;32(3)Part 2:S30.

22.   Davis D, Bramwell K, Hamilton R, Chan T, Vilke G:  The fresh-frozen cadaver free-larynx model for cricothyrotomy training.  Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23.   Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P:  Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting.  Ann Emerg Med 1998; 32(3)Part 2:S50.

24.   Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM:  Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model.  Ann Emerg Med 1998; 32(3)Part 2:S50-S51.

25.   Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does the syringe esophageal detector device accurately detect an esophageal intubation following gastric distention from air insufflation?  Ann Emerg Med 1998;32(3)Part 2:S51.

26.   Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury?  J Emerg Med 1998;16(5):804.

COP_ERI004326

Abstracts

27. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does GCS score affect prehospital intubation success rates in trauma patients? J Emerg Med 1998;16(5):804-805.

28. Vilke GM, Chan TC, Guss DA: Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15. J Emerg Med 1998;16(6):984.

29. Chan TC, Vilke GM, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. Prehospital Emerg Care 1999;3(1):83-84.

30. Vilke GM, Chan TC: Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice. Prehospital Emerg Care 1999;3(1):90.

31. Marino A, Vilke GM, Chan TC: Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights. Prehospital Emerg Care 1999;3(1):92.

32. Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM: Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models. Acad Emerg Med 1999;6(5):514.

33. Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D: Using ultrasound to visualize and confirm endotracheal intubation. Acad Emerg Med 1999;6(5):515.

34. Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC: Lidocaine administration through an esophageally placed Combitube in a canine model. Acad Emerg Med 1999;6(5):519-520.

35. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? Acad Emerg Med 1999;6(5):520.

36. Vilke GM, Marino A, Iskander J, Chan TC: Knowledge of prescribed medications by emergency department patients. Acad Emerg Med 1999;6(5):539.

37. Davis D, Marino A, Vilke G, Dunford J, Videen J: Hyponatremia in marathon runners: Experience with the inaugural rock 'n' roll marathon. Ann Emerg Med 1999;34(4)Part 2: S40-S41.

38. Davis DP, Kimbro T, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. Prehosp Emerg Care 2000;4(1):90.

39. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM: The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. Prehosp Emerg Care 2000; 4(1):92.

COP_ERI004327

Abstracts

40. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J: Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back. Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

41. Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J: Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

42. Vilke GM, Marino A, Chan TC: Survey of paramedics for latex allergy risk factors. Acad Emerg Med 2000;7(5):483.

43. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T: Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

44. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T: Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

45. Wold RM, Davis DP, Patel R, Chan TC, Vilke GM: Original clinical decision guideline to identify patients with spinal epidural abscess. Acad Emerg Med 2000;7(5):574-575.

46. Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR: Confirming endotracheal intubation using ultrasound. Ann Emerg Med 2000;36(4)Part 2:S20-S21.

47. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC: Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain. J Emerg Med 2001;20(3):321.

48. Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF: Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects? Acad Emerg Med 2001;8(5):442.

49. Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV: Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics. Acad Emerg Med 2001;8(5):486.

50. Davis DP, Ochs M, Hoyt DB, Vilke GM, Dunford JV: The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation. Acad Emerg Med 2001;8(5):500.

51. Vilke GM, Simmons C, Brown L, Skogland P, Guss DA: Approach to decreasing emergency department ambulance diversion hours. Acad Emerg Med 2001;8(5):526.

COP_ERI004328

PUBLICATIONS, continued:

Abstracts

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file).  Inter-university Consortium for Political and Social Research (distributor), 2001.

53. Cardall TY, Glasser JL, Davis D, Vilke GM:  Cricothyrotomy training in emergency medicine residencies.  Ann Emerg Med 2001;38(4):S9.

54. Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals.  Ann Emerg Med 2001;38(4):S33.

55. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G:  The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation.  Prehosp Emerg Care 2002;6(1):144.

56. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician on emergency 911 transports from a county jail.  Prehosp Emerg Care 2002;6(1):162.

57. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(1):164.

58. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  Prehosp Emerg Care 2002;6(1):165.

59. Jin AS, Chan T, Davis D, Vilke G:  Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia.  Acad Emerg Med 2002;9(5):381-382.

60. Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments.  Acad Emerg Med 2002;9(5):389.

61. Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM:  Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED?  Acad Emerg Med 2002;9(5):407.

62. Glasser JL, Cardall TY, Podboy M, Vilke GM:  Out-of-hospital pediatric rapid-sequence intubation by an aeromedical provider.  Acad Emerg Med 2002;9(5):422-423.

63. Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM:  Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department?  Ann Emerg Med 2002;40(4):S7-S8.

COP_ERI004329

Abstracts

64.   Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G:  The clinical presentation and outcome of emergency department patients with spinal epidural abscess.  Ann Emerg Med 2002;40(4): S103.

65.   Vilke GM, Loh A:  A prospective study of minimizing ambulance diversion and its effects on emergency department census and hospital admissions.  Prehosp Emerg Med 2003;7(1):171.

66.   Buono C, Vilke GM, Schwartz B, Brown L, Swabb C:  Identifying reasons for and outcomes of patients who access 9-1-1, then sign out against medical advice.  Prehosp Emerg Med 2003;7(1):172.

67.   Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport.  Prehosp Emerg Med 2003;7(1):190.

68.   Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  prospective countywide trial to decrease ambulance diversion hours.  Acad Emerg Med 2003;10(5):465.

69.   Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM:  The use of risk factor assessment to screen for spinal epidural abcess in emergency department patients with spine pain.  Acad Emerg Med 2003;10(5):569.

70.   Chan TC, Kelso D, Dunford JV, Vilke GM:  Can trained health educators provide screening, brief intervention and referral services in an academic teaching hospital emergency department?  Acad Emerg Med 2003;10(5):515.

71. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med 2003;42(4):S6.

72.   Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients.  Ann Emerg Med 2003;42(4):S2.

73.   Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM:  Does weight force during physical restraint cause respiratory compromise?  Ann Emerg Med 2003;42(4):S17.

74.   Davis D, Grossman K, Vilke G, Kiggins D, Chan TC:  Inadvertent anticoagulation of emergency department patients with aortic dissection.  Ann Emerg Med 2003;42(4):S99.

75.   Vilke GM, Wiesner C, Davis DP, Chan TC:  The efficacy of adding ipratropium bromide to albuterol for the prehospital treatment of reactive airways disease. Prehosp Emerg Care 2004; 8(1):112.

COP_ERI004330

PUBLICATIONS, continued:

Abstracts

76.   Vilke GM, Vadeboncoeur T, Davis DP, Poste JC, Ochs M, Hoyt DB:  The predictive value of paramedic assessment of aspiration in patients undergoing RSI.  Prehosp Emerg Care 2004; 8(1):88-89.

77.   Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T:  Community trial to decrease ambulance diversion of patients and hours.  Prehosp Emerg Care 2004;8(1):84.

78.   Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA:  Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay.  Acad Emerg Med 2004;11(5):485.

79.   Davis DP, Vadeboncoeur TF, Poste JC, Vilke GM, Ochs M, Hoyt DB:  The use of field Glasgow coma scale to screen severely head-injured patients to undergo paramedic rapid sequence intubation.  Acad Emerg Med 2004;11(5):492.

80.   Patel RJ, Davis D, Vilke GM, Chan TC:  Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy.  Acad Emerg Med 2004;11(5):522.

80.   Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system.  Acad Emerg Med 2004;11(5):604.

82.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Cricothyrotomies by air medical providers in 2853 patient intubations.  Air Med J 2004;23(5):33.

83.   Davis D, Buono C, Vilke G, Sise M, Eastman B, Kennedy F, Vilke T, Hoyt D:  The efficacy of air medical response to patients with moderate to severe traumatic brain injury.  Air Med J 2004;23(5):31.

84.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Laryngoscopic visualization grade predicts difficult intubations by air medical crews in the prehospital setting.  Air Med J 2004;23(5):30.

85.   Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B:  Success and failure rates of RSI versus non-RSI intubations by air medical providers in 2853 patients.  Air Med J 2004; 23(5):30.

86.   Metz M, Marcotte A, Vilke GM:  The effect of decreasing ambulance diversion hours on ed interfacility transfers.  J Emerg Nurs 2004;30(5):411.

87.   Metz M, Murrin P, Vilke GM:  Community trial to decrease ambulance diversion hours: the San Diego county patient destination trial.  J Emerg Nurs 2004;30(5):410.

COP_ERI004331

Abstracts

88.  Metz M, Murrin P, Vilke GM:  The three-phase EMS cardiac arrest model for ventricular fibrillation. J Emerg Nurs 2004;30(5):405.

89.  Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC:  Impact of a new booster seat law.  Ann Emerg Med 2004;44(4):S39-S40.

90.  Vilke GM, Marcotte A, Metz M, Upledger Ray L:  Pain management in the out-of-hospital setting.  Ann Emerg Med 2004;44(4):S63.

91.  Vilke GM, Murrin PA, Marcotte A, Upledger RL:  Impact of the San Diego County firestorm on emergency medical services.  Ann Emerg Med 2004;44(4):S102-S103.

92.  Davis DP, Pettit K, Poste JC, Vilke GM:  The efficacy of out-of-hospital needle and tube thoracostomy in major trauma victims.  Ann Emerg Med 2004;44(4):S103.

93.  Buono CJ, Davis DP, Vilke GM, Stepanski B.  Esophageal Intubation in an EMS system: a six-year experience.  Prehosp Emerg Care 2005; 9(1):113.

94.  Dunford JV, Vilke GM, Chan TC.  Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

95.  Davis DP, Serrano JA, Buono CJ, Vilke GM, Sise MJ, Hoyt DB.  The predictive value of field and arrival Glasgow coma score in moderate-to-severe brain injury.  Prehosp Emerg Care 2005; 9(1):124.

96.  Vilke GM, Castillo EM, Upledger-Ray L, Davis DP, Murrin PA, Kennedy F, Cox S, Coimbra R.  Evaluation of paramedic field triage of injured patients to trauma centers and emergency departments.  Prehosp Emerg Care 2005; 9(1):125.

97.  Vilke GM, Harley J, Metz M, Stepanski B, Vroman D, Anderson M, Shipp H.  Paramedic self-reported medication errors in an anonymous survey.  Prehosp Emerg Care 2005; 9(1):127.

98.  Bush J, Chan TC, Killeen JP, Vilke GM.  The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism.  Acad Emerg Med 2005;12(5):41.

99.  Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC.  Does weight force during physical restraint cause respiratory compromise?  Acad Emerg Med 2005;12(5):16.

100. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J.  Cardiac monitoring of subjects exposed to the Taser.  Acad Emerg Med 2005;12(5):71.

COP_ERI004332

Abstracts

101.  Davis DP, Buono C, Serrano J, Vilke GM, Sise MJ, Hoyt DB.  The impact of hyper- and hypoventilation on outcome in traumatic brain injury.  Acad Emerg Med 2005;12(5):138-139.

101.  Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J: The potential safety of designated cardiac arrest receiving facilities.  Ann Emerg Med 2005;46(3):S17.

102.  Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA:  Accelerated care at triage: Physician-directed ancillary testing at triage for patients waiting in an emergency department.  Ann Emerg Med 2005;46(3):S107-S108.

103.  Lev R, Vilke G, Dunford J:  San Diego Regional STEMI Summit.  San Diego Physician. 2005;4:11-13.

104.  Davis D, Reynoso J, Harley J, Kanegaye J, Buono C, Vilke G:  The natural history of pediatric patients meeting criteria for paramedic intraosseous catheter insertion.  Prehosp Emerg Care 2006;10(1):110.

105.  Davis D, Ramanujam P, Buono C, Vilke G:  The sensitivity of capnometry to detect endotracheal intubation:  Where should we draw the line?  Prehosp Emerg Care 2006; 10(1):118.

106.  Levine S, Sloane C, Chan T, Dunford J, Vilke G:  Cardiac monitoring of subjects exposed to the Taser.  Prehosp Emerg Care 2006;10(1):130.

107.  Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J:  Cardiac monitoring of human subjects exposed to the taser.  Acad Emerg Med 2006;13(5 Supp 1):S47.

108.  Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC:  Evaluation of deaths associated with choking.  Acad Emerg Med 2006;13(5 Supp 1):S49.

109.  Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F:  Does physical restraint impact metabolic oxygen consumption during exertion?  Acad Emerg Med 2006; 13(5 Supp 1):S46.

110.  Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV:  Decrease of health care service utilization among chronic public inebriates.  Acad Emerg Med 2006;13 (5 Supp 1):S105-106.

111.  Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC: Evaluation of in-custody deaths proximal to use of conductive energy devices.  Ann Emerg Med 2006;48(4 Supp 1):S23-S24.

COP_ERI004333

Abstracts

112. Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM: Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED. Ann Emerg Med 2006;48 (4 Supp 1):S59-S60.

113. Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L: Wireless computerized rapid triage in the field: How well does technology perform during mass casualty incidents and disaster events? Ann Emerg Med 2006;48(4 Supp 1):S69.

114. Davis D, Salazar A, Vilke G, Chan T: The utility of a novel decision rule to diagnose spinal epidural abscess in ED patients with back pain. Ann Emerg Med 2006;48(4 Supp 1):S66.

115. Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC: San Diego County patient destination trial to decrease ambulance division hours: Three year follow-up. Ann Emerg Med 2006;48(4 Supp 1):S90.

116. Graydon C, Wilson S, Leahy D, Berthiaume S, Buesch B, Stein R, Vilke G, Davis D: The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead ECG. Prehosp Emerg Care 2006;10(1):116.

118. Ramanujam P, Stepanski B, Smith A, Upledger-Ray L, Vilke GM. Impact of a state booster seat law on compliance in pediatric traffic crash victims. Ann Emerg Med 2006; 48(4 Supp 1):S56.

119. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. Med Sci Sports Exerc 2006;38(5) Suppl:S452-S453.

120. Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The impact of the taser weapon on respiratory and ventilatory function in human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

121. Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents? Acad Emerg Med 2007; 14(5 Suppl 1): S190.

122. Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? Acad Emerg Med 2007; 14(5 Suppl 1): S104.

123. Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

124. Sloane C, Vilke G, Chan T, Levine S, Dunford J. Serum troponin I measurement of subjects exposed to the taser x-26. Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

COP_ERI004334

Abstracts

125. Bouton KD, Vilke GM, Chan TC, Sloane C, Levine S, Neuman TS, Levy SS, Kolkhorst FW. Physiological effects of a five second Taser exposure. Med Sci Sports Exerc 2007;39(5 Suppl):S323.

126. Firestone D, Band RA, Hollander JE, Castillo EM, Vilke GM.  Can Urine Dipstick and Brief Questionnaire Predict Abnormal Serum Creatinine in Emergency Department Patients?  Ann Emerg Med 2007; 50(3):S24.

127. Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC. Physiologic Effects of the TASER on Human Subjects After Exercise. Ann Emerg Med 2007; 50(3):S55.

128. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of Electronic Medication Reconciliation on Triage Times for Patients Seen in the Emergency Department. Ann Emerg Med 2007; 50(3):S71.

129. Marsan Jr RJ, Vilke GM, Chan TC, Davis DP, Stepanski BM. Description and Efficacy of Treatment of Hemodynamically Significant Bradycardia in a Large, Urban, Pacing-capable EMS System. Ann Emerg Med 2007; 50(3):S80.

130. Chan TC, Killeen JP, Castillo EM, Vilke GM, Kennedy S, FeinbergR, Guss DA. Impact of an internet based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1): S104.

131. Vilke GM, Sloane CM, Suffecool A, Neuman T, Castillo EM, Kolkhorst F, Chan TC. Crossover-controlled human study of the physiologic effects of the Taser after vigorous exercise. Acad Emerg Med 2008; 15(5 Suppl 1): S155.

132. Vilke GM, Chan TC, Killeen JP, Castillo EM.  Impact of psychiatric patient holds in the emergency department on overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1): S221.

133. Barnard AC, Sloane C, Vilke GM, Chan TC, Neuman TS, Kolkhorst FW. Physiological effects of TASER X-26 after intense exercise.  Med and Sci in Sports and Exercise 2008; 40(Suppl 5): S475.

134. Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding.  Ann Emerg Med 2008; 52(4):S44.

135. Davis D, Fong T, Lawrence B, Vilke GM. Psychosocial variables influence the decision to call 9-1-1 in emergency department patients with abdominal pain.  Ann Emerg Med 2008; 52(4):S71.

COP_ERI004335

Abstracts

136.  Bizek G, Castillo EM, Vilke GM, Chan TC. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S105-6.

137.  Ramanujam P, Castillo EM, Patel E, Vilke GM, Wilson M, Dunford J.  Pre hospital transport time intervals for acute stroke patients. Ann Emerg Med 2008; 52(4):S154.

138.  Vilke GM, Killen J,P, Chan TC, Crumpacker J, Castillo EM.  Risk factors and characteristics of falls among emergency department elderly patients.  Ann Emerg Med 2008; 52(4):S160.

139.  Marsan R, Castillo EM, Chan TC, Stepanski B, Vilke GM: Comparison of prehospital retrospective chart review to prospectively obtained data. Acad Emerg Med 2009;16(4)Suppl 1: S85-S86.

140.  Killeen D, Killeen J, Castillo EM, Chan TC, Vilke GM: Emergency department patient evaluation of internet and email access for healthcare information.  Acad Emerg Med 2009;16(4)Suppl 1: S132-S133.

141.  Sloane CM, Chan TC, Kohlkorst F, Castillo EM, Neuman T, Vilke GM: Can a restraint chair cause respiratory or ventilatory compromise? Acad Emerg Med 2009;16(4)Suppl 1: S137.

142.  Castillo, EM, Vilke GM, Killeen J, Guss DA, Marshall J, Chan TC: Impact of mandated nurse-patient ratios on ED medication delivery. Acad Emerg Med 2009;16(4)Suppl 1: S157-S158.

143.  Slattery D, Pierson B, Stanley K, Vilke GM: Bridging the training gap in cardiac arrest: identification of cardiac arrest decision-making deficits in lay rescuers. Acad Emerg Med 2009;16(4)Suppl 1: S182.

144.  Slattery D, Stanley K, Vilke GM, Pierson B: non-medical responders are not accurate at identifying agonal respirations? Acad Emerg Med 2009;16(4)Suppl 1: S182.

145.  Castillo EM, Vilke GM, Killeen J, Guss DA, Feinberg R, Friedman L, Chan TC: Factors associated with community clinic follow-up from an ED internet-based referral system. Acad Emerg Med 2009;16(4)Suppl 1: S247-S248.

146.  Marmon J, Castillo EM, Vilke GM, Killeen J, Chan TC: The effect of admitting team resident turnover on emergency department patient flow. Acad Emerg Med 2009;16(4)Suppl 1: S257-S258.

COP_ERI004336

Abstracts

147.   Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to decrease ambulance diversion: The California ED Diversion Project. Ann Emerg Med 2009; 54(3):S79.

148.   Lev R, Castillo EM, Vilke GM, Chan TC. Multi-center study of left without treatment rates from Emergency Departments serving a large metropolitan region. Ann Emerg Med 2009; 54(3):S86.

149.   Chan TC, Vilke GM, Killeen JP, Gus DA, Marshall J, Castillo EM. Impact of mandated nurse-patient ratios on time to antibiotic administration in the Emergency Department. Ann Emerg Med 2009; 54(3):S97.

150.   Vilke GM, Robertson NB, Castillo EM, Killeen JP, Chan TC. Erythrocyte sedimentation rate compared to C-reactive protein as a screening marker in the Emergency Department. Ann Emerg Med 2009; 54(3):S121.

151.   Castillo EM, Chan TC, Luu B, Prabhakar N, Vilke GM. Factors Associated With Injuries Among Subjects and Deputies During Law Enforcement Use of Force Events. Ann Emerg Med 2010; 56(3):S138.

152.   Wilson MP, MacDonald KS, Vilke GM, Feifel D. Potential Complications of Olanzapine and Benzodiazepines Compared to Haloperidol and Benzodiazepines In Emergency Department Patients. Ann Emerg Med 2010; 56(3):S155.

153.   Killeen JP, Castillo EM, Vilke GM, Marshall JB, Chan TC. Impact of Mandated Nurse-Patient Ratios on Emergency Department Discharge Time. Ann Emerg Med 2010; 56(3):S182.

154.   Chan TC, Castillo EM, Humber DM, Killeen JP.  Frequency of Pharmacy Interventions and Emergency Overrides Following Implementation of Electronic Pharmacy Review In the Emergency Department. Ann Emerg Med 2010; 56(3):S343.

155.   Chan TC, Castillo EM, Vilke GM, Killeen JP. Do Computerized Medication Alerts Change Medication Orders In the Emergency Department.  Ann Emerg Med 2010; 56(3):S372.

156.   Wilson MP, Vilke GM, Govindarajan P, Itagaki MW.  Emergency Physicians Research Commonly Encountered Patient-Oriented Problems in the the Proportion with Which They Are Encountered in the Emergency Department.  Acad Emerg Med 2011;18 (5)Suppl:S67.

157.   Vilke GM, Anthony E, Castillo EM.  Factors Associated with Ambulance Use Among Emergency Department Patients. Acad Emerg Med 2011;18 (5)Suppl:S114.

COP_ERI004337

Abstracts

158.  Nordt SP, Castillo EM, Galinato M, Nguyen V, Clark RF, Cantrell FL, Chan TC, Vilke GM: Energy Drink Use and Adverse Effects Among Emergency Department Patients. Clin Toxicol 2011; 49(6):579.

159.  Savaser DJ, Campbell CC, Chan TC, Shah V, Sloane CS, Hansen AV, Castillo EM, Vilke GM. The Effect of Prone Maximal Restraint (PMR, aka ''Hog-Tie'') Position on Cardiac Output and Other Hemodynamic Measurements. Acad Emer Med 2012;19(4):S78.

160.  Castillo EM, Vilke GM, Killeen JP, Brennan JJ, Chan TC. Visit Urgency Between Frequent Emergency Department Users In A Large Metropolitan Region Network. Acad Emer Med 2012;19(4):S96.

161.  Killeen JP, Castillo EM, Chan TC, Vilke GM. Emergency Department Patients on Warfarin - How Often Is the Visit Due to the Medication? Acad Emer Med 2012;19(4):S121.

162.  Killeen JP, Chan TC, Vilke GM, Rafie S, Dunlay R, Castillo EM. Does Pharmacist Review of Medication Orders Delay Medication Administration in the Emergency Department? Acad Emer Med 2012;19(4):S166.

163.  Killeen JP, Vilke GM, Chan TC, Oyama L, Carey M, Castillo EM. Does the Residency Selection Cycle Impact What Information Is Accessed on the Web? Acad Emer Med 2012;19(4):S202.

164.  Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does An Alcohol-based Hand Sanitizer Affect Breathalyzer Levels? Acad Emer Med 2012;19(4):S278.

165.  Vilke GM, Patel N, Castillo EM, Demers G. Safety and Efficacy of Milk and Molasses in the ED. Acad Emer Med 2012;19(4):S287.

166.  Castillo EM, Chan TC, Brennen JJ, Killeen JP, Vilke GM. Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Pain Associcated-discharge Diagnosis. Acad Emer Med 2012;19(4):S321.

167.  Wilson MP, Chen N, Minassian A, Vilke GM, Castillo EM. In Combination With Benzodiazepines And Alcohol Intoxication, Intramuscular But Not Oral Olanzapine Is Associated With Decreased Oxygen Saturations. Acad Emer Med 2012;19(4):S356.

168.  Killeen JP, Vilke GM, Dunford JV, Fisher R, Pringle J, Castillo EM, Chan TC: Impact of 12-lead ECG Wireless Transmission on Hospital STEMI Activations. Ann Emer Med 2012;60(4)S25.

169.  Castillo EM, Brennan JJ, Chan TC, Killeen JP, Vilke GM: Factors Associated With Frequent Users of Emergency Department Resources. Ann Emer Med 2012;60(4)S32.

COP_ERI004338

Abstracts

170. DeMers G, Graydon C, Stein M, Wilson S, Buesch B, Berthiaume S, Lee DM, Rivas J, Vilke GM, Davis D: Analysis of Inter-facility Transfer Rates After Initiation of a Regional PCI System. Ann Emer Med 2012;60(4)S44.

171. Vilke GM, Brennan JJ, Castillo EM, Killeen JP, Chan TC: Multiple Hospital Emergency Department Visits Among Frequent Users With a Pain-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4)S54.

172. Benaron D, Castillo EM, Vilke GM, Guluma KZ: Emergency Department Patient Perception of Stroke. Ann Emer Med 2012;60(4)S58.

173. Castillo EM, Chan TC, Killeen JP, Vilke GM: Knowledge of Acute Myocardial Infarction Symptoms: Do Sex Differences Still Exist? Ann Emer Med 2012;60(4)S83.

174. Chan TC, Castillo EM, Dunford JV, Fisher R, Jensen AM, Vilke GM, Killeen JP: Hot Spots and Frequent Fliers: Identifying High Users of Emergency Medical Services. Ann Emer Med 2012;60(4) S83-S84.

175. Brennan JJ, Chan TC, Vilke GM, Killeen JP, Castillo EM: Identification of Frequent Users of Hospital Emergency Department Resources Using a Community-wide Approach. Ann Emer Med 2012;60(4)S102.

176. Chan TC, Killeen JP, Brennan JJ, Vilke GM, Castillo EM: The Forgotten Emergency Department Visit When Assessing Hospital Readmissions. Ann Emer Med 2012;60(4)S105.

177. Brennan JJ, Chan TC, Killeen JP, Castillo EM, Vilke GM: Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Psychiatric-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4) S146-S147.

178. Campillo A, MacDonald KS, Vilke GM, Wilson MP: The B52 Combination Is Not Frequently Used in Emergency Departments and Causes A High Proportion of Patients to Fall Asleep. Ann Emer Med 2012;60(4) S147.

179. Lin GK, Vilke GM, Castillo EM, Chen N, Wilson MP: A Comparison of Oral Aripiprazole and Oral Olanzapine Use in the Emergency Department. Ann Emer Med 2012;60(4) S147-S148.

180. Sloane C, Chan TC, Vilke GM, Castillo EM, Kolkhorst F, Neuman T: The Ventilatory Effects of the Prone Maximal Restraint Position on Obese Human Subjects. Acad Emer Med 2013;20(5):S105.

181. Hogen R, Brennan JJ, Vilke GM, Chan TC, Castillo EM: Visit Urgency amongst the Chronic Disease Population in a Large Metropolitan Region Emergency Department Network. Acad Emer Med 2013;20(5):S172.

COP_ERI004339

Abstracts

182. Castillo EM, Chan TC, Vilke GM, Killeen JP, Brennan JJ: Factors Associated with Super Users of Emergency Department Resources Admitted to Acute Care. Acad Emer Med 2013;20(5):S183.

183. Brennan JJ, Chan TC, Vilke GM, Castillo EM, Killeen JP: Comorbidity among Frequent Emergency Department Users with Psychiatric Associated Discharge Diagnoses. Acad Emer Med 2013;20(5):S229.

184. Brennan JJ, Castillo EM, Vilke GM, Killeen JP, Chan TC: Factors Associated with Frequent Users of California Emergency Department Resources. Acad Emer Med 2013;20(5):S230.

185. Chan TC, Brennan JJ, Killeen JK, Stevenson ME, Kuntz KE, Vilke GM, Castillo EM: Impact of Social Services Case Management on Homeless, Frequent Users of Emergency Departments. Acad Emer Med 2013;20(5):S231.

186. Castillo EM, Chan TC, Brennan JJ, Roberts EE, Vilke GM. What Contributes to Subject and Officer Injuries During Law Enforcement Use of Force Events? Ann Emerg Med 2013, 62(4), S107.

187. Brennan JJ, Castillo EM, Wilson M, Chan TC, Killeen JP, Vilke GM. Psychiatric-Associated Visits to California Emergency Departments: Presence of Licensed Psychiatric Beds and Admission. Ann Emerg Med 2013, 62(4), S118.

188. Granata RT, Vilke GM. Impact of deferred CT imaging of intoxicated patients presenting with altered mental status. J Invest Med 2014;61(1):214.

189. Nowak RM, Schreiber D, Hollander J, Nagurney J, Hogan C, Wu A, Vilke GM, Apple F, Cannon C, Daniels L, Anand I, deFillippi C, McCord J, Shah K, Marston N, Neath SX, Christenson R, Diercks D, Limkakeng A, Jaffe A, Mueller C, Maisel A, Peacock F: Copeptin Provides Prognostic Value in Emergency Department Patients Presenting with Acute Undifferentiated Chest Pain. Acad Emerg Med 2014;21(5):S89.

190. Peacock W, Nowak R, Neath SX, Hollander J, Cannon C, Nagurney JT, Schreiber D, Hogan C, Diercks D, Stein JC, Headden G, Limkakeng AT, Mueller C, Vilke GM, Maisel A: Can a Second Measurement of Copeptin Improve Acute Myocardial Infarction Rule Out? Acad Emerg Med 2014;21(5):S90.

191. Vilke GM, Lassoff D, Chan TC, Hall CA, Bozeman WP, Castillo EM. Proning: Outcomes of Use of Force Followed with Prone Restraint. Acad Emerg Med 2014; 21(Supp 1): S161.

COP_ERI004340

Abstracts

192.  Vilke GM, Chan TC, Roberts EE, Moore JD, Parra KM, Castillo EM. Does Law Enforcement Use Different Levels of Force if the Subject Appears to be Mentally Impaired? Acad Emerg Med 2014; 21(Supp 1): S238.

193.  Hopper A, Dee J, Vilke GM, Castillo EM, Chen V, Hall D, Wilson MP. Hypotensive Effects of Risperidone Are Not Increased When Used in Conjunction with Benzodiazepines or in Alcohol Intoxicated Patients but May Increase in Elderly Patients. Acad Emerg Med 2014; 21(Supp 1):S56.

194.  Castillo, EM, Brennan JJ, Hsia RY, Killeen JP, Vilke, GM, Chan TC. Thirty-day Readmissions Through the Emergency Department in a Large, Metropolitan Region. Acad Emerg Med 2014; 21(Supp 1):S108.

195.  Castillo EM, Chan TC, Hsia RY, Killeen JP, Vilke GM, Brennan JJ. Should Rural Hospitals be Concerned about Frequent Users of Emergency Department Resources? Acad Emerg Med 2014; 21(Supp 1):S218.

196.  Brennan JJ, Chan TC, Vilke GM, Hsia RY, Killeen JP, Castillo EM. Traveling Super Users of California Emergency Departments. Acad Emerg Med 2014; 21(Supp 1):S220.

197.  Killeen JP, Castillo EM, Brennan JJ, Vilke GM, Chan TC. Does Emergency Department Interrogation Reduce ED Time for Patients with Pacemakers or ICDs? Acad Emerg Med 2014; 21(Supp 1):S274.

198.  Castillo EM, Brennan JJ, Hsia RY, Killeen JP, Vilke GM, Chan TC. Multiple Emergency Department Use and 30-day ED Visits. Acad Emerg Med 2014; 21(Supp 1):S322.

199.  Chan TC, Killeen JP, Vilke GM, Castillo EM. Impact of the Affordable Care Act on the Health Care Coverage of Patients Seen in the Emergency Department: Initial First Quarter Findings. Ann Emerg Med 2014; 64(4s):S84 –S85.Smith C, Hopper AB,

200.  Castillo EM, Dang AQ, Chan TC, Vilke GM. Mortality and Timing of Death in Patients With Runaway Pacemakers. Ann Emerg Med 2014; 64(4s):S111.

201.  Brennan JJ, Chan TC, Hsia RY, Vilke GM, Killeen JP, Castillo EM. Predicting Frequent Use of Emergency Department Resources. Ann Emerg Med 2014; 64(4s):S118 – S119.

202.  Campillo A, Castillo EM, Vilke GM, Wilson MP. Use of Quetiapine in the Emergency Department for Acute Agitation and Associated Physiologic Effects. Ann Emerg Med 2014; 64(4s):S138.

203.  Vilke GM, Lev R, Chan TC, Lucas J, Smith J, Painter NA, Castillo EM. Prescription Drug Prescribing Patterns in a Large Regional Area. Ann Emerg Med 2014; 64(4s):S139-S140.

COP_ERI004341

PUBLICATIONS, continued:

Abstracts

204.    Hopper AB, Deen J, Smith C, Campillo A, Vilke GM, Castillo EM, Wilson MP.
        Hypotensive Effects of Oral Second Generation Antipsychotics in the Emergency
        Department. Ann Emerg Med 2014; 64(4s):S140-S141.

COP_ERI004342

<u>ORAL PRESENTATIONS AT NATIONAL MEETINGS</u>:

1.  Chan TC, Buchanan J, Anderson M, Vilke GM:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

2.  Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after naloxone?  ACEP Research Forum, San Diego, California; October 1998.

3.  Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR:  The effects of cervical spine immobilization on technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation.  ACEP Research Forum, San Diego, California; October 1998.

4.  Vilke GM, Chan TC, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess regional automobile safety restraint use.  NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

5.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

6.  Davis DP, Kimbro T, Vilke GM:  The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension.  NAEMSP Annual Meeting, Dana Point, California; January 2000.

7.  Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures.  NAEMSP Annual Meeting, Dana Point, California; January 2000.

8.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Effect of weight placed on the back of subjects in the hobble restraint position.  American Academy of Forensic Sciences Annual Meeting, Reno, Nevada; February 2000.

9.  Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL:  The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function.  SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

10. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV:  Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients.  State of California EMS Authority EMS for Children Annual Conference, San Diego, California; November 2000.

11. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  American Academy of Emergency Medicine Annual Conference, Orlando, Florida; March 2001.

COP_ERI004343

12.  Vilke GM, Steen PJ, Smith AM, Chan TC:  Pediatric intubation by paramedics: The San Diego County experience.  SAEM Western Regional Research Forum, Irvine, California; March 2001.

13.  Davis DP, Ochs M, Hoyt DB, Dunford JV, Vilke GM:  The use of the Combitube as a salvage airway device for paramedic RSI.  SAEM Western Regional Research Forum, Irvine, California; March 2001.

14.  Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless outreach team.  SAEM Annual Meeting, Atlanta, Georgia; May 2001.

15.  Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless outreach team.  CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

16.  Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G:  The use of the Combitube as a salvage airway device for paramedic rapid sequence induction.  NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

17.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  Prospective countywide trial to decrease ambulance diversion hours.  SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

18.  Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  Prospective countywide trial to decrease ambulance diversion hours.  SAEM Annual Meeting, Boston, Massachusetts, May 2003.

19.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC:  San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients.  American College of Emergency Physicians Research Forum, Boston, Massachusetts; October 2003.

20.  Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T:  Community trial to decrease ambulance diversion of patients and hours.  NAEMSP National Conference, Tucson, Arizona; January 2004.

21.  Marcelyn Metz, Patricia Murrin, Gary M. Vilke:  The three-phase EMS cardiac arrest model for ventricular fibrillation.  ENA Annual Meeting; San Diego, California; October 2004.

22.  Michalewicz, BA, TC Chan, GM Vilke, SS Levy, TS Neuman, and FW Kolkhorst:  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  American College of Sports Medicine Annual Meeting, Denver, CO; June 2006.  [*Medicine and Science in Sports and Exercise* 38(5 Supplement), 2006].

23.  Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does an alcohol-based sanitizer impact breathalyzer levels? SAEM Annual Meeting, Chicago, Illinois; May 2012.

COP_ERI004344

<u>SELECTED SPEAKING ENGAGEMENTS</u>:

1.  "Death of a Child: How to Treat the Survivors" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; April 1996.

2.  "Assessing GCS and the Field Neurologic Exam" -- Palomar College Paramedic Training; June 1998.

3.  "Prehospital Shock"; "Management of the Field Trauma Patient" -- Mercy Air, Ventura County Lecture Series; August 1998.

4.  "ER: Not Just a Television Show, But a Field of Research" -- Howard Hughes Foundation Lecture Series, University of California, San Diego; November 1998.

5.  "Multi-Casualty Incident" -- UCSD Medical Center Trauma Conference; March 1999.

6.  "Managing the Prehospital Multi-Casualty Incident" -- Southwestern College Paramedic Training Institute; May 1999.

7.  "Aeromedical Transport: The Past and Current Environment" -- Trauma Morbidity and Mortality Conference, Children's Hospital, San Diego, California; July 1999.

8.  "Altitude Medicine"; "Carbon Monoxide Poisoning and Treatment Options"; "Aeromedical Transport Options"; "Emergent Airway Management Options" -- Rural Emergency Medicine Conference, Jackson Hole, Wyoming; August 1999.

9.  "Abdominal and Chest Trauma in Sports" -- First Annual San Diego County Athletic Coaches Workshop, San Diego, California; June 2000.

10. "Tabletop Discussion on Chemical Weapon of Mass Destruction" -- Facilitator of Tabletop Training for San Diego County Metropolitan Medical Strike Team; July 2000.

11. "Pediatric IV Access"; "Spinal Immobilization"; "Children with Special Health Care Needs"; "Cardiovascular Emergencies" -- American Academy of Pediatrics Pediatric Education for Prehospital Professionals Conference, San Diego, California; November 2000.

12. "New Frontiers in Field Management of Pediatric Status Epilepticus" -- State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

13. "EMS Medical Control: Avoiding your Day in Court" -- ACEP's Emergency Medicine Connection Conference, San Diego, California; March 2001.

14. "Pediatric Intubations by Paramedics" -- San Diego Chapter of the Committee on Pediatric Emergency Medicine; April 2001.

15. "Warfare and Terrorism: A Review of Chemical Agents -- San Diego County Metropolitan Medical Strike Team Training; August 2001.

COP_ERI004345

16. "Bioterrorism and San Diego County" -- Council of Community Clinics Meeting; October 2001.

17. "Bioterrorism and San Diego County Readiness" -- CTN interview with Bill Horn; October 2001.

18. "Future of Prehospital Care" -- Keynote Speaker, Southwestern Paramedic College Graduation; November 2001.

19. "Biological Agents for Terrorism" -- San Diego County Metropolitan Medical Strike Team Training; November 2001.

20. "Clinical Aspects of Bioterrorist Agents" -- Palomar Paramedic College; November 2001.

21. "Clinical Aspects of Bioterrorism" -- Grand Rounds, Fallbrook Hospital; January 2002.

22. "Bioterrorism and San Diego County Readiness" -- Poway Town Hall Meeting; January 2002.

23. "Bioterrorist Preparedness" -- National Medical Association, San Diego County; January 2002.

24. "Chemical Agents of Terrorism: Diagnosis and Treatment" -- Topics and Advances in Internal Medicine, San Diego, California; March 2002.

25. "Bioterrorism:  Implications for the Legal and Domestic Community" -- Thomas Jefferson School of Law, San Diego, California; April 2002.

26. "Prehospital Management of Pediatric Seizures" -- EMS-Children Annual Conference; San Diego, California; November 2002.

27. "Paramedicine – Past, Present and Future" -- Keynote Speaker, Southwestern Paramedic College Graduation; San Diego, California; December 2002.

28. "Medical Group Preparedness: How would you Respond to a Possible Victim of Bioterrorism?" -- Bioterrorism Preparedness Training Conference; San Diego California; January 2003.

29. "Update on Bioterrorism" -- The Western States Winter Conference on Emergency Medicine; Park City, Utah; January 2003.

30. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health Information Association, San Diego, California; February 11, 2003.

32. "Blast and Radiological Injuries: Myths and Realities" -- San Diego County Metropolitan Medical Strike Team Training; San Diego, California; August 2003.

COP_ERI004346

33. "Clinical Aspects of Bioterroism" -- American Correctional Health Services Association, California and Nevada Chapter Annual Conference, San Diego, California; September 2003.

34. "Bioterrorism" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2003.

35. "Prehospital Pediatric Airway Obstruction" – Children's Hospital Grand Rounds, San Diego, California; July 2004.

36. "Future of Healthcare in San Diego: Trends Impacting our Delivery System" -- San Diego Organization of Healthcare Leaders, San Diego, California; August 2004.

36. "Firestorm 2003" -- Children's Hospital Grand Rounds, San Diego, California; January 2004.

37. "EMS research: Unique ethical and regulatory issues" -- Applied Research Ethics National Association Annual meeting, San Diego, California; October 2004.

38. "What happens when you call 911?" -- San Diego Sports Medicine Foundation, San Diego, California; October 2004.

39. "Making the Metropolitan Medical Response System Work for You" -- Emergency Response 2004 Conference, San Diego, California; November 2004.

40. "San Diego County Emergency Department Ambulance Bypass - Past, Present, Future" -- Urgent Matters Briefing, San Diego, California; November 2004.

41. "San Diego County Emergency Department Ambulance Bypass - Past, Present, and Future" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

42. "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

43. "Conducted Energy Devices – Medical Updates and Issues" -- Police Executive Research Forum, Houston, Texas; October 18, 2005.

44. "Conducted Energy Devices Proximity Deaths and Medical Response" -- 2005 Critical Issues in Policing Series, Police Executive Research Forum, San Diego, California; December 8, 2005.

45. "Conductive Electrical Devices (Tasers®) and Patients with Excited Delirium for Law Enforcement and Emergency Medical Personnel" -- The U.S. Metropolitan Municipalities EMS Medical Directors Annual Meeting, Dallas, Texas; February 16, 2006.

46. "Tasers and Sudden Death" -- Keynote speaker at One Day Symposium on In-Custody Deaths by the Florida Sheriffs Association, Orlando, Florida; June 1, 2006.

COP_ERI004347

47.  "Medical Aspects of the Use of Force Continuum" -- Department of Justice Community Oriented Policing Services (COPS) Conference, Washington, DC; July 29, 2006.

48.  "Resuscitation Outcomes Consortium" -- 7th Annual University of California Neurotrauma Meeting, Carmel, California; August 3, 2006.

49.  "Use of Force:  Sudden Death Myths and Excited Delirium" -- The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington, DC; September 10, 2006.

50.  "Police In-Custody Deaths and the Taser Controversy" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; September 2006.

51.  "Conductive Energy Devices:  The medical aspects of Taser Electronic Control Devices (ECDs) and other Energy Devices" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 16-17, 2006.

52.  "Cardiac, Respiratory and Metabolic Effects of EMD" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; January 9, 2007.

53.  "The Medical Implications of Tasers and the Impact on EMS " – National Association of EMS Physicians National Conference.  Naples, FL; January 12, 2007.

54.  "Excited Delirium" - Solutions For Corrections Seminar for the California State Sheriff's Association.  Ontario, CA; February 7, 2007.

55.  "Excited delirium, positional asphyxia and restraint" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

56.  "Medical implications of Tasers and other Conductive Energy Devices" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

57.  "Excited Delirium" -- American Correctional Health Services Association, Oakland, California; September 19, 2007.

58.  "Human Physiologic Effects of Tasers" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; September 27, 2007.

59.  "The clinical impacts of TASER and other Conductive Energy Devices on Humans:  A Review of the latest Medical Research" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; November 28-30, 2007.

COP_ERI004348

60. "Physiological Effects of Tasers" – The City Council of Miami-Dade. Miami, Florida; January 17, 2008.

61. "Excited Delirium: What is it? Why does it kill? What do we need to know about it? Western States Winter Conference on Emergency Medicine. Park City, Utah, February 8, 2008.

62. "Medical Effects of Tasers" – The City Council of Houston. Houston, Texas; March 10, 2008.

63. "Less Lethal Weapons" - Emergency Nurses Association, San Diego Chapter. San Diego, California; April 18, 2008.

64. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans and Why People Die Afterwards" -- American Correctional Health Services Association, San Diego, California; September 17, 2008.

65. "Police In-Custody Deaths and Excited Delirium" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2008.

66. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; October 29, 2008.

67. "Agitated Delirium – Role of Illicit Drug Use in Sudden Restraint Death" Western Medical Toxicology Fellowship Conference. San Diego, California; April 29, 2009.

68. "Conducted Energy Devices: Are They Safe Options?" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; May 26, 2009.

69. "The Physiologic Effects of the Taser on Humans" UCSD Biomedical and Clinical Research Seminars. San Diego, California; June 2, 2009.

70. "The Taser-Plastic Surgery Interface" UCSD Department of Plastic Surgery Grand Rounds. San Diego, California; June 17, 2009.

71. "ECD Research Update and Safety Issues" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 12, 2009.

72. "Use of the Restraint Chair and Positional Asphyxia" – Southern California Jail Manager's Association. Temecula, California; January 21, 2010.

COP_ERI004349

73. "Excited Delirium Challenges and Best ER Practices" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; April 19, 2010.

74. "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds Scripps Encinitas Hospital. Encinitas, California; July 15, 2010.

75. "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds University Medical Center. Las Vegas Nevada; August 10, 2010.

76. "Review of ECD Research and Reported Cardiac Capture" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 17, 2010.

76. "The Science Behind the American Heart Association ACLS Guidelines" – Puerto Vallarta ACLS Resuscitation Conference. Puerto Vallarta, Mexico; February 18, 2011.

77. "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference. Cabo San Lucas, Mexico; March 25, 2011.

78. "ROC Cardiac Arrest Outcomes" – San Diego Resuscitation Conference. San Diego, California; April 9, 2011.

79. "Do Electronic Control Devices Kill Humans: Review of the Data" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 16, 2011.

80. "Evaluation After Choking or Strangulation" – UCSD Forensic Nursing Conference. San Diego, California; April 28, 2012.

81. "Prehospital Hypothermia for Cardiac Arrest" – Santa Clara County EMS Conference. San Jose, California; May 23, 2012.

82. "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference. Cabo San Lucas, Mexico; August 21, 2012.

83. "Acute Cerebral Accidents" – Hermosillo ACLS Resuscitation Conference. Hermosillo, Sonora, Mexico; September 11, 2012.

84. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – Emergency Nurses Association Annual Conference. San Diego, California; September 15, 2012.

85. "Electronic Control Devices and the not so Shocking Truth about their Lethality" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 14, 2012.

COP_ERI004350

86. "Medical Evaluation and Detection of Dementia and Delirium" – Annual Update on Behavioral Emergencies Conference. Las Vegas, Nevada, December 5, 2012.

87. "Acute Cerebral Accidents" – Puerto Vallarta Resuscitation Conference.  Puerto Vallarta Mexico; January 17, 2013.

88. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – San Diego County Emergency Nurses Association 911 Conference.  San Diego, California; April 19, 2013.

89. "Acute Cerebral Accidents" – Cabo San Lucas Resuscitation Conference.  Cabo San Lucas Mexico; April 27, 2013.

90. "Acute Myocardial Infarction" – Mazatlan Resuscitation Conference.  Mazatlan Mexico; May 7, 2013.

91. "Hypothermia Post Cardiac Arrest" –Acapulco Resuscitation Conference.  Acapulco, Mexico; May 28, 2013.

92. "Bath Salts and In-Custody Death"- National Sheriff's Association.  Charlotte, NC; June 25, 2013.

93. "Updates in Cardiac Arrest:  The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference.  Mexico City, Mexico; June 28, 2013.

94. "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference.  Mexico City, Mexico; June 28, 2013.

95. "Hypothermia Post Cardiac Arrest" –La Paz Resuscitation Conference.  La Paz, Mexico; July 22, 2013.

96. "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference.  Monterrey, Mexico; September 26, 2013.

97. "Updates in Cardiac Arrest:  The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference.  Monterrey, Mexico; September 26, 2013.

98. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Orthopedics Grand Rounds, San Diego, CA October 2, 2013.

99. "Decreasing Your Risk in Labor and Delivery" – UCSD 9th Annual Perinatal Symposium, San Diego, CA October 11, 2013.

100. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – UCSD Department of Emergency Medicine Grand Rounds, San Diego, CA November 11, 2013.

COP_ERI004351

101. "Excited Delirium Syndrome" – Annual Update on Behavioral Emergencies Conference. Orlando, Florida; December 12, 2013.

102. "The importance of CT on the initial evaluation of a trauma patient: ABC or AB-CT ?" – Primero Simposium Internacional BNH con UCSD Celebrado en Los Cabos.  Los Cabos, Mexico; December 7, 2013.

103. "Management of Head Trauma" –Emergency Medicine Update Conference.  Puerto Vallarta, Mexico; December 18, 2013.

104. "Updates in Cardiac Arrest:  The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; December 18, 2013.

105.  "Pulmonary Embolism: Evaluation and Treatment"- 25th Annual Mexico Emergency Medicine Congress. Acapulco, Mexico; February 20, 2014.

106. "Management of Head Trauma" –Emergency Medicine Update Conference.  Puerto Vallarta, Mexico; March 5, 2014.

107. "Updates in Cardiac Arrest:  The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; March 5, 2015.

108. "Management of Burns" –Trauma Update Conference.  Puerto Vallarta, Mexico; April 3, 2014.

109. "Management of Head Trauma" –Trauma Update Conference.  Puerto Vallarta, Mexico; April 3, 2014.

110. "Cuffs, Chains and Chairs" – Restraint and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc.  Las Vegas, Nevada; April 24, 2014.

111. "Management of Burns" –Trauma Update Conference.  Los Cabos, Mexico; June 5, 2014.

112. "Management of Head Trauma" - Primera Feria Annual de la Salud.  Guadalajara, Mexico; July 18, 2014

113. "Management of Burns" - Primera Feria Annual de la Salud.  Guadalajara, Mexico; July 18, 2014.

114. "Updates in Cardiac Arrest:  The ROC Trials" – Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

115. "Pulmonary Embolism: Evaluation and Treatment"- Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

COP_ERI004352

116.  "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Anesthesia Pain Service Grand Rounds, San Diego, CA September 24, 2014.

117.  "The ABCs of CPR"  –Huatulco Resuscitation Conference.  Huatulco, Mexico; October 2, 2014.

118.  "Risk Management and Minimizing Malpractice Exposure" – UCSD Division of Gastroenterology Grand Rounds, San Diego, CA October 16, 2014.

119.  "Identification and Treatment of Excited Delirium Syndrome" - Annual Update on Behavioral Emergencies Conference. Scottsdale, Arizona; December 11, 2014.

120.  "Autopsy of an In-Custody Death" – Defense Research Institute Annual Conference, San Diego, CA January 30, 2015.

121.  "TASERS:  The shocking truth"- 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

122.  "Resuscitation Update:  CPR, Hypothermia and new devices" - 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

123.  "Management of Head Trauma" - Segundo Feria Annual de la Salud.  Guadalajara, Mexico; May 22, 2015.

124.  "Updates in Cardiac Arrest:  The ROC Trials" – Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

125.  "Pulmonary Embolism: Evaluation and Treatment"- Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

COP_ERI004353

**APPENDIX B**

**Deposition Testimony**

December 28, 2011
Carole Krechman v County of Riverside, et al
U.S. District Court, Central District of California, Riverside County
Case# CV 10-08705
Attorney:  Bruce Disenhouse
Defense In custody death, compression asphyxia

January 9, 2012
Barbara J. Batchan, estate of Parrish Madison Batchan v County of Los Angeles
Superior Court of California, County of Los Angeles
Case# BC 423702
Attorney: Dennis Gonzales
Defense In custody death, compression asphyxia and TASER

January 24, 2012
Barbara J. Batchan, estate of Parrish Madison Batchan v County of Los Angeles
Superior Court of California, County of Los Angeles
Case# BC 423702
Attorney: Dennis Gonzales
Defense In custody death, compression asphyxia and TASER

June 19, 2012
Rachel Higgins v. Board of County Commissioners, et al
U.S. District Court, Second Judicial, County of Bernalillo, NM
Case #: 202-CV-2010-01619
Attorney:  Meena Allen
Defense: Death from meningitis in jail

September 20, 2012
Anita Ruiz v. Denny Wright, Appomattox County, et al
U.S. District Court, Western District of Virginia
Case #: 3:11-cv-00075
Attorney:  Jeremy Carroll
Defense: In custody death, TASER

September 24, 2012
Athena Bacthel v TASER International, Inc
U.S. District Court, Eastern District of Missouri
Case #: 2:08-CV-0049-AGF
Attorney: John Renzulli
Defense: In custody death, TASER, excited delirium

November 28, 2012
Lois Jean Green v Riverside County Sheriff's Department, et al
Superior Court of the State of California, County of Riverside

COP_ERI004354

Case #: RIC 523816
Attorney: Arthur Cunningham
Defense: In custody death, TASER, excited delirium

December 19, 2012
June Elaine Sylvester v. County of Del Norte, TASER International, Inc., et al
U.S. District Court, Northern District of California
Case No. CV 11-1459 EMC
Attorney: John Vrieze
Defense: In custody death, TASER, excited delirium

February 25, 2013
Ada Morales Coto v. County of Los Angeles, et al
Luis Molina v County of Los Angeles, et al
Superior Court of California, County of Los Angeles-Central District
Case No. BC444905
Attorney: Rittu Kumar
Defense: In custody death, TASER excited delirium

September 6, 2013
Gail Waters v City and County of Denver, et al.
U.S. District Court, District of Colorado
Case No. 12-cv-1856-MSK-BNB
Attorney: Wendy Shea
Defense: In custody death, TASER, weight force

December 3, 2013
Edwin Burris, plaintiff v Lester E. Cox Medical Centers, et al
Circuit Court of Green County, Missouri at Springfield
Case No: 1231-CV30973
Attorney: Randy Cowherd
Defense: Alleged Missed CVA

March 13, 2014
Charlene Nelson v. County of Riverside, et al
Superior Court of the State of California, County of Riverside
Case No.: RIC10011174
Attorney: Art Cunningham
Defense: In custody death, restraint asphyxia, TASER

April 10, 2014
Jason Patti v The State of Arizona, et al.
Maricopa County Superior Court
Case # CV2012-011263
Attorney: Bob Grasso
Defense: SBO from ingesting a glove

April 30, 2014
Estate of William D. Mackey, et al v Horizon Human Services, Inc, et al

COP_ERI004355

Maricopa County Superior Court
Case # CV 2011-022086
Attorney : Marshall Humphrey
Defense: Choking death

July 29, 2014
Irving Marquez v. Eddy County, et al
U.S. District Court, District of New Mexico
Case #: 11-CV-838 DJS/WDS
Attorney: Jonlyn Martinez
Defense: West Nile Virus Encephalitis in custody delay in diagnosis

August 13, 2014
Rickey Burtchett v Lester E. Cox Medical Center, et al
The Circuit Court of Greene County, Missouri
Case #: 1231-CV13544
Attorney: Randy Cowherd
Defense: Delay in diagnosis of arterial occlusion

August 23, 2014
Louis DePasquale, et al v Garrett Emery, M.D.
District Court Of Utah, Third Judicial District, Salt Lake County
Case #: 130907530
Attorney: Pete Summerill
Plaintiff: Missed perforated duodenal ulcer

September 2, 2014
Estate of George Salgado, et al. v. Miami-Dade County, et al.
U.S. District Court, Southern District of Florida
Case # 12-cv-24458 King/Torres
Attorney: Oscar Marrrero
Defense: In custody death, TASER, ExDS

September 30, 2014
Estate of Ronald H. Armstrong v. Pinehurst, et al.
Superior Court of North Carolina, Moore County
Case No. 1:13-CV-407
Attorney: Dan Hartzog
Defense: In custody death, TASER, Positional Asphyxia, ExDS

November 11, 2014
Brejanea Burley, et al v. County of Los Angeles, et al.
Superior Court of the State of California, County of Los Angeles, South District
Case No. TC027341
Attorney: Tim Kral
Defense: In custody death, TASER, OC Spray, Asphyxia, ExDS

March 2, 2015
Khang Le, et al v. City of El Monte, et al

COP_ERI004356

Superior Court of the State of California, County of Los Angeles, South District
Case No. BC497169
Attorney: Peter Ferguson
Defense: In custody death, neck hold, positional restraint, TASER

May 8, 2015
Laura Wilbanks v Banner Health, et al
Superior Court For The State Of Alaska Fourth Judicial District At Fairbanks
Case No. 4FA-13-1917 CI
Attorney: Mike Stepovich
Plaintiff: Missed CVA

June 18, 2015
Frederick Ronald Thomas, Jr. v. City of Fullerton, et al
Superior Court of the State of California, County of San Orange
Case No. 30-2012-00581299
Attorney: Barry Hassenberg
Defense: In custody death, TASER, positional restraint

September 10, 2015
Bridget Wiseman v. City of Fullerton, et al
Superior Court of the State of California, County of San Orange
Case No. 30-2013-00643502-CU-PO-CJC
Attorney: Barry Hassenberg
Defense: Hanging at a jail

October 9, 2015
Damion Ruiz v. City of Los Angeles, et al
U.S. District Court, Central District of California
Case No. CV14-9433-JFW-(Ex)
Attorney: Christian Bojorquez
Defense: In custody death, positional restraint, TASER

COP_ERI004357

**Trial Testimony**

September 24, 2011
People of the County of San Diego v Sanchez
Superior Court, San Diego County
Attorney: Hector Jimenez
Prosecution: Murder case, excited delirium

October 27, 2011
Tony Nelson v City of Albuquerque
U.S. District Court, District of New Mexico, Albuquerque, NM
Case#CV-10-553 BB/DJS
Attorney: Stephanie Griffin
Defense: Use of force injuries including TASER, police dog and bean bags

January 10, 2012
Carole Krechman v County of Riverside, et al
U.S. District Court, Central District of California, Riverside County
Case# CV 10-08705
Attorney: Bruce Disenhouse
Defense In custody death, compression asphyxia

February 17, 2012
Barbara J. Batchan, estate of Parrish Madison Batchan v County of Los Angeles
Superior Court of California, County of Los Angeles
Case# BC 423702
Attorney: Dennis Gonzales
Defense In custody death, compression asphyxia and TASER

April 17, 2013
United States of America v Luis Fonseca
U.S. District Court, Southern District of California
Case # 12CR1434-H
Attorney: Stuart Adams
Defense: Criminal case of strangulation

May 3, 2013
New Mexico Medical Board v Dr. Mark Walden
New Mexico Medical Board hearing
Case # 2012-009
Attorney: Nicole Charlebois
Defense: Allegations of sexual abuse

July 29, 2013
Lois Jean Green v Riverside County Sheriff's Department, et al
Superior Court of the State of California, County of Riverside

COP_ERI004358

Case #: RIC 523816
Attorney: Arthur Cunningham
Defense: In custody death, TASER, excited delirium

December 16, 2013
People of the State of California v. Jay Cicinelli
Superior Court, Orange County
Attorney: Michael Schwartz
Defense: Murder/manslaughter case, positional restraint

January 22, 2014
Gail Waters v. City and County of Denver, et al.
U.S. District Court, District of Colorado
Case No. 12-cv-1856-MSK-BNB
Attorney: Wendy Shea
Defense: In custody death, TASER, weight force

March 7, 2014
Charles Kretek, et al v. Board of Commissioners of Luna County, et al.
U.S. District Court, District of New Mexico
Case No. CIV-11-676 RB/GBW
Attorney: Jonlyn Martinez
Defense: In custody death, TASER, OC spray, weight force

April 22, 2014
Carole Krechman v County of Riverside, et al
U.S. District Court, Central District of California, Riverside County
Case# CV 10-08705
Attorney: Bruce Disenhouse
Defense In custody death, compression asphyxia

May 13, 2014
Audry Henry v. City of Los Angeles, et al
U.S. District Court, Central District of California, Western Division
Case No. CV13-03151 JAK (MRWx)
Attorney: Christian Bojorquez
Defense: In custody death, positional restraint, neck hold, TASER

August 22, 2014
Ester Katz, et al v County of Riverside, et al
Superior Court of the State of California, County of Riverside
Case #: RIC 1213947
Attorney: Arthur Cunningham
Defense: In custody death, OC spray

October 7, 2014
Estate of Marvin L. Booker, et al v. City and County of Denver, et al
U.S. District Court, District of Colorado
Case No: 11-cv-00645-RBJ-KMT

COP_ERI004359

Attorney: Tom Rice
Defense: In custody death, positional restraint, TASER, neck hold

December 9, 2014
Brejanea Burley, et al v. County of Los Angeles, et al.
Superior Court of the State of California, County of Los Angeles, South District
Case No. TC027341
Attorney: Louis Pappas
Defense: In custody death, TASER, Asphyxia, ExDS

March 3, 2015
Steve Kassab v. San Diego Police Department, et al
U.S. District Court, Southern District of California
Case No. 07cv1071
Attorney: Stacy Plotkin-Wolff
Defense: Hyperthermia allegation from being in police car

COP_ERI004360

**APPENDIX C**

*Gary Michael Vilke, MD, FACEP, FAAEM*
*11279 Breckenridge Way*
*San Diego, California 92131*
*(619) 666-8643*

## Fee Schedule

FEE SCHEDULE
For case material review, research, report writing, deposition and trial preparation, and telephonic or in person meetings: 500.00/ hour
A retainer for 3 hours (1500.00) may be requested in advance.

For deposition and trial testimony: 2000.00 for depositions lasting up to 4 hours. Additional deposition and trial testimony time will be billed at the hourly rate of 500.00/hour.

TRAVEL
*If travel out of county (more than 100 miles) for deposition or trial is required:*

Business class airline tickets to and from to be arranged and paid for by the requesting firm/agency.

Hotel accommodations to be arranged and paid for by the requesting firm/agency.

Transportation to and from the airport in the host city will be arranged and be paid for by the requesting firm/agency.

Time for travel will be billed at the standard review rate up to 4 hours each direction. The time starts at departure from home until arrival in host city, and from departure from host city until arrival home.

*If travel is within the county (less than 100 miles) for deposition or trial is required:*

Time for travel will be billed at the standard review rate up to 2 hours each direction. The time starts at departure from home until arrival at the depo/trial site, and from departure until arrival home.

CANCELLATION:
A cancellation fee of 1000.00 will be charged if a trial or deposition is cancelled with less than 48 hours notice from the agreed upon scheduled time within San Diego County, or within 96 hours outside of San Diego County.

COP_ERI004361

# EXHIBIT  21

# AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF ARIZONA )
                   ) ss.
County of Maricopa )

1. I am the duly authorized Custodian of Records for Maricopa County Office of the Medical Examiner and have authority to certify records maintained by this office in the ordinary course of business.

2. The attached document(s) is a true and correct copy of the record(s) sought or described in the subpoena/request regarding Maricopa County Office of the Medical Examiner's case # 13-05187 regarding MIGUEL ANGEL RUIZ which comprises _____ pages (some double sided).

3. The attached record(s) was compiled and/or prepared by personnel of Maricopa County Office of the Medical Examiner in the ordinary course of business at or near the time of the act, condition, or event described therein.

_____     _____
PRINTED NAME                             SIGNATURE
CUSTODIAN OF RECORDS

SUBSCRIBED AND SWORN to before me this _____ day of
_____ , _____ .

_____
Notary Public

Certified to be true
and correct copy of
all records RE file
# 13-05187
Maricopa County
Forensic Science
Center

LAVINIA SHAW
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 14, 2017

COP_ERI000155



## OFFICE OF THE MEDICAL EXAMINER
### 701 W. Jefferson St.
### Phoenix, AZ 85007

## MEDICAL EXAMINER REPORT

**DECEDENT**: Miguel A. Ruiz

**CASE**: 13-05187

**DATE OF EXAMINATION**: 08/05/2013

**TIME:** 0858 Hours

**PERSONS PRESENT AT EXAMINATION**:
**Phoenix Police Department:** Detective Meraz #6628

### PATHOLOGIC DIAGNOSES

I.   Anoxic brain injury.
    A.   Medical history of anoxic brain injury following resuscitated cardiac arrest.
    B.   Slight cerebral edema.

II.   Methamphetamine intoxication.
    A.   See separate Toxicology Report.
    B.   Reported history of methamphetamine use and hospital toxicology screen positive for methamphetamine.

III.   Altercation with police.
    A.   Injuries due to neck compression.
        1.   History of police officer having employed an attempted carotid hold on decedent.
        2.   Hemorrhage of the right sternocleidomastoid muscle.
        3.   Fracture of the right cornu of the thyroid cartilage with associated hemorrhage.

**CAUSE OF DEATH:** Anoxic Brain Injury in the Setting of Methamphetamine Intoxication and Altercation with Police.
      **MANNER:** Undetermined (see Note)

1/8/2014
**Date Signed**

**CHRISTOPHER K. POULOS, MD**
**MEDICAL EXAMINER**

COP_ERI000176

## PATHOLOGIC DIAGNOSES CONTINUED

    B.      Multiple blunt force injuries.
          1.      Blunt force injuries of head.
               a. Abrasions and conjunctival hemorrhage.
          2.      Blunt force injuries of the torso.
               a. Abrasions.
               b. Subcutaneous tissue hemorrhage of the torso.
          3.      Blunt force injuries of the extremities.
               a. Abrasions and contusions.
               b. Subcutaneous hemorrhage.
    C.      Status-post conducted electrical weapon deployment.

IV.    Status-post resuscitation and hospitalization.
    A.      Pneumonia
    B.      Pulmonary embolism with pulmonary infarct.

## NOTE

The decedent's anoxic brain injury, while being the final cause of death, resulted from an episode of resuscitated cardiac arrest that can, itself, be the result of many factors. Methamphetamine use can produce cardiac arrhythmias and subsequent anoxic brain injury without other intervening factors; therefore, its role in the decedent's death cannot be excluded.  Conversely, the roles of various actions and injuries, which occurred during the altercation with police (including, but not limited to, attempted carotid hold placement and conducted electrical weapon deployment) can potentially contribute to anoxic brain injury or exacerbate underlying conditions that could result in anoxic brain injury, so they cannot be excluded in being contributory to the decedent's death.  As none of these factors can be included or excluded with certainty as contributing to the decedent's death, the manner of death is categorized as 'undetermined'.

## REPORTED CIRCUMSTANCES OF DEATH

The decedent was a 44-year-old Caucasian male with no documented past medical history, but a reported history of drug use, who was found acting in an unusual fashion on a roof by neighbors who called police.  Police officers attempted to persuade the decedent to leave the roof without harm to himself or others; however, the decedent did not comply with instructions and an altercation ensued during which the decedent jumped from a roof to a landing, had a conducted electrical weapon deployed on him repeatedly, received a knee strike, and was placed in an attempted carotid hold.  After being subdued, the decedent became unresponsive, and EMS initiated ACLS protocol, resuscitated the decedent, and transported the decedent to St. Joseph's Hospital and Medical Center.  Per medical records, the decedent again went into pulseless electrical activity and required resuscitation in the emergency department, but was again resuscitated.  At St. Joseph's Medical Center, the decedent was found to have a body temperature of 101.1 degrees Fahrenheit, anoxic brain injury with secondary myoclonic

COP_ERI000177

seizure activity, rhabdomyolysis, systemic inflammatory response syndrome, and a urine drug screen positive for methamphetamine and amphetamine. Radiology studies included CT scan of the head and neck that revealed no intracranial injuries (mild extracranial soft tissue swelling was identified), an initial chest radiograph that did not reveal any abnormalities, CT of the cervical spine that revealed no injuries, and an MRI scan of the head revealed changes consistent with hypoxic ischemic encephalopathy. Despite hypothermia protocol and other treatments (including anti-epileptic medications), the decedent's condition did not improve and the decedent's family elected to withdraw care due to the decedent's poor chances for meaningful recovery.

## EXTERNAL EXAMINATION

The body is received in a zippered body pouch secured by evidence seal #0008229.

## PHOTOGRAPHS

Photographs are taken during the exam.

## RADIOGRAPHS

Radiographs of the head, chest, abdomen, and pelvis reveal no definitive fractures or other abnormalities.

## IDENTIFICATION

The body is identified by the decedent's mother at bedside on 8/2/2013.

## CLOTHING AND PERSONAL EFFECTS

The body is received clad in only a hospital gown that is discarded.

## EVIDENCE OF MEDICAL INTERVENTION

Evidence of medical intervention includes a peripheral intravenous line in the right upper arm, an arterial line in the ventral aspect of the right forearm, a peripheral intravenous line in the left antecubital fossa, a peripheral intravenous line on the dorsum of the left forearm, subcutaneous tissue hemorrhage of the chest wall that may be consistent with resuscitative efforts, a questionable needle puncture in the right inguinal region, a Foley catheter, and multiple punctate defects of the abdomen, consistent with subcutaneous drug administration.

## EVIDENCE OF TRAUMA

Blunt force injuries of the head and neck include left-sided conjunctival hemorrhage, a 1/2 inch red abrasion on the bridge of the nose, a 3/8 inch red abrasion on the right side

COP_ERI000178

of the nose, and a 1/4 inch red abrasion near the tip of the nose. No significant internal injuries of the head are identified.

Evidence of neck compression includes fracture of the right cornu of the thyroid cartilage with surrounding hemorrhage, and hemorrhage in the right sternocleidomastoid muscle.

Evidence of blunt force injuries of the torso include a 1/4 inch healing red abrasion of the right side of the chest (possibly consistent with a healing conducted electrical weapon injury), a less than 1/16 inch punctate defect of the left side of the chest, a 1 inch vertical superficial scratch-like abrasion of the left side of the chest (possibly consistent with a healing conducted electrical weapon injury), a 6 inch oblique superficial scratch-like abrasion of the left side of the chest, a 1-1/2 x 1/8 inch healing red abrasion of the left side of the abdomen, a 7/16 x 3/16 inch red abrasion of the left side of the back, a 4-1/2 inch linear superficial scratch-like abrasion of the left side of the back, and a 1/8 inch irregular red abrasion of the right side of the lower back. Dissection of the soft tissues of the torso reveals a 4 x 3 inch area of patchy subcutaneous hemorrhage of the right buttock, and the previously described area of subcutaneous hemorrhage of the mid chest that may be associated with resuscitative efforts. No significant internal injuries of the torso are identified.

Evidence of blunt force injuries of the right upper extremity includes a 4-1/2 x 3 inch area of contusion of the right upper arm; a 1/16 inch red abrasion of the lateral aspect of the right upper arm; a 1/4 inch red abrasion of the lateral aspect of the right upper arm; a 1/4 inch purple contusion of the anterior aspect of the right upper arm (possibly consistent with bruising from neurologic assessment); a 1/2 inch purple contusion of the anterior aspect of the right upper arm (possibly consistent with bruising from neurologic assessment); a 3/16 inch red abrasion of the anterior aspect of the right upper arm (possibly consistent with a healing conducted electrical weapon injury); a 1/4 inch oblique superficial scratch-like abrasion of the posterior aspect of the right upper arm; two, parallel 6 inch curvilinear red abrasions separated by approximately 3/16 inch on the dorsum of the right wrist consistent with handcuff placement; a 1/8 inch horizontal linear superficial scratch-like abrasion on the dorsum of the right hand; a 1/4 inch red abrasion on the dorsum of the third digit of the right hand; a 1/2 inch superficial scratch-like abrasion of the ventral aspect of the right hand, a 1/16 inch red abrasion of the ventral aspect of the right hand; and a 1 inch healing superficial scratch-like abrasion on the ventral surface of the right hand.

Examination of the left upper extremity reveals a 1/2 inch purple contusion on the anterior aspect of the left upper arm; two, 2-1/2 inch curvilinear superficial scratch-like abrasions of the left upper arm; a 1-1/2 inch superficial scratch-like abrasion near the left antecubital fossa; a 2 inch superficial scratch-like abrasion of the dorsum of the left forearm; a 1/8 inch red abrasion of the dorsum of the left forearm; a 1/16 inch red abrasion of the dorsum of the left forearm; a 1/4 inch red abrasion of the dorsum of the left forearm; multiple 1 inch to 1/4 inch superficial scratch-like abrasions in a curvilinear distribution on the dorsum of the left wrist consistent with handcuff placement; two,

COP_ERI000179

1/8 inch red abrasions on the dorsum of the left hand; a 1/4 inch red abrasion on the dorsum of the second digit of the left hand; two, 1/16 inch red abrasions on the dorsum of the third digit of the left hand; and two, 1/16 inch punctate red abrasions of the ventral aspect of the left forearm. Dissection of the upper extremities reveals a 25 x 5 cm area of discontinuous subcutaneous hemorrhage on the medial aspect of the left arm and forearm (a component of which may be related to a peripheral intravenous line) and a 3 x 6 cm area of subcutaneous hemorrhage on the ventral aspect of the left wrist.

Examination of the right lower extremity reveals two, 1/4 inch red abrasions on the anterior aspect of the right thigh; three, 1/8 inch red abrasions of the anterior aspect of the right thigh; a 2 x 3/8 inch red abrasion immediately inferior to the right knee; three, parallel 1/4 to 1/2 inch superficial scratch-like abrasions on the anterolateral aspect of the right lower leg; a 3-1/2 x 2-1/2 inch area of multiple 1/16 inch to 1/4 inch red abrasions and 1/4 inch to 3/4 inch purple contusions on the anterior aspect of the right leg; a 1 x 1/2 inch red abrasion on the anterior aspect of the right lower leg; a 1/2 inch linear superficial scratch-like abrasion on the posterior aspect of the right lower leg; a 1-3/4 inch curvilinear superficial scratch-like at on the posterior aspect of the right lower leg; a 2-1/4 inch curvilinear superficial scratch-like abrasion on the posterior aspect of the right lower leg; a 2-1/2 inch linear superficial scratch-like abrasion on the posterior aspect of the right lower leg; a 1/2 inch superficial scratch-like abrasion on the posterior aspect of the right lower leg; and a 1/16 inch healing punctate defect of the lateral aspect of the right ankle.

Examination of the left lower extremity reveals a 1-1/4 x 1/2 inch red abrasion of the left knee, a 1 x 1/4 inch red abrasion of the anterior aspect of the left lower leg, a 3 x 1/4 inch red abrasion of the anterior aspect of the left lower leg, a 1/8 inch red abrasion of the dorsum of the left foot, an irregular 1/2 inch red abrasion of the posterior aspect of the left lower leg, a 1 inch linear red abrasion of the posterior aspect of the left lower leg, a 1/4 x 1/2 inch red abrasion of the lateral aspect of the left ankle, and a 3/8 inch linear red abrasion of the lateral aspect of the left ankle.

These injuries are described in the previous order for the purpose of identification only and without respect to the order of severity of injury. These injuries, having been described once, will not be repeated.

## SCARS, TATTOOS AND OTHER IDENTIFYING BODY FEATURES

Scars, tattoos and other identifying body features include three, 3/4 inch horizontal scars to the right side of the abdomen; a tattoo of four swords on the anterior aspect of the abdomen; a 13 x 1-1/2 inch illegible monochromatic tattoo on the ventral aspect of the right forearm; a 9 x 3 inch illegible monochromatic tattoo on the ventral aspect of the left forearm; a 15 x 4 inch illegible monochromatic tattoo on the lumbosacral region of the back; a 3/4 inch horizontal scar on the anterior aspect of the left upper arm; a 1-1/4 inch irregular scar on the right elbow; a tattoo of the letter "H" on the anterior aspect of each thigh; a 2 inch oblique scar on the anterior aspect of the right thigh; two parallel 1-1/2 inch linear scars on the anterior aspect of the left thigh; two, 1 inch irregular scars

of the left knee; at least four horizontal linear scars of the anteromedial aspect of the left lower leg ranging from 3/4 inch to 3 inches in maximum length and occupying a 3 x 3/4 inch area; and at least five variably oriented faint linear scars of the anteromedial aspect of the right lower leg ranging from 1 inch to 2 inches in length and occupying a 2 x 2-1/2 inch area.

## GENERAL EXTERNAL EXAMINATION

The unembalmed body is that of a Caucasian male, 68 inches in height, weighing 218 pounds, and having a body mass index of 33.1 kg/m$^2$. Rigor mortis is generalized and livor mortis is posterior, red, and blanchable. The body is cold (refrigerated). The scalp hair is brown and gray, straight, and less than 1/4 inch in length over the crown. The irides are brown. There is the previously described conjunctival hemorrhage and there are no additional lesions of the sclerae or conjunctivae. No petechial hemorrhages are identified on the facial skin, sclerae, conjunctivae, or oral mucosa. The decedent wears a mustache and no beard. The ears are unremarkable and appear to be pierced twice, bilaterally. Dentition is natural and in good condition, with restorations visible on radiographs. The trachea is in the midline. The thorax is well developed and symmetrical. The abdomen is soft and slightly protuberant, with no palpable intra-abdominal masses. The external genitalia are slightly edematous and those of a normal adult male, the testes are bilaterally descended within the scrotum, and the penis appears to be uncircumcised. The extremities are well developed and symmetrical, with no significant cyanosis, clubbing, edema or deformity. The fingernails are short, slightly dirty, and slightly irregular. The feet and toes are not remarkable. The posterior aspects of the torso are symmetrical and devoid of any acute injury patterns. General appearance is compatible with the reported age of 44 years.

## INTERNAL EXAMINATION

The body is opened by a standard Y-shaped thoracoabdominal incision. All viscera occupy their appropriate anatomic relationships. Serous surfaces are smooth and glistening throughout. 200 mL of turbid fluid is within the right pleural cavity and 100 mL of turbid fluid is within the left pleural cavity. There is no significant fluid collection within the peritoneal cavity. There are no significant adhesions within the body cavities.

## CARDIOVASCULAR SYSTEM

The 425-gram heart occupies its usual mediastinal site. The external configuration is unremarkable. The epicardial surfaces are smooth and glistening. All major vessels arise in their appropriate anatomic relationships. The coronary arteries arise normally and are distributed in a right dominant pattern with no significant atherosclerotic stenosis. The myocardium is firm, red-brown without areas of softening, hemorrhage or gross scarring. No abnormal communications exist between the cardiac chambers. Ventricular thicknesses are: left 1.2 cm, right 0.5 cm, and 1.5 cm in the interventricular septum. The cardiac valves have thin, pliable leaflets. The valve circumferences are

COP_ERI000181

appropriate to the caliber of the cardiac chambers. The valve cusps and surfaces are free of fusion or vegetations.

The aorta is of normal caliber with all major arterial branches arising in their appropriate anatomic relationship. Elasticity is normal. The intimal surfaces are smooth, without aneurysm formation or dissection. No systemic venous abnormalities are present. Pulmonary thromboemboli are identified and a left lower extremity deep venous thrombosis is identified.

## RESPIRATORY SYSTEM

The lungs weigh 775 grams left and 1050 grams right. The upper airways are patent and of normal caliber. The lower airways contain mucoid fluid, but are, otherwise, unobstructed. The pleural surfaces are smooth and glistening, with an externally visible left lower lung lobe infarct. The parenchyma is well expanded, light pink to dark red-purple, exuding marked amounts of blood and frothy fluid. There is bilateral consolidation. There is a visible left lower lung lobe infarct. The pulmonary vessels contain bilateral pulmonary thromboemboli.

## DIGESTIVE/HEPATOBILIARY SYSTEM

The oropharynx is grossly normal and unobstructed. The esophagus is of normal caliber with a smooth, white mucosal lining. The gastroesophageal junction is well defined. The stomach has intact mucosal surfaces and the lumen contains 20 mL of tan fluid. No areas of ulceration, erosion, or hemorrhage or scarring are present. The small and large intestines are externally unremarkable and are without palpable masses or diverticula. The vermiform appendix is present. The lobular tan pancreas is firm, without areas of fat necrosis, gross hemorrhage or space-occupying lesions. The pancreatic ducts are patent and of normal caliber.

The 2425-gram liver has a smooth intact capsule, covering a red-brown parenchyma with a nutmeg pattern of centrilobular congestion. No localized masses, lesions or areas of hemorrhage are evident on external or cut surfaces. The intrahepatic and extrahepatic ducts are patent and of normal caliber. The gallbladder contains viscid bile. The gallbladder mucosa is grossly normal.

## GENITOURINARY SYSTEM

The symmetric kidneys weigh 200 grams each. They are similar in size and shape. The capsules strip with ease from the underlying smooth, red-brown cortical surfaces. The cortices are sharply delineated from the medullary pyramids. The calyces, pelves and ureters are unremarkable. The renal vessels are patent and of normal caliber.

The urinary bladder is empty, secondary to Foley catheterization. The mucosal surfaces are flat and pink-tan. The prostate and seminal vesicles are unremarkable.

COP_ERI000182

## HEMATOPOIETIC SYSTEM

The 150-gram spleen occupies its usual anatomic site, with an intact, smooth and glistening capsule covering dark purple, moderately firm parenchyma. Regional lymph nodes have their usual distribution and appearance. Rib bone marrow is beefy, red, and unremarkable.

## ENDOCRINE SYSTEM

The thyroid and adrenal glands are grossly not remarkable.

## NECK

The cervical spine is structurally intact. The thyroid cartilage if fractured as previously described. The hyoid bone is intact. There is the previously described hemorrhage in the right sternocleidomastoid muscle and surrounding the right thyroid cartilage. The upper airway is patent. Anterior neck dissection is performed.

## MUSCULOSKELETAL SYSTEM

The bony framework, supporting musculature and soft tissues are unremarkable, except for described.

## NERVOUS SYSTEM

The scalp is reflected in the usual fashion. There are no contusions, lacerations, or abrasions. There is no skull fracture. The 1400-gram brain is covered by thin, clear, delicate leptomeninges. The dura mater and falx cerebri are intact. There is good preservation of cerebral symmetry, with slight flattening of gyri and narrowing of sulci secondary to edema. Convolutional patterns remain intact. External landmarks are readily identified. There is no evidence of herniation. The cerebral vessels are intact with no evidence of aneurysm or thrombosis. Atherosclerotic changes are not identified. Multiple coronal cross sections of cerebrum, cerebellum, and brainstem reveal no localized hemorrhages, masses, or lesions. The ventricular system is symmetrical and compressed secondary to edema. The basal ganglia are grossly normal. The atlanto-occipital junction is grossly normal.

## EVIDENCE

Evidence includes a blood blot and fingernail clippings.

## TOXICOLOGY SPECIMENS

Toxicology specimens include hospital blood, hospital serum, vitreous fluid, bile, iliac blood, gastric contents, and liver.

COP_ERI000183

## MICROSCOPIC DESCRIPTIONS

**Heart:**  Sections of the coronary arteries are examined to reveal no significant atherosclerotic narrowing.  A section of the right ventricle is without significant pathologic changes.  The left ventricle and interventricular septum are remarkable for minimal myocyte hypertrophy and no additional significant pathologic changes.

**Lungs:**  Representative sections of the lungs are remarkable for foci of neutrophilic alveolar infiltrate (pneumonia), vascular congestion, foci of anthracotic pigment deposition, and left lower lung lobe hemorrhage and necrosis, consistent with infarct.

**Liver**:  Examination of hepatic parenchyma reveals centrilobular congestion, focal bridging fibrosis, and mild chronic portal inflammation.

**Kidneys:**  Representative sections of renal parenchyma are examined to reveal autolysis and no additional significant pathologic changes.

**Pancreas:**  The pancreas is autolyzed and is without additional significant pathologic changes.

**Brain:**  A section of the cerebellum is remarkable for foci of Purkinje cell loss, consistent with hypoxic change.  Sections of the hippocampus and frontal cortex are without significant pathologic changes.

## FINAL SUMMARY

Based on the autopsy findings and investigative history as available to me, it is my opinion that Miguel A. Ruiz, a 44-year-old male, died as a result of anoxic brain injury in the setting of methamphetamine intoxication and altercation with police.

The manner of death is undetermined.

CKP/svp
D8/5/13
T8/7/13

*The Maricopa County Medical Examiner's Office is required by statute (A.R.S. § 11-594(A) (2) and (4)) to certify the cause and manner of death following completion of the death investigation of each case over which it assumes jurisdiction, and to promptly execute a death certificate, on a form provided by the state registrar of vital statistics, indicating the cause and manner of death.  The form provided by the state registrar of vital statistics includes five manners of death: homicide, suicide, accident, natural, and undetermined.  The determination of manner of death is a forensic determination by the pathologist predicated upon the totality of all then-known forensic evidence and other circumstances surrounding the cause of death; it is not a legal determination of criminal or civil responsibility of any person(s) for the death.*

COP_ERI000184

# EXHIBIT  22

IN THE MARICOPA COUNTY COURT

PHOENIX, AZ

BETWEEN


Erickson

V.

City of Phoenix, et. al

Case No. 2:14-cv-0192-JAT


---

REPORT

Regarding

EXPERT WITNESS ON STRANGULATION


PREPARED AT THE REQUEST OF: JOCQUESE BLACKWELL JD

CONTENTS

1.    BRIEF CURRICULUM VITAE - page 3

2.    INSTRUCTIONS – page 4

3.    EXAMINATION OF THE FACTS IN ISSUE– page 4

4.    OPINION – page 7


APPENDICES

    1.    DOCUMENTS THAT I HAVE EXAMINED – page 9

    2.    CURRICULUM VITAE – page 10

    3.    DIAGRAM OF NECK – page 19

    4.    REFERENCES – page 20

## 1.      BRIEF CURRINCULUM VITAE

I am Founder and President of Forensic Healthcare Consulting, providing education and consulting services for healthcare and legal professionals. I have been a registered nurse for 39 years, and a forensic nurse since 1999. As a registered nurse, my clinical experience included oncology, medical surgical, critical care, surgery, recovery, and emergency nursing. In 2009 I received training as a Sexual Assault Nurse Examiner (SANE) and have been a nationally Certified Sexual Assault Nurse Examiner for adult/adolescent population since 2002. I initiated and coordinated a Sexual Assault Nurse Examiner program for seven years. In 2006 I received a Master of Science in Nursing degree with a post-master's certificate as a family nurse practitioner. My current clinical practice is in urgent care.

Since 1999, I have been active in county, state, national and international efforts addressing community violence, and have served as an expert witness in domestic violence, sexual assault and strangulation in Municipal, Juvenile and County Pleas Courts.

I am an active member of the Ohio Chapter of the International Association of Forensic Nurses, serving as President in 2008. Memberships also include: Advisory Team for the Strangulation Training Institute, Family Justice Center Alliance in San Diego; Family Violence Prevention Center Advisory Council; Ohio Pregnancy Associated Mortality Review Board; Ohio Mortuary Operational Response Team; Ohio Sexual Assault Task Force; Central Ohio Rescue and Restore Coalition; founding member Delaware County Against Human Trafficking Coalition; American Academy of Nurse Practitioners; and Ohio Association of Advanced Practice Nurses. Currently serving on the Strangulation Task Force for the International Association of Forensic Nurses.

I authored "Manual and Ligature Strangulation" for On the Edge, and have presented at the International Association of Forensic Nurses Scientific Assembly, the National Conference on Health and Domestic Violence, and to healthcare and law enforcement professionals, and lawyers nationally and internationally. I have provided education on sexual assault, domestic violence and strangulation to nurses, physicians, law enforcement, lawyers, social workers, parents, grand juries, and others.

Full details of my qualifications and experience entitling me to give expert opinion evidence are in Appendix 1.

## 2.    INSTRUCTIONS

December 2014, Jocquese Blackwell JD, attorney at the Blackwell Law Office, requested my review of the case involving the death of Michael Ruiz, and that I evaluate for strangulation injuries resulting from a choke hold by Phoenix police.

## 3.    EXAMINATION OF THE FACTS IN ISSUE

I have examined the photographs and videos provided that were taken during the incident February 25, 2012, as well as documents mentioned in Appendix 1.

Strangulation is a lethal form of violence that can render a person unconscious in 10 seconds, and lead to death within minutes. Victims can die up to 3 days later with no external trauma.

When the carotid arteries (the main blood vessels that feed oxygen to the head and brain) are compressed, the brain tissues fail to function and unconsciousness may occur in 10 seconds. Some brain cells die immediately, some brain cells die hours or days later. Strangulation injuries may cause an altered level of consciousness including mental status changes, dizziness,

confusion, anxiety, panic, vision changes, ringing in the ears, headaches, paralysis, inability to control one's bladder or bowels, coma and death. Following this injury, it may take hours, days or months for the brain to return to normal function; however, survivors may never regain full brain function.

If the airway or blood vessels are compressed for an extended period of time, there may be massive brain cell death. In this case, even when the compression on the neck is released, the brain cells cannot resume function, and brain death, or anoxic encephalopathy, occurs. In fatal anoxic encephalopathy, the heart and internal organs can be maintained with medical life support; however, brain death prevents any hope of meaningful recovery.

When a life-threatening experience occurs such as strangulation, the struggle to survive causes a primal, or mammalian instinct to survive. This instinct causes a burst of adrenaline, providing a person a surge of energy to attempt to remove the neck compression. This may be observed as a high level of anxiety, panic or agitation. When a person is under the influence of amphetamines, this may accelerate the level of anxiety, and may also increase the body's demand for oxygen.

When the jugular veins (the large veins which carry blood from the head and neck back to the heart) are compressed, the blood is backed up and causes increased pressure in the veins of the head and neck. This results in stagnant hypoxia (decreased blood flow in the veins resulting in decreased oxygen to the tissues including the brain), and hemorrhages (bleeding) of the capillaries, known as petechiae. These may appear on the skin as small red dots. Hemorrhages of capillaries in the subconjunctival tissue of the eyes (the white portion of the eye) causes blood red eyes. The increased pressure in the veins of the head and neck may also cause flushing and/or swelling of the face. If the jugular veins are compressed, a victim may become unconscious in 10 seconds.

If the airway is compressed during strangulation, there is decreased oxygen to the brain, and unconsciousness may occur in 10 seconds, death within minutes. Swelling of the soft tissues within the airway of the neck may increase over 12-24 hours, thus narrowing the airway and causing decreased oxygen to the lungs and brain. Death may result if the airway becomes swollen to the point that one cannot breathe. A person may experience difficulty breathing, hyperventilation, coughing or pain with breathing, difficulty speaking and hoarse voice. As with any injury, swelling gradually increases over 1-2 days. The airway is approximately 1 inch in diameter. Swelling of the soft tissue lining the airway will narrow the airway, thus decreasing the amount of oxygen the body and brain can receive, and may lead to death. A person may have few symptoms immediately following the strangulation; however, as the swelling of the soft tissues increase over the following 1-2 days, symptoms may increase in severity.

Strangulation injuries are a result of blunt force trauma from external pressure on the neck. This blunt force may result in external visual trauma to the neck such as erythema (redness), bruising, swelling, petechiae or abrasions.

The thyroid cartilage, or "Adam's apple", may be crushed or broken during a strangulation injury. The thyroid cartilage is a structure that maintains the patency of the airway. When this is compressed in a young person, it may spring back open when the pressure is released, thus reopening the airway. However, the older the person is, the cartilage may be more brittle, and when the pressure is released, there may be fractures, or cracks in the thyroid cartilage, preventing the airway from reopening. This would then prevent oxygen from getting into the lungs and lead to asphyxia and death. Any trauma to the thyroid cartilage will cause swelling and narrowing of the airway as the tissue inside the airway becomes swollen.

A person may have difficulty and/or pain with swallowing due to trauma to the soft tissues of the neck. Soft tissues include muscles, nerves, and the hyothyroid ligament. The hyothyroid ligament connects the hyoid bone (which supports the floor of the mouth and airway) to the thyroid cartilage (Adam's apple). If the

hyothyroid ligament is injured during strangulation, it may become overstretched and unable to support the airway. A person may have difficulty and/or pain with swallowing. Just as an ankle sprain may not heal totally and cause pain and a tendency to further injuries, trauma to the hyothyroid ligament may cause laxity leading to permanent swallowing and breathing difficulties. During strangulation, the hyoid bone may be cracked or broken, causing instability of the airway and death. Other soft tissue injuries include bruising to tissues deep in the neck and may be visible on the skin.

Strangulation may also result in stomach acid getting into the lungs, causing aspiration pneumonitis, acute respiratory distress syndrome, and may result in death due to hypoxia.

External injuries may be absent or appear minor; however, internal injuries may become more serious over the following days and can lead to death.


## 4.    OPINION

I find the photographs and evidence provided me consistent with strangulation, based on the facts of the case provided, and on my experience, education and training.

Strangulation victims may die of their injuries three days later with no external trauma. From the evidence provided on the videos, the victim had the potential of significant external trauma. The choke hold lasted 4 minutes and appeared continuous prior to loss of consciousness. This could potentially result in the anoxic brain injury as described in the medical examiner's report. The thyroid cartilage fracture with associated hemorrhage, as described in the medical examiner's report is most likely the result of the choke hold which closed off the airway and caused bleeding of the surrounding tissues.

The subconjunctival hemorrhage is most likely the result of the choke hold closing off the jugular veins, causing increased pressure in the blood vessels and rupture of these vessels in the eye.

**APPENDIX 1 – DOCUMENTS THAT I HAVE EXAMINED**

Photographs "USA Forensic Screen Capture" (31 photographs)

Bystander videos entitled "Elizabeth" (6 videos), and "Kholon's" (2 videos)

Medical Examiner's Report

Autopsy photographs

# APPENDIX 2 - CURRICULUM VITAE

**RUTH I. DOWNING MSN RN CNP SANE-A**
Forensic Healthcare Consulting
PO BOX 151 - Delaware, OH  43015
ruth@forensichealthcare.com
www.forensichealthcare.com

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2007-Present | Founder and President Forensic Healthcare Consulting |
| 2006-Present | *Certified Nurse Practitioner*, Immediate Health Associates, Westerville, OH. Westar Urgent Care & 2 years in St. Ann's Hospital Emergency Department |
| 1992-2007 | *Staff Registered Nurse*, Emergency Department Grady Memorial Hospital, Delaware, OH. Responsibilities included the care of trauma and urgent care patients, Sexual Assault Nurse Examiner, initiated and directed a Sexual Assault Nurse Examiner program, expert and fact witness testimony in court, preceptor for RN and nursing students, and Quality Assurance. |
| 1989-1992 | *Assistant Nurse Manager*, Vascular Thoracic Stepdown Unit, Riverside Methodist Hospitals, Columbus, OH. Managing a 26-bed unit on night shift, including staff scheduling, evaluations, quality assurance and teaching ACLS. |
| 1988-1989 | *Staff Registered Nurse*, Vascular Thoracic Stepdown Unit, Riverside Methodist Hospitals, Columbus, OH. Relief charge nurse.  Coordinated a Preoperative Teaching Committee. |
| 1983-1988 | *Staff Registered Nurse*, Intensive Care, Coronary Care, and Stepdown Units, Good Samaritan Hospital, Vincennes, IN. Experience in caring for trauma and critically ill patients while rotating these three units. Instrumental in improving patient care and updating nursing standards. |
| 1980-1981 | *Staff Registered Nurse*, Carmi Township Hospital, Carmi, IL. Responsibilities included supervision of operating rooms, circulating nurse in operating rooms, recovery room nurse, Infection Control nurse, supervision of Emergency Room and Central Supply Department. |
| 1978-1979 | *Staff Registered Nurse*, Punxsutawney Area Hospital, Punxsutawney, PA Responsibilities included care of patients in a seven-bed combined Intensive Care/Coronary Care Unit in an eighty-bed rural hospital.  Occasional experience in Emergency Room. |
| 1977-1978 | *Staff Registered Nurse*, Hocking Valley Community Hospital, Logan, OH Responsibilities included care of general medical / surgical patients in a sixty-bed rural hospital. |
| 1976-1977 | *Staff Registered Nurse*, Harper Grace Hospitals, Detroit, MI Responsibilities included primary nursing care of patients on a fifteen-bed Oncology in a one thousand bed teaching hospital.  Experience included Relief Charge responsibilities. |

## EDUCATION

| | |
|---|---|
| 7/06 | Family Nurse Practitioner Board Certification by the American Academy of Nurse Practitioners |
| 6/06 | Master of Science in Nursing - Otterbein College - Dean's List |
| 12/04 | Bachelor of Science in Nursing, Summa Cum Laude– Otterbein College |
| 1/01-3/02 | Columbus State Community College – Dean's List |
| 4/00-12/00 | Franklin University |

6/76            Harper Hospital School of Nursing, Detroit, MI, Diploma in Nursing


## HONORS

- Ohio Liberator Award for Volunteer, Traffickfree 2015
- Special Achievement Award, Otterbein University Alumni 2014
- Nomination for Ohio Liberator Award
- Helpline of Delaware and Morrow Counties, 2002 Ullom Community Service Award
- Otterbein University Kappa Lambda Chapter of the Honor Society of Nursing, 2011 Service to Nursing Award


## SEMINARS AND COURSES

| | |
|---|---|
| 2008-Present | Monthly CMEs, Emergency Medicine Reviews and Perspectives |
| 4/22/15 | Complicated Investigations: Successful SART Response to Alcohol and Drug-Facilitated Sexual Assault, Columbus OH |
| 3/12/15 | Forensics for EMS, Public Safety & Healthcare Professionals Conference, Lima OH |
| 2/28/15 | Pediatric Fever and Sepsis, online Emergency Physicians Insurance Company |
| 1/23/15 | Difficult Stroke Diagnoses, online Emergency Physicians Insurance Company |
| 1/12/15 | Winter Morbidity and Mortality Conference, Westerville OH |
| 5/15/14 | BDSM, Genesis Healthcare, Zanesville OH |
| 5/8/14 | Pediatric Emergency, Assessment, Recognition and Stabilization Course |
| 3/27-29/14 | Ohio Mortuary Operational Response Team Training |
| 2/20/14 | What Can We Do to Help Children Behave: Alternatives to Corporal Punishment, Columbus OH |
| 1/15/14 | 2014 Central Ohio Region MRC Volunteer Summit |
| 2/11&12/ 2014 | Mass Fatality Incident Response, Van Wert OH |
| 12/3/13 | Abdominal Pain in the Elderly |
| 9/19/13 | Activation for Disasters |
| 12/2/13 | Human Identification in Mass Fatality Incidents |
| 11/11/13 | IS 800b National Response Framework, An Introduction |
| 11/3/13 | IS 100b Introduction to Incident Command System |
| 9/23/13 | IS 700a National Incident Management System (NIMS) An Introduction |
| 9/17/13 | MRC-Train 101 for Volunteers |
| 9/3/13 | IS 200 ICS for Single Resources and Initial Action Incident |
| 5/10/13 | Prescribing Schedule II Medications, Columbus OH |
| 11/30&12/1/12 | EMS conference "CSI Forensics for EMS" Columbus OH |
| 11/29/12 | A Medical Debrief of the Virginia Tech Massacre, Columbus OH |
| 11/8/12 | Ohio Chapter International Association of Forensic Nurses Conference, Columbus OH |
| 2007-2010 | Monthly CMEs, Audio Digest, Emergency Medicine |
| 10/10-10/12/2012 | International Association of Forensic Nurses Scientific Assembly, Fajardo, Puerto Rico |
| 8/30/12 | Ohio Attorney General Conference on Domestic Violence and Sexual Assault, Columbus OH |
| 6/8/12 | Unlocking the Chains Human Trafficking Conference, Columbus OH |
| 3/8-9/12 | Strangulation Training Institute Faculty and Advisory Meeting, San Diego Family Justice Center, San Diego CA |
| 4/17/11 | Forensic Evidence Collection for Sexual Assault Suspects: Ensuring Quality and Accuracy, Toledo OH |
| 4/7/11 | Addressing Teen Sexual Violence, Columbus OH, 5.0 contact hours |
| 3.22-24/11 | Pediatric Sexual Assault Nurse Examiner Training, Cleveland, OH |
| 10/27-30/10 | International Association of Forensic Nurses Scientific Assembly, Pittsburgh PA |

| | |
|---|---|
| 10/19/10 | Disaster Nursing, Delaware OH |
| 4/8/10 | Role of the Forensic Nurse in Death Investigation: A Collaborative Approach |
| 4/1&2/10 | Human Trafficking Train the Trainer, Columbus OH |
| 2/3/10 | Regional Forensic Conference, Cincinnati OH |
| 3/19/10 | Drug Facilitated Sexual Assault Training, Delaware OH |
| 11/13/09 | OH Chapter IAFN Educational Conference, Fireland OH |
| 10/30-10/31/09 | 19th Annual Ohio Association of Advanced Practice Nurses Statewide Educational Conference, Dublin OH |
| 4/13/09 | Alcohol and Sexual Assault: Exploring the Connection, OSU, Columbus OH |
| 4/21/09 | Drug Facilitated Sexual Assault Columbus OH |
| 4/22/09 | SANE/SART Update Columbus, OH |
| 11/14/08 | Breaking New Ground: Teaming Diverse Medical and Forensic Professionals, Mayfield Hts OH |
| 10/6/08-10/8/08 | Ohio Association of Advanced Practice Nurses Conference, Columbus OH. |
| 7/10/08 | Pandemic Influenza Functional Exercise, Delaware OH |
| 4/9/08 | Substance-Related Sexual Assault, Columbus OH |
| 4/9/08 | Factitious Disorders: Sorting out Deception from the Medically Unusual, Nationwide Children's Hospital |
| 1/10/08 | "Human Sex Trafficking", Marion OH |
| 11/13/07 | Advancing Healthcare through Forensic Science, Columbus OH |
| 10/17-20/07 | "Imagine a World without Violence" International Association of Forensic Nurses 15th Annual Scientific Assembly |
| 8/22/07 | Roundtable Discussion on Sexual Trafficking in Ohio, Canal Winchester OH |
| 4/26/07 | "Investigating and Responding to Human Trafficking Cases", Ohio Office of Criminal Justice Services |
| 4/12/07 | Medical Examiner's vs. Coroner's: Cause and Manner of Death, Mansfield |
| 3/7/07 | Third Annual Forensic Summit, "A Forensic Approach: Collaboration of Healthcare and Justice, Thomas More College |
| 11/9/06 | "Professional Boundaries with Forensic Psychiatric Patients", Cincinnati, |
| 6/22-24/06 | Family Nurse Practitioner Review Course – Otterbein College, Westerville OH |
| 6/20/06 | 2006 Human Trafficking Conference, Columbus OH |
| 5/20/06 | "Urgent Care Medicine Pearls and Skills Lab", Riverside Methodist Hospital, Columbus OH |
| 5/1/06 | Pediatric Advanced Life Support – Renewal, Grady Memorial Hospital, Delaware OH |
| 4/27/06 | "Expanding our Horizons: Human Rights Issues Facing People in India through the Eyes of Forensic Nurses", Hillcrest Hospital, Mayfield Heights OH |
| 3/30/06 | New Designated Requester Training, Grady Memorial Hospital, Delaware OH |
| 3/1/06 | "Fitting the Pieces Together" Forensic Nursing Conference, Wilmington OH |
| 1/12/06 | "Critical Incident Stress Management", Mansfield OH |
| 6/27/05 | "Forensic Healthcare in the Age of Crawford vs. Washington, Akron OH |
| 10/19-24/04 | International Association of Forensic Nurses 12th Annual Scientific Assembly, Chicago IL |
| 8/13/04 | Strangulation seminar, Columbus City Prosecutor's Office, Columbus OH |
| 8/12/04 | "Crime Scene Documentation", Toledo OH |
| 5/13-14/04 | Two Days in May: Attorney General's Conference on Victim Assistance, Columbus OH |
| 4/20/04 | "From Assessment to Testimony: A Clinical Response to Domestic Violence, Columbus OH |
| 4/15/04 | "The Role of the Legal Nurse Consultant", Springfield OH |
| 1/15/04 | "Internet Predators", Delaware, OH |
| 8/14/03 | "Mimickers of Child Sexual Abuse", Cincinnati OH |
| 4/2-4/03 | "Medicolegal Investigation of Death", Dearborn MI |
| 1/29/03 | "Myths and Barriers to Reporting Sexual Assault" Delaware OH |
| 11/11-12/02 | Domestic Violence Training for Forensic Nurse Examiners, Akron OH |
| 10/3/02 | "A Healthcare Providers Guide for Responding to Domestic Violence", Delaware |

OH
| | |
|---|---|
| 9/24/02 | "Myths and Barriers to Reporting Sexual Assault", Delaware OH |
| 9/23/02 | "Investigation and Prosecution of Sexual Assault", Delaware OH |
| 7/12,19/02 | Trauma Nursing Core Course, Columbus OH |
| 6/24/02 | "Abdominal Assessment Self-Study Packet", Delaware OH |
| 6/6/02 | "How to Improve Your Investigation and Prosecution of Domestic Violence and Strangulation Cases", Delaware OH |
| 4/23/02 | "Destroying the Myths of Sexual Assault", Delaware OH |
| 4/02/02 | "The Ohio Nurse Practice Act" Independent Study |
| 3/22/02 | PALS Renewal Course, Columbus OH |
| 11/8-10/01 | Advanced Sexual Assault Nurse Examiner Program, Fort Wayne IN |
| 11/14/00 | Ohio SANE Summit, Columbus OH |
| 4/26-30/00 | Introduction to Forensic Nursing, Mansfield OH |
| 4/11-12/00 | "Sexual Assault Response Team Training", Delaware OH |
| 12/99 | Seminar on Drug Facilitated Rape, Ohio State University, Columbus OH |
| 4/99 | Sexual Assault Nurse Examiner Training, Fort Wayne IN |

## CERTIFICATIONS

| | |
|---|---|
| 2014-Present | PEARS provider |
| 2006–Present | Family Nurse Practitioner Certification |
| 2002-Present | SANE-A National Certification |
| 1992-2008 | PALS Provider Certification |
| 1992-1996 | Trauma Nursing Core Course Provider |
| 2002-2006 | Trauma Nursing Core Course Provider |
| 1991-2009 | ACLS Instructor |
| 1988-1992 | Critical Care Certification |
| 1983-Present | ACLS Provider |

## PUBLICATIONS

| | |
|---|---|
| 6/06 | Manual and Ligature Strangulation. *On the Edge,* 12(2). |

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 2014-Present | Founding member Delaware County against Human Trafficking Coalition |
| 2015-Present | Member Strangulation Task Force, International Association of Forensic Nurses |
| 3/26/14-Present | Member Ohio Mortuary Operational Response Team |
| 9/8/13 | Ohio Attorney General 2013 Summit on Domestic Violence and Sexual Assault |
| 2013-Present | Memorandum of Understanding with Salvation Army, providing 24/7 health care response for human trafficking victims |
| 2013-Present | Co-Chair Every Mother Initiative |
| 2012-Present | Member, Strangulation Training Institute, Faculty and Advisory Team, Family Justice Center Alliance, San Diego, CA |
| 2010-Present | Member, Pregnancy Associated Mortality Review Board |
| 2009-Present | Member, Family Violence Prevention Center Advisory Council |
| 2008-2010 | Member, Ohio Alliance to End Sexual Violence steering committee |
| 2008-Present | Member, Central Ohio Rescue and Restore Coalition |
| 2014-Present | Member, Delaware County against Human Trafficking Coalition |
| 2008-Present | Nurse Practitioner preceptor, Otterbein College |
| 2007-Present | Member, Ohio Association of Advanced Practice Nurses |
| 2006-Present | Member, American Academy of Nurse Practitioners |
| 2006-Present | Member, Ohio Medical Reserve Corps |

| 2006-Present | Central Ohio Sexual Assault Task Force |
|---|---|
| 2002-2006 | Member, Ohio National Standards Campaign Task Force, Ohio Domestic Violence Network. Assisted in developing "The Domestic Violence Protocol for Health Care Providers: Standards of Care" (2003) |
| 2002-2007 | Member, Delaware County Child Family Health Services Consortium |
| 2001-2003 | Member, Ohio Attorney General Curriculum Committee |
|  | Authored two chapters for statewide training manual for Sexual Assault Response Teams: "Law Enforcement" and "Drug Facilitated Sexual Assault" (2002) Provider of Community Informational Session 4/2/02, Ashland OH |
| 2001-2007 | Provider of hospital/SANE orientation for Helpline advocates. |
| 2001-2007 | Member, Delaware County Sexual Assault Response Team, assisted in updating the Delaware County Sexual Assault Response Protocol (2003) |
| 2001-2007 | Member, Delaware County Domestic Violence Response Team |
| 1999-Present | Member, Ohio Chapter International Association of Forensic Nurses |
|  | Ohio Chapter President 2008 |
|  | Assisted in production of Sexual Assault Nurse Examiner/Sexual Assault Response Team video for statewide distribution |
| 1999-Present | Member, International Association of Forensic Nurses |

## PRESENTATIONS

| 4/30/15 | Homicide Prevention: Nonfatal Strangulation Training, Ohio Department of Youth Services, Orient OH |
|---|---|
| 4/28/15 | Homicide Prevention: Nonfatal Strangulation Training, Ohio Department of Youth Services, Orient OH |
| 4/23/15 | Mock Trial, Ohio Dominican University, Columbus OH |
| 3/25-27, 4/2-3/15 | Sexual Assault Nurse Examiner Training, Hillsboro OH |
| 3/12/15 | Nonfatal Strangulation, EMS Conference on Forensics, Lima OH |
| 3/10/15 | Human Trafficking, Pregnancy Associated Mortality Review Board, Columbus OH |
| 2/27/15 | Interview on human trafficking for Emergency Reviews and Perspectives podcast |
| 2/21/15 | Human Trafficking, EMS Winter Update, Columbus OH |
| 2/11 & 12/15 | Human Trafficking, 4 presentations Licking Memorial ER staff, Newark OH |
| 2/6/15 | Healthcare Response to Human Trafficking, Annual Greater Cincinnati Human Trafficking Conference, Cincinnati OH |
| 2/1/15 | Human Trafficking, Female Genital Mutilation, OSU FNP students, Columbus OH |
| 1/27/15 | Lectures: Domestic Violence for Healthcare Providers, OSU FNP students, Columbus OH |
| 1/27/15 | Guest speaker Sigma Theta Tau International, Human Trafficking, Columbus OH |
| 1/20/15 | Nonfatal Strangulation, Grandview Heights Division of Fire, Columbus OH |
| 12/4/14 | Drug Facilitated Sexual Assault, EMS Conference, Massillon OH |
| 11/21/14 | Healthcare Response to Human Trafficking, Ohio Rural Health Conference, Powell OH |
| 11/13/14 | Healthcare Response to Human Trafficking, EMS Licking County, OH |
| 11/5/14 | Healthcare Response to Human Trafficking and Nonfatal Strangulation, SART Conference, Newark OH |
| 11/3/14 | Homicide Prevention: Nonfatal Strangulation Training, McConnelsville OH |
| 10/24/14 | Homicide Prevention: Nonfatal Strangulation, for International Conference on Forensic Nursing, Phoenix AZ |
| 10/22/14 | Forensic Nursing Use of Grounded Theory to Educate in Unfamiliar Settings, for International Conference on Forensic Nursing, Phoenix AZ |
| 10/15/14 | Homicide Prevention: Nonfatal Strangulation Training, Marion OH |
| 10/13/14 | Healthcare Response to Human Trafficking, Delaware County EMS, Delaware OH |
| 10/8/14 | Nonfatal Strangulation, Ohio State House, Columbus OH |

| | |
|---|---|
| 9/19/14 | Healthcare Response to Human Trafficking, Prostitution and Human Trafficking Conference, Toledo OH |
| 9/18/14 | Homicide Prevention: Nonfatal Strangulation Training, Massillon OH |
| 9/12/14 | Nonfatal Strangulation, EMS conference, Hamilton OH |
| 8/21/14 | Human Trafficking for healthcare professionals, Beavercreek OH |
| 8/4/14 | Human Trafficking for Columbus school teachers, Columbus OH |
| 6/23-27/14 | Multiple presentations/consultations in Huánuco and Lima Peru on maltreatment of women and children for International Justice Mission |
| 6/20/14 | Healthcare Response to Human Trafficking, Unlocking the Chains Conference, Columbus OH |
| 6/6/14 | Homicide prevention: Nonfatal Strangulation Training, Elyria OH |
| 5/1/14 | Homicide Prevention: Nonfatal Strangulation Training, Marysville OH |
| 4/22/14 | Human Trafficking, Ohio Department of Health, Columbus OH |
| 4/17/14 | Human Trafficking, Central Ohio Consortium of Sigma Theta Tau Research Symposium, Otterbein University, Westerville OH |
| 4/4/14 | The Relationship of Adverse Childhood Experiences to Student Health, opening speaker Ohio College Health Association conference |
| 3/20/14 | Human Trafficking, Reynoldsburg OH |
| 3/7/2014 | Strangulation training Cincinnati OH |
| 1/28/14 | Lecture on Campus Sexual Assault to administrators, professors Dennison University, Newark OH |
| 11/21/13 | Drug Facilitated Sexual Assault and Strangulation for EMS Conference, Zanesville OH |
| 10/30/12 | Strangulation lecture for Action Ohio, Hardin County Hospital |
| 10/10/13 | Strangulation lecture for Action Ohio, Canton OH |
| 9/30/13 | Strangulation training Canton OH |
| 9/16/13 | Strangulation workshop for National Organization of Victim Assistants, Columbus OH |
| 9/12/13 | Strangulation training Cleveland OH for law enforcement, court personnel |
| 8/14/13 | Strangulation training, Birmingham AL |
| 7/12-21/13 | Multiple lectures on interpersonal violence and child maltreatment to forensic Physicians, lawyers, law enforcement, psychologists and advocates in Lima Peru |
| 6/23/13 | Human Trafficking 101, HelpLine of Delaware and Morrow Counties |
| 5/14/13 | Strangulation panel discussion, Two Days in May, Columbus OH |
| 5/8/13 | Human Trafficking 101, Rotary Club, Westerville OH |
| 4/23/13 | Teleconference on strangulation, Action Ohio |
| 4/6/13 | Strangulation and Drug Facilitated Sexual Assault, EMS conference, Cambridge OH |
| 4/5/13 | Domestic Violence and Strangulation for Domestic Violence Project, Canton OH |
| 3/20/13 | SANE-A Prep Course webinar for the International Association of Forensic Nurses |
| 3/16/13 | Human Trafficking, Delaware Grace Brethren Church, Delaware OH |
| 3/15/13 | Sexual Assault Evidence Collection, Dept. of Youth Services, Columbus OH |
| 2/15/13 | Human Trafficking HelpLine of Delaware and Morrow Counties, advocate training |
| 2/6/13 | Mock Trial, Ohio Dominican University, Columbus OH |
| 1/29/13 | Healthcare Response to Violence, The Ohio State University School of Nursing family nurse practitioner students |
| 1/16/13 | Sexual Assault Evidence Collection, Kaplan College criminal justice students |
| 11/30, 12/1/12 | CSI & Forensics for EMS, 2 day conference, Columbus OH |
| 11/14/12 | Non Fatal Strangulation training, Ohio Peace Officers Training Academy, Richfield OH |
| 10/24/12 | Non Fatal Strangulation, Ohio Statehouse, Columbus OH |
| 10/23/12 | Human Trafficking, Ohio Nurses Association, Ashland OH |
| 10/18/12 | Non Fatal Strangulation, Family Violence Prevention Advisory Council meeting, Columbus OH |

| | |
|---|---|
| 10/14/12 | Human Trafficking, Delaware OH |
| 9/11/12 | Non Fatal Strangulation Training, Wilmington NC |
| 9/6/12 | Panel discussion "Amy's Story", Ohio Dominican University |
| 6/11-15/12 | Multiple seminars on child maltreatment to forensic physicians, lawyers, law enforcement, psychologists and advocates in Lima, Peru |
| 5/11/12 | Nursing Entrepreneurship, Otterbein University, Westerville OH |
| 4/21/12 | Panel presentation Human Trafficking, HelpLine of Delaware and Morrow Counties, Delaware OH |
| 4/18/12 | Adverse Childhood Experiences & Family Violence Risk Assessment and Safety Planning, 7th Annual Conference on Child Abuse Awareness and Prevention, Loraine OH |
| 4/11/12 | Panel Speaker Marion General Sexual Assault Response Team, Marion OH |
| 3/28/12 | Non Fatal Strangulation Training, Canton OH |
| 1/24/12 | Domestic Violence for Healthcare Providers, The Ohio State University School of Nursing Family Nurse Practitioner students |
| 1/10/12 | Trafficking in Persons: A Primer for the Health Care Professional, in collaboration with the Christian Medical and Dental Associations. 11 hour online training |
| 11/30/11 | Non Fatal Strangulation Training, Marion OH |
| 11/11/11 | Strangulation: A Lethal Form of Interpersonal Violence, OH IAFN Conference, Cincinnati OH |
| 11/3/11 | Non Fatal Strangulation Training, Toledo Ohio |
| 6/13-17/11 | Multiple seminars on child maltreatment to forensic physicians, lawyers, law enforcement, psychologists and advocates in Huánuco and Lima, Peru |
| 5/10/11 | Domestic Violence Issues for Case Management, Farmington Hill, MI |
| 4/15/11 | Domestic Violence, Ohio Radiology Technologist Conference, Columbus OH |
| 4/12/11 | Strangulation Injuries, Marion General Hospital Sexual Assault Nurse Examiner Training, Marion OH |
| 2/1/11 | Interpersonal Violence, OSU Family Nurse Practitioner students |
| 1/27/10 | Domestic Violence, Medical Reserve Corps, Delaware OH |
| 12/2/10 | Strangulation Training, New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM |
| 10/27/10 | Child Maltreatment Collaborative with Peruvian Stakeholders, Pittsburgh PA |
| 10/16/10 | Drug Facilitated Sexual Assault & Domestic Violence, Annual EMS Conference, Marysville OH |
| 9/20-22, 29-30 | Sexual Assault Nurse Examiner Training, Wheeling WV |
| 7/21/2010 | Strangulation presentation to EMS, Green County |
| 6/18-6/28/10 | Multiple seminars on child maltreatment to forensic physicians, lawyers, law enforcement, psychologists and advocates in Huánuco and Lima, Peru |
| 4/16/10 | Strangulation seminar, Missoula MT |
| 4/7/10 | Human Trafficking, Cambridge OH EMS |
| 2/15/10 | 5-day training for Sexual Assault Nurse Examiners, Sandusky OH |
| 1/26/10 | Forensic Nursing, OSU Family Nurse Practitioner students |
| 1/22/10 | Strangulation Injuries, Marion General Hospital, Marion OH |
| 1/11/10 | Family Preparedness Training, Sunbury Lions Club |
| 1/9/10 | Family Preparedness Training, Kilborne United Methodist Church |
| 10/21/09 | Female Genital Mutilation/Cutting: Providing Care for Patients in an Emergency Setting, International Association of Forensic Nurses 17th Annual Scientific Assembly, Atlanta GA |
| 10/12/09 | Domestic Violence: Recognition, Interventions and Legal Aspects, Ohio Association of Free Clinics, Columbus OH |
| 10/9-10/10/09 | Strangulation workshop co-presenter with Dr. Jacqueline Campbell and Gael Strack JD, National Conference on Health and Domestic Violence, New Orleans LA |
| 10/8/09 | Strangulation Injuries, Marion General Hospital, Marion OH |
| 10/7/09 | Forensic Nursing+Critical Care Nursing= A Dynamic Duo, Facets of Critical Care Conference, Toledo OH |

| | |
|---|---|
| 9/17/09 | Domestic violence to Westerville EMS, Westerville OH |
| 6/29-7/2/09 | Numerous lectures to law enforcement, forensic physicians, nurses, medical and law students and professors, teachers on child sexual abuse and domestic violence in Huánuco Peru |
| 5/15/09 | Non Fatal Strangulation, Mount Carmel Hospital, Columbus OH |
| 5/6/09 | Strangulation Injuries, Marion General Hospital, Marion OH |
| 4/21/09 | Drug Facilitated Sexual Assault and the Sexual Assault Response Team Columbus, OH |
| 3/31/09 | Strangulation: A Lethal Form of Interpersonal Violence, Columbus OH |
| 3/30/09 | Domestic Violence for Healthcare Providers, 3.5 hours, Columbus OH |
| 2/10/09 | Forensic Nursing lecture, OSU Family Nurse Practitioner students |
| 1/8/09 | Sexual Assault Education in Peru, OH IAFN Chapter meeting, Columbus OH |
| 10/31/08 | Strangulation: A Lethal Form of Interpersonal Violence, Columbus OH |
| 10/30/08 | Domestic Violence: Tools for Healthcare Providers on the Front Lines, Columbus, OH |
| 11/7/08 | Identification and Documentation of Strangulation Injuries, Marion General Hospital, Marion OH |
| 7/2/08-7/4/08 | Guest speaker at conference in Huánuco, Peru, at the request of International Justice Mission. Multiple lectures on Sexual Assault Evidence Collection to forensic physicians, OB/GYN physicians, nurses, psychologists, social workers, prosecutors and lawyers, law students and professors, law enforcement officers, teachers, district attorney and judges |
| 5/13/08 | SANE Examination, Ohio National Guard |
| 3/26/08 | Strangulation Injuries, presented to SANEs Marion General Hospital, Marion OH |
| 10/18/07 | Assessment and Documentation of Strangulation Injuries, presented at the 2007 International Association of Forensic Nurses Scientific Assembly, Salt Lake City UT |
| 9/15/06 | Presentation for SANE training Riverside Methodist Hospital, Columbus OH |
| 9/7/05 | Strangulation seminar for Emergency Services staff, Marion General Hospital, Marion OH |
| 8/17/05 | Strangulation seminar for Emergency Medical Services, Marion General Hospital, OH |
| 3/1/05 | Lecture on sexual assault and domestic violence for undergraduate nursing Students, Otterbein College |
| 2/22/05 | Sexual assault and domestic violence for Delaware County school nurse network |
| 12/1/04 | Photodocumentation workshop for Marion General Hospital SANE Program, Marion OH |
| 11/6/04 | Domestic Violence: What Healthcare Providers Should Know/ Implications of Strangulation, Grant Medical Center, Columbus OH |
| 11/3/04 | Ohio Protocol for Sexual Assault Forensic and Medical Examination, sponsored by the Ohio Coalition on Sexual Assault |
| 9/22/04 | Courtroom Testimony: Survival Skills for Nurses, Delaware OH |
| 5/18/04 12/6/04 | Lecture on Sexual Assault, Domestic Violence and Strangulation at Technology Education College, Columbus OH |
| 4/22/04 | Forensic Nursing in a Diverse World, Grady Memorial Hospital, Delaware OH |
| 3/03/04 | Domestic Violence Interventions for Professionals" for Delaware General Health District, Delaware OH |
| 10/14/03 | The Community Response to Violence panel discussion, Child and Family Health Services Consortium, Delaware OH |

## COURT TESTIMONY/CONSULTATION

| | |
|---|---|
| 2006-Present | Consultation on multiple cases involving sexual assault, domestic violence and strangulation with Delaware County Prosecutor's Office and Ashland County Prosecutor's Office |

| | |
|---|---|
| 8/8/14 | Expert witness on strangulation for defense council on murder trial State of Arizona vs. John Stuart |
| 1/10/06<br>3/7/06<br>7/11/06 | Delaware County Grand Jury - Education for Grand Jury on sexual assault throughout the lifespan |
| 2/8/06 | Delaware County Court of Common Pleas – expert witness on sexual assault for the State |
| 11/30/04 | Delaware County Court of Common Pleas – fact witness on sexual assault for the State |
| 9/14/04 | City of Columbus Municipal Court – expert witness on strangulation for the City of Columbus, OH |
| 5/19/04 | Delaware County Court of Common Pleas – expert witness on sexual assault and strangulation for the State |
| 2000-2004 | Delaware County Grand Jury as fact witness for 7 cases |
| 12/15/03 | Delaware Juvenile Court – fact witness for sexual assault case |
| 12/18/02 | Champaign County Juvenile Court - Urbana, OH - expert witness on documentation of injuries and strangulation, testified for defense on custody issue |
| 10/15/02 | Delaware County Court of Common Pleas – expert witness on sexual assault for the State |
| 2001 | Delaware County Court of Common Pleas – fact witness for 2 sexual assault cases |

**APPENDIX 3 – DIAGRAM OF NECK**



**APPENDIX 4 – REFERENCES**

Carr, M. (Summer, 2000). Increasing awareness about possible neurological alterations in brain status secondary to intimate violence. *Brain Injury Source,* 4(2), 30-37.

Downing, R. (2006). Manual and ligature strangulation. *On the Edge, Official Newsletter of the International Association of Forensic Nurses,* 12(2) 1& 9-13.

McClane, G. E., Strack, G. B., & Hawley, D. (2001). A review of 300 attempted strangulation cases part II: clinical evaluation of the surviving victim. *Journal of Emergency Medicine,* 21 (3), 311-315.

Pollanen, M. S. (2000). A triad of laryngeal hemorrhages in strangulation: A report of eight cases. *Journal of Forensic Science,* 45(3), 614-618.

Richards, C. E., Wallis, D. N. (2005). Asphyxiation: a review. *Trauma,* 7, 37-45.

Stapcznski, J. S. (2010). *Strangulation* Injuries. *Emergency Medicine Reports,* 31(17), 193-203.

Hawley, D. A., McClane, G. E., Strack, G. B. (2001). A review of 300 attempted strangulation cases part III: injuries in fatal cases. *The Journal of Emergency Medicine,* 21(3), 317-322.

Yen, K., Thali, M. J., Aghayev, E., Jackowski, C.,Schweitzwr, W., Boesch, D., et al. (2005). Strangulation signs: Initial correlation of MRI, MSCT, and forensic neck findings. *Journal of Magnetic Resonance Imaging*, 22, 501-510.

**RUTH I. DOWNING MSN RN CNP SANE-A**
Forensic Healthcare Consulting
152 Westwood Ave. - Delaware, OH  43015
Cell: (740) 815-8167
ruth@forensichealthcare.com
www.forensichealthcare.com

*Founder, Forensic Healthcare Consulting*
**Integrating Health and Justice**
*Providing education and consulting services to healthcare and legal professionals*

---

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2007-Present | Founder and President Forensic Healthcare Consulting |
| 2006-Present | *Certified Nurse Practitioner*, Immediate Health Associates, Westerville, OH. Westar Urgent Care & 2 years in St. Ann's Hospital Emergency Department |
| 1992-2007 | *Staff Registered Nurse*, Emergency Department Grady Memorial Hospital, Delaware, OH. Responsibilities included the care of trauma and urgent care patients, Sexual Assault Nurse Examiner, initiated and directed a Sexual Assault Nurse Examiner program, expert and fact witness testimony in court, preceptor for RN and nursing students, and Quality Assurance. |
| 1989-1992 | *Assistant Nurse Manager*, Vascular Thoracic Stepdown Unit, Riverside Methodist Hospitals, Columbus, OH. Managing a 26-bed unit on night shift, including staff scheduling, evaluations, quality assurance and teaching ACLS. |
| 1988-1989 | *Staff Registered Nurse*, Vascular Thoracic Stepdown Unit, Riverside Methodist Hospitals, Columbus, OH. Relief charge nurse.  Coordinated a Preoperative Teaching Committee. |
| 1983-1988 | *Staff Registered Nurse*, Intensive Care, Coronary Care, and Stepdown Units, Good Samaritan Hospital, Vincennes, IN. Experience in caring for trauma and critically ill patients while rotating these three units. Instrumental in improving patient care and updating nursing standards. |
| 1980-1981 | *Staff Registered Nurse*, Carmi Township Hospital, Carmi, IL. Responsibilities included supervision of operating rooms, circulating nurse in operating rooms, recovery room nurse, Infection Control nurse, supervision of Emergency Room and Central Supply Department. |
| 1978-1979 | *Staff Registered Nurse*, Punxsutawney Area Hospital, Punxsutawney, PA Responsibilities included care of patients in a seven-bed combined Intensive Care/Coronary Care Unit in an eighty-bed rural hospital.  Occasional experience in Emergency Room. |
| 1977-1978 | *Staff Registered Nurse*, Hocking Valley Community Hospital, Logan, OH Responsibilities included care of general medical / surgical patients in a sixty-bed rural hospital. |
| 1976-1977 | *Staff Registered Nurse*, Harper Grace Hospitals, Detroit, MI Responsibilities included primary nursing care of patients on a fifteen-bed Oncology Unit in a one thousand bed teaching hospital.  Experience included Relief Charge responsibilities. |

## EDUCATION

| | |
|---|---|
| 7/06 | Family Nurse Practitioner Board Certification by the American Academy of Nurse Practitioners |
| 6/06 | Master of Science in Nursing - Otterbein College - Dean's List |

| | |
|---|---|
| 12/04 | Bachelor of Science in Nursing, Summa Cum Laude– Otterbein College |
| 1/01-3/02 | Columbus State Community College – Dean's List |
| 4/00-12/00 | Franklin University |
| 6/76 | Harper Hospital School of Nursing, Detroit, MI, Diploma in Nursing |

## HONORS

- Special Achievement Award, Otterbein University Alumni 2014
- Nomination for Ohio Liberator Award
- Helpline of Delaware and Morrow Counties, 2002 Ullom Community Service Award
- Otterbein University Kappa Lambda Chapter of the Honor Society of Nursing, 2011 Service to Nursing Award

## SEMINARS AND COURSES

| | |
|---|---|
| 2008-Present | Monthly CMEs, Emergency Medicine Reviews and Perspectives |
| 5/15/14 | BDSM, Genesis Healthcare, Zanesville OH |
| 5/8/14 | Pediatric Emergency, Assessment, Recognition and Stabilization Course |
| 3/27-29/14 | Ohio Mortuary Operational Response Team Training |
| 2/20/14 | What Can We Do to Help Children Behave: Alternatives to Corporal Punishment, Columbus OH |
| 1/15/14 | 2014 Central Ohio Region MRC Volunteer Summit |
| 2/11&12/ 2014 | Mass Fatality Incident Response, Van Wert OH |
| 12/3/13 | Abdominal Pain in the Elderly |
| 9/19/13 | Activation for Disasters |
| 12/2/13 | Human Identification in Mass Fatality Incidents |
| 11/11/13 | IS 800b National Response Framework, An Introduction |
| 11/3/13 | IS 100b Introduction to Incident Command System |
| 9/23/13 | IS 700a National Incident Management System (NIMS) An Introduction |
| 9/17/13 | MRC-Train 101 for Volunteers |
| 9/3/13 | IS 200  ICS for Single Resources and Initial Action Incident |
| 5/10/13 | Prescribing Schedule II Medications, Columbus OH |
| 11/30&12/1/12 | EMS conference "CSI Forensics for EMS" Columbus OH |
| 11/29/12 | A Medical Debrief of the Virginia Tech Massacre, Columbus OH |
| 11/8/12 | Ohio Chapter International Association of Forensic Nurses Conference, Columbus OH |
| 2007-2010 | Monthly CMEs, Audio Digest, Emergency Medicine |
| 10/10-10/12/2012 | International Association of Forensic Nurses Scientific Assembly, Fajardo, Puerto Rico |
| 8/30/12 | Ohio Attorney General Conference on Domestic Violence and Sexual Assault, Columbus, OH |
| 6/8/12 | Unlocking the Chains Human Trafficking Conference, Columbus OH |
| 3/8-9/12 | Strangulation Training Institute Faculty and Advisory Meeting, San Diego Family Justice Center, San Diego |
| 4/17/11 | Forensic Evidence Collection for Sexual Assault Suspects: Ensuring Quality and Accuracy, Toledo OH, 1.5 contact hours |
| 4/7/11 | Addressing Teen Sexual Violence, Columbus OH, 5.0 contact hours |
| 3.22-24/11 | Pediatric Sexual Assault Nurse Examiner Training, Cleveland, OH |
| 10/27-30/10 | International Association of Forensic Nurses Scientific Assembly, Pittsburgh PA |
| 10/19/10 | Disaster Nursing, Delaware, OH |
| 4/8/10 | Role of the Forensic Nurse in Death Investigation: A Collaborative Approach, 1 contact Hour |
| 4/1&2/10 | Human Trafficking Train the Trainer, Columbus, OH |
| 2/3/10 | Regional Forensic Conference, Cincinnati OH 7.66 contact hours |
| 3/19/10 | Drug Facilitated Sexual Assault Training, Delaware, OH |
| 11/13/09 | OH Chapter IAFN Educational Conference, Fireland OH 6 contact hours |
| 10/30-10/31/09 | 19th Annual Ohio Association of Advanced Practice Nurses Statewide Educational Conference, Dublin, OH |
| 4/13/09 | Alcohol and Sexual Assault: Exploring the Connection, OSU, Columbus, OH |
| 4/21/09 | Drug Facilitated Sexual Assault, 7 contact hours, Columbus, OH |

| | |
|---|---|
| 4/22/09 | SANE/SART Update, 7 contact hours, Columbus, OH |
| 11/14/08 | Breaking New Ground: Teaming Diverse Medical and Forensic Professionals, Mayfield Hts, OH. 6 contact hours |
| 10/6/08-10/8/08 | Ohio Association of Advanced Practice Nurses Conference, Columbus, OH. 14 contact hours |
| 7/10/08 | Pandemic Influenza Functional Exercise, Delaware, OH |
| 4/9/08 | Substance-Related Sexual Assault, Columbus, OH 6.75 contact hours |
| 4/9/08 | Factitious Disorders: Sorting out Deception from the Medically Unusual, Nationwide Children's Hospital 1.0 contact hour |
| 1/10/08 | "Human Sex Trafficking", Marion, OH, 1 contact hour |
| 11/13/07 | Advancing Healthcare through Forensic Science, Columbus, OH, 7 contact hours |
| 10/17-20/07 | "Imagine a World without Violence" International Association of Forensic Nurses 15th Annual Scientific Assembly 20.5 contact hours |
| 8/22/07 | Roundtable Discussion on Sexual Trafficking in Ohio, Canal Winchester, OH 1.5 hours |
| 4/26/07 | "Investigating and Responding to Human Trafficking Cases", Ohio Office of Criminal Justice Services, 6.0 hours |
| 4/12/07 | Medical Examiner's vs. Coroner's: Cause and Manner of Death, Mansfield, OH 1 contact hour |
| 3/7/07 | Third Annual Forensic Summit, "A Forensic Approach: Collaboration of Healthcare and Justice, Thomas More College, 9 hours |
| 11/9/06 | "Professional Boundaries with Forensic Psychiatric Patients", Cincinnati, OH 1.2 contact hours |
| 6/22-24/06 | Family Nurse Practitioner Review Course – Otterbein College, Westerville, OH 20 contact hours |
| 6/20/06 | 2006 Human Trafficking Conference, Columbus, OH, 6 hours |
| 5/20/06 | "Urgent Care Medicine Pearls and Skills Lab", Riverside Methodist Hospital, Columbus, OH, 6.0 AMA PRA Category 1 credits |
| 5/1/06 | Pediatric Advanced Life Support – Renewal, Grady Memorial Hospital, Delaware, OH, 4.8 contact hours |
| 4/27/06 | "Expanding our Horizons: Human Rights Issues Facing People in India through the Eyes of Forensic Nurses", Hillcrest Hospital, Mayfield Heights, OH, 1.2 contact hours |
| 3/30/06 | New Designated Requester Training, Grady Memorial Hospital, Delaware, OH 1.7 contact hours |
| 3/1/06 | "Fitting the Pieces Together" Forensic Nursing Conference, Wilmington, OH 9.9 contact hours |
| 1/12/06 | "Critical Incident Stress Management", Mansfield, OH 1.2 contact hours |
| 6/27/05 | "Forensic Healthcare in the Age of Crawford vs. Washington, Akron, OH 7.5 contact hours |
| 10/19-24/04 | International Association of Forensic Nurses 12th Annual Scientific Assembly, Chicago, IL, 22.8 contact hours |
| 8/13/04 | Strangulation seminar, Columbus City Prosecutor's Office, Columbus, OH, 8 hours |
| 8/12/04 | "Crime Scene Documentation", Toledo, OH, 1.5 contact hours |
| 5/13,14/04 | Two Days in May: Attorney General's Conference on Victim Assistance, Columbus, OH 9.5 contact hours |
| 4/20/04 | "From Assessment to Testimony: A Clinical Response to Domestic Violence, Columbus, OH, 8.1 contact hours |
| 4/15/04 | "The Role of the Legal Nurse Consultant", Springfield, OH, 1 hour |
| 1/15/04 | "Internet Predators", Delaware, OH, 1 hour |
| 8/14/03 | "Mimickers of Child Sexual Abuse", Cincinnati, OH, 1.2 contact hours |
| 4/2-4/03 | "Medicolegal Investigation of Death", Dearborn, MI, 22.1 contact hours |
| 1/29/03 | "Myths and Barriers to Reporting Sexual Assault" Delaware, OH, 4 hours |
| 11/11-12/02 | Domestic Violence Training for Forensic Nurse Examiners, Akron, OH 16.8 contact hours |
| 10/3/02 | "A Healthcare Providers Guide for Responding to Domestic Violence", Delaware, OH, 2.5 contact hours |
| 9/24/02 | "Myths and Barriers to Reporting Sexual Assault", Delaware, OH, 4.3 contact hours |
| 9/23/02 | "Investigation and Prosecution of Sexual Assault", Delaware, OH |

| 7/12,19/02 | Trauma Nursing Core Course, Columbus, OH, 16.7 contact hours |
|---|---|
| 6/24/02 | "Abdominal Assessment Self-Study Packet", Delaware, OH, 1.2 contact hours |
| 6/6/02 | "How to Improve Your Investigation and Prosecution of Domestic Violence and Strangulation Cases", Delaware, OH 8 hours |
| 4/23/02 | "Destroying the Myths of Sexual Assault", Delaware, OH |
| 4/02/02 | "The Ohio Nurse Practice Act" Independent Study, 1.2 contact hours |
| 3/22/02 | PALS Renewal Course, Columbus, OH, 6.3 contact hours |
| 11/8-10/01 | Advanced Sexual Assault Nurse Examiner Program, Fort Wayne, IN, 25.5 contact hours |
| 11/14/00 | Ohio SANE Summit, Columbus, OH, 6.3 contact hours |
| 4/26-30/00 | Introduction to Forensic Nursing, Mansfield, OH, 37.8 contact hours |
| 4/11-12/00 | "Sexual Assault Response Team Training", Delaware, OH, 17.1 contact hours |
| 12/99 | Seminar on Drug Facilitated Rape, Ohio State University, Columbus, OH |
| 4/99 | Sexual Assault Nurse Examiner Training, Fort Wayne, IN, 47.5 contact hours |

## CERTIFICATIONS

| 2014-Present | National Registry of Certified Medical Examiners |
|---|---|
| 2014-Present | PEARS provider |
| 2006–Present | Family Nurse Practitioner Certification |
| 2002-Present | SANE-A National Certification |
| 1992-2008 | PALS Provider Certification |
| 1992-1996 | Trauma Nursing Core Course Provider |
| 2002-2006 | Trauma Nursing Core Course Provider |
| 1991-2009 | ACLS Instructor |
| 1988-1992 | Critical Care Certification |
| 1983-Present | ACLS Provider |

## PUBLICATIONS

| 6/06 | Manual and Ligature Strangulation. *On the Edge,* 12(2). |
|---|---|

## PROFESSIONAL ACTIVITIES

| 3/26/14 | Member Ohio Mortuary Operational Response Team |
|---|---|
| 9/8/13 | Ohio Attorney General 2013 Summit on Domestic Violence and Sexual Assault |
| 2013-Present | Memorandum of Understanding with Salvation Army, providing 24/7 health care response for human trafficking victims |
| 2013-Present | Co-Chair Every Mother Initiative |
| 2012-Present | Member, Strangulation Training Institute, Faculty and Advisory Team, Family Justice Center Alliance, San Diego, CA |
| 2010-Present | Member, Pregnancy Associated Mortality Review Board |
| 2009-Present | Member, Family Violence Prevention Center Advisory Council |
| 2008-2010 | Member, Ohio Alliance to End Sexual Violence steering committee |
| 2008-Present | Member, Central Ohio Rescue and Restore Coalition |
| 2008-Present | Nurse Practitioner preceptor, Otterbein College |
| 2007-Present | Member, Ohio Association of Advanced Practice Nurses |
| 2006-Present | Member, American Academy of Nurse Practitioners |
| 2006-Present | Member, Ohio Medical Reserve Corps |
| 2006-Present | Central Ohio Sexual Assault Task Force |
| 2002-2006 | Member, Ohio National Standards Campaign Task Force, Ohio Domestic Violence Network.  Assisted in developing "The Domestic Violence Protocol for Health Care Providers: Standards of Care" (2003). |
| 2002-2007 | Member, Delaware County Child Family Health Services Consortium |
| 2001-2003 | Member, Ohio Attorney General Curriculum Committee |
| | Authored two chapters for statewide training manual for Sexual Assault Response |

Teams: "Law Enforcement" and "Drug Facilitated Sexual Assault" (2002).
Provider of Community Informational Session 4/2/02, Ashland, OH

| | |
|---|---|
| 2001-2007 | Provider of hospital/SANE orientation for Helpline advocates. |
| 2001-2007 | Member, Delaware County Sexual Assault Response Team, assisted in updating the Delaware County Sexual Assault Response Protocol (2003) |
| 2001-2007 | Member, Delaware County Domestic Violence Response Team |
| 1999-Present | Member, Ohio Chapter International Association of Forensic Nurses |
| | Ohio Chapter President 2008 |
| | Assisted in production of Sexual Assault Nurse Examiner/Sexual Assault Response Team video for statewide distribution |
| | Coordinated 2007 conference "Advancing Healthcare Through Forensic Science" Columbus, OH |
| 1999-Present | Member, International Association of Forensic Nurses |

## PRESENTATIONS

| | |
|---|---|
| 8/21/14 | Human Trafficking for healthcare professionals, Beavercreek OH |
| 8/4/14 | Human Trafficking for Columbus school teachers, Columbus OH |
| 6/23-27/14 | Multiple presentations/consultations in Huanuco and Lima Peru on maltreatment of women and children for International Justice Mission |
| 6/20/14 | Healthcare Response to Human Trafficking, Unlocking the Chains Conference, Columbus\ OH |
| 6/6/14 | Homicide Prevention: Nonfatal Strangulation Training, Elyria OH |
| 6/4/14 | Human Trafficking, Retired Nurses Association Conference, Columbus OH |
| 5/1/14 | Homicide Prevention: Nonfatal Strangulation Training, Marysville OH |
| 4/22/14 | Human Trafficking, Ohio Department of Health, Columbus OH |
| 4/17/14 | Human Trafficking, Central Ohio Consortium of Sigma Theta Tau Research Symposium, Otterbein University, Westerville OH |
| 4/4/14 | The Relationship of Adverse Childhood Experiences to Student Health, opening speaker at Ohio College Health Association conference |
| 3/20/14 | Human Trafficking, Reynoldsburg OH |
| 3/7/2014 | Strangulation training Cincinnati OH |
| 1/28/14 | Lecture on Campus Sexual Assault to administrators, professors Dennison University, Newark OH |
| 11/21/13 | Drug Facilitated Sexual Assault and Strangulation for EMS Conference, Zanesville OH |
| 10/30/12 | Strangulation lecture for Action Ohio, Hardin County Hospital |
| 10/10/13 | Strangulation lecture for Action Ohio, Canton OH |
| 9/30/13 | Strangulation training Canton OH |
| 9/16/13 | Strangulation workshop for National Organization of Victim Assistants, Columbus OH |
| 9/12/13 | Strangulation training Cleveland OH for law enforcement, court personnel and advocates |
| 8/14/13 | Strangulation training, Birmingham AL |
| 7/12-21/13 | Multiple lectures on interpersonal violence and child maltreatment to forensic physicians Lawyers, law enforcement, psychologists and advocates in Lima Peru |
| 6/23/13 | Human Trafficking 101, HelpLine of Delaware and Morrow Counties |
| 5/14/13 | Strangulation panel discussion, Two Days in May, Columbus OH |
| 5/8/13 | Human Trafficking 101, Rotary Club, Westerville OH |
| 4/23/13 | Teleconference on strangulation, Action Ohio |
| 4/6/13 | Strangulation and Drug Facilitated Sexual Assault, EMS conference, Cambridge OH |
| 4/5/13 | Domestic Violence and Strangulation for Domestic Violence Project, Canton OH |
| 3/20/13 | SANE-A Prep Course webinar for the International Association of Forensic Nurses |
| 3/16/13 | Human Trafficking, Delaware Grace Brethren Church, Delaware OH |
| 3/15/13 | Sexual Assault Evidence Collection, Dept of Youth Services, Columbus OH |
| 2/15/13 | Human Trafficking HelpLine of Delaware and Morrow Counties, advocate training |
| 2/6/13 | Mock Trial, Ohio Dominican University, Columbus OH |
| 1/29/13 | Healthcare Response to Violence, The Ohio State University School of Nursing family nurse practitioner students |
| 1/16/13 | Sexual Assault Evidence Collection, Kaplan College criminal justice students |

| | |
|---|---|
| 11/30, 12/1/12 | CSI & Forensics for EMS, 2 day conference, Columbus, OH |
| 11/14/12 | Non Fatal Strangulation training, Ohio Peace Officers Training Academy, Richfield OH |
| 10/24/12 | Non Fatal Strangulation, Ohio Statehouse, Columbus, OH |
| 10/23/12 | Human Trafficking, Ohio Nurses Association, Ashland OH |
| 10/18/12 | Non Fatal Strangulation, Family Violence Prevention Advisory Council meeting, Columbus, OH |
| 10/14/12 | Human Trafficking, Delaware, OH |
| 9/11/12 | Non Fatal Strangulation Training, Wilmington, NC |
| 9/6/12 | Panel discussion "Amy's Story", Ohio Dominican University |
| 6/11-15/12 | Multiple seminars on child maltreatment to forensic physicians, lawyers, law enforcement, psychologists and advocates in Lima, Peru through International Justice Mission |
| 5/11/12 | Nursing Entrepreneurship, Otterbein University, Westerville, OH |
| 4/21/12 | Panel presentation Human Trafficking, HelpLine of Delaware and Morrow Counties, Delaware, OH |
| 4/18/12 | Adverse Childhood Experiences & Family Violence Risk Assessment and Safety Planning, 7th Annual Conference on Child Abuse Awareness and Prevention, Loraine OH |
| 4/11/12 | Panel Speaker Marion General Sexual Assault Response Team, Marion OH |
| 3/28/12 | Non Fatal Strangulation Training, Canton OH |
| 1/24/12 | Domestic Violence for Healthcare Providers, The Ohio State University School of Nursing Family Nurse Practitioner students |
| 1/10/12 | Trafficking in Persons: A Primer for the Health Care Professional, in collaboration with the Christian Medical and Dental Associations. 11 hour online training |
| 11/30/11 | Non Fatal Strangulation Training, Marion OH |
| 11/11/11 | Strangulation: A Lethal Form of Interpersonal Violence, OH IAFN Conference, Cincinnati OH |
| 11/3/11 | Non Fatal Strangulation Training, Toledo Ohio |
| 6/13-17/11 | Multiple seminars on child maltreatment to forensic physicians, lawyers, law enforcement, psychologists and advocates in Huánuco and Lima, Peru through International Justice Mission |
| 5/10/11 | Domestic Violence Issues for Case Management, Farmington Hills MI |
| 4/15/11 | Domestic Violence, Ohio Radiology Technologist Conference, Columbus OH |
| 4/12/11 | Strangulation Injuries, Marion General Hospital Sexual Assault Nurse Examiner Training, Marion OH |
| 2/1/11 | Interpersonal Violence, OSU Family Nurse Practitioner students |
| 1/27/10 | Domestic Violence, Medical Reserve Corps, Delaware OH |
| 12/2/10 | Strangulation Training, New Mexico Coalition of Sexual Assault Programs, Albuquerque, NM |
| 10/27/10 | Child Maltreatment Collaborative with Peruvian Stakeholders, Pittsburg PA |
| 10/16/10 | Drug Facilitated Sexual Assault & Domestic Violence, Annual EMS Conference, Marysville OH |
| 9/20-22, 29-30 | Sexual Assault Nurse Examiner Training, Wheeling WV |
| 7/21/2010 | Strangulation presentation to EMS, Green County |
| 6/18-6/28/10 | Multiple seminars on child maltreatment to forensic physicians, lawyers, law enforcement, psychologists and advocates in Huánuco and Lima, Peru through International Justice Mission |
| 4/16/10 | Strangulation seminar, Missoula, MT |
| 4/7/10 | Human Trafficking, Cambridge OH EMS |
| 2/15/10 | 5-day training for Sexual Assault Nurse Examiners, Sandusky OH |
| 1/26/10 | Forensic Nursing, OSU Family Nurse Practitioner students |
| 1/22/10 | Strangulation Injuries, Marion General Hospital, Marion OH |
| 1/11/10 | Family Preparedness Training, Sunbury Lions Club |
| 1/9/10 | Family Preparedness Training, Kilborne United Methodist Church |
| 10/21/09 | Female Genital Mutilation/Cutting: Providing Care for Patients in an Emergency Setting, International Association of Forensic Nurses 17th Annual Scientific Assembly, Atlanta GA |
| 10/12/09 | Domestic Violence: Recognition, Interventions and Legal Aspects, Ohio Association of |

|  | Free Clinics, Columbus OH |
| 10/9-10/10/09 | Strangulation workshop co-presenter with Dr. Jacqueline Campbell and Gael Strack JD, National Conference on Health and Domestic Violence, New Orleans LA |
| 10/8/09 | Strangulation Injuries, Marion General Hospital, Marion OH |
| 10/7/09 | Forensic Nursing+Critical Care Nursing= A Dynamic Duo, Facets of Critical Care Conference, Toledo OH |
| 9/17/09 | Domestic violence to Westerville EMS, Westerville OH |
| 6/29-7/2/09 | Numerous lectures to law enforcement, forensic physicians, nurses, medical and law students and professors, teachers on child sexual abuse and domestic violence in Huánuco Peru |
| 5/15/09 | Non Fatal Strangulation, 1 hour, Mount Carmel Hospital, Columbus OH |
| 5/6/09 | Strangulation Injuries, 1 hour, Marion General Hospital, Marion OH |
| 4/21/09 | Drug Facilitated Sexual Assault and the Sexual Assault Response Team 0.5 hours, Columbus OH |
| 3/31/09 | Strangulation: A Lethal Form of Interpersonal Violence, 3 hours, Columbus OH |
| 3/30/09 | Domestic Violence for Healthcare Providers, 3.5 hours, Columbus OH |
| 2/10/09 | Forensic Nursing lecture, OSU Family Nurse Practitioner students |
| 1/8/09 | Sexual Assault Education in Peru, OH IAFN Chapter meeting, Columbus,OH |
| 10/31/08 | Strangulation: A Lethal Form of Interpersonal Violence, Columbus OH |
| 10/30/08 | Domestic Violence: Tools for Healthcare Providers on the Front Lines, Columbus OH |
| 11/7/08 | Identification and Documentation of Strangulation Injuries, Marion General Hospital, Marion OH |
| 7/2/08-7/4/08 | Guest speaker at conference in Huanuco, Peru, at the request of International Justice Mission. Multiple lectures on Sexual Assault Evidence Collection to forensic physicians, OB/GYN physicians, nurses, psychologists, social workers, prosecutors, lawyers, law students and professors, law enforcement officers, teachers, district attorney and judge |
| 5/13/08 | SANE Examination to Ohio National Guard |
| 3/26/08 | Strangulation Injuries, presented to SANEs Marion General Hospital, Marion OH |
| 10/18/07 | Assessment and Documentation of Strangulation Injuries, presented at the 2007 International Association of Forensic Nurses Scientific Assembly, Salt Lake City UT |
| 9/15/06 | Presentation for SANE training Riverside Methodist Hospital, 1 hour |
| 9/7/05 | Strangulation seminar for Emergency Services staff, Marion General Hospital, Marion OH |
| 8/17/05 | Strangulation seminar for Emergency Medical Services, Marion General Hospital, Marion OH |
| 3/1/05 | Lecture on sexual assault and domestic violence for undergraduate nursing students at Otterbein College, Westerville OH |
| 2/22/05 | Presentation on sexual assault and domestic violence for Delaware County school nurse network |
| 12/1/04 | Photodocumentation workshop for Marion General Hospital SANE Program, Marion OH |
| 11/6/04 | Domestic Violence: What Healthcare Providers Should Know/ Implications of Strangulation, sponsored by LifeLink, Grant Medical Center, Columbus OH |
| 11/3/04 | Ohio Protocol for Sexual Assault Forensic and Medical Examination, sponsored by the Ohio Coalition on Sexual Assault |
| 9/22/04 | Courtroom Testimony: Survival Skills for Nurses, presented on medical documentation, Delaware OH |
| 5/18/04 | Lecture on Sexual Assault, Domestic Violence and Strangulation at Technology |
| 12/6/04 | Education College, Columbus OH |
| 4/22/04 | "Forensic Nursing in a Diverse World" for Nursing Education Days, Grady Memorial |
| 4/15/04 | Hospital, Delaware OH |
| 3/03/04` | "Domestic Violence Interventions for Professionals" for Delaware General Health District, Delaware OH |
| 10/14/03 | "The Community Response to Violence" panel discussion for the Child and Family Health Services Consortium Delaware OH |

## COURT TESTIMONY/CONSULTATION

2006-Present   Consultation on multiple cases involving sexual assault, domestic violence and strangulation with Delaware County Prosecutor's Office, Ashland County Prosecutor's Office, and Champaign County Prosecutor's Office

8/8/14   Expert witness on strangulation for defense council on murder trial State of Arizona vs. John Stuart

1/10/06
3/7/06
7/11/06   Delaware County Grand Jury - Education for Grand Jury on sexual assault throughout the lifespan

2/8/06   Delaware County Court of Common Pleas – expert witness on sexual assault for the State

11/30/04   Delaware County Court of Common Pleas – fact witness on sexual assault for the State

9/14/04   City of Columbus Municipal Court – expert witness on strangulation for the City of Columbus, OH

5/19/04   Delaware County Court of Common Pleas – expert witness on sexual assault and strangulation for the State

2000-2004   Delaware County Grand Jury as fact witness for 7 cases

12/15/03   Delaware Juvenile Court – fact witness for sexual assault case

12/18/02   Champaign County Juvenile Court - Urbana, OH - expert witness on documentation of injuries and strangulation, testified for defense on custody issue

10/15/02   Delaware County Court of Common Pleas – expert witness on sexual assault for the State

2001   Delaware County Court of Common Pleas – fact witness for 2 sexual assault cases



EXHIBIT 23

**BLACKWELL LAW OFFICE, PLLC**
420 W. Roosevelt St. Suite 106
Phoenix, AZ 85003
Tel: (480) 227-4984
Fax: (602) 865-1527
State Bar No. 023588
Jocquese@azjustice.com
Jocquese L. Blackwell
Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

YOLANDA ERICKSON, individually and as personal representative of the Estate of MIGUEL RUIZ, CANON RUIZ, minor A.R.,,

               Plaintiffs,

vs.

CITY OF PHOENIX, et al.
        Defendants.

Case No.: 2:24-cv01942-JAT

**PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND SET OF REQUEST FOR ADMISSIONS**

    Plaintiff YOLANDA ERICKSON, individually and as a personal representative of the ESTATE OF MIGUEL RUIZ, and CANON RUIZ, hereby responds to Defendants' First Set of Request for Admissions.

### <u>GENERAL OBJECTIONS</u>

   1. Plaintiffs objects to the Request to the extent they seek legal conclusions and/or would require Plaintiffs to reach a legal conclusion in order to prepare a response.

2. Plaintiffs objects to the Requests to the extent they are argumentative, prejudicial, improper, incorrect, vague, and/or ambiguous.

### RESPONSES

**REQUEST FOR ADMISSIONS NO. 16**

Admit that a carotid hold and a choke hold are two different holds.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 16**

Plaintiffs object to this request as vague and ambiguous with respect to the definition of "choke hold". At this time, it is Plaintiffs' contention that a choke hold and a carotid hold are two different holds. However, a choke hold and a carotid hold both permit the user to engage the applicant around the neck.

**REQUEST FOR ADMISSIONS NO. 17**

Admit that Officer Camarillo did not apply a choke hold to Miguel, aka Michael, Ruiz.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 17**

Plaintiffs object to this Request to the extent that it seeks a legal conclusion. Also, Plaintiffs object to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiff's contentions. Subject to and without waiving the foregoing objection, Plaintiffs admit that Officer Camarillo did not apply a choke hold he applied a carotid hold.

**REQUEST FOR ADMISSIONS NO. 18**

Admit that the Personal Representative of Miguel, aka Michael, Ruiz's Estate is not making an economic damage claim.

BLACKWELL LAW OFFICE, PLLC
420 W. Roosevelt St., Suite 106
PHOENIX, AZ 85003

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 18**

Plaintiffs object to this Request to the extent that it seeks a legal conclusion. Also, Plaintiffs object to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiff's contentions. Subject to and without waiving the foregoing objection, Plaintiffs deny.

**REQUEST FOR ADMISSIONS NO. 19**

Admit that the City of Phoenix's Use of Force Policy titled Operations Oder 1.5, is constitutional.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 19**

Plaintiff objects to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiffs' contentions. Subject to and without waiving the foregoing objection, Plaintiffs deny.

**REQUEST FOR ADMISSIONS NO. 20**

Admit that Miguel, aka Michael, Ruiz resisted arrest.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 20**

Plaintiffs object to this Request to the extent that it seeks a legal conclusion. Also, Plaintiffs object to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiffs' contentions. Subject to and without waiving the foregoing objection, Plaintiffs deny.

BLACKWELL LAW OFFICE, PLLC
420 W. Roosevelt St., Suite 106
PHOENIX, AZ 85003

**REQUEST FOR ADMISSIONS NO. 21**

Admit that Miguel, aka Michael, Ruiz committed criminal damage to(sic) his apartment.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 21**

Plaintiffs object to this Request to the extent that it seeks a legal conclusion. Also, Plaintiffs object to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiffs' contentions. Subject to and without waiving the foregoing objection, Plaintiffs deny.

**REQUEST FOR ADMISSIONS NO. 22**

Admit that at the time of the incident forming the basis of this lawsuit Miguel, aka Michael, Ruiz was on probation for aggravated assault on a police officer for an incident occurring on October 8, 2011.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 22**

Plaintiffs object to this Request to the extent that it is not relevant to the law suit at hand. Subject to and without waiving the foregoing objection, Plaintiffs cannot admit or deny because the basis of Mr. Ruiz's plea is unclear.  Mr. Ruiz plead guilty to Aggravated assault resulting in physical injury in violation of A.R.S. §13-1203 and 1204.  The Plea agreement makes no mention to a specific injured Officer nor to any restitution due to an injured officer.  An off-duty officer was mentioned in the Presentence Report which was completed by a probation officer, however, Mr. Ruiz did not plead guilty to an offense involving an on duty officer pursuant to A.R.S. §13-1204(A)(8)(a).

**REQUEST FOR ADMISSIONS NO. 23**

Admit that Miguel, aka Michael, Ruiz tested positive for Amphetamine and Methamphetamine.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 23**

Plaintiffs object to this Request to the extent that it seeks a legal conclusion. Also, Plaintiffs object to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiff's contentions. Subject to and without waiving the foregoing objection, Plaintiffs are unable to admit or deny Admission No. 23. Plaintiffs are unable to determine the admissibility of the blood test preformed on Mr. Ruiz. Therefor, Plaintiffs cannot determine whether or not Mr. Ruiz's blood results were reliable.

**REQUEST FOR ADMISSIONS NO. 24**

Admit that Miguel, aka Michael, Ruiz was not employed at the time of his death.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 24**

Plaintiffs object to this Request to the extent that it seeks a legal conclusion. Also, Plaintiffs object to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiffs' contentions. Subject to and without waiving the foregoing objection, Plaintiffs deny.

**REQUEST FOR ADMISSIONS NO. 25**

Admit that as of July 28, 2013 no Ninth Circuit or Supreme Court case has held that the use of a carotid hold was unconstitutional.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 25**

Plaintiffs object to this Request to the extent that it seeks a legal conclusion. Also, Plaintiffs object to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiffs' contentions. Subject to and without waiving the foregoing objection, Plaintiffs deny.

**REQUEST FOR ADMISSIONS NO. 26**

Admit that as of July 28, 2013 no Ninth Circuit or Supreme Court case had established an out limit of time for use of a carotid hold.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 26**

Plaintiffs object to this Request to the extent that it seeks a legal conclusion. Also, Plaintiffs object to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiffs' contentions. Subject to and without waiving the foregoing objection, Plaintiffs deny.

**REQUEST FOR ADMISSIONS NO. 27**

Admit that Miguel, aka Michael, Ruiz died because of Excited Delirium.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 27**

Plaintiffs object to this Request to the extent that it seeks a legal conclusion. Also, Plaintiffs object to this Request to the extent the Request seeks the legal reasoning and theories of Plaintiffs' contentions. Subject to and without waiving the foregoing objection, Plaintiffs deny.

Dated this 30th day of December, 2015.

BLACKWELL LAW OFFICE, PLLC

By: _____
    JOCQUESE L. BLACKWELL
    420 W. Roosevelt St. Suite 106
    Phoenix, AZ 85003
    Attorney for Plaintiff

BLACKWELL LAW OFFICE, PLLC
420 W. Roosevelt St., Suite 106
PHOENIX, AZ 85003

**CERTIFICATE OF SERVICE**

I certify that on December 30, 2015, I mailed the original of the foregoing to:

Kathleen L. Wieneke
Christina Retts
Struck Wieneke & Love, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Attorneys for Defendants City of Phoenix,
Phoenix Police Chief Daniel Garcia,

By: _____

8

EXHIBIT 24

## CERTIFICATION OF CUSTODIAN OF RECORDS

Hospital: St. Josephs Hospital

Patient: Miguel Ruiz          DOB: 3/20/09

I, the undersigned, being the duly authorized Custodian of Records or the qualified witness, have the authority to certify the records and declare the following: The records were prepared in the ordinary course of business at or near the time of the act, condition or event, and that:

| CERTIFICATION OF RECORDS COPIED | CERTIFICATION OF NO RECORDS |
|---|---|
| X̲ The attached copy is a true and correct copy of all the records described in the subpoena or authorization that are known and available to me. | _____ A thorough search of our files, carried out under my direction, revealed no documents, records, or other materials called for in the subpoena or authorization. |
| | **SELECT ONE:** |
| | _____ All records for the time period in question have been destroyed in accordance with our document retention policy. |
| | _____ Records do exist, but none within the time period requested. |
| | _____ A thorough search has been performed and no such records were found. |
| | _____ Other explanation: |

**I declare under penalty perjury the laws of the State of Arizona that the foregoing is true and correct.**

Executed on (date) 5/6/15 at (city) Phoenix, AZ

Vanessa Villa                    Vanessa Villa
(PRINT NAME)                     (SIGNATURE)

COP__ERI001823

* Auth (Verified) *

Form # 1751209   PHOENIX FIRE DEPARTMENT   EMS INCIDENT REPORT   See Supplement ☐   Triage #

| YEAR | INCIDENT NUMBER | CITY | COMPANY REPORTING | SHIFT | ALARM DATE M M D | UNITS PROVIDING CARE | UNITS PROVIDING CARE | TRANS UNIT |
|------|------|------|------|------|------|------|------|------|
| 13 | 233049 | P | ERV 8 | A | 0728 | L49 | E918 R18 | R18 |

ADDRESS: 4241 N 23rd AVE

| | EMT/CEP # |
|---|---|
| A: 49805 | B: 78763 |
| C: 70225 | D: |

TIMES APPROXIMATE
| DISP | PT CONTACT | LV HOSP | AT HOSP | PT TRANSFER |
|------|------|------|------|------|
| 8:14 | 0829 | 0835 | 0843 | |

SERVICE DELIVERED: NE☐ BLS☐ ALS☒ HOSPITAL SJ REASON A REFUSAL☐ RELEASE☐

NAME: Michael Ruiz   AGE 4   SEX M   WT.   DOB 3/20/69   SSN

ADDRESS: 2493 Brockfield Dr

APPX TIME: 0832 0837 0829

CITY Bullhead City   STATE AZ   ZIP

| | | | |
|---|---|---|---|
| PMH CARDIAC☐ HBP☐ CVA☐ RESP☐ SEIZ☐ DIAB☐ | BP | 114/14 | 12/9/1 | 480/ |
| CA☐ PREG☐ G___ P___ DUE DATE/LMP: | PULSE | 120 | 134 | PEA 29 |
| DENIES☐ unk | RESP | 12 bvm | 12bvm | Agonal |
| RX/S DENIES☐ unk | SKIN | Rinv | w/pink | pnce |
| | PUPILS | Fixed @ 7m | | Fixed |
| ALLERGIES DENIES☐ unk | GCS/ETCO₂ | 3/ | 3/ | 3/ |
| DR/GROUP | CAP RFL | 2 | 2 | 2 |
| | PULSE OX RA ET 7.8 bvm | | BVM 12-20 bvm |

C/C: Cardi - Trauma

ONSET TIME   PAIN NONE☐ MIN☐ MOD☐ SEVERE☐ 1:10 SCALE

HPI/MOI: O/A E918 found Pt in police custody after jumping onto a landing.
Suspect tazed 5x by PD. Pt in PEA @ 29bvm when FD got Pt. CPR start
c C-Spine precautions in place. Pt handcuffed on backboard in back
of Ambo. Pt bagged c BVM 12-20 bpm until intubated c 7.5 mg tube c good
coordination in tube and end tidal of 38. Pt bagged Asyncremes 8-10 bpm c CPR
e RATE of 30:2. During CPR Pt pulses back in Carotid/femoral. Pt pupils fixed d.
@ 7mm.

CLINICAL FINDINGS   REPORTED HISTORY OF
LOC AWAKE☐ ALERT☐ ORIENTED PERSON☐ PLACE☐ TIME☐ EVENTS☐   UNCON YES☒ NO☐ UNK☐   NEAR SYNCOPE YES☐ NO☐ UNK☐
☐ NO CLINICAL FINDINGS   PT'S STATED NEEDS

HEAD/FACE: Compressions were stopped after pulses came back strong. Pt intubated
on arrival @ hospital c ETCO2 Q 38 while Pt was in back of Ambo we
NECK: had police take handcuffs off so we could get an IV started.
CHEST: Pt had Police officer ride in back c us. O/A to hospital c
c-spine still in place and transferred to Bed 312 @ SJ ER. Pt
ABD: had scrapes and bruises on Arms and legs c no active bleeding
PELVIS: Pt had hematoma on @ forearm. No drugs were administered
EXT: by E918/R18 medics. Pt in sinus tach @ 116bpm o/a @ hospital
BACK

| UNIT/EMT/CEP# | APPX TIME | TREATMENT/PROCEDURE | RESPONSE TO TREATMENT | HOSPITAL COMMUNICATION @ |
|---|---|---|---|---|
| | 0829 | O₂ @ 15 L/m NASAL CANNULA☐ OPA☐ FACE MASK☐ BVM☒ | | CN☐ RF☐   PATCH☐ AB☐ |
| | 0829 | EKG: PEA @ 29 / Pulses back @ 29 Lpm @ 0837 | | CN☐ RF☐   PATCH☐ AB☐ |
| | 0833 | IV: 18 G (R) AK 1000 cc NS c Tko 38 | | CONTACT PERSON Staff   CN☐ RF☐   PATCH☐ AB☒ PTD |
| | 0831 | ET 7.5mg 22cm @ Lips - ETCO2 32 c good | | HOSPITAL DIVERSION? YES☐ NO☐ |
| | | Condensation in tube @ epigastric @ Airing both lungs | | INFO☐ PHYSICIAN'S ORDERS |
| | 0843 | Arrived @ SJ ER c ET in place c ETCO2 @ 38 | | |

MISCELLANEOUS PROCEDURES
| | | | |
|---|---|---|---|
| | BLOOD GLUCOSE | 141 | mg/dl @ 0833 |
| | BLOOD GLUCOSE | | mg/dl @ |
| | BLOOD GLUCOSE | | mg/dl @ |
| | FULL SPINE | 0830 | M I S ≤ 4 YES☐ NO☐ N/A☐ |

STATUS O/A HOSP: CHANGED☒ UNCHANGED☐   EKG: CHANGED☒ UNCHANGED☐   INTUBATION YES☒ INTACT☐ NO   IV PATENT YES☒ NO☐   TOTAL FLUIDS ___ M I S ≤ 4 YES☐ NO☒ NMOD HO☐

(PRINT)
EMT☐
CEP☒ S. Reiman

EMT/CEP ACCEPTING PATIENT   RN NOR ACCEPTING PATIENT   RN / PHARM. EXCHANGING DRUGS

CITY OF PHOENIX, ARIZONA   TO PATIENT MEDICAL RECORDS   92-45 Rev. 1-03   39628505800



EXHIBIT 25

## CERTIFICATION OF CUSTODIAN OF RECORDS

Hospital: St. Josephs Hospital

Patient: Miguel Ruiz          DOB: 3/20/09

I, the undersigned, being the duly authorized Custodian of Records or the qualified witness, have the authority to certify the records and declare the following:  The records were prepared in the ordinary course of business at or near the time of the act, condition or event, and that:

| CERTIFICATION OF RECORDS COPIED | CERTIFICATION OF NO RECORDS |
|---|---|
| X   The attached copy is a true and correct copy of all the records described in the subpoena or authorization that are known and available to me. | _____ A thorough search of our files, carried out under my direction, revealed no documents, records, or other materials called for in the subpoena or authorization. |
| | **SELECT ONE:** |
| | _____ All records for the time period in question have been destroyed in accordance with our document retention policy. |
| | _____ Records do exist, but none within the time period requested. |
| | _____ A thorough search has been performed and no such records were found. |
| | _____ Other explanation: |

**I declare under penalty perjury the laws of the State of Arizona that the foregoing is true and correct.**

Executed on (date) 5/6/15 at (city) Phoenix, AZ

Vanessa Villa                    Vanessa Villa
(PRINT NAME)                     (SIGNATURE)

COP__ERI001823



NAME: **RUIZ, MIGUEL A**                    DOB: 3/20/1969   Age:  44 years        Sex:M
MRN:   1712021(SJH)                         Admit Date:  7/28/2013
Acct #: 26491738(H)                         Disch Date:  8/2/2013
Pt Loc: SJH TICU; 2T33; 01                  Physician:   Wright,Shawn MD

---

### *History and Physical*

DOCUMENT NAME:                              History and Physical
RECEIVED DATE/TIME:                         7/28/2013 09:29 MST
RESULT STATUS:                              Auth (Verified)
PERFORM INFORMATION:                        Crain,Allison MD (7/28/2013 09:49 MST)
SIGN INFORMATION:                           Crain,Allison MD (7/28/2013 09:53 MST)

**History & Physical**

Patient:  **RUIZ, MICHAEL A**        **MRN: 1712021**        **FIN: 26491738(H)**
Age:  **44 years**   Sex:  **M**   DOB:  **03/20/69**
Associated Diagnoses:  **None**
Author:  **Crain, Allison MD**

**Admission Information**
   Date of Service: .
   07/28/2013 09:30


   **Source of history:**  Police officer, EMS report.

**History of Present Illness**
    44 yo M s/p cardiac arrest. Pt was reportedly on top of an apartment building, it is unclear why or what he was doing. Police were called and tried to get him to come down, pt jumped from roof onto staircase, when police officer came after him pt was combative and fighting with police and was tazed 5 times and pt handcuffed. Pt then went into cardiac arrest and CPR was started. When EMS arrived pt found to be in PEA. Pt was bagged, intubated and CPR continued until pulses returned in carotid and femorals. Pts pupils fixed and 7mm at that time per EMS report. Handcuffs were then removed and IV's were started. no drugs administered by EMS. Timeline is unclear as to how long after being tazed he went into arrest, or for how long CPR took place. Pt with ID, but no other history available at this time. .

**Review of Systems**
    Pt intubated and unresponsive.

**Histories**
   **Past Medical History:**
      No active or resolved past medical history items have been selected or recorded.
   **Procedure history:**
      No active procedure history items have been selected or recorded.
   **Family History:**
      No family history items have been selected or recorded.

**Objective**
   **Allergies:** .
      Allergic Reactions (Selected)
         NKA
   **Current medications:** Antibiotic Info,

---

COP__ERI001841

# EXHIBIT 26

**** NARRATIVE ****

CALL FOR SERVICE
****************

   ON JULY 28, 2013, AT APPROXIMATELY 1001 HOURS, I RECEIVED A CALL FROM
SERGEANT D. OTANEZ #4940. HE REQUESTED I RESPOND TO 4241 NORTH 23RD AVENUE
TO ASSIST WITH AN INJURED PRISONER/POSSIBLE IN-CUSTODY DEATH
INVESTIGATION. I RESPONDED TO THE SCENE AND ARRIVED AT APPROXIMATELY 1108
HOURS.

   I BRIEFLY CONTACTED SERGEANT R. VASQUEZ #5680 WHO ADVISED ME THE SUSPECT
WAS RESUSCITATED BUT WAS IN CRITICAL CONDITION AT THE HOSPITAL. I
REQUESTED SERGEANT VASQUEZ HAVE ONE OF HIS DETECTIVES START TO AUTHOR A
SEARCH WARRANT PRIOR TO THE BRIEFING. SERGEANT VASQUEZ ASSIGNED DETECTIVE
C. DENNISON #9177 TO BE THE AFFIANT. SERGEANT VASQUEZ FURTHER ADVISED ME
THAT DETECTIVE G. TOWNSEND #8548 WAS AT ST. JOSEPH'S HOSPITAL WITH THE
SUSPECT. THE HOSPITAL ADVISED THAT PRELIMINARY INFORMATION SHOWED THE
SUSPECT TESTED POSITIVE FOR METHAMPHETAMINE, HIS C-T SCAN WAS NEGATIVE, HE
WAS PERIODICALLY SEIZING, AND THE EXTENT OF ANY BRAIN DAMAGE FROM ANOXIA
DURING RESUSCITATION WAS UNKNOWN.

   AFTER THE ARRIVAL OF THE INVESTIGATIVE TEAM, WE RECEIVED A BRIEFING FROM
PATROL SERGEANT M. WESLEY #5372. AT THE CONCLUSION OF THE BRIEFING, I WAS
ASSIGNED AS CASE AGENT. DETECTIVE A. MERAZ #6628 WAS ASSIGNED TO ASSIST ME
AS CO-CASE AGENT. DETECTIVE E. MURPHY #6433 WAS ASSIGNED AS THE SCENE
DETECTIVE WITH THE ASSISTANCE OF CRIME SCENE SPECIALIST M. RICHARDSON
#A4499 AND CRIME SCENE SPECIALIST J. KENTZINGER #A4858.


BRIEFING INFORMATION
********************

   SERGEANT M. WESLEY #5372 PROVIDED THE INVESTIGATIVE BRIEFING AT
APPROXIMATELY 1208 HOURS. THE FOLLOWING IS A SYNOPSIS OF THE INFORMATION
RECEIVED:

   ON JULY 28, 2013, AT APPROXIMATELY 0733 HOURS, PHOENIX POLICE WERE
CALLED TO A SUSPICIOUS PERSON AT 4241 NORTH 23RD AVENUE. THE CALLER
ADVISED A MALE WAS ON THE ROOF OF THE APARTMENT BUILDING AND WAS MESSING
WITH THE AIR CONDITIONING UNIT WHICH CAUSED IT TO LEAK INTO HIS APARTMENT.

   UPON ARRIVAL, OFFICER J. HESSNER #8167 ARRIVED AND ATTEMPTED,
UNSUCCESSFULLY, TO NEGOTIATE WITH THE SUSPECT ON THE ROOF OF THE TWO-STORY
BUILDING. HE CONTACTED A PROPERTY MANAGER, GARY CARTHEN, WHO CONFIRMED
THAT PROSECUTION WAS DESIRED FOR THE TRESPASSING AND THE DAMAGE TO THE AIR
CONDITIONING UNIT. OFFICER HESSNER REQUESTED ADDITIONAL POLICE UNITS TO
ASSIST. THE PHOENIX FIRE DEPARTMENT WAS CONTACTED TO ASSIST WITH A LADDER
TRUCK EQUIPPED WITH A BUCKET.

   2013 01333264                                          Continued.

AS ADDITIONAL OFFICERS ARRIVED, THEY WERE POSITIONED AROUND THE
BUILDING. THE SUBJECT ON THE ROOF WAS IDENTIFIED AS MICHAEL RUIZ, THE
RESIDENT OF APARTMENT #7, WHICH WAS LOCATED ON THE GROUND FLOOR OF THE
BUILDING TO THE WEST. APARTMENT #7 HAD WATER COMING OUT OF IT'S OPEN FRONT
DOOR. WATER WAS ALSO CASCADING OVER THE SOUTHSIDE OF THE BUILDING MICHAEL
WAS STANDING ON TOP OF AND WAS COMING FROM THE SWAMP COOLER ON THE ROOF OF
THE BUILDING.

SERGEANT WESLEY, OFFICER HESSNER, AND OFFICER SCHMIDT ENTERED THE FIRE
DEPARTMENT'S LADDER TRUCK'S BUCKET AND WERE LIFTED TO THE EDGE OF THE ROOF
OF THE BUILDING. THE PLAN WAS NOT TO HAVE ANY OFFICERS GO ONTO THE SLOPED
ROOF OF THE COMPLEX DUE TO THE CONDITION OF THE ROOF DUE TO THE HAZARD OF
THE HEIGHT AND SLOPE. OFFICERS HAD RECEIVED INFORMATION FROM THE
MAINTENANCE CREW AT THE COMPLEX THE SOUTHSIDE OF THE ROOF WAS COMPROMISED
DUE TO THE WATER DAMAGE.

SERGEANT WESLEY TALKED MICHAEL TO COMING OVER TO THE BUCKET. OFFICER
HESSNER AND SERGEANT WESLEY GRABBED MICHAEL'S ARMS TO HELP GUIDE HIM INTO
THE BUCKET. MICHAEL TENSED HIS ARMS UP UPON BEING GRABBED. DESPITE TRYING
TO CALM MICHAEL DOWN AND GET HIM INTO THE BUCKET, MICHAEL PULLED AWAY FROM
THE OFFICERS. AT THIS POINT, OFFICER SCHMIDT DEPLOYED HIS TASER. THE
TASING WAS INEFFECTIVE AND MICHAEL PULLED THE PRONGS FROM HIS BODY AND
RETREATED TO THE APEX ON THE EASTSIDE OF THE BUILDING.

MICHAEL EVENTUALLY SCOOTED DOWN THE ROOF AND JUMPED OFF THE EASTSIDE
ONTO A LANDING IN FRONT OF APARTMENT #6. AT THIS POINT, OFFICERS ATTEMPTED
TO TAKE HIM INTO CUSTODY BUT MICHAEL ACTIVELY RESISTED. OFFICER K. LINN
#8826 ATTEMPTED TO CONTROL MICHAEL'S LEFT ARM. OFFICER A. CAMARILLO #8793
ATTEMPTED TO CONTROL MICHAEL'S HEAD AND BACK. SERGEANT C. LUEBKIN #4922
ATTEMPTED TO CONTROL MICHAEL'S RIGHT ARM. SERGEANT WESLEY EVENTUALLY
SCALED THE WALL TO THE LANDING AND AIDED OFFICER LINN AND LATER SERGEANT
LUEBKIN IN CONTROLLING MICHAEL'S ARMS. IN AN ATTEMPT TO HAVE MICHAEL
COMPLY, SERGEANT WESLEY DELIVERED A SINGLE, INEFFECTIVE KNEE STRIKE TO
MICHAEL'S SIDE. OFFICER MATTHEWS DEPLOYED HIS TASER SEVERAL TIMES IN AN
ATTEMPT TO AID IN CONTROLLING MICHAEL. OFFICER HESSNER AND OFFICER SCHMIDT
WERE ABLE TO APPLY A RIPP RESTRAINT TO CONTROL MICHAEL'S LEGS. WHILE THIS
WAS OCCURRING, LIEUTENANT S. HOOVER #3486 REMAINED ON THE GROUND LEVEL
BELOW THE LANDING AND WATCHED AS OFFICERS ATTEMPTED TO GAIN CUSTODY OF
MICHAEL.

AFTER A LENGTHY STRUGGLE IN WHICH MICHAEL REFUSED TO ALLOW HIMSELF TO BE
RESTRAINED, HE BECAME LIMP. MICHAEL WAS SECURED AND TRANSPORTED DOWN THE
STAIRS TO WHERE THE FIRE DEPARTMENT WAS WAITING. IT WAS AT THIS TIME, THE
FIRE DEPARTMENT ADVISED MICHAEL HAD "CODED" (HIS HEART HAD STOPPED). THE
FIRE DEPARTMENT LOADED MICHAEL ON THE WAITING STRETCHER AND THEY
IMMEDIATELY ATTEMPTED TO RESTART HIS HEART. PRIOR TO ARRIVAL AT ST.
JOSEPH'S HOSPITAL, THE FIRE DEPARTMENT WAS ABLE TO RESUSCITATE MICHAEL'S
HEART.

DURING THE STRUGGLE WITH MICHAEL, OFFICER LINN'S RIGHT, RING FINGER WAS
INJURED. SEVERAL NEIGHBORS OF MICHAEL'S WERE OBSERVED VIDEO TAPING THE

COP_ERI000019

INCIDENT ON THEIR CELLULAR PHONES. THESE PHONES WERE COLLECTED.

   SEVERAL WITNESSES AND VICTIMS WERE IDENTIFIED BY OTHER OFFICERS ON SCENE
AND WERE INITIALLY INTERVIEWED BY PATROL OFFICERS:

```
            SUBJECT                  INTERVIEW
            *******                  *********

            KHEYLON CUNNINGHAM       INTERVIEWED BY OFFICER HESSNER
                                     -- SAW ON ROOF, HAD WATER LEAKING INTO HIS
                                        APARTMENT, DESIRED PROSECUTION FOR
                                        CRIMINAL DAMAGE, AND VIDEO RECORDED
                                        STRUGGLE ON LANDING
                                     -- OFFICER HESSNER HAD HIS PHONE

            GARY CARTHEN             INTERVIEWED BY OFFICER QUEZADA
                                     -- VERIFIED DESIRED PROSECUTION PRIOR TO
                                        OFFICERS ENTERING LADDER TRUCK BUCKET TO
                                        GO TO ROOF OF APARTMENT BUILDING

            ELISABETH BROWN          INTERVIEWED BY OFFICER CAMARILLO
                                     -- VIDEO RECORDED STRUGGLE ON STAIRS,
                                        ADVISED MICHAEL RUIZ FOUGHT BACK THE
                                        WHOLE TIME
                                     -- OFFICER HESSNER HAD HER PHONE

            WILBERT BARNES           INTERVIEWED BY OFFICER SCHMIDT
                                     -- VIDEO RECORDED STRUGGLE ON STAIRS
                                     -- OFFICER SCHMIDT HAD HIS PHONE

            VERNA YOUNG              UNKNOWN WHO CONDUCTED INITIAL INTERVIEW
                                     -- HEARD MICHAEL RUIZ ON ROOF AND LATER SAW
                                        STRUGGLE ON LANDING

            JOSE SEGUNDO             INTERVIEWED BY LIEUTENANT HOOVER
                                     -- VIDEO RECORDED STRUGGLE ON STAIRS
                                     -- NO ONE INITIALLY OBTAINED PHONE
```

   THE PHOENIX FIRE DEPARTMENT TRANSPORTED MICHAEL RUIZ TO THE ST. JOSEPH'S
HOSPITAL WHERE HE WAS TREATED BY DR. SCHUFELDT. PER DETECTIVE G. TOWNSEND
#8548, THE HOSPITAL ADVISED UPON ADMISSION THAT MICHAEL'S COMPUTER
TOMOGRAPHY (C.T.) SCAN APPEARED NEGATIVE, THE HOSPITAL WAS UNSURE IF THERE
HAD BEEN ANY BRAIN DAMAGE, AND MICHAEL TESTED POSITIVE FOR
METHAMPHETAMINE.

   AT THE CONCLUSION OF THE BRIEFING I WAS ASSIGNED AS THE CASE AGENT.
DETECTIVE A. MERAZ #6628 WAS ASSIGNED AS CO-CASE AGENT DUE TO THE NUMBER
OF INVOLVED OFFICERS. I REQUESTED TO INTERVIEW OFFICER J. SCHMIDT #9361,
OFFICER R. MATTHEWS #8187, SERGEANT M. WESLEY #5372, AND OFFICER CAMARILLO
#8793. DETECTIVE A. MERAZ REQUESTED TO INTERVIEW OFFICER  J. HESSNER
#8167, OFFICER K. LINN #8826, AND SERGEANT C. LUEBKIN #4922. NIGHT

COP_ERI000020

DETECTIVE C. EISENTRAUT #8985, WHO WAS SHADOWING WITH THE HOMICIDE UNIT,
WAS ASSIGNED TO INTERVIEW LIEUTENANT S. HOOVER #3486, GARY CARTHEN, AND
WILBERT "SONNY" BARNES. DETECTIVE M. CODDINGTON WAS ASSIGNED TO INTERVIEW
ELISABETH BROWN AND KHEYLON CUNNINGHAM. DETECTIVE CODDINGTON WAS ALSO
ASSIGNED TO LOCATE AND INTERVIEW JOSE SEGUNDO AND SEE IF HE COULD OBTAIN
HIS PHONE.

            **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

# EXHIBIT 27



**** NARRATIVE ****

FOLLOW-UP AT HOSPITAL
*********************

   WHEN I COMPLETED THE OFFICER INTERVIEWS ON JULY 28, 2013, I THEN DROVE
TO THE ST. JOSEPH'S HOSPITAL. UPON ARRIVAL, I WAS ADVISED BY THE STAFF
THAT MICHAEL'S CONDITION WAS EXTREMELY CRITICAL AND HE WAS NOT EXPECTED TO
SURVIVE. THEY WERE ATTEMPTING TO LOWER HIS BODY'S TEMPERATURE IN AN
ATTEMPT TO MITIGATE ANY ADDITIONAL POSSIBLE LONG TERM BRAIN DAMAGE IF HE
WERE TO SURVIVE. I WAS TOLD MICHAEL HAD ALREADY SUFFERED EXTENSIVE BRAIN
DAMAGE. I LEFT MY BUSINESS CARD TO BE LEFT WITH THE CHART IN CASE MICHAEL
WAS PRONOUNCED DECEASED.

   I STARTED TO MAKE DAILY CALLS TO THE HOSPITAL (EVENING OF JULY 28,
MORNING OF JULY 29, AND MORNING OF JULY 30) TO OBTAIN UPDATES ON MICHAEL'S
CONDITION. IT SHOULD BE NOTED THAT AFTER THE MORNING OF JULY 30, 2013, THE
HOSPITAL ADVISED ME THEY WOULD NO LONGER PROVIDE INFORMATION ON MICHAEL'S
STATUS. THEY ADVISED HIS PARENTS WERE PRESENT AT THE HOSPITAL. THE
HOSPITAL ADVISED UNLESS MICHAEL WAS ARRESTED, THEY WOULD NOT PROVIDE ANY
FURTHER INFORMATION. I ADVISED IF MICHAEL WERE TO SURVIVE HE WOULD BE
BOOKED INTO JAIL ON VARIOUS CHARGES. THE HOUSE MANAGER ADVISED ME UNLESS
WE POSTED AN OFFICER AT HIS BEDSIDE, THEY WOULD NOT PROVIDE INFORMATION.
DUE TO MICHAEL'S POOR PROGNOSIS AND DOCUMENTED BRAIN DAMAGE, IT WAS
DECIDED NO OFFICER WOULD BE POSTED AT HIS BEDSIDE. NO FURTHER DAILY CALLS
TO THE HOSPITAL WERE MADE.

   AFTER RECEIVING A PAGE FROM INVESTIGATOR R. NEWMAN #36 OF THE OFFICE OF
THE MEDICAL EXAMINER ON THE AFTERNOON OF AUGUST 3, 2013, ADVISING OF
MICHAEL'S DEATH, I CHECKED MESSAGES ON MY WORK PHONE. I DISCOVERED A
MESSAGE WAS LEFT ON MY WORK PHONE ON AUGUST 2, 2013, AT APPROXIMATELY 1632
HOURS. THE MESSAGE WAS FROM A ST. JOSEPH'S HOSPITAL NURSE WHO IDENTIFIED
HERSELF AS "DONNA". HE ADVISED MICHAEL RUIZ WAS PRONOUNCED DECEASED AT
1259 HOURS.


OFFICE OF THE MEDICAL EXAMINER
*******************************

   ON THE EARLY AFTERNOON OF SATURDAY, AUGUST 3, 2013, I RECEIVED A PAGE AT
MY RESIDENCE. I CALLED THE NUMBER AND DISCOVERED IT WAS INVESTIGATOR R.
NEWMAN OF THE MEDICAL EXAMINER'S OFFICE. HE ADVISED MICHAEL RUIZ HAD BEEN
PRONOUNCED DEAD AND ADVISED THE AUTOPSY WOULD BE CONDUCTED ON MONDAY,
AUGUST 5, 2013.


                    **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

COP_ERI000033

**** NARRATIVE ****

CONTACT OF NEXT OF KIN YOLANDA ERICKSON
*****************************************

   AFTER LEAVING THE HOSPITAL ON THE AFTERNOON OF JULY 28, 2013, I DROVE
BACK TO 620 WEST WASHINGTON STREET. I THEN CALLED THE PHONE NUMBER
PROVIDED FOR MICHAEL'S MOTHER BY HIS PROBATION OFFICER. THE ONLY NAME
PROVIDED FOR MICHAEL'S MOTHER WAS "YOLANDA" (NO LAST NAME).

   I WAS ABLE TO SPEAK TO YOLANDA AND ADVISE HER THAT HER SON WAS AT ST.
JOSEPH'S HOSPITAL IN EXTREMELY CRITICAL CONDITION. YOLANDA WAS SHOCKED AND
ASKED IF MICHAEL WAS DEAD AND I WAS NOT TELLING HER. I ADVISED HE WAS
STILL ALIVE BUT HIS PROGNOSIS WAS NOT GOOD. I THEN GAVE HER A BRIEF
DESCRIPTION OF THE INCIDENT. YOLANDA ASKED IF MICHAEL WAS ON
METHAMPHETAMINE WHEN THIS OCCURRED. I TOLD HER HE HAD BEEN.

   YOLANDA WANTED TO KNOW IF I HAD SPOKE, PERSONALLY, TO MICHAEL'S
PROBATION OFFICER. I TOLD HER THAT I HAD NOT. YOLANDA TOLD ME THAT SHE HAD
SPENT THE LAST WEEK IN PHOENIX BECAUSE MICHAEL HAD BEEN ON A WEEK LONG
BINGE ON METH. SHE HAD MULTIPLE CONTACTS WITH MICHAEL'S PROBATION OFFICER
TO GET MICHAEL VIOLATED SO HE COULD BE TAKEN OFF THE STREET AND KEPT AWAY
FROM METH. THE PROBATION OFFICER TOLD HER THAT HE WAS NOT ABLE TO LOCATE
MICHAEL.

   YOLANDA FURTHER ADVISED SHE HAD JUST LEFT PHOENIX THIS MORNING AT 0430
HOURS AFTER HAVING A LARGE ARGUMENT WITH HER SON. YOLANDA SAID SHE HAD GOT
HOME A FEW HOURS BEFORE AND HAD TAKEN MEDICATION TO HELP HER SLEEP SINCE
IT HAD BEEN A STRESSFUL WEEK. I TOLD YOLANDA MICHAEL'S BODY TEMPERATURE
WAS BEING LOWERED AND THE HOSPITAL SAID THERE WOULD BE NO CHANGE IN HIS
CONDITION FOR UP TO 48 HOURS AND NOT TO DRIVE IF THE MEDICATION WAS
AFFECTING HER. SHE TOLD ME SHE AND HER HUSBAND, A FORMER POLICE DETECTIVE,
WOULD BE COMING BACK TO PHOENIX THAT NIGHT OR THE NEXT MORNING. THIS
CONCLUDED MY INITIAL CONTACT WITH YOLANDA ON JULY 28, 2013.

   ON JULY 30, 2013, I RECEIVED A CALL FROM YOLANDA ON MY WORK CELL PHONE.
SHE ADVISED SHE WAS AT THE HOSPITAL AND WAS UPSET. IT SHOULD BE NOTED AT
THE SAME TIME I WAS RECEIVING A CALL WAITING SIGNAL THAT I IGNORED SO I
COULD TALK TO YOLANDA. YOLANDA ASKED ME HOW MANY TIMES HER SON HAD BEEN
TASED. I TOLD HER I HAD JUST GOT THE TASER LOGS BACK AND HAD NOT HAD A
CHANCE TO FULLY REVIEW THEM BUT THERE HAD BEEN FIVE ACTIVATIONS. I AGAIN
RECEIVED A CALL WAITING SIGNAL ON MY PHONE. I ASKED YOLANDA TO HOLD AND
SWITCHED LINES. THERE WAS NO ONE ON THE OTHER LINE, SO I SWITCHED BACK TO
YOLANDA. YOLANDA ADVISED ME THE OTHER CALLER WAS HER HUSBAND WHO WAS DOWN
THE HALLWAY FROM HER. YOLANDA ASKED FOR MORE DETAILS ON THE TASER
DEPLOYMENTS BUT I TOLD HER I DID NOT HAVE MORE ANSWERS AT THIS TIME. I
ENSURED THAT ASIDE FROM MY WORK CELL PHONE YOLANDA HAD MY DESK NUMBER.
THIS CONCLUDED MY CONTACT WITH YOLANDA.

   IT SHOULD BE NOTED YOLANDA NOW REFERRED TO HER SON AS "MIGUEL" INSTEAD

COP_ERI000034

OF MICHAEL. SUBSEQUENT CALLS FROM HER CIVIL ATTORNEY, JOCQUESE BLACKWELL ALSO REFERRED TO MR. RUIZ BY THE FIRST NAME OF "MIGUEL".

            **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

COP_ERI000035