

EXHIBIT 28

## CERTIFICATION OF CUSTODIAN OF RECORDS

Hospital: St. Josephs Hospital

Patient: Miguel Ruiz     DOB: 3/20/09

I, the undersigned, being the duly authorized Custodian of Records or the qualified witness, have the authority to certify the records and declare the following:  The records were prepared in the ordinary course of business at or near the time of the act, condition or event, and that:

| CERTIFICATION OF RECORDS COPIED | CERTIFICATION OF NO RECORDS |
|---|---|
| **X**  The attached copy is a true and correct copy of all the records described in the subpoena or authorization that are known and available to me. | _____ A thorough search of our files, carried out under my direction, revealed no documents, records, or other materials called for in the subpoena or authorization.

**SELECT ONE:**

_____ All records for the time period in question have been destroyed in accordance with our document retention policy.

_____ Records do exist, but none within the time period requested.

_____ A thorough search has been performed and no such records were found.

_____ Other explanation: |

**I declare under penalty perjury the laws of the State of Arizona that the foregoing is true and correct.**

Executed on (date) 5/6/15 at (city) Phoenix, AZ

Vanessa Villa                    Vanessa Villa
(PRINT NAME)                    (SIGNATURE)



NAME: **RUIZ, MIGUEL A**       DOB: 3/20/1969    Age: 44 years     Sex:M
MRN: 1712021(SJH)       Admit Date: 7/28/2013
Acct #: 26491738(H)       Disch Date: 8/2/2013
Pt Loc: SJH TICU; 2T33; 01       Physician:   Wright,Shawn MD

## *Discharge Summary*

DOCUMENT NAME:       Discharge Summary
RECEIVED DATE/TIME:       8/2/2013 00:00 MST
RESULT STATUS:       Auth (Verified)
PERFORM INFORMATION:       Domfeh,Nana MD (8/2/2013 18:01 MST)
SIGN INFORMATION:       Thornburg,Aaron T DO (8/31/2013 21:44 MST)

### Discharge Summary

DATE OF ADMISSION: 07/28/2013
DATE OF DISCHARGE: 08/02/2013

DATE OF DEATH: 08/02/2013.

PRIMARY DEATH DIAGNOSIS: Anoxic brain injury.

CONSULTATIONS: Consultant for the case was Neurology.

BRIEF DESCRIPTION OF ADMISSION AND HOSPITAL COURSE: He is a 44-year-old male
without any significant past medical history, was admitted to hospital status
post cardiac arrest. He was involved in an encounter with the police on
07/28/2013, during which he got a cardiac arrest. He was subsequently coded by
emergency medical services and he was brought to the ER of St. Joseph's
Hospital and Medical Center. After arrival to the ER, he was noted to have a
PEA and was coded in ER as well. In the ER, the patient was noted to have a
seizure, which took some time to get under control. He was admitted to the ICU
for further management. Since his admission, he showed very poor neurological
status and continued to require mechanical ventilation throughout his
admission. After 3 days of life support and aggressive management, the
patient's condition was unchanged. An MRI of the brain was done for the
patient and it showed anoxic brain injury. It was discussed with the family
about the poor prognosis and possible withdrawal of life support measures.
During the cardiac arrest, the patient underwent an induced hypothermia and the
patient was rewarmed. The patient was given 72 hours of rewarming before
withdrawal of medical intervention. The patient's mother agreed to withdrawal
of care for the patient and on 08/02/2013 medical intervention was withdrawn
for the patient. At 12:59 p.m. on 08/02/2013, I was called to the bedside of
the patient to pronounce death. When I went to the room, I tried to arouse the
patient by sternal rub but to no avail. The patient did not have a carotid
pulse. The corneal reflex was performed on the patient, but there was no
response. Pupillary light reflexes were absent in the patient, respiration was
absent, and there were also no heart sounds. The EKG strip showed asystole.
The patient was pronounced dead. The time was 12:59. The date was 08/02/2013.
The next of kin of the patient was the mother who was at the bedside when the

| Legend: | C=Corrected | *=Comment | | H=High | | L=Low | |
|---|---|---|---|---|---|---|---|
| Lab Legend | C=Critical | @=Corrected | *=Abnormal | H=High | L=Low | $=Interpretive Data | f=Footnotes |

COP__ERI001835



**St. Joseph's Hospital and Medical Center**
350 W. Thomas Rd
Phoenix, AZ 85013
Phone: (602) 406-3350

NAME: **RUIZ, MIGUEL A**
MRN: 1712021(SJH)
Acct #: 26491738(H)
Pt Loc: SJH TICU; 2T33; 01

DOB: 3/20/1969   Age:  44 years      Sex:M
Admit Date: 7/28/2013
Disch Date: 8/2/2013
Physician:     Wright,Shawn MD

---

### *Discharge Summary*

patient passed away.


NANA DOMFEH, MD                         AARON THORNBURG, DO

Dictated by:   NANA DOMFEH, MD

ND/MODL
Job #:  1161772/574310316  DD:  08/02/2013 18:01:46  DT:  08/03/2013 08:49:24

*Electronically Signed By:*
*Thornburg, Aaron T DO*
*On 08.31.13 21:44*
*Co Signature By:*
*Proxy Signature By:*
*Modify Signature By:*

---

COP__ERI001836

# EXHIBIT 29

# AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF ARIZONA )
)  ss.
County of Maricopa )

1. I am the duly authorized Custodian of Records for Maricopa County Office of the Medical Examiner and have authority to certify records maintained by this office in the ordinary course of business.

2. The attached document(s) is a true and correct copy of the record(s) sought or described in the subpoena/request regarding Maricopa County Office of the Medical Examiner's case # 13-05187 regarding MIGUEL ANGEL RUIZ which comprises _____ pages (some double sided).

3. The attached record(s) was compiled and/or prepared by personnel of Maricopa County Office of the Medical Examiner in the ordinary course of business at or near the time of the act, condition, or event described therein.

_____        _____
PRINTED NAME                                    SIGNATURE
CUSTODIAN OF RECORDS

SUBSCRIBED AND SWORN to before me this _____ day of
_____ , _____ .

Certified to be true
and correct copy of
all records RE file
# 13-05187
Maricopa County
Forensic Science
Center

_____
Notary Public

LAVINIA SHAW
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 14, 2017

COP_ERI000155

## MARICOPA COUNTY OFFICE OF THE MEDICAL EXAMINER

### REPORT OF TOXICOLOGICAL EXAMINATION

Case Number:     13-05187
Decedent:         MIGUEL ANGEL RUIZ
Date Submitted:  08/05/2013
Report Date:    09/27/2013

*Rev CMP 1/8/2014*

Specimens Collected: HOSPITAL SERUM H1, HOSPITAL BLOOD H2, BLOT/FILTER PAPER, VITREOUS, BILE, ILIAC BLOOD, GASTRIC, LIVER

Medical Examiner:  CHRISTOPHER K. POULOS, MD

**RESULTS\*:**

| | |
|---|---|
| Vitreous: | None detected for ethanol, methanol, isopropanol and acetone |
| Hospital Serum: (H1) | Positive for<br>    Methamphetamine 0.40 mg/L<br>    Amphetamine (trace amount)<br>    Citalopram (<0.4 mg/L)<br>None detected for ethanol, methanol, isopropanol, acetone, phencyclidine, cocaine, benzoylecgonine, methadone, morphine, codeine, benzodiazepines, barbiturates, antihistamines, phenothiazines, tricyclic antidepressants, fentanyl, and oxycodone |
| Hospital Blood: (H2) | Positive for<br>    Valproic Acid (~13 mg/L)<br>None detected for other acid neutral drugs |
| Bile: | Positive for<br>    Laudanosine<br>None detected for amphetamine, methamphetamine, phencyclidine, cocaine, methadone, codeine, antihistamines, phenothiazines, and tricyclic antidepressants |

*If results are not listed for any specimen(s), that/those specimen(s) is/are deemed to be on "HOLD"

Norman A. Wade
Laboratory Director

Jurisdictional Agency: PHOENIX PD
By: svp, Tox.1/2000, DAWN

COP_ERI000185

EXHIBIT 30



# City of Phoenix

**To:**  Daniel V. Garcia
Chief of Police

**Date:**  July 31, 2014

**From:**  Use Of Force Review Board

**Subject:**  USE OF FORCE INCIDENT REVIEW RESULTS (PSB13-0068)

EMPLOYEES INVOLVED:   Officer Abraham Camarillo #8793; Officer Jeremy Hessner #8167; Officer Kevin Linn #8826; Officer Robert Matthews #8187; Officer Justin Schmidt #9391; Sergeant Christopher Luebkin #4922; Sergeant Michael Wesley #5372

The use of force incident occurred on July 28, 2013, at 7:33 a.m. at 4241 N. 23rd Avenue, Phoenix.

The Use of Force Review Board met on Wednesday, July 30, 2014, at 2:00 p.m. in the 1st Floor Conference Room at 620 W. Washington.  The Board consisted of Chairperson/Assistant Chief Sandra T. Renteria, Commander Allen Smith, Sergeant Aimee Smith, Officer Jeremiah Fiola, Mr. Eric Chan, Mr. George Grombacher, and Mr. Ronald Tweedy.

After careful consideration of the presentation given by the investigating supervisor from the Professional Standards Bureau and statements from the officers involved, the Board recommends that this use of force be designated as in accordance with the Department's policy.

Sandra T. Renteria, Assistant Police Chief
Use of Force Review Board Chairperson

km A4837\ooa\l:\Use of Force\2014 In Policy\PSB13-0068 Camarillo_Smith_Fiola.doc
cc:  Assistant Chief Harry Markley (OOA)
Commander Marcel Spaulding (700)
Sergeant Tadd Cline (PSB)
Ms. Lee Franklin (CALEA)
Officer Abraham Camarillo (700)
Officer Jeremy Hessner (700)
Officer Kevin Linn (700)
Officer Robert Matthews (700)
Officer Justin Schmidt (700)
Sergeant Christopher Luebkin (700)
Sergeant Michael Wesley (700)
Ms. Natalie Soto (FMB)
Ms. Sheila Spalla (PSB)

COP_ERI000311