John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7846
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com

Attorneys for Defendant Officer Abraham Camarillo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Yolanda Ericson, individually and as personal representative of the Estate of Miguel Ruiz, Canon Ruiz and minor A.R.,<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>Defendants. | NO. 2:14-cv-01942-JAT<br><br>**OFFICER CAMARILLO'S TRIAL BRIEF REGARDING PLAINTIFFS' AVAILABLE DAMAGES** |

Defendant Officer Abraham Camarillo files this trial brief regarding the requisite causation that must be proven by Plaintiffs at trial to support their 42 U.S.C. § 1983 excessive force claim.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. PLAINTIFFS MUST ESTABLISH THE REQUISITE CAUSATION FOR THEIR ALLEGED CONSTITUTIONAL INJURY TO SUPPORT A 42 U.S.C. § 1983 EXCESSIVE FORCE CLAIM.**

A defendant may be liable to a plaintiff in a section 1983 action only if the defendant "subject[ed], or cause[ed] to be subjected," a deprivation of a plaintiffs' constitutional rights. 42 U.S.C. § 1983; *see also Harper v. City of Los Angeles,* 533 F.3d 1010, 1026 (9th Cir. 2008) ("In a § 1983 action, the plaintiff must ... demonstrate that the defendant's conduct was the actionable cause of the claimed injury.") (citing *Arnold v.*

*IBM Corp.,* 637 F.2d 1350, 1355 (9th Cir.1981)). "The inquiry into causation must be individualized and focus on the duties and responsibilities of each individual defendant whose acts or omissions are alleged to have caused a constitutional deprivation." *Leer v. Murphy,* 844 F.2d 628, 633 (9th Cir.1988).

To meet this causation requirement, the plaintiff must establish both causation-in-fact (which is sometimes also known as actual causation), and proximate causation (which is sometimes also known as legal causation). *Harper,* 533 F.3d at 1026 (citing *Van Ort v. Estate of Stanewich,* 92 F.3d 831, 837 (9th Cir.1996); *Arnold,* 637 F.2d at 1355). As the Ninth Circuit has explained, proximate cause in a § 1983 context exists "where an act or omission played a substantial part in bringing about or actually causing the injury or damage to plaintiffs." *Harper,* 533 F.3d at 1026.

DATED this 8th day of March, 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By s/ John T. Masterson
   John T. Masterson
   Joseph J. Popolizio
   Justin M. Ackerman
   40 North Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendant Officer Abraham Camarillo

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Jocquese L. Blackwell
Blackwell Law Office, PLLC
420 W. Roosevelt Street, Suite 106
Phoenix, AZ 85003

/s/Mary M. Soto

5650071.1
3/8/17

3