X FILED ___ LODGED
___ RECEIVED ___ COPY

JUN - 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yolanda Erickson, et al., | CV 14-01942-PHX-JAT |
| Plaintiffs, | |
| vs. | Jury Verdict Form |
| Abraham Camarillo, | |
| Defendant. | |

|1
|2
|3
|4
|5
|6           IN THE UNITED STATES DISTRICT COURT
|7              FOR THE DISTRICT OF ARIZONA
|8
|9  Yolanda Erickson,                    No. CV-14-01942-PHX-JAT
|10         Plaintiff,                   **JURY VERDICT FORM**
|11 v.
|12 Abraham Camarillo,
|13        Defendant.
|14

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do hereby:

As to the Estate of Miguel Ruiz's claim that Defendant violated Decedent Miguel Ruiz's constitutional rights to not have excessive force used against him,

**Find in favor of:**

___   **the Estate of Miguel Ruiz**

_✓_   **Defendant Abraham Camarillo.**

[If you find in favor of the Estate on its claim, please continue to page two and answer the first question on that page. Otherwise, please sign and date the form on page two.]

**We, the jury, award the Estate of Miguel Ruiz:**

Nominal Damages in the amount of: $_____ **OR**

Compensatory Damages in the amount of: $_____.

[If you awarded damages to the Estate, please answer the next question on this page. Otherwise, please sign and date the form on this page.]

[If you awarded either nominal or compensatory damages to the Estate, you *may* also award punitive damages to the Estate. If you choose to award punitive damages, please answer the following:]

**We, the jury, award the Estate of Miguel Ruiz:**

Punitive Damages in the amount of: $_____.

Dated: JUNE 5, 2017               Foreperson: #2_____.
                                  (number)