1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

Yolanda Erickson, et al.,

No. CV-14-01942-PHX-JAT

10

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

11

v.

12

City of Phoenix, et al.,

13

Defendants.

14
15

This action came for consideration before the Court.

16

**Decision by Court**. The issues have been considered and the Court rendered a

17

partial decision.

18

**Decision by Jury**. Part of this action also came before the Court for a trial by jury.

19

The issues have been tried and the jury has rendered its verdict.

20

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed

21

November 3, 2016, (Doc. 140), judgment is entered in favor of Defendants City of

22

Phoenix and Daniel Garcia and against Plaintiffs Canon Ruiz and Yolanda Erickson in

23

both her individual capacity and as personal representative of the Estate of Miguel Ruiz.

24

Additionally, judgment is entered in favor of Defendant Abraham Camarillo and against

25

Plaintiffs Canon Ruiz and Yolanda Erickson in only her individual capacity.

26

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the verdict of

27

the jury, (Doc. 292), judgment is entered in favor of Defendant Abraham Camarillo and

28

against Plaintiff Yolanda Erickson—as personal representative of the Estate of Miguel

1    Ruiz.

2         **IT IS FURTHER ORDERED AND ADJUDGED** Plaintiffs to take nothing and

3    this action is hereby terminated.

4         Dated this 6th day of June, 2017.

5

6

7                                James A. Teilborg
                                 Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28