John T. Masterson, Bar #007447
Cory E. Tyszka, Bar #032412
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7846
jmasterson@jshfirm.com
ctyszka@jshfirm.com

Attorneys for Defendant Officer Abraham Camarillo

Christina Retts, Bar #023798
WIENEKE LAW GROUP
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
cretts@wienekelawgroup.com
Telephone: (602) 715-1868

Attorneys for Defendants City of Phoenix and Daniel Garcia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Yolanda Ericson, individually and as personal representative of the Estate of Miguel Ruiz, Canon Ruiz and minor A.R., <br><br> Plaintiffs, <br><br> v. <br><br> Abraham Camarillo, Daniel Garcia, and City of Phoenix <br><br> Defendants. | NO. 2:14-cv-01942-JAT <br><br> **NOTICE OF SATISFACTION OF JUDGMENTS AND RELEASE OF JUDGMENT LIENS** |

Defendants hereby provide Notice that the Judgments entered in this matter in this Court on July 14, 2017 and in Central District of California Cause No. CV 5:17-mc-13 on August 23, 2017, and recorded in the Office of the San Bernardino County Recorder on March 30, 2018 under Recording Numbers 2018-0110908 and 2018-0110909, have now been satisfied. The liens associated with the aforementioned Judgments are hereby released.

6828784.1

DATED this 21st day of June 2018.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Cory E. Tyszka
John T. Masterson
Cory E. Tyszka
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Officer Abraham Camarillo

WIENEKE LAW GROUP

By /s/ Cory E. Tyszka *(with permission)*
Christina Retts
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
cretts@wienekelawgroup.com
Attorneys for Defendants City of Phoenix and Daniel Garcia

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Jocquese L. Blackwell
Blackwell Law Office, PLLC
420 W. Roosevelt Street, Suite 106
Phoenix, AZ 85003

/s/ Lisa F. Lungaretti